## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **SJ MEDICAL CENTER, LLC,** | § | **Case No. 24-90210 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (20-4835578)** | § | |
| ------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **DOWNTOWN HOUSTON PHYSICIAN** | § | **Case No. 24-90211 (CML)** |
| **HOSPITAL ORGANIZATION,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (26-2994243)** | § | |
| ------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE** | § | **Case No. 24-90212 (CML)** |
| **HOLDINGS LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (90-0736306)** | § | |
| ------------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (27-2473240)** | § | |
| ------------------------------------------------§ | | |

---------------------------------------------§

§

In re:                                      §        Chapter 11

§

**ARIZONA DIAGNOSTIC &**                     §        Case No. 24-90214 (CML)
**SURGICAL CENTER, INC.,**                   §

§        **(Emergency Hearing Requested)**

Debtor.                          §

§

Tax I.D. No.  (62-1799439)                  §

---------------------------------------------§

§

In re:                                      §        Chapter 11

§

**BEAUMONT HOSPITAL HOLDINGS,**             §        Case No. 24-90215 (CML)
**INC.,**                                    §

§        **(Emergency Hearing Requested)**

Debtor.                          §

§

Tax I.D. No.  (62-1796501)                  §

---------------------------------------------§

§

In re:                                      §        Chapter 11

§

**BILTMORE SURGERY CENTER**                 §        Case No. 24-90216 (CML)
**HOLDINGS, INC.,**                          §

§        **(Emergency Hearing Requested)**

Debtor.                          §

§

Tax I.D. No.  (62-1796499)                  §

---------------------------------------------§

§

In re:                                      §        Chapter 11

§

**BILTMORE SURGERY CENTER,**                §        Case No. 24-90217 (CML)
**INC.,**                                    §

§        **(Emergency Hearing Requested)**

Debtor.                          §

§

Tax I.D. No.  (86-0837176)                  §

---------------------------------------------§

| | | |
|---|---|---|
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BLACKSTONE MEDICAL CENTER** | § | **Case No. 24-90219 (CML)** |
| **INC.,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (45-2465102)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BLACKSTONE REHABILITATION** | § | **Case No. 24-90223 (CML)** |
| **HOSPITAL, INC.,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (36-4706538)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BOSTON ORTHOPEDIC CENTER,** | § | **Case No. 24-90225 (CML)** |
| **LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. N/A** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BOSTON SPORTS MEDICINE AND** | § | **Case No. 24-90230 (CML)** |
| **RESEARCH INSTITUTE, LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. N/A** | § | |
| ------------------------------------------§ | | |

| | | |
|---|---|---|
| -------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BREVARD SHC HOLDINGS LLC,** | § | **Case No. 24-90236 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (82-1041977) | § | |
| -------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HEALTHCARE OF COLORADO, LLC,** | § | **Case No. 24-90242 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (03-0582147) | § | |
| -------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HEALTHCARE OF TEXAS, LLC,** | § | **Case No. 24-90248 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (26-4178850) | § | |
| -------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HOLDING COMPANY, INC.,** | § | **Case No. 24-90261 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (20-1249189) | § | |
| -------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM PHYSICIANS GROUP OF COLORADO, LLC,** | § | **Case No. 24-90266 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (27-3297741) | § | |
| -------------------------------------------§ | | |

4

---------------------------------------------§

§

**In re:**                                    §          **Chapter 11**

§

**CHOICE CARE CLINIC I, INC.,**              §          **Case No. 24-90278 (CML)**

§

       **Debtor.**              §          **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (20-5936914)**               §

---------------------------------------------§

§

**In re:**                                    §          **Chapter 11**

§

**CHOICE CARE CLINIC II, INC.,**             §          **Case No. 24-90283 (CML)**

§

       **Debtor.**              §          **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (20-5815195)**               §

---------------------------------------------§

§

**In re:**                                    §          **Chapter 11**

§

**CHOICE CARE CLINIC III, INC.,**            §          **Case No. 24-90287 (CML)**

§

       **Debtor.**              §          **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (45-5454036)**               §

---------------------------------------------§

§

**In re:**                                    §          **Chapter 11**

§

**CHOICE CARE CLINIC OF**                    §          **Case No. 24-90291 (CML)**
**LOUISIANA, INC.,**                          §

§          **(Emergency Hearing Requested)**

       **Debtor.**              §

§

**Tax I.D. No.  (45-4067134)**               §

---------------------------------------------§

§

**In re:**                                    §          **Chapter 11**

§

**CHOICE CARE CLINIC OF UTAH,**              §          **Case No. 24-90299 (CML)**
**INC.,**                                     §

§          **(Emergency Hearing Requested)**

       **Debtor.**              §

§

**Tax I.D. No.  (45-4317705)**               §

---------------------------------------------§

5

| | | |
|---|---|---|
| ----------------------------------------------§ | | |
| In re: | § | Chapter 11 |
| | § | |
| CONVERSE MEDICAL CENTER LLC, | § | Case No. 24-90306 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  (30-0820305) | § | |
| ----------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS HOSPITAL & MEDICAL | § | Case No. 24-90315 (CML) |
| CENTER, LP, | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (68-0562507) | § | |
| ----------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS HOSPITAL HOLDINGS, INC., | § | Case No. 24-90318 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No.  (62-1795217) | § | |
| ----------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS SURGICAL CENTER | § | Case No. 24-90324 (CML) |
| HOLDINGS, INC., | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (62-1796493) | § | |
| ----------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DE ZAVALA MEDICAL CENTER | § | Case No. 24-90340 (CML) |
| LLC, | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (30-0879734) | § | |
| ----------------------------------------------§ | | |

----------------------------------------------§

§

**In re:** § **Chapter 11**

§

**GLENWOOD SPECIALTY IMAGING,** § **Case No. 24-90344 (CML)**
**LLC,**

§

§ **(Emergency Hearing Requested)**

Debtor. §

§

**Tax I.D. No. (20-4166415)** §

----------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HC ESSENTIAL CO.,** § **Case No. 24-90347 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No. (47-3474893)** §

----------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HEALTH CHOICE FLORIDA, INC.,** § **Case No. 24-90350 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No. (46-4707361)** §

----------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HEALTH CHOICE LOUISIANA, INC.,** § **Case No. 24-90218 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No. (47-2577669)** §

----------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HEALTH CHOICE MANAGED CARE** § **Case No. 24-90224 (CML)**
**SOLUTIONS LLC,**

§

§ **(Emergency Hearing Requested)**

Debtor. §

§

**Tax I.D. No. (32-0509769)** §

----------------------------------------------§

------------------------------------------------§
                                       §

**In re:**                    §     **Chapter 11**

                                       §

**HEALTH CHOICE NORTHERN**   §     **Case No. 24-90227 (CML)**
**ARIZONA LLC,**               §

                                     §     **(Emergency Hearing Requested)**

           **Debtor.**         §

                                     §

**Tax I.D. No.  (35-2516234)**     §
------------------------------------------------§
                                     §

**In re:**                    §     **Chapter 11**

                                       §

**HEALTH CHOICE PREFERRED**   §     **Case No. 24-90229 (CML)**
**ACCOUNTABLE CARE LLC,**     §

                                     §     **(Emergency Hearing Requested)**

           **Debtor.**         §

                                     §

**Tax I.D. No.  (90-0855282)**     §
------------------------------------------------§
                                     §

**In re:**                    §     **Chapter 11**

                                       §

**HEALTH CHOICE PREFERRED**   §     **Case No. 24-90234 (CML)**
**LOUISIANA ACO LLC,**        §

                                     §     **(Emergency Hearing Requested)**

           **Debtor.**         §

                                     §

**Tax I.D. No.  (32-0452767)**     §
------------------------------------------------§
                                     §

**In re:**                    §     **Chapter 11**

                                       §

**HEALTH CHOICE PREFERRED**   §     **Case No. 24-90237 (CML)**
**LOUISIANA PHYSICIAN**      §
**ASSOCIATION LLC,**         §     **(Emergency Hearing Requested)**

                                     §

           **Debtor.**         §

                                     §

**Tax I.D. No.  (32-0451446)**     §
------------------------------------------------§

8

---------------------------------------------§
                                             §
**In re:**                                   §     **Chapter 11**
                                             §
**HEALTH CHOICE PREFERRED**                  §     **Case No. 24-90239 (CML)**
**TEXAS ACO LLC – ALAMO REGION**             §
**LLC,**                                     §     **(Emergency Hearing Requested)**
                                             §
              **Debtor.**                    §
                                             §
**Tax I.D. No.  (61-1763415)**               §
---------------------------------------------§
                                             §
**In re:**                                   §     **Chapter 11**
                                             §
**HEALTH CHOICE PREFERRED**                  §     **Case No. 24-90244 (CML)**
**TEXAS ACO LLC – GULF COAST**               §
**REGION LLC,**                              §     **(Emergency Hearing Requested)**
                                             §
              **Debtor.**                    §
                                             §
**Tax I.D. No.  (35-2534381)**               §
---------------------------------------------§
                                             §
**In re:**                                   §     **Chapter 11**
                                             §
**HEALTH CHOICE PREFERRED**                  §     **Case No. 24-90250 (CML)**
**TEXAS PHYSICIAN ASSOCIATION –**            §
**ALAMO REGION LLC,**                        §     **(Emergency Hearing Requested)**
                                             §
              **Debtor.**                    §
                                             §
**Tax I.D. No.  (36-4811294)**               §
---------------------------------------------§
                                             §
**In re:**                                   §     **Chapter 11**
                                             §
**HEALTH CHOICE PREFERRED**                  §     **Case No. 24-90253 (CML)**
**TEXAS PHYSICIAN ASSOCIATION –**            §
**GULF COAST REGION LLC,**                   §     **(Emergency Hearing Requested)**
                                             §
              **Debtor.**                    §
                                             §
**Tax I.D. No.  (35-2534523)**               §
---------------------------------------------§

-------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HEALTH CHOICE UTAH** § **Case No. 24-90257 (CML)**
**ACCOUNTABLE CARE LLC,** §

§ **(Emergency Hearing Requested)**

Debtor. §

§

**Tax I.D. No.  (30-0740157)** §

-------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HEALTHUTAH HOLDCO LLC,** § **Case No. 24-90262 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (35-2569545)** §

-------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**HERITAGE TECHNOLOGIES, LLC,** § **Case No. 24-90273 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (86-0805100)** §

-------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**IASIS CAPITAL CORPORATION,** § **Case No. 24-90276 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (20-1278389)** §

-------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**IASIS FINANCE II LLC,** § **Case No. 24-90281 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (46-3646796)** §

-------------------------------------------------§

-------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **IASIS FINANCE III LLC,** | § | **Case No. 24-90285 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (38-3915345)** | § | |

-------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **IASIS FINANCE, INC.,** | § | **Case No. 24-90290 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (62-1797792)** | § | |

-------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **IASIS FINANCE TEXAS HOLDINGS, LLC,** | § | **Case No. 24-90295 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (20-1311933)** | § | |

-------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **IASIS GLENWOOD REGIONAL MEDICAL CENTER, LP,** | § | **Case No. 24-90301 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (20-5249827)** | § | |

-------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **IASIS HEALTHCARE CORPORATION,** | § | **Case No. 24-90311 (CML)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (76-0450619)** | § | |

-------------------------------------------§

---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
IASIS HEALTHCARE HOLDINGS,                   §        Case No. 24-90317 (CML)
INC.,                                        §
                                             §        (Emergency Hearing Requested)
          Debtor.                            §
                                             §
Tax I.D. No.  (62-1798194)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
IASIS HEALTHCARE LLC,                        §        Case No. 24-90319 (CML)
                                             §
          Debtor.                            §        (Emergency Hearing Requested)
                                             §
Tax I.D. No.  (20-1150104)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
IASIS MANAGEMENT COMPANY,                    §        Case No. 24-90322 (CML)
                                             §
          Debtor.                            §        (Emergency Hearing Requested)
                                             §
Tax I.D. No.  (62-1797795)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
IASIS TRANSCO, INC.,                         §        Case No. 24-90325 (CML)
                                             §
          Debtor.                            §        (Emergency Hearing Requested)
                                             §
Tax I.D. No.  (62-1801016)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
INDIGENT CARE SERVICES OF                    §        Case No. 24-90247 (CML)
NORTHEAST LOUISIANA, INC.,                   §
                                             §        (Emergency Hearing Requested)
          Debtor.                            §
                                             §
Tax I.D. No.  (62-1796513)                   §
---------------------------------------------§

| | | |
|---|---|---|
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **JORDAN VALLEY HOSPITAL** | § | **Case No. 24-90252 (CML)** |
| **HOLDINGS, INC.,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (62-1795215) | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **JORDAN VALLEY MEDICAL** | § | **Case No. 24-90263 (CML)** |
| **CENTER, LP,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (82-0588653) | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY TRAILS MEDICAL CENTER** | § | **Case No. 24-90269 (CML)** |
| **LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (61-1744649) | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **MESA GENERAL HOSPITAL, LP,** | § | **Case No. 24-90277 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (62-1795590) | § | |
| ------------------------------------------§ | | |

13

---------------------------------------------§

§

In re:                                      §        **Chapter 11**

§

**MORTON HOSPITAL, A STEWARD**            §        **Case No. 24-90282 (CML)**

**FAMILY HOSPITAL, INC.,**                §

§        **(Emergency Hearing Requested)**

Debtor.                      §

§

Tax I.D. No.  (45-1209304)                  §

---------------------------------------------§

§

In re:                                      §        **Chapter 11**

§

**MOUNTAIN POINT HOLDINGS, LLC,** §        **Case No. 24-90289 (CML)**

§

Debtor.                      §        **(Emergency Hearing Requested)**

§

Tax I.D. No.  (81-1072595)                  §

---------------------------------------------§

§

In re:                                      §        **Chapter 11**

§

**MOUNTAIN VISTA MEDICAL**                §        **Case No. 24-90297 (CML)**

**CENTER, LP,**                           §

§        **(Emergency Hearing Requested)**

Debtor.                      §

§

Tax I.D. No.  (20-2066363)                  §

---------------------------------------------§

§

In re:                                      §        **Chapter 11**

§

**MT TRANSITION LP,**                     §        **Case No. 24-90303 (CML)**

§

Debtor.                      §        **(Emergency Hearing Requested)**

§

Tax I.D. No.  (62-1795584)                  §

---------------------------------------------§

14

------------------------------------------------§
                                                §
**In re:**                                      §          **Chapter 11**
                                                §
**NASHOBA VALLEY MEDICAL**                      §          **Case No. 24-90313 (CML)**
**CENTER, A STEWARD FAMILY**                    §
**HOSPITAL, INC.,**                             §          **(Emergency Hearing Requested)**
                                                §
            **Debtor.**                         §
                                                §
**Tax I.D. No.  (27-4157855)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §          **Chapter 11**
                                                §
**NEW ENGLAND SINAI HOSPITAL,**                 §          **Case No. 24-90329 (CML)**
**A STEWARD FAMILY HOSPITAL,**                  §
**INC.,**                                       §          **(Emergency Hearing Requested)**
                                                §
            **Debtor.**                         §
                                                §
**Tax I.D. No.  (90-0813115)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §          **Chapter 11**
                                                §
**ODESSA FERTILITY LAB, INC.,**                 §          **Case No. 24-90334 (CML)**
                                                §
            **Debtor.**                         §          **(Emergency Hearing Requested)**
                                                §
**Tax I.D. No.  (62-1796497)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §          **Chapter 11**
                                                §
**ODESSA REGIONAL HOSPITAL, LP,**               §          **Case No. 24-90348 (CML)**
                                                §
            **Debtor.**                         §          **(Emergency Hearing Requested)**
                                                §
**Tax I.D. No.  (62-1795574)**                  §
------------------------------------------------§

--------------------------------------§

§

In re:                                                   §          Chapter 11

§

ONSITE CARE, INC.,                          §          Case No. 24-90352 (CML)

§

                          Debtor.                    §          (Emergency Hearing Requested)

§

Tax I.D. No.  (20-5772510)                §

--------------------------------------§

§

In re:                                                   §          Chapter 11

§

ONSITE CARE MSO, LLC,               §          Case No. 24-90358 (CML)

§

                          Debtor.                    §          (Emergency Hearing Requested)

§

Tax I.D. No.  (87-1690881)                §

--------------------------------------§

§

In re:                                                   §          Chapter 11

§

PERMIAN BASIN CLINICAL           §          Case No. 24-90365 (CML)
SERVICES, INC.,                                §
                                                            §          (Emergency Hearing Requested)

                          Debtor.                    §

§

Tax I.D. No.  (86-1175133)                §

--------------------------------------§

§

In re:                                                   §          Chapter 11

§

PERMIAN PREMIER HEALTH         §          Case No. 24-90371 (CML)
SERVICES, INC.,                                §
                                                            §          (Emergency Hearing Requested)

                          Debtor.                    §

§

Tax I.D. No.  (13-4334288)                §

--------------------------------------§

§

In re:                                                   §          Chapter 11

§

PHYSICIAN GROUP OF ARIZONA, §          Case No. 24-90373 (CML)
INC.,                                                   §
                                                            §          (Emergency Hearing Requested)

                          Debtor.                    §

§

Tax I.D. No.  (26-2055034)                §

--------------------------------------§

16

------------------------------------------------§

§

**In re:**                                      §                    **Chapter 11**

§

**PHYSICIAN GROUP OF ARKANSAS,**    §                    **Case No. 24-90374 (CML)**
**INC.,**                           §

§                    **(Emergency Hearing Requested)**

Debtor.                     §

§

**Tax I.D. No.  (45-5503617)**                  §

------------------------------------------------§

§

**In re:**                                      §                    **Chapter 11**

§

**PHYSICIAN GROUP OF FLORIDA,**     §                    **Case No. 24-90375 (CML)**
**INC.,**                           §

§                    **(Emergency Hearing Requested)**

Debtor.                     §

§

**Tax I.D. No.  (62-1801013)**                  §

------------------------------------------------§

§

**In re:**                                      §                    **Chapter 11**

§

**PHYSICIAN GROUP OF LOUISIANA,**   §                    **Case No. 24-90376 (CML)**
**INC.,**                           §

§                    **(Emergency Hearing Requested)**

Debtor.                     §

§

**Tax I.D. No.  (27-0345822)**                  §

------------------------------------------------§

§

**In re:**                                      §                    **Chapter 11**

§

**PHYSICIAN GROUP OF UTAH, INC.,**  §                    **Case No. 24-90220 (CML)**

§

Debtor.                     §                    **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (62-1801973)**                  §

------------------------------------------------§

--------------------------------------------§

§

In re:                                    §         Chapter 11

§

PODIATRIC PHYSICIANS          §         Case No. 24-90226 (CML)
MANAGEMENT OF ARIZONA, INC.,   §

§         (Emergency Hearing Requested)

Debtor.                §

§

Tax I.D. No.  (86-0846514)          §

--------------------------------------------§

§

In re:                                    §         Chapter 11

§

PP TRANSITION, INC.,              §         Case No. 24-90228 (CML)

§

Debtor.                §         (Emergency Hearing Requested)

§

Tax I.D. No.  (62-1797790)          §

--------------------------------------------§

§

In re:                                    §         Chapter 11

§

PP TRANSITION LP,                §         Case No. 24-90231 (CML)

§

Debtor.                §         (Emergency Hearing Requested)

§

Tax I.D. No.  (62-1795583)          §

--------------------------------------------§

§

In re:                                    §         Chapter 11

§

QUINCY MEDICAL CENTER, A      §         Case No. 24-90235 (CML)
STEWARD FAMILY HOSPITAL, INC., §

§         (Emergency Hearing Requested)

§

Debtor.                §

§

Tax I.D. No.  (45-2465238)          §

--------------------------------------------§

§

In re:                                    §         Chapter 11

§

RIVERWOODS ASC HOLDCO LLC,  §         Case No. 24-90241 (CML)

§

Debtor.                §         (Emergency Hearing Requested)

§

Tax I.D. No.  (34-4016363)          §

--------------------------------------------§

18

---------------------------------------------§
                                             §
**In re:**                                   §      **Chapter 11**
                                             §
**SALT LAKE REGIONAL MEDICAL**               §      **Case No. 24-90245 (CML)**
**CENTER, LP,**                              §
                                             §      **(Emergency Hearing Requested)**
                                             §
            **Debtor.**                      §
                                             §
**Tax I.D. No.  (62-1795214)**               §
---------------------------------------------§
                                             §
**In re:**                                   §      **Chapter 11**
                                             §
**SALT LAKE REGIONAL**                       §      **Case No. 24-90251 (CML)**
**PHYSICIANS, INC.,**                        §
                                             §      **(Emergency Hearing Requested)**
            **Debtor.**                      §
                                             §
**Tax I.D. No.  (62-1795211)**               §
---------------------------------------------§
                                             §
**In re:**                                   §      **Chapter 11**
                                             §
**SEABOARD DEVELOPMENT LLC,**                §      **Case No. 24-90256 (CML)**
                                             §
            **Debtor.**                      §      **(Emergency Hearing Requested)**
                                             §
**Tax I.D. No.  (62-1756039)**               §
---------------------------------------------§
                                             §
**In re:**                                   §      **Chapter 11**
                                             §
**SEABOARD DEVELOPMENT PORT**                §      **Case No. 24-90258 (CML)**
**ARTHUR LLC,**                              §
                                             §      **(Emergency Hearing Requested)**
            **Debtor.**                      §
                                             §
**Tax I.D. No.  (80-0808748)**               §
---------------------------------------------§

--------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**SHC YOUNGSTOWN OHIO** § **Case No. 24-90267 (CML)**
**LABORATORY SERVICES** §
**COMPANY LLC,** § **(Emergency Hearing Requested)**

§

Debtor. §

§

**Tax I.D. No.  (82-1003734)** §

--------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**SHC YOUNGSTOWN OHIO** § **Case No. 24-90270 (CML)**
**OUTPATIENT SERVICES LLC,** §

§ **(Emergency Hearing Requested)**

Debtor. §

§

**Tax I.D. No.  (82-1003850)** §

--------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**SHC YOUNGSTOWN OHIO PSC LLC,** § **Case No. 24-90274 (CML)**

§

Debtor. § **(Emergency Hearing Requested)**

§

**Tax I.D. No.  (82-0970767)** §

--------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**SOUTHRIDGE PLAZA HOLDINGS,** § **Case No. 24-90275 (CML)**
**INC.,** §

§ **(Emergency Hearing Requested)**

Debtor. §

§

**Tax I.D. No.  (62-1796491)** §

--------------------------------------------------§

--------------------------------------------§
§
In re:                                      §        Chapter 11
§
SOUTHWEST GENERAL HOSPITAL,                  §        Case No. 24-90280 (CML)
LP,                                         §
§        (Emergency Hearing Requested)
Debtor.                            §
§
Tax I.D. No.  (62-1795572)                   §
--------------------------------------------§
§
In re:                                      §        Chapter 11
§
ST. LUKE'S BEHAVIORAL                        §        Case No. 24-90284 (CML)
HOSPITAL, LP,                               §
§        (Emergency Hearing Requested)
Debtor.                            §
§
Tax I.D. No.  (62-1795588)                   §
--------------------------------------------§
§
In re:                                      §        Chapter 11
§
ST. LUKE'S MEDICAL CENTER, LP,               §        Case No. 24-90294 (CML)
§
Debtor.                            §        (Emergency Hearing Requested)
§
Tax I.D. No.  (62-1795587)                   §
--------------------------------------------§
§
In re:                                      §        Chapter 11
§
STEWARD ACCOUNTABLE CARE                     §        Case No. 24-90302 (CML)
ORGANIZATION INC.,                          §
§        (Emergency Hearing Requested)
Debtor.                            §
§
Tax I.D. No.  (87-1021140)                   §
--------------------------------------------§

-----------------------------------------------§

§

In re:                                          §          Chapter 11

§

**STEWARD ANESTHESIOLOGY**                      §          **Case No. 24-90307 (CML)**

**PHYSICIANS OF FLORIDA, INC.,**                §

§          **(Emergency Hearing Requested)**

Debtor.                            §

§

Tax I.D. No.  (84-3108147)                      §

-----------------------------------------------§

§

In re:                                          §          Chapter 11

§

**STEWARD ANESTHESIOLOGY**                      §          **Case No. 24-90310 (CML)**

**PHYSICIANS OF MASSACHUSETTS,**                §

**INC.,**                                       §          **(Emergency Hearing Requested)**

§

Debtor.                            §

§

Tax I.D. No.  (86-3579509)                      §

-----------------------------------------------§

§

In re:                                          §          Chapter 11

§

**STEWARD ANESTHESIOLOGY**                      §          **Case No. 24-90328 (CML)**

**PHYSICIANS OF PENNSYLVANIA,**                 §

**INC.,**                                       §          **(Emergency Hearing Requested)**

§

Debtor.                            §

§

Tax I.D. No.  (84-2405654)                      §

-----------------------------------------------§

§

In re:                                          §          Chapter 11

§

**STEWARD ASC HOLDINGS LLC,**                   §          **Case No. 24-90332 (CML)**

§

Debtor.                            §          **(Emergency Hearing Requested)**

§

Tax I.D. No.  N/A                               §

-----------------------------------------------§

|  |  |  |
|---|---|---|
| ------------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD CARNEY HOSPITAL, INC., | § | Case No. 24-90336 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. (27-2473755) | § | |
| ------------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD CGH, INC., | § | Case No. 24-90339 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. (86-2608394) | § | |
| ------------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD EASTON HOSPITAL, INC., | § | Case No. 24-90341 (CML) |
| | § | |
| Debtor. | § | (Emergency Hearing Requested) |
| | § | |
| Tax I.D. No. (81-5354718) | § | |
| ------------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD EMERGENCY | § | Case No. 24-90343 (CML) |
| PHYSICIANS, INC., | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (27-3676242) | § | |
| ------------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD EMERGENCY | § | Case No. 24-90346 (CML) |
| PHYSICIANS OF ARIZONA, INC., | § | |
| | § | (Emergency Hearing Requested) |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (83-3494977) | § | |
| ------------------------------------------------§ | | |

----------------------------------------§
                                         §
In re:                                   §          Chapter 11
                                         §
STEWARD EMERGENCY                        §          Case No. 24-90349 (CML)
PHYSICIANS OF FLORIDA, INC.,             §
                                         §          (Emergency Hearing Requested)
         Debtor.                         §
                                         §
Tax I.D. No.  (85-2185518)               §
----------------------------------------§
                                         §
In re:                                   §          Chapter 11
                                         §
STEWARD EMERGENCY                        §          Case No. 24-90351 (CML)
PHYSICIANS OF PENNSYLVANIA,              §
INC.,                                    §          (Emergency Hearing Requested)
                                         §
         Debtor.                         §
                                         §
Tax I.D. No.  (84-2424854)               §
----------------------------------------§
                                         §
In re:                                   §          Chapter 11
                                         §
STEWARD EMERGENCY                        §          Case No. 24-90353 (CML)
PHYSICIANS OHIO, INC.,                   §
                                         §          (Emergency Hearing Requested)
         Debtor.                         §
                                         §
Tax I.D. No.  (83-1799216)               §
----------------------------------------§
                                         §
In re:                                   §          Chapter 11
                                         §
STEWARD EMPLOYER SOLUTIONS               §          Case No. 24-90355 (CML)
LLC,                                     §
                                         §          (Emergency Hearing Requested)
         Debtor.                         §
                                         §
Tax I.D. No.  (87-3083325)               §
----------------------------------------§

24

---------------------------------------------§

§

In re: § Chapter 11

§

**STEWARD FALL RIVER** § Case No. 24-90356 (CML)
**MANAGEMENT CARE SERVICES** §
**LLC,** § **(Emergency Hearing Requested)**

§

Debtor. §

§

Tax I.D. No.  (27-3074966) §

---------------------------------------------§

§

In re: § Chapter 11

§

**STEWARD FLORIDA ALF LLC,** § Case No. 24-90359 (CML)

§

Debtor. § **(Emergency Hearing Requested)**

§

Tax I.D. No.  (82-0625232) §

---------------------------------------------§

§

In re: § Chapter 11

§

**STEWARD FLORIDA ASC LLC,** § Case No. 24-90361 (CML)

§

Debtor. § **(Emergency Hearing Requested)**

§

Tax I.D. No.  (82-0625034) §

---------------------------------------------§

§

In re: § Chapter 11

§

**STEWARD FLORIDA HOLDINGS** § Case No. 24-90222 (CML)
**LLC,** §
§ **(Emergency Hearing Requested)**

Debtor. §

§

Tax I.D. No.  (81-5437399) §

---------------------------------------------§

§

In re: § Chapter 11

§

**STEWARD FMC, INC.,** § Case No. 24-90233 (CML)

§

Debtor. § **(Emergency Hearing Requested)**

§

Tax I.D. No.  (86-2639465) §

---------------------------------------------§

-------------------------------------------------§
                                                 §
In re:                                           §          Chapter 11
                                                 §
STEWARD GOOD SAMARITAN                            §          Case No. 24-90240 (CML)
MEDICAL CENTER, INC.,                             §
                                                 §          (Emergency Hearing Requested)
          Debtor.                                §
                                                 §
Tax I.D. No.  (27-2473728)                       §
-------------------------------------------------§
                                                 §
In re:                                           §          Chapter 11
                                                 §
STEWARD GOOD SAMARITAN                            §          Case No. 24-90246 (CML)
OCCUPATIONAL HEALTH                               §
SERVICES, INC.,                                   §          (Emergency Hearing Requested)
                                                 §
          Debtor.                                §
                                                 §
Tax I.D. No.  (27-3075262)                       §
-------------------------------------------------§
                                                 §
In re:                                           §          Chapter 11
                                                 §
STEWARD GOOD SAMARITAN                            §          Case No. 24-90255 (CML)
RADIATION ONCOLOGY CENTER,                        §
INC.,                                            §          (Emergency Hearing Requested)
                                                 §
          Debtor.                                §
                                                 §
Tax I.D. No.  (27-3075381)                       §
-------------------------------------------------§
                                                 §
In re:                                           §          Chapter 11
                                                 §
STEWARD HEALTH CARE                               §          Case No. 24-90260 (CML)
INTERNATIONAL LLC,                                §
                                                 §          (Emergency Hearing Requested)
          Debtor.                                §
                                                 §
Tax I.D. No.  (27-2490096)                       §
-------------------------------------------------§

-------------------------------------------§
                                           §
In re:                                     §          Chapter 11
                                           §
**STEWARD HEALTH CARE**                    §          Case No. 24-90265 (CML)
**NETWORK ACO TEXAS, INC.,**               §
                                           §          **(Emergency Hearing Requested)**
           Debtor.                         §
                                           §
Tax I.D. No.  (85-0554003)                 §
-------------------------------------------§
                                           §
In re:                                     §          Chapter 11
                                           §
**STEWARD HEALTH CARE**                    §          Case No. 24-90271 (CML)
**NETWORK, INC.,**                         §
                                           §          **(Emergency Hearing Requested)**
           Debtor.                         §
                                           §
Tax I.D. No.  (27-3075212)                 §
-------------------------------------------§
                                           §
In re:                                     §          Chapter 11
                                           §
**STEWARD HEALTH CARE**                    §          Case No. 24-90279 (CML)
**OZ FUND, INC.,**                         §
                                           §          **(Emergency Hearing Requested)**
           Debtor.                         §
                                           §
Tax I.D. No.  (87-1449264)                 §
-------------------------------------------§
                                           §
In re:                                     §          Chapter 11
                                           §
**STEWARD HEALTH CHOICE, INC.,**           §          Case No. 24-90286 (CML)
                                           §
           Debtor.                         §          **(Emergency Hearing Requested)**
                                           §
Tax I.D. No.  (46-2210067)                 §
-------------------------------------------§

27

--------------------------------------------§

§

| In re: | § | Chapter 11 |

§

| STEWARD HEALTHCARE | § | Case No. 24-90293 (CML) |
| MANAGEMENT SERVICES LLC, | § | |

§

**(Emergency Hearing Requested)**

Debtor. §

§

Tax I.D. No.  (37-1743783)  §

--------------------------------------------§

§

| In re: | § | Chapter 11 |

§

| STEWARD HH, INC., | § | Case No. 24-90298 (CML) |

§

Debtor. § **(Emergency Hearing Requested)**

§

Tax I.D. No.  (86-2669849)  §

--------------------------------------------§

§

| In re: | § | Chapter 11 |

§

| STEWARD HILLSIDE | § | Case No. 24-90304 (CML) |
| REHABILITATION HOSPITAL, INC., | § | |

§

**(Emergency Hearing Requested)**

Debtor. §

§

Tax I.D. No.  (81-5446091)  §

--------------------------------------------§

§

| In re: | § | Chapter 11 |

§

| STEWARD HOLY FAMILY | § | Case No. 24-90309 (CML) |
| HOSPITAL, INC., | § | |

§

**(Emergency Hearing Requested)**

Debtor. §

§

Tax I.D. No.  (27-2473701)  §

--------------------------------------------§

----------------------------------------------------§
§
In re:                                              §          Chapter 11
                                                    §
STEWARD HOSPITAL HOLDINGS                           §          Case No. 24-90314 (CML)
LLC,                                                §
                                                    §          (Emergency Hearing Requested)
          Debtor.                                   §
                                                    §
Tax I.D. No.  (27-2473450)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
STEWARD HOSPITAL HOLDINGS                           §          Case No. 24-90320 (CML)
SUBSIDIARY ONE, INC.,                               §
                                                    §          (Emergency Hearing Requested)
          Debtor.                                   §
                                                    §
Tax I.D. No.  (45-2465023)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
STEWARD IMAGING &                                   §          Case No. 24-90326 (CML)
RADIOLOGY HOLDINGS LLC,                             §
                                                    §          (Emergency Hearing Requested)
          Debtor.                                   §
                                                    §
Tax I.D. No.  (27-2473484)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
STEWARD MEDICAID CARE                               §          Case No. 24-90331 (CML)
NETWORK, INC.,                                      §
                                                    §          (Emergency Hearing Requested)
          Debtor.                                   §
                                                    §
Tax I.D. No.  (81-4107389)                          §
----------------------------------------------------§

-----------------------------------------§
§
In re:                                   §        Chapter 11
§
**STEWARD MEDICAL GROUP**                §        Case No. 24-90337 (CML)
**EXPRESS CARE, INC.,**                  §
§        **(Emergency Hearing Requested)**
Debtor.                    §
§
Tax I.D. No. (46-5491210)                §
-----------------------------------------§
§
In re:                                   §        Chapter 11
§
**STEWARD MEDICAL GROUP, INC.,**         §        Case No. 24-90362 (CML)
§
Debtor.                    §        **(Emergency Hearing Requested)**
§
Tax I.D. No. (27-2777455)                §
-----------------------------------------§
§
In re:                                   §        Chapter 11
§
**STEWARD MEDICAL GROUP**                §        Case No. 24-90354 (CML)
**PENNSYLVANIA ENDOSCOPY LLC,**          §
§        **(Emergency Hearing Requested)**
Debtor.                    §
§
Tax I.D. No. (82-0799612)                §
-----------------------------------------§
§
In re:                                   §        Chapter 11
§
**STEWARD MEDICAL HOLDINGS**             §        Case No. 24-90357 (CML)
**LLC,**                                 §
§        **(Emergency Hearing Requested)**
Debtor.                    §
§
Tax I.D. No. (27-3074900)                §
-----------------------------------------§

30

---------------------------------------------------§
               §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD MEDICAL VENTURES, INC.,** | § | **Case No. 24-90360 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  N/A** | § | |

---------------------------------------------------§
               §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD MELBOURNE HOSPITAL, INC.,** | § | **Case No. 24-90363 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (81-5354550)** | § | |

---------------------------------------------------§
               §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD NEW ENGLAND INITIATIVES, INC.,** | § | **Case No. 24-90364 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (27-3075043)** | § | |

---------------------------------------------------§
               §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD NORWOOD HOSPITAL, INC.,** | § | **Case No. 24-90366 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| **Tax I.D. No.  (27-2473602)** | § | |

---------------------------------------------------§

----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD NSMC, INC.,**                  §        **Case No. 24-90367 (CML)**
                                         §
            Debtor.                      §        **(Emergency Hearing Requested)**
                                         §
Tax I.D. No. (86-2695690)                §
----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD OHIO HOLDINGS LLC,**           §        **Case No. 24-90368 (CML)**
                                         §
            Debtor.                      §        **(Emergency Hearing Requested)**
                                         §
Tax I.D. No. (81-5446526)                §
----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD OPERATIONS**                   §        **Case No. 24-90369 (CML)**
**HOLDINGS LLC,**                        §
                                         §        **(Emergency Hearing Requested)**
            Debtor.                      §
                                         §
Tax I.D. No. (27-2490041)                §
----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD PATHOLOGY**                    §        **Case No. 24-90370 (CML)**
**PHYSICIANS OF MASSACHUSETTS,**         §
**INC.,**                                §        **(Emergency Hearing Requested)**
                                         §
            Debtor.                      §
                                         §
Tax I.D. No. (86-3272560)                §
----------------------------------------§

----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
**STEWARD PENNSYLVANIA**                            §          Case No. 24-90372 (CML)
**HOLDINGS LLC,**                                   §
                                                    §          **(Emergency Hearing Requested)**
              Debtor.                               §
                                                    §
Tax I.D. No.  (81-5446402)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
**STEWARD PET IMAGING, LLC,**                       §          Case No. 24-90221 (CML)
                                                    §
              Debtor.                               §          **(Emergency Hearing Requested)**
                                                    §
Tax I.D. No.  (42-1556663)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
**STEWARD PGH, INC.,**                              §          Case No. 24-90232 (CML)
                                                    §
              Debtor.                               §          **(Emergency Hearing Requested)**
                                                    §
Tax I.D. No.  (86-2724926)                          §
----------------------------------------------------§
                                                    §
In re:                                              §          Chapter 11
                                                    §
**STEWARD PHYSICIAN**                               §          Case No. 24-90238 (CML)
**CONTRACTING, INC.,**                              §
                                                    §          **(Emergency Hearing Requested)**
              Debtor.                               §
                                                    §
Tax I.D. No.  (27-3676310)                          §
----------------------------------------------------§

------------------------------------------------§
                                                §
In re:                                          §      Chapter 11
                                                §
STEWARD RADIOLOGY                               §      Case No. 24-90243 (CML)
PHYSICIANS OF ARIZONA, INC.,                     §
                                                §      (Emergency Hearing Requested)
                                                §
        Debtor.                                 §
                                                §
Tax I.D. No.  (84-3808703)                      §
------------------------------------------------§
                                                §
In re:                                          §      Chapter 11
                                                §
STEWARD RADIOLOGY                               §      Case No. 24-90249 (CML)
PHYSICIANS OF FLORIDA, INC.,                     §
                                                §      (Emergency Hearing Requested)
                                                §
        Debtor.                                 §
                                                §
Tax I.D. No.  (85-2197478)                      §
------------------------------------------------§
                                                §
In re:                                          §      Chapter 11
                                                §
STEWARD RADIOLOGY                               §      Case No. 24-90254 (CML)
PHYSICIANS OF MASSACHUSETTS,                     §
INC.,                                           §      (Emergency Hearing Requested)
                                                §
        Debtor.                                 §
                                                §
Tax I.D. No.  (86-3181864)                      §
------------------------------------------------§
                                                §
In re:                                          §      Chapter 11
                                                §
STEWARD RADIOLOGY                               §      Case No. 24-90259 (CML)
PHYSICIANS OF PENNSYLVANIA,                      §
INC.,                                           §      (Emergency Hearing Requested)
                                                §
        Debtor.                                 §
                                                §
Tax I.D. No.  (84-2434262)                      §
------------------------------------------------§

-------------------------------------------------§
                                                 §
In re:                                           §         **Chapter 11**
                                                 §
**STEWARD ROCKLEDGE HOSPITAL,** §                          **Case No. 24-90264 (CML)**
**INC.,**                                        §
                                                 §         **(Emergency Hearing Requested)**
              Debtor.                            §
                                                 §
Tax I.D. No.  (81-5437018)                       §
-------------------------------------------------§
                                                 §
In re:                                           §         **Chapter 11**
                                                 §
**STEWARD SA FSED HOLDINGS INC.,** §                       **Case No. 24-90268 (CML)**
                                                 §
              Debtor.                            §         **(Emergency Hearing Requested)**
                                                 §
Tax I.D. No. (83-2091840)                        §
-------------------------------------------------§
                                                 §
In re:                                           §         **Chapter 11**
                                                 §
**STEWARD SEBASTIAN RIVER**       §                        **Case No. 24-90272 (CML)**
**MEDICAL CENTER, INC.,**                        §
                                                 §         **(Emergency Hearing Requested)**
              Debtor.                            §
                                                 §
Tax I.D. No.  (81-5437273)                       §
-------------------------------------------------§
                                                 §
In re:                                           §         **Chapter 11**
                                                 §
**STEWARD SHARON REGIONAL**       §                        **Case No. 24-90288 (CML)**
**HEALTH SYSTEM, INC.,**                         §
                                                 §         **(Emergency Hearing Requested)**
              Debtor.                            §
                                                 §
Tax I.D. No.  (81-5457135)                       §
-------------------------------------------------§
                                                 §
In re:                                           §         **Chapter 11**
                                                 §
**STEWARD SPECIAL PROJECTS LLC,** §                        **Case No. 24-90292 (CML)**
                                                 §
              Debtor.                            §         **(Emergency Hearing Requested)**
                                                 §
Tax I.D. No.  (27-4022750)                       §
-------------------------------------------------§

35

------------------------------------------------§
                                                §
In re:                                          §      **Chapter 11**
                                                §
**STEWARD ST. ANNE'S HOSPITAL**                 §      **Case No. 24-90296 (CML)**
**CORPORATION,**                                §
                                                §      **(Emergency Hearing Requested)**
              Debtor.                           §
                                                §
Tax I.D. No.  (27-2473637)                      §
------------------------------------------------§
                                                §
In re:                                          §      **Chapter 11**
                                                §
**STEWARD ST. ELIZABETH'S**                     §      **Case No. 24-90300 (CML)**
**MEDICAL CENTER OF BOSTON,**                   §
**INC.,**                                       §      **(Emergency Hearing Requested)**
                                                §
              Debtor.                           §
                                                §
Tax I.D. No.  (27-2473667)                      §
------------------------------------------------§
                                                §
In re:                                          §      **Chapter 11**
                                                §
**STEWARD ST. ELIZABETH'S**                     §      **Case No. 24-90305 (CML)**
**REALTY CORP.,**                               §
                                                §      **(Emergency Hearing Requested)**
              Debtor.                           §
                                                §
Tax I.D. No.  (27-3075169)                      §
------------------------------------------------§
                                                §
In re:                                          §      **Chapter 11**
                                                §
**STEWARD TEXAS HOSPITAL**                      §      **Case No. 24-90308 (CML)**
**HOLDINGS LLC,**                               §
                                                §      **(Emergency Hearing Requested)**
              Debtor.                           §
                                                §
Tax I.D. No.  (83-2900290)                      §
------------------------------------------------§

-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
**STEWARD TRUMBULL MEMORIAL**              §        **Case No. 24-90312 (CML)**
**HOSPITAL, INC.,**                        §
                                           §        **(Emergency Hearing Requested)**
       Debtor.                             §
                                           §
**Tax I.D. No.  (81-5457243)**             §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
**STEWARD TSC INVESTMENTS LLC,**           §        **Case No. 24-90316 (CML)**
                                           §
       Debtor.                             §        **(Emergency Hearing Requested)**
                                           §
**Tax I.D. No. N/A**                       §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
**STEWARD VALLEY REGIONAL**                §        **Case No. 24-90321 (CML)**
**VENTURES, INC.,**                        §
                                           §        **(Emergency Hearing Requested)**
       Debtor.                             §
                                           §
**Tax I.D. No.  (27-3075090)**             §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
**STEWARD WEST VENTURES, CO.,**            §        **Case No. 24-90323 (CML)**
                                           §
       Debtor.                             §        **(Emergency Hearing Requested)**
                                           §
**Tax I.D. No.  (84-3814117)**             §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
**STEWARDSHIP HEALTH, INC.,**              §        **Case No. 24-90327 (CML)**
                                           §
       Debtor.                             §        **(Emergency Hearing Requested)**
                                           §
**Tax I.D. No. (93-4645903)**              §
-------------------------------------------§

------------------------------------------------§
                           §

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARDSHIP HEALTH MEDICAL** | § | |
| **GROUP, INC.,** | § | **Case No. 24-90330 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (93-4834210) | § | |

------------------------------------------------§

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARDSHIP SERVICES INC.,** | § | **Case No. 24-90333 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (99-1532800) | § | |

------------------------------------------------§

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **THE MEDICAL CENTER OF** | § | **Case No. 24-90335 (CML)** |
| **SOUTHEAST TEXAS, LP,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (27-0060569) | § | |

------------------------------------------------§

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TNC TRANSITION LP,** | § | **Case No. 24-90338 (CML)** |
| | § | |
| Debtor. | § | **(Emergency Hearing Requested)** |
| | § | |
| Tax I.D. No. (62-1795580) | § | |

------------------------------------------------§

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TRACO INVESTMENT** | § | **Case No. 24-90342 (CML)** |
| **MANAGEMENT LLC,** | § | |
| | § | **(Emergency Hearing Requested)** |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (85-2650418) | § | |

------------------------------------------------§

38

```
-----------------------------------------------------§
                                                     §
In re:                                               §        Chapter 11
                                                     §
UTAH TRANSCRIPTION SERVICES,                         §        Case No. 24-90345 (CML)
INC.,                                                §
                                                     §        (Emergency Hearing Requested)
             Debtor.                                 §
                                                     §
Tax I.D. No.  (62-1795212)                           §
-----------------------------------------------------§
```

## EMERGENCY MOTION OF DEBTORS FOR AN ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

> **EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 10:00 A.M. (CENTRAL TIME) ON MAY 7, 2024.**
>
> **IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**
>
> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 7, 2024 AT 10:00 A.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.**
>
> **PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510.  ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER.  JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ".  CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS.  TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE.  SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE**

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):

**Background**

1.     On May 6, 2024, (the "**Petition Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").   The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.     The Debtors own and operate the largest private physician-owned for-profit healthcare network in the United States.  Headquartered in Dallas, Texas, the Debtors' operations include 31 hospitals across eight states, approximately 400 facility locations, 4,500 primary and specialty care physicians, 3,600 staffed beds, and a company-wide workforce of nearly 30,000 employees.  The Debtors' provide care to more than two million patients annually.

3.     Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings* (the "**First Day Declaration**"), filed contemporaneously herewith and incorporated herein by reference.[1]

**Jurisdiction**

4.     The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

## Relief Requested

5.    By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"), the Debtors request entry of an order directing the consolidation of their chapter 11 cases for procedural purposes only.

6.    A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## Relief Requested Should Be Granted

7.    Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Section 101(2) of the Bankruptcy Code defines the term "affiliate" to mean:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
> > (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or
> >
> > (ii) solely to secure a debt, if such entity has not in fact exercised such power to vote;
>
> (B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor, other than an entity that holds such securities—
>
> > (i) in a fiduciary or agency capacity without sole discretionary power to vote such securities; or

(ii) solely to secure a debt, if such entity has not in fact exercised such power to vote . . . .

11 U.S.C. § 101(2).   In addition, Bankruptcy Local Rule 1015-1 provides for the joint administration of related chapter 11 cases.  The Debtors are all affiliates of one another because Steward Health Care Holdings LLC directly or indirectly owns or controls 20% or more of the outstanding voting securities of each Debtor.   Accordingly, the Court is authorized to jointly administer these chapter 11 cases for procedural purposes.

8.      Joint administration of these chapter 11 cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders.  Joint administration will also relieve the Court of entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for the Southern District of Texas and other parties-in-interest will similarly benefit from joint administration of these chapter 11 cases, sparing them the time and effort of reviewing duplicative dockets, pleadings, and papers.

9.      Joint administration will not adversely affect creditors' rights because this Motion requests only the administrative consolidation of the estates for procedural purposes, and does not seek substantive consolidation.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved.

10.      The Debtors respectfully request that each of the Debtors' chapter 11 cases be administered under a consolidated caption, in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC,** *et al.,* | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

11.     The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of Steward Health Care System LLC) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Steward Health Care System LLC, *et al.*  The docket in Case No. 24-90213 (CML) should be consulted for all matters affecting this case.

12.     Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

## Notice

13.     Notice of this Motion will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: May 6, 2024
      Houston, Texas

                                      _/s/ Clifford W. Carlson_
                                        WEIL, GOTSHAL & MANGES LLP
                                        Gabriel A. Morgan (24125891)
                                        Clifford W. Carlson (24090024)
                                        Stephanie N. Morrison (24126930)
                                        700 Louisiana Street, Suite 3700
                                        Houston, Texas 77002
                                        Telephone: (713) 546-5000
                                        Facsimile: (713) 224-9511
                                        Email:   Gabriel.Morgan@weil.com
                                                     Clifford.Carlson@weil.com
                                                     Stephanie.Morrison@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Ray C. Schrock (_pro hac vice_ pending)
                                        Candace M. Arthur (_pro hac vice_ pending)
                                        David J. Cohen (_pro hac vice_ pending)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        Email:   Ray.Schrock@weil.com
                                                     Candace.Arthur@weil.com
                                                     DavidJ.Cohen@weil.com


                                        _Proposed Attorneys for Debtors_
                                        _and Debtors in Possession_

**<u>Certificate of Service</u>**

I hereby certify that on May 6, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

   _/s/  Clifford W. Carlson_
Clifford W. Carlson

**Exhibit A**

**Proposed Order**