## Exhibit B

**Steele Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  | § |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC,** *et al.*, | § |  |
|  | § | **(Joint Administration Requested)** |
| Debtors.[1] | § |  |

**DECLARATION OF BENJAMIN J. STEELE**
**IN SUPPORT OF DEBTORS' EMERGENCY** *EX PARTE*
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING**
**ADMINISTRATION LLC AS CLAIMS, NOTICING, AND SOLICITATION AGENT**

I, Benjamin J. Steele, under penalty of perjury, declare as follows:

1.     I am a Managing Director at Kroll Restructuring Administration LLC ("**Kroll**"), a chapter 11 administrative services firm (in such capacity, the "**Claims and Noticing Agent**") whose headquarters are located at 55 East 52nd Street, 17th Floor, New York, NY 10055.  Except as otherwise noted in this declaration (this "**Declaration**"), I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently as follows:

2.     I submit this Declaration in support of the *Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent*, filed contemporaneously herewith (the "**Application**") by the Debtors.[2]

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2]     Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Application.

3.      Kroll represents the following:

(a)      Kroll, its members, and its employees are not and were not, within two years before the date of the filing of these chapter 11 cases, creditors, equity security holders, insiders, or employees of the Debtors;

(b)      Kroll will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these chapter 11 cases;

(c)      By accepting employment in these chapter 11 cases, Kroll waives any rights to receive compensation from the United States government in connection with these chapter 11 cases;

(d)      In its capacity as the Claims and Noticing Agent in these chapter 11 cases, Kroll will not be an agent of the United States and will not act on behalf of the United States;

(e)      Kroll will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these chapter 11 cases;

(f)      Kroll is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

(g)      In its capacity as Claims and Noticing Agent in these chapter 11 cases, Kroll will not intentionally misrepresent any fact to any person;

(h)      Kroll will be under the supervision and control of the Office of the Clerk of the Bankruptcy Court (the "**Clerk**") with respect to the receipt and recordation of claims and claim transfers;

(i)      Kroll will comply with all requests of the Clerk and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j)      None of the services provided by Kroll as Claims and Noticing Agent in these chapter 11 cases shall be at the expense of the Clerk.

4.      I caused to be submitted for review by our conflicts system the names of potential parties in interest (the "**Potential Parties in Interest**"), annexed hereto as **Exhibit 1**, in these chapter 11 cases.  The results of the conflict check were compiled and reviewed by Kroll professionals under my supervision.  Kroll is not aware of any connection that would present a

disqualifying conflict of interest.  Should Kroll discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Kroll will use reasonable efforts to promptly file a supplemental declaration.

5.　　To the best of my knowledge, neither Kroll, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors, or other relevant parties.  Kroll may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Kroll serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for another chapter 11 debtor.

6.　　Kroll discloses the following connections, each of which Kroll believes does not present an interest adverse to the Debtors:

- Christina Pullo, Managing Director of Kroll and Head of Corporate Actions, was previously an associate at Weil, counsel to the Debtors in these chapter 11 cases. Shira D. Weiner, General Counsel of Kroll and its divisional affiliates, was formerly an associate at Weil.  Certain other employees of Kroll were also formerly associates at Weil.  Ms. Pullo left Weil in May 2009, and Ms. Weiner left Weil in February 2008.  Neither Ms. Pullo nor Ms. Weiner, or any other former Weil associates now working at Kroll worked on any matters involving the Debtors during their time at Weil.  Additionally, Stephen Karotkin, a former partner at Weil, is a consultant at Weil.  Mr. Karotkin's son, Joshua Karotkin, a Director at Kroll, has been an employee of Kroll since April 2014.

- Jordan Searles, a Director at Kroll, was previously an audit associate at KPMG LLP ("KPMG"), one of the Debtors' ordinary course professionals.  Mr. Searles left KPMG in 2014.  Mr. Searles did not work on any matters involving the Debtors during his time at KPMG.  Additionally, Mr. Searles' brother, Adam Searles, is a Partner at AlixPartners, LLC, the Debtors' proposed restructuring advisor.

- Christopher Schepper is a Managing Director of Kroll.  Mr. Schepper's wife, Alison Schepper, is a Director at Kroll.  Ms. Schepper's father, Paul Tearnen, is a Managing Director at Alvarez & Marsal, which is the financial advisor to MPT. Mr. Tearnen is not a restructuring professional and upon information and belief does not have any involvement in these Chapter 11 Cases.

- Heidi Stern, Chief Financial Officer for Kroll and its divisional affiliates, and Diana Shih, Controller at Kroll, were formerly associates at PricewaterhouseCoopers LLP ("PWC"), the Debtors' accountants.  Ms. Stern and Ms. Shih left PWC in 2011.

Neither Ms. Stern nor Ms. Shih worked on any matters involving the Debtors during their time at PWC.

- Stacey Corr-Irvine is a Director at Kroll.  Mrs. Corr-Irvine's husband is a Vice President of Fixed Income Finance at JP Morgan Chase Bank, N.A., one of the Debtors' Banks.  Mr. Irvine's role is administrative in nature, and he is not involved in any investment decisions.

- Kroll has a banking relationship with Citibank, N.A., including (i) Citibank maintaining various bank accounts established by Kroll in the name of and as agent for its clients to facilitate distributions pursuant to chapter 11 plans or other transactions and (ii) Kroll receiving fees and other compensation from Citibank as part of such relationship.

- Kroll is an indirect subsidiary of Kroll, LLC ("Kroll Parent").  Kroll Parent is the world's premier provider of services and digital products related to governance, risk and transparency. Within the Kroll Parent corporate structure, Kroll operates independently from Kroll Parent. As such, any relationships that Kroll Parent and its affiliates maintain do not create an interest of Kroll's that is materially adverse to the Debtors' estates or any class of creditors or security holders.  Kroll Parent is not currently identified on the Potential Parties in Interest list, but Kroll makes this disclosure out of an abundance of caution.

- Kroll further declares that Kroll does not now have nor has it ever had any contract or agreement with XClaim Inc. or with any other party under which Kroll provides, provided, or will provide exclusive access to claims data or under which Kroll would be compensated for claims data made available by Kroll.

7.     Based on the foregoing, I believe Kroll is a "disinterested person" as the term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  May 6, 2024

/s/  Benjamin J. Steele
Managing Director
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055

4

## **Exhibit 1**

**Potential Parties In Interest**

**<u>Debtors</u>**
Arizona Diagnostic & Surgical Center, Inc.
Beaumont Hospital Holdings, Inc.
Biltmore Surgery Center Holdings, Inc.
Biltmore Surgery Center, Inc.
Blackstone Medical Center, Inc.
Blackstone Rehabilitation Hospital, Inc.
Boston Orthopedic Center, LLC
Boston Sports Medicine and Research Institute, LLC
Brevard SHC Holdings LLC
Brim Healthcare of Colorado, LLC
Brim Healthcare of Texas, LLC
Brim Holding Company, Inc.
Brim Physicians Group of Colorado, LLC
Choice Care Clinic I, Inc.
Choice Care Clinic II, Inc.
Choice Care Clinic III, Inc.
Choice Care Clinic of Louisiana, Inc.
Choice Care Clinic of Utah, Inc.
Converse Medical Center LLC
Davis Hospital & Medical Center, LP
Davis Hospital Holdings, Inc.
Davis Surgical Center Holdings, Inc.
De Zavala Medical Center LLC
Downtown Houston Physician Hospital Organization
Glenwood Specialty Imaging, LLC
HC Essential Co.
Health Choice Florida, Inc.
Health Choice Louisiana, Inc.
Health Choice Managed Care Solutions LLC
Health Choice Northern Arizona LLC
Health Choice Preferred Accountable Care LLC
Health Choice Preferred Louisiana ACO LLC
Health Choice Preferred Louisiana Physician Association LLC
Health Choice Preferred Texas ACO - Alamo Region LLC
Health Choice Preferred Texas ACO - Gulf Coast Region LLC
Health Choice Preferred Texas Physician Association - Alamo Region LLC
Health Choice Preferred Texas Physician Association - Gulf Coast Region LLC
Health Choice Utah Accountable Care LLC
HealthUtah Holdco LLC
Heritage Technologies, LLC
IASIS Capital Corporation
IASIS Finance II LLC
IASIS Finance III LLC
IASIS Finance Texas Holdings, LLC
IASIS Finance, Inc.

IASIS Glenwood Regional Medical Center, LP
IASIS Healthcare Corporation
IASIS Healthcare Holdings, Inc.
IASIS Healthcare LLC
IASIS Management Company
IASIS Transco, Inc.
Indigent Care Services of Northeast Louisiana, Inc.
Jordan Valley Hospital Holdings, Inc.
Jordan Valley Medical Center, LP
Legacy Trails Medical Center LLC
Mesa General Hospital, LP
Morton Hospital, A Steward Family Hospital, Inc.
Mountain Point Holdings, LLC
Mountain Vista Medical Center, LP
MT Transition LP
Nashoba Valley Medical Center, A Steward Family Hospital, Inc.
New England Sinai Hospital, A Steward Family Hospital, Inc.
Odessa Fertility Lab, Inc.
Odessa Regional Hospital, LP
OnSite Care, Inc.
OnSite Care MSO, LLC
Permian Basin Clinical Services, Inc.
Permian Premier Health Services, Inc.
Physician Group of Arizona, Inc.
Physician Group of Arkansas, Inc.
Physician Group of Florida, Inc.
Physician Group of Louisiana, Inc.
Physician Group of Utah, Inc.
Podiatric Physicians Management of Arizona, Inc.
PP Transition LP
PP Transition, Inc.
Quincy Medical Center, a Steward Family Hospital, Inc.
Riverwoods ASC Holdco LLC
Salt Lake Regional Medical Center, LP
Salt Lake Regional Physicians, Inc.
Seaboard Development LLC
Seaboard Development Port Arthur LLC
SHC Youngstown Ohio Laboratory Services Company LLC
SHC Youngstown Ohio Outpatient Services LLC
SHC Youngstown Ohio PSC LLC
SJ Medical Center, LLC
Southridge Plaza Holdings, Inc.
Southwest General Hospital, LP
St. Luke's Behavioral Hospital, LP
St. Luke's Medical Center, LP
Steward Accountable Care Organization, Inc.

Steward Anesthesiology Physicians of Florida, Inc.
Steward Anesthesiology Physicians of Massachusetts, Inc
Steward Anesthesiology Physicians of Pennsylvania, Inc.
Steward ASC Holdings LLC
Steward Carney Hospital, Inc.
Steward CGH, Inc.
Steward Easton Hospital, Inc.
Steward Emergency Physicians of Arizona, Inc.
Steward Emergency Physicians of Florida, Inc.
Steward Emergency Physicians of Pennsylvania, Inc.
Steward Emergency Physicians Ohio, Inc.
Steward Emergency Physicians, Inc.
Steward Employer Solutions LLC
Steward Fall River Management Care Services LLC
Steward Florida ALF LLC
Steward Florida ASC LLC
Steward Florida Holdings LLC
Steward FMC, Inc.
Steward Good Samaritan Medical Center, Inc.
Steward Good Samaritan Occupational Health Services, Inc.
Steward Good Samaritan Radiation Oncology Center, Inc.
Steward Health Care Holdings LLC
Steward Health Care Network ACO Texas, Inc.
Steward Health Care Network, Inc.
Steward Health Care OZ Fund, Inc.
Steward Health Care System LLC
Steward Health Choice, Inc.
Steward Health Care International LLC
Steward Healthcare Management Services LLC
Steward Hospital Holdings Subsidiary One, Inc.
Steward HH, Inc.
Steward Hillside Rehabilitation Hospital, Inc.
Steward Holy Family Hospital, Inc.
Steward Hospital Holdings LLC
Steward Imaging & Radiology Holdings LLC
Steward Medicaid Care Network, Inc.
Steward Medical Group Express Care, Inc.
Steward Medical Group, Inc.
Steward Medical Group Pennsylvania Endoscopy LLC
Steward Medical Holdings LLC
Steward Medical Ventures, Inc.
Steward Melbourne Hospital, Inc.
Steward New England Initiatives, Inc.
Steward Norwood Hospital, Inc.
Steward NSMC, Inc.
Steward Ohio Holdings LLC

Steward Operations Holdings LLC
Steward Pathology Physicians of Massachusetts, Inc.
Steward Pennsylvania Holdings LLC
Steward PET Imaging, LLC
Steward PGH, Inc.
Steward Physician Contracting, Inc
Steward Radiology Physicians of Arizona, Inc.
Steward Radiology Physicians of Florida, Inc
Steward Radiology Physicians of Massachusetts, Inc.
Steward Radiology Physicians of Pennsylvania, Inc.
Steward Rockledge Hospital, Inc.
Steward SA FSED Holdings, Inc.
Steward Sebastian River Medical Center, Inc.
Steward Sharon Regional Health System, Inc.
Steward Special Projects LLC
Steward St. Anne's Hospital Corporation
Steward St. Elizabeth's Medical Center of Boston, Inc.
Steward St. Elizabeth's Realty Corp.
Steward Texas Hospital Holdings LLC
Steward Trumbull Memorial Hospital, Inc.
Steward TSC Investments LLC
Steward Valley Regional Ventures, Inc.
Steward West Ventures, Co.
Stewardship Health Medical Group, Inc.
Stewardship Health, Inc.
Stewardship Services Inc.
The Medical Center of Southeast Texas, LP
TNC Transition LP
TRACO Investment Management LLC
Utah Transcription Services, Inc.

**All Other Names Debtors Used**
Acceleration
Acute Rehabilitation Hospital at St. Luke's Medical Center
Advanced Sinus Surgery at Tempe St. Luke's Hospital
Advanced Sports & Orthopedic Medicine
Advanced Surgical Associates
Advanced Urgent and Primary Care
Airpark Primary Care
Amputation Prevention Program
Andover Surgery Center
Anthony Ware Orthopedics
Arizona Associates for Women's Health
Arizona Institute of Footcare Physicians
Arizona Regional Credentialing Center
ASOM

4

Associates in Orthopedic Surgery
Augusta Ranch Primary Care
AZ Center for Bone and Joint Disorders
AZ Center for Hand & Wrist Disorders
Bangerter Health Center
Bangor Family Practice
Barefoot Bay Internal Medicine
Barlite Cardiology Clinic
Baytree Medical Associates
Bella Vista Clinica
Bethlehem Area Pediatric Associates
Blue Valley Family Practice
Breast Imaging Centers of America
Brevard Cardiology Group
Brevard Pulmonary Specialists
Brevard Vascular Associates
Brighton Obstetrics & Gynecology
CANADA Reg. TMA878029
Cancer Treatment at Davis Hospital & Medical Cent
Cardiology Associates of Brevard
Cardiothoracic Surgeons of Easton
Carney Hospital - Dorchester
Center for Advanced Abdominal Surgery
Center for Infectious Disease
Center for Orthopedic and Rehabilitation Excellence
Center for Orthopedic Innovation at St. Luke's Medical Center
Center for Precision Joint Replacement at Salt Lake Regional
Center for Sinus Care Innovation at Tempe St. Luke's Hospital
Center for Women's Oncology
Center for Wound Care & Hyperbaric Medicine
Coastal Cardiovascular Associates
Coastal Gynecology
Coastal Joint and Sports Medicine Associates
Coastal Neurosurgery & Spine
Coastal Orthopedist
Comfort Care for Kids
Complete Care Urgent Care
CompleteCare
Comprehensive Neurology of Utah
Comprehensive Orthopedic and Spine Center
Comprehensive Physical Therapy
Coral Gables Hospital North Campus
Coral Reef Gastroenterology
David P. SIMS, M.D.
Davis Comprehensive Health
Davis General Surgery

Davis Hospital - Weber Campus
Davis Hospital & Medical Center
Davis Hospital Cancer Center
Davis Hospital EKG Group
Davis Hospital Primatologists
Davis Internal Medicine
Davis Medical Group
Davis Mental Health Services
Davis Multi-Specialty Clinic
Davis Neurology Associates
Davis Orthopedics and Sports Medicine
Davis Surgical Center at Davis Hospital
Davis Urgent Care
Desert Grove Family Medical
Diagnostic Service (RADS) at Steward Palmetto General
Doctors Hospital of Texarkana
Doctors Regional Medical Center of Texarkana
Dr. Tafur Generations Program
East Pulmonary Family Care
East Stroudsburg Family Medicine
East Valley Brain and Spine Specialists
East Valley Rheumatology & Osteoporosis at Hedley Orthopedic Institute
East Valley Surgical Specialists
East Valley Women's Medical Group
East Valley Women's Midwifery Group
Easton Area Family Medicine Associates
Easton Area Obstetrics & Gynecology Associates
Easton Area Oncology Associates
Easton Community Care Center
Easton Dermatology and Aesthetics Center
Easton Endocrinology Associates
Easton Gastroenterology Associates
Easton Hospital
Easton Hospital Imaging
Easton Internal Medical Associates
Easton Internal Medicine and Geriatrics
Easton Medical Associates
Easton Medical Group
Easton Primary Care
Easton Pulmonary Medicine Associates
Easton Surgical Associates
Elm Road Rehabilitation Services, A Service of Hillside Rehabilitation Hospital
Emerg A Care
Endocrinology Associates of Arizona
Endocrinology Center of the East Valley
Endocrinology of Utah

Endurance Orthopedics and Sports Medicine
Endurance Orthopedics and Sports Medicine in Association with Salt Lake Regional Medical Center
Endurance Regenerative Medicine
ENT Clinics of Utah
Family Doctor's Office Walk-In Center and Urgent Care
Family Medicine Specialists
Fetal Diagnostic Center
First Care Family Physicians
Florence Hospital, a Campus of Mountain Vista Medical Center
Florida Medical Center
Florida Medical Center, A Campus of North Shore
Four Peaks Plastic Surgery
Four States Medical Center
Four States Regional Medical Center
George M. Joseph, M.D. & Associates
GI Associates of Brevard
Glenwood Behavioral Health
Glenwood Brain and Spine
Glenwood Cardiovascular & Thoracic Surgery
Glenwood Ear, Nose & Throat
Glenwood Family Medicine
Glenwood Foot & Ankle
Glenwood Gastroenterology
Glenwood General Surgery
Glenwood Heart & Vascular
Glenwood Internal Medicine
Glenwood Internal Medicine & Pediatrics
Glenwood Internal Medicine and Pediatrics
Glenwood Medical Group
Glenwood Medical Group at North Monroe
Glenwood Medical Group at Sterlington
Glenwood Medicine Clinic
Glenwood Neurology & Sleep Medicine
Glenwood Pediatric Care
Glenwood Psychiatry
Glenwood Pulmonary & Internal Medicine
Glenwood Pulmonary Specialists
Glenwood Regional Medical Center
Glenwood Stat Care
Glenwood Surgery Associates
Glenwood Surgery Center, a Campus of Glenwood Regional Medical Center
Glenwood Urgent Care
Glenwood Urology
Golden Apple Medicine
Golden Apple Skin Laser & Veins

Good Samaritan Medical Center
Good Samaritan Medical Center (Brockton)
Good Samaritan Medical Center, a Steward Family Hospital Center for Wound Care and Hyperbaric Medicine
Good Samaritan Medical Center, a Steward Family Hospital Women's Imaging and Surgery Center
Good Samaritan Medical Center, a Steward Family Hospital Women's Imaging and Surgery Center (North East)
Good Samaritan Medical Center, East Bridgewater MRI
Good Samaritan Medical Center, East Bridgewater MRI (East Bridgewater)
Grossman Burn Center at St. Luke's Medical Center
Guillermo Sanabria, M.D.
Health Choice Florida (USPTO Serial No. 86420821)
Health Choice Generations
Health Choice Kentucky (USPTO Serial No. 86420829)
Health Choice Louisiana (USPTO Serial No. 85466074)
Health Choice Managed Care Solutions (USPTO Serial No. 86210992)
Health Choice Texas (USPTO Serial No. 86823577)
Health Choice Utah (USPTO Serial No. 85456540)
Health Express (with Morton Hospital)
Heart Center at Southwest General Hospital
Heart Rhythm Associates
Heartburn Care Center at Salt Lake Regional
Hedley Orthopedic Institute
Hernia Center of Utah
Herriman Medical Clinic
Hillcrest OB/GYN Associates
HMMQP (USPTO Serial No. 85150330)
Holy Family Hospital
Holy Family Hospital at Merrimack Valley, a Steward Family Hospital
Holy Family Women's Health Center
HOSPITAL MEDICAL MANAGEMENT AND QUALITY PROGRAM (USPTO Serial No. 85149990)
Hyperbaric & Wound Center at Davis Hospital and Medical Center
Hyperbaric & Wound Center at Jordan Valley Medical Center
Hyperbaric & Wound Center at Salt Lake Regional Medical Center
Hyperbaric Medical Center
Hyperbaric Medicine and Wound Treatment Center of Utah
IASIS CENTER FOR THE ADVANCEMENT OF RESEARCH AND EDUCATION (USPTO Serial No. 85081660)
IASIS Glenwood Regional Medical Center (LA State Registration No. 59-4696)
IASIS Healthcare (USPTO Serial No. 75563765)
IASIS Healthcare (USPTO Serial No. 75594150)
IASIS Healthcare Multi Specialty Clinic
IASIS Integrated Care Solutions (USPTO Serial No. 86206397)
IASIS Multi Specialty Clinic

I-CARE (USPTO Serial No. 85081665)
I-CARE IASIS Center for the Advancement of Research and Education (USPTO Serial No. 85111071)
Ignite Merger Sub, Inc.
Indian River Walk In Care
Integrative Spine Institute at St. Luke's Medical Center
Intergroup Physician Management Multispecialty Partners
Internal Medicine Associates of Brevard
Internal Medicine Associates of South Brevard
Internal Medicine of Salt Lake
Internal Medicine Specialist
John W. Knappman, M.D.
Joint Journey
Jordan Parkway Medical Group
Jordan Valley Cancer Center
Jordan Valley Children's Hospital
Jordan Valley Children's Unit
Jordan Valley Diagnostic Sleep Center
Jordan Valley Gastroenterology
Jordan Valley General Surgery
Jordan Valley Hospitalists
Jordan Valley Internal Medicine
Jordan Valley Medical Center
Jordan Valley Medical Center - West Valley Campus
Jordan Valley Neurology Associates
Jordan Valley Senior Clinic
Jordan Valley Surgical Specialists
Joseph Medical Group of Forks Township
Just Kids Pediatric and Adolescent Clinic
Kirk E. Maes, M.D.
Lakeside Comprehensive Health
Legacy Point Family Medicine, affiliated with Davis Hospital & Medical Center
Legacy Point Women's Center
Lehi Hospital
Lehi Medical Center
Lifestyle Medical Solutions at Tempe St. Luke's
Lone Star Diabetes and Endocrinology
Maryvale Cardiology at Palo Verde
Maryvale Cardiology at Sunrise
Medical Weight Loss Center at Jordan Valley
Medical Weight Loss Center at Pioneer Valley
Melbourne Regional Medical Center
MHS Executive Services LLC
Mid-Jefferson Hospital
Mid-Jefferson Hospital: Jefferson Co
Mid-Jefferson Urgent Care Clinic

Monroe County Women's Health Center
Monroe Pulmonary and Internal Medicine Associates
Morton Hospital
Motion Academy
Mountain Point Foot & Ankle
Mountain Point Medical Center
Mountain Point Medical Center, a Campus of Jordan Valley Medical Center
Mountain Point Wound Care Center
Mountain Pointe Medical Center
Mountain Vista Family Care at Augusta Ranch
Mountain Vista Family Care at Queen Creek
Mountain Vista Interventional Radiology
Mountain Vista Medical Center
Mountain Vista Neurology and Sleep Disorders Center
Mountain Vista Neurology Center
Mountain Vista Orthopedic Specialists
Mountain Vista Pain Specialists
Mountain Vista Plastics, Reconstructive and Hand Surgery
Mountain Vista Surgical Specialists
Mountain Vista Women's Care
Mountain Vista Women's Care at Queen Creek
Mountain Vista Women's Wellness Center at Apache Junction
Mountain Vista Women's Wellness Center at Queen Creek
MVMC Merger Sub, LLC
Nashoba Valley Medical Center
Neurology Associates of Brevard
Neurology Associates of Melbourne
Neurology Associates of Rockledge
Neurology Associates, in association with Jordan Valley Medical Center
Neuroscience & Rehabilitation Specialists
Neurosciences Center at Southwest General Hospital
New England Sinai Hospital
New England Sinai Hospital Adult Day Health Center
New England Sinai Hospital Transitional Care Unit
Next Generation Health Services
Norcap Lodge
Norcap Lodge (Foxborough)
North End Internal Medicine
North Point Medical Center
North Pointe Medical Clinic
Northampton General Surgery at Nazareth Road
Northampton Internal Medicine at Spring Garden
Northwest Outpatient Clinic
Norwood Hospital
Odessa IVF
Odessa Regional Medical Center

Odessa Regional Medical Center South Campus
Odessa Regional Hospital
ORMC Compete Care
ORMC Courtesy Health Screening
Orthopedic Associates of Brevard
Orthoviera
Osler Geriatrics
Outlook House
Oval Sports Medicine
Oval Sports Medicine in Association with Jordan Valley Medical Center
Park Place Medical Center
Park Place Medical Center: Jefferson Co
Partners in Women's Health
Paulos Toronto Orthopedics & Sports Medicine
Peak Sports Medicine and Rehabilitation
Pediatric After Hours Clinic at Odessa Regional Medical Center
Permian Basin Kidney Center
Permian Premier Women's Health Services
Phoenix Heart Center
Physical Medicine and Rehabilitation at Jordan Valley Medical Center
Physician Group of Arizona Primary Care
Physician Group of Arizona Radiology
Physician Group of Arizona Surgical Specialists
Pikes Peak Family Medicine
Pikes Peak Regional Hospital
Pikes Peak Regional Hospital and Surgery Center
Pikes Peak Regional Hospital Medical Care
Pikes Peak Regional Medical Center
Pikes Peak Specialty Services
Pioneer Valley Hospital, A Campus of Jordan Valley Medical Center
Pioneer Valley Hospitalist
Point of the Mountain Hospital
Point of the Mountain Medical Center
Port Arthur Medical Clinic-Orange
Portland Medical Group
Premier Family Associates of Orange
Premier Surgical Associates of Southeast Texas
Primary Care of Utah
Priority Group Internal Medicine
Hospital Medical Management and Quality Program (USPTO Serial No. 85149990)
RADS-Imaging Center
Regional Perinatal Center
Rehab Center at Steward Palmetto General Hospital
Rhythms of Life
Riverside Pulmonary and Internal Medicine
Riverside Vascular & Interventional Radiology

11

Rockledge Regional Medical Center
Rocky Mountain Women's Health Center Salt Lake Regional Campus
Rocky Mountain Women's Health Center West Valley Campus
Rocky Mountain Women's Health Center, Inc.
Saint Anne's Hospital
Saint Anne's Hospital Ambulatory Care Center
Saint Anne's Hospital Diagnostic Imaging Center
Saint Anne's Hospital Diagnostic Imaging Services
Saint Anne's Hospital Pain Management Center
Saint Anne's Hospital Rehabilitation Services
Saint Anne's Hospital Southern New England Surgery Center
Salt Lake Regional Arthritis Center
Salt Lake Regional Cardiovascular Center
Salt Lake Regional Commons
Salt Lake Regional Comprehensive Orthopedics & Sports Medicine
Salt Lake Regional Geropsych
Salt Lake Regional Hospitalist
Salt Lake Regional Medical Associates
Salt Lake Regional Medical Center
Salt Lake Regional Regenerative and Sports Medicine
Salt Lake Senior Clinic
Sandy Ridge Family Medicine
Saint Anne's Hospital Regional Cancer Care Center
Scenic Mountain Medical Center, a Steward Family Hospital
Scenic Mountain Medical Group
Scheduling Solutions
Scottsdale Multi-Specialty Clinic
Sebastian Family Walk In Care
Sebastian River Medical Center
Sebastian River Medical Center Sleep Disorders Center
Sebastian River Medical Group
Sebastian River Medical Group - Physical Therapy
Sebastian River Medical Group Coastal Neurology
Senior Emergent Care at Mountain Vista
SeniorAdvantage at Glenwood Regional Medical Center
SeniorAdvantage at Mountain Vista Medical Center
SeniorAdvantage at Pioneer Valley Hospital
SeniorAdvantage at St. Luke's Medical Center
Sharon Regional Health System
Sharon Regional Health System Transitional Care Unit
Sharon Regional Lab Cancer
Sharon Regional Lab Mercer
Sharon Regional Lab Services
Sharon Regional Lab Wound
Sharon Regional Medial Group Breast Care
Sharon Regional Medial Group Pulmonology

Sharon Regional Medical Center
Sharon Regional Medical Center - Behavioral Health Services
Sharon Regional Medical Center - Kite strings / Pathfinders
Sharon Regional Medical Center - Pathfinders / Passages
Sharon Regional Medical Center - Pathfinders Passages
Sharon Regional Medical Center Transitional Care Unit
Sharon Regional Medical Group Bariatrics
Sharon Regional Medical Group Cardiology Specialists
Sharon Regional Medical Group Cardiothoracic Surgery
Sharon Regional Medical Group Family Medicine
Sharon Regional Medical Group Gastroenterology
Sharon Regional Medical Group Internal Medicine
Sharon Regional Medical Group Orthopedics and Sports Medicine
Sharon Regional Medical Group Surgical Specialists
Sharon Regional Medical Group Urology
Sharon Regional Medical Group Vascular Specialists
Sharon Regional Medical Group Women's Care
SJMC Physician Services, Inc. - Steward Medical Group of Texas/SJMC
SL2 Program, Saving Limbs, Saving Lives
Solitude Ski Clinic
Sonoran Pain Management
South Bangerter Health Center, affiliated with Jordan Valley Medical Center
South San Antonio Surgical Associates
South Valley Primary Care
South Valley Urology
South West Texas Maternal Fetal Medicine Center
Southeast Texas Physician Group
Southeast Texas Physicians
Southeast Texas Physicians Group
Southwest Center for Wound Care
Southwest General Hospital
Southwest MED Clinic
Southwest Medical Center
Southwest Medical Center of San Antonio
Southwest Medical Clinic
Southwest Physicians Group
Southwest Regional Medical Center
Specialty Surgery of Utah
Sports Med Utah Physical Therapy
Sports Medicine Center of Utah
SPORTSMEDUTAH
SPORTSMEDUTAH (UT State Reg. No. 791644-0190)
St. Elizabeth's Medical Center of Boston
St. Joseph Cancer Center
St. Joseph Medical Center
St. Joseph Medical Center (USPTO Reg. No. 3645076)

St. Joseph Medical Center Houston's First (USPTO Reg. No. 36489742)
St. Joseph Medical Center in The Heights
St. Luke's Behavioral Health Center
St. Luke's Behavioral Health, on the Campus of St. Luke's Medical Center
St. Luke's Medical Center
St. Luke's Medical Center Sports Medicine
St. Luke's Medical Center, A Steward Family Hospital
St. Luke's Psychiatric Specialists
Start Right - Teen Pregnancy Program
Steward Bariatric & General Surgery
Steward Behavioral Health - West Valley
Steward Behavioral Health Services & Rehab Center of Sharon Regional
Steward Breast Care Center of Sharon Regional
Steward Cancer Care Center of Sharon Regional
Steward Cardiology Associates
Steward Cardiothoracic Specialists
Steward Cardiothoracic Surgical Associates
Steward Center for Inflammatory Bowel Disease Gastroenterology Specialists
Steward Center for Women's Oncology
Steward Coastal Gynecology Specialists
Steward Coral Gables Hospital
Steward Coral Gables Hospital Emergency Center
Steward Davis FP Medical Group
Steward Davis Hyperbarics & Wound Care
Steward Davis Neurology
Steward Davis Psych Hospitalists
Steward Davis Surgical Associates
Steward Diabetes Center of Sharon Regional
Steward Diagnostic & Imaging Center, Hermitage
Steward Diagnostic & Specialty Center, Hubbard
Steward Ear Nose and Throat Specialists
Steward Emergency Center, an Extension of Mountain Vista Medical Center
Steward Endocrinology of Utah
Steward Family Medicine and OB, Belmont
Steward Family Medicine Center, Mercer
Steward Family Medicine Murray
Steward Family Medicine Woods Cross
Steward Family Medicine, Hubbard
Steward Family Medicine, Merritt Island
Steward Family Medicine, Middlefield
Steward Family Medicine, Sharon
Steward Family Medicine, Viera
Steward Florida Medical Center - A Campus of North Shore
Steward Gastroenterology Associates
Steward General and Vascular Surgery
Steward Health and Vascular of Sharon Regional

Steward Health Care Network
Steward Health System at Port St. John
Steward Heart & Vascular Center
Steward Heart and Vascular Surgery
Steward Heart Rhythm Associates
Steward Hialeah Hospital
Steward Holy Family Hospital Haverhill
Steward Hyperbaric and Wound Center - Salt Lake
Steward Hyperbaric and Wound Center - West Jordan
Steward Infectious Disease Associates
Steward Internal Medical, Barefoot Bay
Steward Internal Medicine
Steward Internal Medicine Associates - Salt Lake
Steward Internal Medicine Associates-West Jordan
Steward Internal Medicine, Mountain Point
Steward Internal Medicine, Sarno Rd
Steward Internal Medicine, Sebastian
Steward Internal Medicine, Viera
Steward Juvo Benefit Services
Steward Medical Center at Merritt Island
Steward Medical Group of Arizona
Steward Medical Group of Arizona / Desert Grove
Steward Medical Group of Arizona/Podiatry
Steward Medical Group of Arkansas
Steward Medical Group of Louisiana
Steward Medical Group of Texas
Steward Medical Group of Utah
Steward Medical Group Primary Care
Steward Medical Group Women's Health Associates
Steward Medical Network
Steward Medical Specialists
Steward Mesa Hospital
Steward Mountain Point Foot & Ankle - Eagle Mountain
Steward Mountain Point Foot and Ankle - Lehi
Steward Mountain Point Hospitalists
Steward Mountain Point Neuroscience and Rehabilitation Specialists
Steward Mountain Point Wound Care
Steward Neuroscience and Rehabilitation Specialists - West Jordan
Steward Neurosurgery Specialists - Salt Lake
Steward North Shore Medical Center
Steward Northside Medical Center, Inc.
Steward OnSite Care, Inc.
Steward Orthopedic & Sports Medicine Center - Vero Beach
Steward Orthopedic and Sports Medicine Center
Steward Orthopedic and Sports Medicine Center, Sebastian
Steward Orthopedic and Sports Medicine Center, Viera

Steward Orthopedic and Sports Medicine, PSJ
Steward Orthopedic Center Mountain Point
Steward Outpatient Rehab Center of Sharon Regional
Steward Pain Management Center
Steward Pain Management Center of Suntree
Steward Palmetto General Hospital
Steward Plastic & Reconstructive Surgery
Steward Primary Care - West Point
Steward Primary Care Multispecialty Murray
Steward Primary Care Murray
Steward Primary Care Woods Cross
Steward Primary Care, Austintown
Steward Primary Care, Brookfield
Steward Primary Care, Cocoa
Steward Primary Care, Cortland
Steward Primary Care, Hermitage
Steward Primary Care, Northside
Steward Primary Care, Sebastian
Steward Primary Care, Vero Beach
Steward Pulmonary Associates
Steward Pulmonary, Critical Care and Sleep Medicine Associates
Steward Pulmonology Associates
Steward Rehabilitation Services
Steward Rheumatology Associates
Steward Sleep Medicine Center of Sharon Regional
Steward SLR Solitude Ski
Steward South Valley Primary Care
Steward Southwest Family Practice
Steward Specialty Care
Steward Sports Medicine of Sharon Regional
Steward Surgical & Weight Loss Specialists
Steward Surgical Associates, Liberty
Steward Surgical Oncology Specialists
Steward Surgical Specialists
Steward Surgical Specialists - Jordan Valley Cancer Center
Steward Surgical Specialists - Salt Lake
Steward Thoracic Surgery
Steward Urgent and Family Care Lehi
Steward Urgent and Primary Care
Steward Urology Associates
Steward Vascular Specialists
Steward Western Hills Medical Clinic
Steward Women's Center
Steward Women's Health Associates
Steward WorkMED
Steward Wound Care and Hyperbaric Center at Rockledge

Steward Wound Care Center of Sharon Regional
Stewart Cardiology Associates
Stewart Family Medicine
Sullivan Trail Family Care
Sunrise Medical Group
Surgical Associates of Brevard
Surgical Weight Loss at Mountain Vista
Surgical Weight Loss Center at Jordan Valley
Surgical Weight Loss Center at Odessa Regional Hospital
Surgical Weight Loss Center at Odessa Regional Medical Center
Surgical Weight Loss Center of Louisiana
Surgical Weight Loss Center of Utah
Surgical Weight Loss Solutions at St. Joseph Medical Center
Surgical Weight Loss Solutions at Tempe St. Luke's
Taylorsville Urgent Care Center
Tempe Plastics, Reconstructive and Hand Surgery
Tempe St. Luke's Hospital, A Campus of St. Luke's Medical Center
Tempe Surgical Specialists
Texarkana Medical Center
Texarkana Regional Healthcare Network, Inc.
Texarkana Regional Medical Center
Texas Vista Medical Center
Thanksgiving Point Medical Center
The Arizona Institute of Hand and Wrist Disorders
The Bayou Grille at MCSETX
The Center for Men's Health at Mountain Point Medical Center
The Disc Replacement Center at Jordan Valley Medical Center
The Hyperbaric and Wound Care Center at Davis Hospital
The Just for Women Diagnostic Center
The Medical Center of Central Utah
The Medical Center of Lehi
The Medical Center of Southeast Texas
The Medical Center of Southeast Texas Beaumont Campus
The Medical Center of Southeast Texas Victory Campus
The Medical Center of Texarkana
The Orthopedic Center at Jordan Valley
The Pain & Spine Center at Mountain Point Medical Center
The Pain Center at Tempe St. Luke's Hospital
The Port Arthur Day Surgery Center, an Outpatient Department of The Medical Center of
Southeast Texas
The Urological Surgery Health Center
The Utah Center for Minimally Invasive and Bariatric Surgery
Thoracic Surgery of Indian River
Tooele Women's Care
Trademark Reg. No 4183816
Trademark Reg. No 4321430

17

Trademark Reg. No 4321431
Transitions Outpatient Behavioral Health (USPTO Serial No. 85580271)
Traverse Mountain Medical Center
TRIPLEVIEW (USPTO Serial No. 85103370)
TRIPLEVIEW (USPTO Reg. No. 4032605)
Trumbull Regional Medical Center
Twin Rivers Surgical
Urological Surgery Center of Arizona
Urology Associates of Brevard
Urology Specialists of Brevard
Urology Specialists of Utah
Urology Surgery Center of Arizona
Utah Bone Health Center
Utah Mental Healthcare
Utah Nephrology & Internal Medicine
Utah's Health System
Utah's Healthcare System
Valley Vein Center
Vero Family Medicine
Viera Internal Medicine
Wadley Regional Medical Center
Wadley Regional Medical Center at Hope
Wadley Regional Medical Center: Bowie Co
Wadley Rural Health Clinic at Hope
Walk-in Care at Park Plaza
Wasatch Brain & Spine Surgery
Wasatch Concussion Specialists
Wasatch Peak Physical Therapy at Davis Hospital
Wasatch Peak Physical Therapy at Syracuse
Weight Loss Center at Tempe St. Luke's
Weight Loss Solutions Center at Southwest General Hospital
West Loop Family Practice
West Point Medical Group
West Valley Family Medicine
West Valley Medical Clinic
Western Hills Medical Clinic
Westminster Physical Therapy
Wilson Area Internal Medicine
Women's Care Center Clinic
Women's Care Center Clinic at Tempe St. Luke's
Women's Imaging at Davis Hospital
Women's Primary Care & OB/GYN
Woodland Park Family Medicine
Woodland Park Surgical Associates
Wuesthoff Home Medical Equipment
Wuesthoff OB/GYN

Wuesthoff Physician Network
Wuesthoff Physicians - Internal Medicine
Wuesthoff Physicians Family Medicine

**<u>Non-Debtor Affiliates</u>**
Altus ACE, LLC
Apice Health LLC
Breast Imaging Centers of Florida, LLC
First Physicians PLLC
FPOG, LLC
Health Choice Integrated Care, LLC
Health Choice Preferred Arizona ACO LLC
Health Choice Preferred Arizona Physician Association LLC
Health Choice Preferred Utah ACO LLC
Jefferson County Clinical Services, Inc.
LHCG V, L.L.C.
Management Health Services LLC
Massachusetts Express Care, PLLC
Miller Street Medical Center, LLC
Neuroskeletal Imaging LLC
NLV Healthcare Development, LP
Northeast Louisiana Cancer Institute, L.L.C.
Northeast Louisiana Physician Hospital Organization, Inc.
Orchard Surgical Center, LLC
Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC
Sharon Regional Diagnostic & Imaging Center Neshannock LLC
Steward Benefit Services LLC
Steward-Compass Ventures, LLC
Texarkana Surgery Center, LP
TRACO International S. DE R.L.
Utah Health Plan Management LLC

**<u>Joint Venture Counterparties</u>**
54 Miller Street Quincy, LLC
Baptist Hospital of Southeast Texas
Brett Baker
Burt Faibisoff, M.D.
Central Florida Imaging Services, Inc.
Christus Health Southeast Texas d/b/a Christus Hospital
Collom & Carney Clinic Association
Compass Quincy Realty, LLC
Don Shelton
Emran, Parveen & Sons Breast Cancer, LLC
Health Choice Preferred Utah Physician Association LLC
Health Express PLLC
James Van Riper

Kerry Zang
Louisiana Healthcare Group, LLC
Louisiana Hospice & Palliative Care, LLC
Medical Imaging Group Investments of Pennsylvania, LLC
Mike Shelton
Phoenix Heart Center
Physicians Health Choice, LLC
Radiology Associates of Norwood, Inc.
Richard J. Dinsdale
St. Francis Medical Center, Inc.
The Meadows Hospital, LLC

**5% Equity Holders**
MPT Sycamore Opco LLC
Steward Health Care Investors LLC

**Former and Current Directors and Officers**
Aaron Gicca
Abdul-Rahman Jaraki
Adam Leisy
Adeel Zafar
Adelino Vicente
Akash Patel
Alain Innocent, MD
Alan Carr
Alan Kurland
Aldo Martinez - Fleitas
Alejandro Contreras
Alex Gonzalez
Alexander Barrera
Alexander Bucelo
Alexis Abril
Alicia Blazejewski
Allison Heartquist
Alphonse Pecoraro
Amanda Stamps
Amy Awaida, MD
Amy Guay
Andrew G. Sulit, MD
Andrew Herman
Angela M. Palumbo
Ann M. Ormond
Ann Trucchi Condon
Anne Acreman, MD
Anthony K. Stankiewicz, Esq.
Anthony Saracino

Ariol Labrada
Armando Llanes
Barbara Stubee
Barry Bell
Benjamin Jones
Bishop William E. Dickerson, II
Blake Hansen
Brandon Lee
Brandon Mikolich, MD
Brenda Nichols, MD
Brent Billingsley
Brent Cope
Brett Stecker, DO
Carlos Arencibia
Carlos de Solo
Carlos M. Hernandez
Carole Marie Mello
Catalina Montes
Charles E. D'Auria, DO
Cheryl Sparks
Chikwendu Nwosu
Chriss Bell
Christie Larson
Christopher Dunleavy
Christopher Enoch
Christopher Ferreira
Christopher Haughey
Christopher King
Christopher Labban, DO
Cindy Russo
Cliff Jones
Conor Yunits
Cori Hayes
Craig Jesioloswiki
Dale Yates-Berg
Damon Robert Brown
Daniel Abraham
Daniel Brown
Daniel Knell
Daniel Meyers
Dante Capers
Darrell Duty
David Colarusso
David Cole
David D'Amore MD
David Dimuro

David Mond
David Strayer
David Vinson
Debbye ValVerde
Deepan Mathur
Dewey Bryant
Don Duplan, MD
E. Luis Prieto, MD
Eddy Broadway
Edgardo Trejo, MD
Eduardo Martinez
Edward Dauer
Elizabeth Myer
Emery Salom
Emma Dial
Emmanuel Louis
Eneida Roldan
Eric Diaz-Padron
Erika Thornton
Essam Ansari
Farris Blount, MD
Fernando E. Bayron-Velez
Frank M. Tomase, MD
Frank Pomposelli, MD
Frederica Williams
Gary Byrd
Gelien Perez
George Roman
George Usevich
Gerard Lorusso
Gilbert Beauperthuy
Giselle Cheminand
Glen B. Shaw Ni, MD
Gloria McDonald
Glorina Jugo, Sr.
Gregory O'Donnell
Gus Campbell
Hakan Charles-Harris, MD
Harold Cordner
Harry Beck
Heidi Taylor
Herbert Holtz
Howard Slemons, DO
Imad Bahhady, MD
Irene Rodriguez
Isis Pacheco Velasco

J. Keith Motley
J.B. Naidu, MD
Jack Williams, Jr.
James A Adams
James E. Feeney
James F. Shina, MD
James Goates, DDS
James J. Karam
James P. Epstein
James P. Hoye, MD
James P. Kenney
James P. Sabra
James Terwilliger
Jamie Gonzalez
Janice Kershaw
Jason Heavens
Jason R. Miller, DO
Javier Perez
Jeff Morales
Jeffrey Koontz
Jennifer Purvis
Jeremy M Tinnerello
Jerry Katz, MD
Jesus Tundidor
Jim Walter
Joan Jacobs
Jody Reid
John Bertini, MD
John Boehner
John Comeaux
John Donlan
John Flanagan, Esq.
John Guarnieri
John M. Crowe, MD
John Maxwell, MD
John Myers
John Pombier
John T. Woods
Jonathan Turton
Jorge Ravelo
Jose L. Molliner
Jose Pinero
Jose Villalobos
Joseph August
Joseph Carrozza, MD
Joseph Chavez

Joseph Ciccolo Jr.
Joseph Finley, Jr.
Joseph Wasselle, MD
Joseph Weinstein, MD
Josh Snow
Joshua Putter
Juan Fernandez
Julie Crowley
Julie Miller
Julio Fernandez - Bombino
Justine DeFronzo
Kallister Green-Byrd
Kalyan Kuna MD
Kapil Kwatra, MD
Karen Champagne
Karen Winner Sed
Katherine Nall
Kenneth Abell
Kenneth Mui
Kevin Kelly
Kevin Lynch, MD
Kevin Marino Cabrera
Krista McFadden
Lance Grahn, PhD
Lauren Carr
Lazaro Cadavieco
Leon Etter, MD
Lilia Wilson
Lily S. Hsu
Lindsay Goodman, MD
Lori Adcock, MD
Lori Stafford
Lorraine Perryman
Louis Isaacson
Luis Allende Ruiz
Luis Diaz
Luis Diaz-Rangel
Luis Rey-Martinez
Manuel Feijoo
Manuel Penalver
Marc Mashaw
Marcos de la Rosa
Maria Bonanno, Esq.
Maria Celli
Maria Cristina Jimenez
Marisela Marrero

Mark A. Ventura, MD
Mark Boersma, MD
Mark Dean Mathes
Mark Mandell, MD
Mark Pearlmutter, MD
Mark Radecki
Mark Rich
Mark Scheyer
Martin Fogel, MD
Mary Ann Reid
Mary Beth Taylor
Mary Louise Mancini
Mary Odem
Mary Waldron
Matthew Crago, DO
Matthew Gruber
Matthew Hesketh
Matthew Pinard
Melissa Fetterhoff
Melody Elkin
Melvin Mills
Michael Bell
Michael Bushell
Michael G. Callum, MD
Michael Kleplin
Michael Lopez
Michael Paolucci
Michael Shanahan
Michael Slyk, PhD
Michael Weiss
Michele Roberts
Miguel Abad
Miguel Montiel
Nabil Aziz
Nakhle Tarazi, MD
Natalie Milian Orbis
Nathalie Hibble
Natalie Milian Orbis
Nazila Adib
Ned Gold
Ned Sciortino, DO
Nicolaos Madias, MD
Octavio J. Diaz, MD, MPH
Orestes Rosabal
Oscar Mendez
Oscar Minoso y de Cal

Oscar Nunez
Patrick Domkowski, MD
Patrick Lombardo
Patrick Wills
Paul James, MD
Paul Joshua Spiegel, MD
Paul P. Harasimowicz, MD
Paul Smith
Peter Catalano, MD
Phil Sheridan
R. Christian LaFrance
Ragnier Stein
Ralph De La Torre MD
Ralph Zagha, MD
Raphael Abreu
Raul Mederos
Raveen Arora
Rebeca Sosa
Rebecca Reiser, MD
Rene Van De Voorde
Ricardo Henriques
Richard Bane
Richard Dinsdale, MD
Richard Hart Harrington
Richard L. Brown
Richard McArdle, MD
Richard Vaughn
Rick Guillot
Robert A. Armano
Robert Boo
Robert Guyon
Robert Pontbriand
Robert Rogalski
Rod Wilt
Roger Hall
Roger Mitty, MD
Ronald Bierman
Ronald C. Burkhalter, GECU
Ruben King-Shaw
Salvatore Perla
Sanjay Sheth
Sanjay Shetty, MD
Scott Barclay
Scott Flowers
Sean Healey
Sean Murphy

Sharath Pill
Shaun Ferguson
Sheetal Nijhawan
Shelby Ainsworth
Shelley Smith
Shelly D. Strayhorn
Shreekant Vasudhev
Sondra Eoff
Sr. Vimala Vadakumpadan
Stacey L. Brown
Stacey Leonard
Staci Albritton
Stan McLaren
Stanley Dupuy
Stefanie Schroeder
Stephany Godfrey, DO
Stephen D. Cramer
Stephen Leo Hall, DO
Stephine Kramer
Steve Harmon
Steve McMahan, MD CMO
Steve Ryland
Steven Stillwell
Stormy Bradley
Sudhir Alampur, MD
Susan M. Baker
Susan Pisegna
Susan Veasey
Syed Anwar, MD
Tarik Hawatmeh
Terrence Gomes
Terry Richey
Theresa Tolle
Thomas A. Farrington
Thomas Bowden
Thomas D Gilbert
Thomas Dunning
Thomas E. Hoerner, MD
Thomas P. Eddy
Thomas Williams
Tiffany Lozanne
Tim Spencer
Timothy J. Schiavoni, Esq.
Tom Neal
Tom Simmons
Tony Burt

Tony Gomez
Trizia Ginarella Eavenson
Vanessa Tierney
Vartan Yeghiazarians, MD
Verna Rutherford
Victor Lopez De Mendoza
Vikash Pryadashi
Vincente A Lago
Vishal K. Tiwari
Vivian Casals - Munoz
Waqar Cheema, MD
Wesley Davis
Will J. Moreland
William H. Edwards, MD
William Transier
Winny Ou, MD
Winston Watkins
Yioset De La Cruz
Yolanda Aguilar
Yvonne Wilson, MD
Zulmira Allcock

**Bankruptcy Judges and Staff**
Ana Castro
Christopher M. Lopez
Darlene Hansen
Eduardo V. Rodriquez
Jeannie Chavez
Jeffrey P. Norman
Mario Rios
Marvin Isgur
Nathan Ochsner
Rosario Saldana
Sierra Thomas-Anderson
Tracey Conrad
Tyler Laws
Zilde Martinez

**Debtors' Professionals**
AlixPartners, LLP
BDO USA LLP
Cain Brothers
Deloitte & Touche LLP
Kroll Restructuring Administration, LLC
Lazard Frères & Co. LLC
Leerink Partners LLC

Locke Lord LLP
McDermott Will & Emery LLP
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Sidley Austin LLP
Todd & Weld LLP
Weil, Gotshal & Manges LLP

**Non-Debtor Professionals**
Alvarez & Marsal
B. Riley Financial
Bank of America Securities
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Berkley Research Group
Chapman and Cutler LLP
Ernst and Young LLP
Houlihan Lokey
KTBS Law LLP
Milbank LLP
Mitz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Otterbourg P.C.
Paul Hastings, LLP

**Banks**
ACE American Insurance Company
Alliance Bank of Arizona
Bank of America, N.A
Bank of the Ozarks, Inc.
Citibank Global Markets Inc.
Copley Place Associates, LLC
First Republic
Guaranty Trust Bank
Hartford Fire Insurance Company
JPMorgan Chase Bank, N.A.
MCPF - Needham, LLC
Origin Bancorp, Inc.
U.S. Bancorp
UnitedHealth Care Insurance Company
US Department of Education
Wells Fargo Bank, N.A.

**Lenders and Agents**
Abbott Abbvie Multiple Employer Pension Plan Trust
Abbott Laboratories Annuity Retirement Trust
Big River Group Fund SPC LLC
Brigade Agency Services LLC

Brigade Badger Fund, LLC
Brigade Capital Management, LP
Brigade Credit Fund II LTD
Brigade Diversified Credit CIT
Brigade High Yield Fund LTD
Brigade Leveraged Capital Structures Fund LTD
Brigade Loan Fund LTD
Brigade Opportunistic Credit LBG Fund LTD
Brigade-SierraBravo Fund LTD
Centers of Medicare and Medicaid Services
Chamberlain Commercial Funding (Cayman) L.P.
City of Phoenix Employees' Retirement Plan
FedEx Corporation Employees' Pension Trust
Future Directions Credit Opportunities Fund
JP Morgan Chase Retirement Plan Brigade Bank Loan
Los Angeles County Employees Retirement Association
MidOcean Credit Fund Management, LP
MidOcean Multi Asset Credit Fund GP, LLC
MidOcean Multi Asset Credit Fund, LP
MidOcean Tactical Credit Fund III LP
MPT Development Services, Inc.
MPT of Layton - Steward, LLC
MPT of West Jordan - Steward, LLC
MPT Operating Partnership, LLC
MPT of San Antonio - Steward, LLC
MPT Sycamore OPCO, LLC
MPT TRS Lender-Steward, LLC
Oaktree Fund GP I, L.P.
Oaktree Fund GP, LLC
One Investment Management US LLC
Opps XI Private Loan Holdings, LLC
Owl Creek Asset Management, LP
Owl Creek Investments I, LLC
SC Credit Opportunities Mandate, LLC
Siemens Financial Services, Inc
Sound Point Agency LLC
Tactical Credit Fund III GP, LP
Ultramar Credit Holdings Ltd.
WhiteHawk Capital LLC
WhiteHawk Capital Partners, LP
WhiteHawk Finance LLC

**<u>Competitors</u>**
Banner Health
BayCare
Beth Israel Lahey Health

Bon Secours Mercy Health
Boston Children's Hospital
Boston Medical
CHRISTUS Health
Collaborative Care Holdings, LLC
CommonSpirit
Community Care Cooperative
FMOL Health System
Gerald Champion Regional Medical Center
HonorHealth
LifePoint Health
Mass General Brigham
Mayo Clinic
Ochsner Health
South Arkansas Regional Hospital
South Shore Health
Southcoast Health System
Specialists Hospital Shreveport
Sturdy Memorial Health
Titus Regional Medical Center
Tufts Medicine
UMass Memorial
University Hospitals
UPMC Health System
Valleywise Health
Willis Knighton Health System

**Insurance**
Ace American Insurance Company
AFCO Credit Corporation
AFCO Premium Credit LLC
Allianz Risk US Insurance Company
Allied World Assurance Company, Ltd.
Allied World Surplus Lines Insurance Company
ANV Global Services Inc.
Argo Re LTD
Aspen Specialty Insurance Co
AXA XL Professional Insurance
Axis Insurance Co
BANK OZK
Berkley Insurance Company
Berkshire Hathaway International Insurance Limited
Bridgeway Insurance Company
CAC Specialty
Capitol Specialty Ins Corp
Chubb Bermuda Insurance LTD

CITIBANK, N.A.
Columbia Casualty Company
Copley Place Associates, LLC
Crum & Forster Specialty Insurance
Endurance American Insurance Company
Endurance American Specialty Insurance Company
Evanston Insurance Company
Everest Indemnity Insurance Co
Fireman's Fund Indemnity Corporation
Global Aerospace, Inc.
Hartford Casualty Insurance Company
Hartford Fire Insurance Co
Hartford Fire Insurance Company
Hartford Steam Boiler Inspection Company
Homesite Insurance Company of Florida
Houston Casualty Company
IPFS Corporation
Ironshoe Indemnity Inc.
Ironshore Specialty Ins Co
Ironshore Specialty Insurance
Kinsale Insurance Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Surplus Insurance Corporation
Lloyds of London
Lloyd's Syndicates
Magna Carta Insurance, Ltd.
Markel American Insurance Company
Marsh USA
Marsh USA LLC
MCPF- Needham LLC
National Fire & Marine Ins Co
National Union Fire Insurance Company of Pittsburgh, PA
Old Republic Insurance Co
Optisure Risk Partners, LLC
Property And Casualty Ins Co Of Hartford
Richards Robinson Sheppard Insurance
Risk Strategies Company
RSC Insurance Brokerage, Inc.
RSUI Indemnity Company
RT Specialty - Chicago
Samsung Fire & Marine Insurance Co., Ltd. (US Branch)
Scottsdale Insurance Company
Scottsdale Insurance Company (Nationwide)
Sedgwick - MCL Global
Sequoia Reinsurance Services, LLC

SiriusPoint Bermuda Insurance Company
Skillings Shaw & Associates
Sompo America Insurance Company
Starr Surplus Lines Insurance Company
Starstone Specialty Insurance Co
Swiss Re Corporation Solution Capacity Insurance Corp
TDC Specialty Insurance Company
The Medical Protective Company
TRACO International Group S. DE R.L.
Transverse Specialty Insurance Company
U.S. Department Of Education
United Health Care Insurance Company
United Specialty Insurance Co
Vantage Risk Ltd.
Velocity Specialty Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company (Chubb)
Westfield Specialty Insurance Company
XL Bermuda (Direct Procurement)
XL Insurance America Inc.
XL Specialty Insurance Company
Zurich American Insurance Company

**Surety Bond**
Agency for Health Care Administration
Atlantic Specialty Insurance Company
AYA Health Care
Centers for Medicare & Medicaid Services
Florida AHCA
Florida Agency for Health Care Administration
Florida Power & Light Co
Louisiana Patients Compensation Fund Oversight
MA Dept of Industrial Accidents
MA Highway Dept District 4
MassDOT Highway Division
MassHealth EOHHS
Residents of Steward Sharon Regional Health System, Inc.
Richardson Office LLC
STRS Ohio TX Real Estate Investments, Inc.
The City of Miami, Florida
NGM Insurance Company
Travelers Casualty & Surety Company of America
Merchants Bond Company

**Landlords**
106 State Highway, LLC

12 Grands, LLC
1295 Shore, LLC
14-22 Keewaydin Drive, LLC
2000 Crawford Property, LLC
203 Turnpike Street Realty, LLC
333 Brazilian Ave, LLC
3WP MOB, LLC
427 W 20th Street, LLC
440 Swansea Stolley, LLC
4420 SW 74th Ave, LLC
555N Holdings, LLC
63 Pleasant Street, LLC
756 Memorial Parkway, LLC
820 Medical Building, LLC
945 Parkside, LTD
A & D Crossroads, Inc.
ALPha Temps, Ltd.
Altus Lumberton Realty, LP
Amany Aziz Wassef and Nabil W. Aziz as Co- Trustees of the Amany Aziz Wassef February 18, 2004 Trust
Andrews County Hospital District
ARHC NDODSTX01, LLC
ARHC OCWMNLA01, LLC
ARY, LLC
Asana Partners Fund II REIT 21, LLC
Associates in Medical Imaging, LLC
AW Riverbend, LLC & RMC Riverbend, LLC
AW Wuesthoff Medical Arts, LLC
A-Z Storage
B&E Realty, LLC
B&JCM Doral Development, LLC
Bay City Cardiology Associates, PA
BD Land Co., LP
Bernard Chapman, MD
Bird and 87th Avenue Village, LLC
Bluescape Altera FMC, LLC
BMC Properties, L.L.C.
Brighton Landing Condominium
Brighton Lodger No. 2199 of the Benevolent and Protective Order of Elks of the United States of America
Brighton Marine Health Center, Inc.
Broadstone MED Florida, LLC
Brockton Neighborhood Health Center
Broward Business Center, LLC
C&D Rentals, Inc.
Caldera I Bobcat, LLC

Cardinal Properties of Sterlington, LLC
Chatham Investment Trust of Newton
Chestnut Equity Partners I, LLC
Chestnut Equity Partners II, LLC
Christopher A Bell, DO
City of Sharon
CMR Real Estate of Youngstown, LLC
Coggeshall-New Bedford LLC
Community Medical Partners Real Estate, LLC
Complete Care Holding, LLC
Copley Place Associates, LLC
Cornerstone SPE, LLC
CuraHealth Property, LLC
CVS EGL Wickham Melbourne FL, LLC
Dartmouth Specialty Building 2013, LLC
David L. D'Amore
DCMD Holdings, Inc.
DCMD Holdings, LLC
Development Services of America, Inc.
Donald A. DeChellis, DDS
Dr. Badolato, PA
Echo-TPI Haverhill, LLC
Ector County Hospital District d/b/a Medical Center Health System
Evergreen-Hunt & Merrill Ranch, LLC
Farhat Khawaja
FEDEQ NL004, LLC
Florida Health Care Plan, Inc.
Foot Maniacs, LLC
ForChun Properties, LLC
Ford Ward
Fountain Towers, LLC
Foxtrot Master Tenant, LLC
G&E HC REIT II Hope MOB, LLC
Gander Properties, LTD
GB Investment Ventures, LLC
GC JAL Investments, LLC & GC MJL Investments, LLC
Gibbflin, LLC
Glenstone Capital, LLC
GMR Beaumont, LLC
GMR Heritage Garden Way, LLC
Grove Medical Associates, P.C.
Gulf Coast Partners GP, LLC
Harrington Square, LLC
Harrison Medical Supplies, LLC
Hawthorn Kidney Center - Wareham, LLC
HCD Properties, LLC

HCII-150 York Street, LLC
HCP MOB Houston TX, LLC
HCP Southwest MOB, LLC
HCPI/UTAH II, LLC
Healthcare Realty Services, Inc.
How-Aud LLC
HTA - Carney MOB, LLC
HTA - Good Sam MOB, LLC
HTA - Holy Family MOB, LLC
HTA - Morton MOB, LLC
HTA - Nashoba MOB 1, LLC
HTA - Nashoba MOB 2, LLC
HTA - Norwood MOB, LLC
HTA – Pearl Street Medical Center, LLC
HTA - St. Annes MOB 2, LLC
HTA - St. Elizabeth's MOB 1, LLC
HTA - St. Elizabeth's MOB 2, LLC
HTA-AW Florida Medical Center East, LLC
HTA-AW Palmetto, LLC
Hudson Holding Company
Hunters Square, LLC
J2K2 LLC
James and Cathy Spoto Charitable Remainder Unitrust
JBL Flamingo Pines, LLC
John H. Walker
John Lee, DO
John W. Knappman, Jr., M.D.
Gregory A. Kirk, M.D.
JSR Gilbert, LLC
Jupiter 30 Realty, LLC
Kevin Lynch, D.O.
Kirk Maes, M.D.
KL Nominee Trust
Landis Apartments, LLC
LEECO Energy & Investments, Inc.
Little San Juan Ranch, LLC
Martin County Hospital District
MCFP – Needham, LLC
McNab Associates, LLC
Medwell Properties, LLC
MEG General, Inc.
Midade LLC
Mill River Professional Center, LLC
Millers River Development, LLC
Milliken Associates Limited Partnership
MMay Properties, LP

MPT of Ayer-Steward, LLC
MPT of Big Spring- Steward, LLC
MPT of Brighton-Steward, LLC
MPT of Brockton-Steward, LLC
MPT of Coral Gables- Steward, LLC
MPT of Coral Terrace- Steward LLC
MPT of Dorchester-Steward, LLC
MPT of Fall River - Steward, LLC
MPT of Florence, LLC
MPT of Haverhill-Steward, LLC
MPT of Hialeah Palmetto-Steward, LLC
MPT of Hialeah-Steward, LLC
MPT of Hillside-Steward, LLC
MPT of Hope-Steward, LLC
MPT of Houston-Steward, LLC
MPT of Lauderdale Lakes-Steward, LLC
MPT of Maricopa RE- Steward, LLC
MPT of Melbourne- Steward, LLC
MPT of Mesa Superstition- Steward, LLC
MPT of Mesa, LLC
MPT of Methuen-Steward, LLC
MPT of Miami-Steward, LLC
MPT of Norwood-Steward, LLC
MPT of Odessa-Steward, LLC
MPT of Phoenix Behavioral-Steward, LLC
MPT of Phoenix-Steward, LLC
MPT of Port Arthur RE- Steward, LLC
MPT of Port-Arthur, LLC
MPT of Rockledge- Steward, LLC
MPT of Sebastian-Steward, LLC
MPT of Sharon-Steward, LLC
MPT of Taunton-Steward, LLC
MPT of Tempe-Steward, LLC
MPT of Warren-Steward, LLC
MPT of West Monroe, LLC
MPT of Youngstown- Steward, LLC
Mussarrat Khawaja
Mahmooda Khawaja
Neurology Center of New England, PC
New Bedford OB/GYN Realty LLC
North Dartmouth 2005 LLC
North Dartmouth Oncology 2008 LLC
North Dartmouth Oncology Realty 2008, LLC
North Stapley, LLC
Norwood Park Realty, LLC
Odessa MOB Owners Limited Partnership

Odessa Ventures, LLC
OZ Healthcare, PLLC
Paramount MOB, LLC
Pedro Ballester, MD
Perin Thavaseelan, MD
Phoenix Holdings of Trumbull County, LLC
PI WRMC, LLC
Pine Island Associates, LLC
Prima Care, PC
R&Z Investments, LLC
RAMA Shopping Center, Inc.
Regional Professional Building, L.P.
RFC MFC 788 Boston Road, LLC
Richardson Office, LLC
RMR OPFCP, LP
Robert Horry Sports & Medicine, LLC
RockyKnoll Estates, Inc.
Roppa Holdings, LLC
Rose Realty Trust
S&S ALF, LLC
Santan Health Services, LLC
Sawmill Ridge Properties, Inc.
SBB Partners, LLP
SCG Dover Centre, LLC
Sebastian North Point, LLC
SETMA West End Medical Plaza Properties, LTD
SETMA Westend Medical Properties, LTD
Sigmund & Caroline Capachin
SL Med Center IMRT, LLC
SL West Houston IMRT, LLC
Sobia Khawaja; Sabeen Khawaja; Farhan Khawaja
Southeast Texas Medical Associates, LP
Southern State Properties, LLC
Southwest General Medical Building (TX) SPE, LLC
Southwestern Development Company
SPT Ivey Tempe MOB, LLC
Spyglass Hill Property, LLC
Star Properties of Monroe, L.L.C.
Stonebridge Commons, LLC
STRS Ohio TX Real Estate Investments, Inc,
Sunshine Global Medical Group, LLC
Sykes Creek Limited Partnership
Taunton Medical PC
Texas Healthcare Holdings II, LLC
The Practice-OB/GYN, PC
The SNESC Real Estate Group, LLC

Thor 825 Washington, LLC
Town & Country Offices, LLC
Vasantha Agusala
VREC II – Hialeah, LLC
VT & Ranjani Reddy
VT Reddy and Rajani Reddy
VTR Papago Medical Park, LLC
Waltham Realty Trust
Ward Endowment & Partners at Hanson MOB, LLC
Ward Memorial Hospital
Washington 850 LLC
WashMass, LLC
Wellesley Sports Group, LLC
Welltower OM Group, LLC
Wesley Palmer, DO
West Liberty, LLC
West Point Medical Real Estate Group, LLC
William H. Edwards, MD PC
WRMC MOB Texarkana, LLC

**Lessees**
1880 Van Buren Phoenix, LLC
21st Century Oncology, LLC
Accent Care of Massachusetts, Inc.
Adam Cerel, M.D.
Advanced Urology Associates of Florida, PL
Advocate Pain Management
AEG Massachusetts, LLC
Air Evac EMS, Inc.
Air Methods Corporation
Allergy & Asthma Associates of South Florida, P.A., d/b/a Florida Center for Allergy and
Asthma Care
Allergy and Asthma Care, P.C.
Allston-Brighton Community Development Corporation
American Legion Post 248
Amnerys R Garcia, MD PA
Anajaiah Kodityal, M.D.
Angel's Auto Glass
Ankur Patel, M.D.
Aryianna Donuts, Inc.
Audiology Network Services, Inc.
AW Wuesthoff Medical Arts, LLC
Ayer Valley PropCo LLC
B.S.A., LLC, d/b/a Tepas Healthcare
Bay State Physical Therapy of Randolph, P.C.
Bio-Medical Applications of Florida, Inc., d/b/a BMA of Hialeah

Bio-Medical Applications of Louisiana, LLC
Bluescape Altera FMC, LLC
Boston Food Allergy Center LLC
Boston IVF, Inc.
Boston University Eye Associates, Inc.
Breezeway of PalMed LLC
Brighton Family Dental Group
Cardio MDM, LLC
Care Access Research, LLC
Casa Saltillo Wine
Cellco Partnership d/b/a Verizon Wireless
Centurion LLC D/B/A Centurion of Florida
Charles S. Chen, M.D., P.C.
Christa L. Maxant, Inc.
City of Houston, Texas
City of Phoenix Police Department
Community Care Pharmacy, Inc.
CREF RES, LLC
Dana-Farber Cancer Institute, Inc.
Dermatology Consultants, P.A.
Dr. Robert Marx
DRX UC New Bedford P.C.
East Valley Wellness Center, LLC
Elite IVF & Fertility Solutions, LLC
Enjoy Dental, LLC
ESP Medical, LLC
Exclusive Dental Care Group, Inc.
Fadi Naddour, MD
Fall River Family Practice Center Partnership, LLP
FC Research LLC
Fratelli's Bakery, Inc.
Fresenius Medical Care Carney, LLC
Gastroenterology Clinic, APMC
GENCON Service, Inc.
GenHoldCo LLC
Gerald Friedman, O.D.
Gilberto Concepcion, M.D., P.A.
GMR Hialeah, LLC
Golden Triangle Interventional Pain Associates, LLC
Gonzalez, Abreu & Fernandez, M.D., P.A.
Greater Boston MRI, L.P.
Greenlight Construction, LLC
Gregory Scot Johnston, M.D. dba Arizona Industrial Medicine
GUILLERMO KOHN RUIZ MD, LLC successor-in-interest to Miami Global OB/GYN, LLC
Gustavo A. Cadavid, M.D.
Hanjani, P.C.

Hawthorn Kidney Center, LLC
HCP MOP Houston TX, LLC
Healthcare Billings Solutions, Inc.
HealthPeak, LLC
Heart, Lung, and Vascular Clinic, LLC
HF Donuts, LLC
Hospice of St. Francis, Inc.
Houston Fertility Institute, PLLC
HTA - Palmetto II, LLC
HTA-AW Florida Medical Center Central, LLC,
HTA-AW Florida Medical Center East, LLC
HTA-AW Florida Medical Center North, LLC
HTA-AW North Shore, LLC
HTA-AW Palmetto, LLC
J. Rako, M.D., P.C.
James McGlowan, M.D.
Jaraki Medical Care, P.A.
Jaylor Holdings I, LLC
Jean Charles, M.D.
Kavett Dialysis, LLC c/o DaVita Inc.
Khalid Malik, M.D., P.A.
Khavar J Dar, MD
Lady Bugs and Lollipops, LLC
LAMAJAK, Inc. d/b/a Lori's Gifts
Lanova PLLC
Larkin Community Hospital Palm Springs Campus, LLC
Lauren J. Mickey, M.D.
Leon Medical Centers, LLC
Lori's Gifts, Inc.
Lyndall Saadat, M.D.
M & J Palmetto, LLC
Madhavi P LLC
Mahmoud Khalil, MD APMC
Manish Tandon MD Associates, PC (f/k/a Manish Tandon M.D., P.C.)
Manisha Desai, M.D.
Mark Amster, M.D.
Mark Spears, MD
Marplate Corporation
Mass Retina Eye Specialists, Inc.
Massachusetts Express Care, PLLC
Maxor National Pharmacy Services, LLC
Medical Associates of Northeast Louisiana, Inc.
Medical Specialists of Texarkana, PLLC
Medicine for Business and Industry, LLC
Merimack Valley Urgent Care, LLC
Merrimack Valley PET, P.C., d/b/a New England PET Imaging System

Mery's Fashion, Inc.
Miami-Dade County
Michael Elman, M.D.
Mirtha Hernandez and Solange Hernandez
New Cingular Wireless PCS, LLC
New England Cardiology, L.L.C.
New England Consultants in Gastroenterology and Hepatology, P.C.
New England Ear, Nose & Throat/Facial Plastic Surgery, P.C.
New England Nephrology Home Care Associates d/b/a Commonwealth Nephrology Associates
New Hope Research, LLC
Nexstar Media, Inc
Northern Ohio Medical Specialist, LLC
Ohio North East Health Systems, Inc.
Olivio Manzon
Omnipoint Communications, Inc.
Otto L. Secada, M.D., P.A.
PALM DENTAL CENTER, P.A.
Pathology Services of Texarkana, LLC
Paul L. Gunderson, M.D., P.C.
Paul P. Harasimowicz, III, M.D.
Pedro G. Alvarez, D.O., P.A.
Perfect Health, Inc.
Peter Sarkos, M.D.
PHI Air Medical, LLC
Philip Carling, M.D.
Phoenix 555N Holdings, LLC
Physician Reliance, LLC
Physicians Management Group of Dade, Inc.
Physicians' Organization at Children's Hospital, Inc.
Power Financial Credit Union
Pratt Ophthalmology Associates, Inc.
Pratt Ophthalmology Associates, Inc. aka New England Eye Center
PrimaCare, P.C. Inc.
Quest Diagnostics Clinical Laboratories, Inc,
Quest Diagnostics Massachusetts, LLC
Quest Diagnostics of Pennsylvania, Inc.
Quest Diagnostics Venture, LLC
Ramachandra Kolluru, M.D.
Regional Cardiac Arrhythmia, Inc.
Renal Medical Care, P.C.
Resil Medical Associates, PC
Rhode Island Foot Care, Inc.
Ricardo J. Garcia Alemany, MD, LLC
Richard Fischer Ph. D
Ridgeline Barlite MOB, LP
Robert O'Neill, M.D., P.A.

Roberto Bracamonte, MD, PC
Rodolfo A. Perez, M.D.
Roman Catholic Archbishop of Boston
Saatiah Jaffry, M.D. LLC
Samer Roy, MD
San Wan, M.D., P.C.
SBB Partners, LLLP
Scott Horwitz, D.P.M.
Sebastian ID Care, LLC
Second Q, LLC
Select Specialty Hospital -Boardman, INC
Sharkninja Operating LLC
South Coast Orthopedic Technologies, Inc.
South Florida Obstetrics & Gynecology, LLC
Southeastern Massachusetts Emergency Medical Services Council, Inc.
Southern Endocrinology, LLC
Southwest Ambulance of Casa Grande, Inc.
Specialists for Women of Texarkana, PLLC (aka The Women's Specialists)
Spok, Inc
SPT Ivey Tempe MOB LLC
SSS Education, Inc., d/b/a Jersey College
Stephanie Cunningham, D.O.
Stephen O. Kovacs, M.D., P.C.
Stride Healthcare Management, LLC
Subhash Nagalla, M.D.
Susan Woods MD Dermatology, Inc.
Tentaciones Gourmet, Inc.
Teresa Portilla d/b/a Teresa's Jewelry
The City of West Monroe, Louisiana
The Delta Pathology Group, LLC
The Dominican Sisters of Charity of the Presentation of the Blessed Virgin, Inc.
The Friends of St. Anne's, Inc.
The Lamar Companies
The Secret Garden and Coffee Shop at ORMC
The Women's Auxiliary at Trumbell Memorial Hospital, Inc.
T-Mobile Central, LLC
T-Mobile Northeast LLC
T-Mobile South, LLC
Trinity Family Medicine, LLC
Trudy H. Sanson, M.D.
Trumbull- Mahoning Medical Group, Inc
Trustees of Tufts College
UG2, LLC
Unified Women's Healthcare, LP
Urohialeah, LLC
Urological Consultants of Florida, P.A.

VCA Animal Hospitals, Inc.
Vinh Nguyen, M.D.
Wajid Consulting, Inc.
West Dade Pediatrics, P.L.
West Texas Centers for Mental Health and Mental Retardation d/b/a West Texas Centers
West Texas OB/GYN, PA
WIH Faculty Physicians, Inc.
Yoo Foot and Ankle Podiatry, LLC

**Taxing Authorities**
Apache County Treasurer
Arizona Department of Revenue
Bexar County Tax Assessor-Collector (TX)
Bowie County Tax Assessor-Collector (TX)
Brevard County Property Appraiser (FL)
Bristol County (MA)
Broward County Property Appraiser (FL)
Broward County Tax Assessor-Collector
Carole Jean Jordan, Indian River Co Tax Assessor-Collector
City of Attleboro City Assessor-Collectors Office
City of Big Spring (TX)
City of Brighton (MA)
City of Brockton (MA)
City of Cocoa (FL)
City of Colorado Springs / Sales Tax Office (CO)
City Of Coral Gables (FL)
City of Coral Gables, The Finance Department, Local Business Tax Division
City of Dorchester (MA)
City of Fall River (MA)
City Of Fort Lauderdale (FL)
City of Haverhill Tax Assessor-Collector (MA)
City of Hialeah (FL)
City of Hialeah, Business Tax Division (FL)
City of Lauderdale Lakes (FL)
City of Lauderdale Lakes, Business Tax Department
City of Lawrence Tax Assessor-Collector RE/PP/WS (MA)
City of Littleton Sales Tax Division (CO)
City Of Melbourne (FL)
City of Memphis City Treasurer Office (TN)
City of Methuen RE/ PP (MA)
City Of Miami (FL)
City of Miami, Business Tax Division
City of New Bedford (MA)
City of Newton (MA)
City of Palm Bay
City of Quincy (MA)

City Of Rockledge (FL)
City of Sebastian (FL)
City Of Sunrise (FL)
City of Taunton (MA)
City of Texarkana (TX)
City of Waltham (MA)
City of Watertown Tax Assessor-Collector (MA)
City Of West Jordan (UT)
City of Youngstown (OH)
Clark County Treasurer (NV)
Clear Creek ISD Tax Office (TX)
Colorado Department of Revenue
Commonwealth of MA, City of Boston, Office of the Collector Treasurer
Commonwealth of Massachusetts
Coolspring Twp Tax Assessor-Collector (PA)
County of Berks (PA)
Dallas County Tax Assessor-Collector (TX)
Davis County Treasurer (UT)
Ector County Appraisal District (TX)
El Paso County (TX)
Essex County (NJ)
Florida Department of Revenue
Fort Bend County MUD #161 (TX)
Fort Bend County Tax Assessor-Collector (TX)
Galveston County Tax Office (TX)
Hardin County Tax Assessor-Collector (TX)
Harris County Tax Assessor-Collector (TX)
Hempstead County Tax Assessor-Collector (AR)
Hermitage Treasurer (PA)
Hillsborough County Tax Assessor-Collector (FL)
Hope Tourist Promotion Fund, City Clerk (AZ)
Houston Downtown Management District (TX)
Howard County Tax Office (MD)
Hubbard City Income Tax (OH)
Indian River Co Tax Assessor-Collector (FL)
Indian River County Property Appraiser (FL)
Internal Revenue Service
Jefferson County Tax Assessor-Collector (CO)
Lisa Cullen CFC, Brevard County Tax Assessor-Collector (FL)
Louisiana Department of Revenue
Mahoning County Treasurer (OH)
Maricopa County Treasurer (AZ)
Massachusetts Department of Revenue
Mercer County Tax Claim Bureau (NJ)
Mesa County
Miami-Dade County Tax Appraiser (FL)

Miami-Dade County Tax Assessor-Collector (FL)
Miami-Dade Office of Tax Assessor-Collector (FL)
Middlesex County (NJ)
Midland Central Appraisal District (TX)
Miller County Tax Assessor-Collector (MO)
Multnomah County Tax Assessor-Collector (OR)
New Jersey Division of Taxation
Norfolk County (MA)
Ohio Department of Taxation
Ohio Department of Taxation Compliance Business Tax Division
Orange County Tax Office Assessor-Collector
Oregon Department of Revenue
Ouachita Parish Tax Assessor-Collector (LA)
Ouachita Parish/City of Monroe Taxation and Revenue Division (LA)
Pennsylvania Department of Revenue
Pinal County Treasurer (AZ)
Plymouth County (MA)
Richardson ISD Tax Office (TX)
Salt Lake County Treasurer, PP Division (UT)
Salt Lake County Treasurer, RE (UT)
Sharon Tax Assessor-Collector (MA)
Shelby County Trustee (TN)
Smith County Trustee (TX)
State of Alabama Department of Revenue
State of Arkansas Department of Finance and Administration
State of California Franchise Tax Board
State of New Hampshire Department of Revenue Administration
State of NJ Department of the Treasury Division of Taxation
State of Tennessee Department of Revenue
State Treasurer of Arizona
Suffolk County (MA)
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
The City of Boston Tax Collector-Treasurer (MA)
Town of Andover Tax Assessor-Collector (MA)
Town of Arlington Treasurer Tax Collector (TX)
Town of Ayer MA Tax Assessor-Collector
Town of Braintree (MA)
Town of Bolton Tax Assessor-Collector (MA)
Town of Dartmouth Town Assessor-Collector (MA)
Town of Dedham Treasurer-Collector (MA)
Town of East Bridgewater Tax Assessor-Collector (MA)
Town of Easton Collector Treasurer Office (MA)
Town of Foxborough (MA)
Town of Groton Tax Assessor-Collector (MA)
Town of Lunenburg Tax Assessor-Collector (MA)

Town of Middleborough (MA)
Town of Needham Treasurer-Collector (MA)
Town of Norfolk Treasurer Collector (MA)
Town of North Andover Tax Assessor-Collector (MA)
Town of North Attleborough Tax Assessor-Collector (MA)
Town of Norwood, MA Treasurer-Collector
Town of Randolph Tax Assessor-Collector (MA)
Town of Raynham (MA)
Town of Stoughton RE/PP Tax Assessor-Collector (MA)
Town of Swansea Tax Assessor-Collector (MA)
Town of Walpole Tax Assessor-Collector (MA)
Town of Wareham Town Tax Assessor-Collector (MA)
Town of Wellesley Tax Assessor-Collector (MA)
Town of Westwood Tax Assessor-Collector (MA)
Town of Whitman Treasurer-Collector (MA)
Town of Wrentham Tax Assessor-Collector (MA)
Townsend Tax Assessor-Collector (MA)
Trumbull County Treasurer (OH)
Utah County Treasurer
Utah County Treasurer PP
Utah State Tax Commission
Utah State Tax Commission Taxpayer Services Division
Warren City Income Tax (OH)
Weber County (UT)
West Valley City (UT)
Williamson County Trustee (TX)

**Regulatory Agencies (Federal / State / Local)**
Arizona Corporation Commission
Arizona Department of Environmental Quality
Arizona Department Of Health Services
Arizona Department of Insurance
Arizona Department of Public Safety
Arizona Department Of Transportation
Arizona Labor Department, Industrial Commission of Arizona
Arizona Medicaid AHCCCS
Arizona Medical Board
Arizona Regulatory Board of Physician Assistants
Arizona State Board of Nursing
Arizona State Government Workers Compensation
Arkansas Department of Commerce
Arkansas Department of Environmental Quality
Arkansas Department Of Health
Arkansas Department of Health, Health Facility Services
Arkansas Department of Human Services
Arkansas Department of Labor and Licensing

Arkansas Department of Public Safety
Arkansas Department of Transportation
Arkansas Insurance Department
Arkansas Medicaid
Arkansas Medical Board
Arkansas Secretary of State, Business & Commercial Services
Arkansas State Board of Nursing
Arkansas State Board of Pharmacy
Arkansas Treasurer of State
Arkansas Workers' Compensation Commission
Board of Registration in Pharmacy Massachusetts
Central Pension Fund of the International Union of Operating Engineers and Participating
Employers
City Of Beaumont (TX)
City Of Boston - Treasury Department (MA)
City of Boston, City Clerk, Business Certificates
City Of Fall River
City of Fall River, Licensing Board
City of Florence, Community Development Department
City of Haverhill, License Commission
City of Hope
City Of Houston (TX)
City Of Mesa (AZ)
City of Mesa, Licensing Office
City of Methuen, Licensing Board
City Of Phoenix (AZ)
City of Phoenix, License Service
City Of Port Arthur (TX)
City of Port Arthur, Business Enterprise Program
City Of San Antonio (TX)
City Of Taunton Building Department (MA)
City of Taunton, License Commission
City Of Tempe (AZ)
City of Tempe, Tax and License
City of Warren, Economic Development Department, City Business Services
City Of West Monroe (LA)
City of West Monroe, Business Licenses
Clinical Laboratory Improvement Amendments (CLIA) Laboratory Program
Colorado Department Of Public Health & Environment
Commonwealth Of Massachusetts Department Of Public Health
County of Indian River Office
Delaware Division Of Public Health
Department Of Environmental Protection
Department Of Health And Human Services
Department Of Health Office Of Radiation (FL)
Department of Massachusetts Veterans Affairs

Det Norske Veritas (DNV)
Ector County Health Department
Environmental Protection Agency
FDA Mammography Quality Standards Act (MQSA) Program
Federal Trade Commission
Florida Board of Nursing
Florida Board of Pharmacy
Florida Department of Health, Division of Medical Quality Assurance (MDs)
Florida Department of Commerce
Florida Department of Financial
Florida Department of Health Care Administration
Florida Department of Labor
Florida Department of Public Safety
Florida Department of State, Division of Corporation
Florida Department of Workers' Compensation
Florida Dept of Agriculture & Consumer Services
Florida Medicaid
Florida Office of Insurance Regulation
Food and Drug Administration
Houston Permitting Center
ICCBBA
Indian River County Health Department (FL)
Layton City (UT)
Louisiana Board Of Pharmacy
Louisiana Department of Commerce
Louisiana Department of Environmental Quality
Louisiana Department of Health
Louisiana Department of Insurance
Louisiana Department of Public Safety
Louisiana Department of Transportation and Development
Louisiana Medicaid
Louisiana Secretary of State, Business Services
Louisiana State Board of Medical Examiners
Louisiana State Board of Nursing
Louisiana State Treasury Department
Louisiana Workforce Commission
Louisiana State Bureau of Workers' Compensation
Maricopa County Air Quality
Maricopa County Environmental Services
Massachusetts Board of Registration in Medicine
Massachusetts Board of Registration in Nursing
Massachusetts Board of Registration of Physician Assistants
Massachusetts Center for Health Information and Analysis
Massachusetts Department of Commerce
Massachusetts Department of Health, Division of Health Care Facility Licensure and Certification

Massachusetts Department of Pubic Safety
Massachusetts Department of Public Health
Massachusetts Department of Public Health Radiation Control Program Schrafft Center
Massachusetts Department of the Health Policy Commission
Massachusetts Department of Transportation
Massachusetts Environmental Protection Department
Massachusetts MassHealth
Massachusetts Office of Labor and Workforce Development
Massachusetts Office of the Treasurer & Receiver General
Massachusetts Secretary of State, Corporations Division
Massachusetts Workers' Compensation
Murray City Business Licensing
National Association of Attorneys General
Nevada Division Of Public And Behavioral Health
New England Sinai Hospital Pension Plan
New Jersey Department Of Health
Ogden City
Ohio Board of Nursing
Ohio Bureau of Worker's Compensation
Ohio Department Of Commerce
Ohio Department Of Health
Ohio Department of Insurance
Ohio Department of Public Safety
Ohio Environmental Protection Agency
Ohio Medicaid
Ohio Office of Workforce Development
Ohio Secretary of State, Business Services
Ohio State Department of Transportation
Ouachita Parish Police Jury
Pennsylvania Department of Commerce
Pennsylvania Department Of Environmental Protection
Pennsylvania Department Of Health
Pennsylvania Department of Health of the Commonwealth
Pennsylvania Department of Health, Quality Assurance
Pennsylvania Department Of Labor & Industry
Pennsylvania Department of Public Safety
Pennsylvania Department of State, Bureau of Corporations and Charitable Organizations
Pennsylvania Department of Transportation
Pennsylvania Insurance Department
Pennsylvania Medicaid
Pennsylvania State Board of Medicine
Pennsylvania State Board of Nursing
Pennsylvania Treasury
Pinal County Government
Rhode Island Department Of Health
Salt Lake City Corporation

Sandy City (UT)
Secretary of State - Arizona
Secretary of State - Arkansas
Secretary of State - Delaware
Secretary of State - Florida
Secretary of State - Louisiana
Secretary of State - Massachusetts
Secretary of State - Nevada
Secretary of State - New Hampshire
Secretary of State - New Jersey
Secretary of State - Ohio
Secretary of State - Pennsylvania
Secretary of State - Rhode Island
Secretary of State - Tennessee
Secretary of State - Texas
Secretary of State - Utah
State Board of Pharmacy - Arizona
State Board of Pharmacy - Pennsylvania
State Medical Board of Ohio
State of Florida Department of Environmental Protection
State of Florida Department of Transportation
State Of Louisiana
State of Ohio Board of Pharmacy
State of Ohio Department of Commerce Division of Industrial Compliance
State of Utah
Tennessee Department Of Health
Texas Board of Nurse Examiners
Texas Commission on Environmental Quality
Texas Department of Commerce
Texas Department of Insurance
Texas Department Of Licensing and Regulation
Texas Department Of Public Health
Texas Department of Public Safety
Texas Department of State Health Services
Texas Department of Transportation's District Office
Texas Health & Human Services
Texas Health and Human Services Commission, Health Facility Licensing Unit
Texas Health Facility Compliance Regional Office
Texas Health Facility Licensing
Texas HHSC Medicaid
Texas Medical Board
Texas Physician Assistant Board
Texas Secretary of State, Business Services
Texas State Board Of Pharmacy
Texas Workforce Commission
The Joint Commission on Accreditation

Town of Ayer
Town of Canton
Town of Dartmouth
Town Of Florence (AZ)
Town of Foxboro
Town Of Gilbert (AZ)
Town of Groton
Town of Middleborough
Town of Norwood, Town Clerk, Business Certificates
Town of Raynham
Town of Salem
Town of Stoughton, Town Clerk, Licensing
Town of Stoughton
Town of Walpole
Town of Westwood
Town of Whitman
Treasurer State of Florida
Treasurer State of Ohio
U.S. Centers for Medicare and Medicaid Services
U.S. Department of Justice
U.S. Department of Labor Occupational Safety and Health Administration (OSHA)
US Drug Enforcement Agency
Utah Department Of Environment
Utah Department Of Health
Utah Department Of Public Safety
Utah Labor Commission

**Attorney Generals**
Attorney General - Arizona (Kris Mayes)
Attorney General - Arkansas (Tim Griffin)
Attorney General - Delaware (Kathy Jennings)
Attorney General - Florida (Ashley Moody)
Attorney General - Louisiana (Jeff Landry)
Attorney General - Massachusetts (Maura Healey)
Attorney General - Nevada (Aaron D. Ford)
Attorney General - New Hampshire (John Formella)
Attorney General - New Jersey (Matthew Platkin)
Attorney General - Ohio (Dave Yost)
Attorney General - Pennsylvania (Michelle Henry)
Attorney General - Rhode Island (Peter Neronha)
Attorney General - Tennessee (Jonathan Skrmetti)
Attorney General - Texas (Ken Paxton)
Attorney General - Utah (Sean Rayes)

**U.S. Trustee's Office**
Alethea Caluza

Alicia Barcomb
Alina Samko-Yu
Andrew Jimenez
Aubrey Thomas
Christopher R. Travis
Christy Simmons
Gary Wright
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Samantha Chilton
Vianey Garza
Yasmine Rivera

**<u>Utility Providers</u>**
20 Mccormick Solar Socap, LLC
32 Mccormick Solar Socap, LLC
353 Smith Solar Socap, LLC
8X8 Inc
Albany Road - LLC
Allbridge
Aqua Ohio Inc
Aqua Pennsylvania
Arizona Public Service Co
Armstrong
AT&T
AT&T Capital Services, Inc.
AT&T Long Distance
AT&T Mobility
AT&T Pro Cabs
AT&T Teleconference Services
Atmos Energy
Avidex
Belwave
Boston Water and Sewer Comm
B-P Trucking Inc
Bright House Networks
Brightspeed

Broward County Water
Bullseye Telecom Inc
Centerpoint Energy
Centurylink
Charter Communications
Charter Communications Northeast
Charter Communications Texas
Cirro Energy
City Of Attleboro (MA)
City Of Beaumont (TX)
City Of Big Spring - Finance (TX)
City Of Big Spring Water Department (TX)
City Of Bridge City (TX)
City Of Brockton (MA)
City Of Cocoa (FL)
City Of Fall River (MA)
City Of Haverhill Water (MA)
City Of Hermitage (PA)
City Of Hialeah FL-Department Of Water
City Of Houston (TX)
City Of Hubbard (OH)
City Of Melbourne (FL)
City Of Mesa (AZ)
City Of Methuen W&S (MA)
City Of Midland (TX)
City Of Monroe (LA)
City Of Nederland (TX)
City Of North Miami (FL)
City Of Odessa (TX)
City Of Pembroke Pines (FL)
City Of Phoenix (AZ)
City Of Port Arthur (TX)
City Of Sunrise (FL)
City Of Tempe (AZ)
City Of Warren (OH)
City Of West Monroe (LA)
Cokinos Energy Corporation
Comcast
Comcast – Bethel Park
Comcast - Chelmsford
Comcast - Houston
Comcast - Miami
Comcast Business
Comcast Florida
Comcast of Louisiana
Constellation Electric

Constellation Gas
Coolspring Township
Cox Communications AZ
CPS Energy
Crown Castle Fiber LLC
Dedham Westwood Water District
Delta Telecom
Direct Energy Business Pa
DirecTV
Dish Network
Dish Network LLC
Dominion Energy Ohio
E L Harvey & Sons Inc
E.O.M.S Recycling Inc
Eastern Natural Gas Company
Edison TWP Sewer Department
Elizabethtown Gas
Engie Resources LLC
Entergy Louisiana, LLC
Entergy Texas
Epcor Water
Eversource
Eversource NSTAR
Florida City Gas
FPL
FPL Energy Services
Fusion Cloud Services
Grande Communications
Granite Telecommunications
Greater Ouachita Water Company
Groton Electric Light
Groton Water Department
Hope Community TV Inc
Hope Water & Light Plant
Indian River County Utilities
Interconn Resources LLC
Involta
JCP&L (Formerly GPU)
Level 3 Communications LLC
Liberty Utilities
Liberty Utilities NH
Lumen
Mahoning County Sanitary
MCI Comm Service
Met-Ed
Metropolitan Telecommunications

Miami-Dade Water and Sewer Dept
Middle Tennessee Electric
Middleborough Gas & Elec
National Fuel
National Grid
Neshannock Township Sewer
Norwood Light
NRG (Formerly Direct Energy)
NRG Business Solutions Ne
Ohio Edison Co
Optimum
Penn Power Company
Pennsylvania American Water Co
Perch Community Solar, LLC
Raynham Center Water Dist.
RCN
Reliant Energy (TX)
Republic Services
Rhode Island Energy
Rocky Mountain Power
San Antonio Water Systems
Sharon Sanitary Authority
Shell Energy Solutions
Southwest Gas Corporation
Southwestern Electric Power
Sparklight
Sprint
SRP
Stericycle Inc.
Stream Energy
Suddenlink
Summit Utilities Arkansas Inc
Symmetry Energy Solutions
Tampa Electric Company
Taunton Municipal Lighting
Taunton Water Department
Texarkana Water Utilities
Texas Gas Service
Tierpoint, LLC
Touchtone Communications
Town of Ayer
Town of Dartmouth
Town of Foxborough Water Sewer
Town of Gilbert
Town of Norwood
Town of Stoughton

Town of Westwood MA
Town of Whitman
Tri-County-Pa
Trumbull County Water & Sewer
Twin Eagle Resource MGMT LLC
TXU Energy
UGI Energy Services Inc.
UGI Utilities Inc
United Hauling, INC
Unitil-Fitchburg
Unitil-NH
Utopia Fiber
Velocity Network
Verizon
Verizon Wireless
Verizon Wireless TX
Waste Management
Waste Pro Polk County
Win Waste Innovations
Windstream
Windstream Paetec
WM Compactor Solutions, Inc.
Youngstown Water Department (OH)
Zayo Group, LLC
Zayo Group, LLC Chicago

**Significant Vendors**
3M Co.
Abbott
Abiomed Inc.
Access Telecare LLC
Advantage Healthcare Staffing
AFCO Credit Corporation
Alphatec Spine Inc.
American Red Cross
Amerigroup Corp.
Ameritas Life Insurance Corporation
Amn Healthcare Inc.
Arthrex Inc.
Athena Parent Inc.
Beckman Coulter Inc.
Biomet Inc.
BlueCross BlueShield
Boston Scientific Corp.
Cape Cod Health Network
Cardinal Health Inc.

Carefusion Inc.
Cepheid Inc.
Change Healthcare Solutions LLC
Cisco Inc.
Collom & Carney Clinic
Compass Medical PC
Covidien LP
Cross Country Staffing
Crothall Healthcare Inc.
CVS Caremark
Defense Finance And Accounting Service
Diversified Clinical Services, LLC
Edwards Lifesciences US Inc.
Encore Medical Inc.
Ergonomic Group Inc.
Express Scripts, Inc.
Florida Agency For Health Care
General Electric Co.
Genholdco LLC
Gjerset & Lorenz LLP
Global Jet Capital Collections
Globus Medical North
Great Cities Oakland LLLC
Greater Anesthesia Solutions
Harris County Hospital District
Hawthorn Medical Associates LLC
HCPI Utah II LLC
Healogics Wound Care & Hyperbaric Services, LLC
Healogics, LLC
Health Catalyst Inc.
Henry Schein
Hewlett Packard
HHS Environmental Services LLC
HNI Medical Services
Hoar Construction
Hologic Inc.
Howmedica Osteonics Corp.
Intuitive Surgical Inc.
IPFS Corporation
J & J Health Care Systems Inc
Johnson Controls Inc.
Locke Lord Bissell & Liddell LLP
McDermott Will & Emery LLP
Medical Information Technology, Inc.
Medical Solutions LLC
Medtronics

Miami-Dade County
Microsoft Corp.
Miller Weisbrod LLP
Morrison Healthcare
Mozart Holding LP
Nthrive Inc.
Ochsner Clinic Foundation
Ogrady Peyton International Corp.
Olympus America Inc.
Oneblood Inc.
Palamercan Security Inc.
Philips Electronics
Presidio Holdings Inc.
Prima Care PC
Primetime Healthcare Compliance Services LLC
Prolink Healthcare LLP
PwC Holdings No 21 LLC
Quest Diagnostics
Quinn Emanuel Urquhart & Sullivan LLP
Revint Solutions LLC
Rice McVaney Communications LLC
Roche Diagnostics Corp.
Sagewell Healthcare Benefits
Sidley Austin LLP
Siemens Healthcare Diagnostics Inc.
Smith & Nephew Inc.
Sodexo Inc.
SolomonEdwardsGroup LLC
Sound Physicians Anesthesiology of Texas PLLC
Southeast Texas Medical Associates LLP
Staples Inc.
State of Arizona
STRS Ohio TX Real Estate Investments Inc.
Stryker Corp.
Suffolk Construction Co Inc
Synergi Partners Inc.
Sysco, Inc.
Tata Consultancy Services LTD
Team Anesthesia LLC
Tegria Rcm Group - US Inc.
Terumo Medical Corp.
The Robins & Morton Group
The Texas Health And Human Service Commission
Travis County Clinical Services Inc.
United States Department Of The Treasury
Unum Life Insurance Company of America

Wasatch Peak Physical Therapy
Wright Medical Technology Inc.

**Significant Customers**
Aetna Inc.
Arkansas Department of Health Services
BlueCross BlueShield
CarePlus Health Plans Inc.
Centene Corporation
Center of Medicare and Medicaid Services
Cigna Health and Life Insurance Co.
Florida Agency for Health Care Administration
Humana Inc.
Leon Health, Inc.
Louisiana Dept. of Health and Hospitals
Mass Health
Molina Healthcare, Inc.
Optum, Inc.
Oscar Health, Inc.
PA Dep. of Human Services
Preferred Care Partners
Simply Healthcare Plans, Inc.
State of Arizona
Texas Department of Community Health
Treasurer of the State of Ohio
UnitedHealthcare Insurance Company
Wellmed Medical Management

**Litigation Parties**
1917 Heights Hospital
3D Medical Staffing, LLC
AccessRN, Inc.
ACE Care Healthcare Services, Inc.
Advanced Clinical Experts, PLLC
Advantage Healthcare Staffing
Agiliti Health, Inc.
Alicia Ruiz
All Star Recruiting Locums LLC
Alonzo Wines
Alphagraphics, Inc.
Applied Medical Distribution Corporation
Ascent Law, LLC
ASD Specialty Healthcare, LLC
Ashwini Kumar, MD
Associated Cardiovascular & Thoracic Surgeons, LLP
Autographics of Layton Utah

60

AYA Healthcare, Inc
Benjamin Joseph Baker
Big Spring Stone Center, LLC
Brenda Hobyani
Brenda Palmer
Cerner Corporation
Charles River Associates
Charles Wessel
Chinyere Russell
CHSPSC LLC
Community Health Systems, Inc.
Compass Medical P.C.
Conifer Revenue Cycle Solutions
Connected Health Care, LLC
CS Medical, LLC
CT Compass Middleboro, LLC
CTL Medical Corporation d/b/a CTL Amedica
D. Baker Law Group, P.C.
David J. Nathan
Demetrius Sanders
Dept. Of Workforce Development
Dr. Dolores Sears-Ewald
Duane Sutherland, individually, and on behalf of the heirs of Kathleen Sutherland, decedent, and
as representative of the Estate of Kathleen Sutherland
ECD Systems LLC
EnableComp
EnduraCare Acute Care Services LLC
Enterprise Software Systems LLC
Environmental Health and Engineering Inc.
Eric Wojcik
ERISA Recovery Group LLC
Ernesto Perez Cordero
Estate of Benjamin Tropeano
Evoque Group LLC d.b.a. CBI Group
Favorite Healthcare Staffing LLC
First Choice Healthcare Solutions Inc.
First Financial Holdings, LLC
Fisk Electric Company, Inc.
Fitzpatrick Lentz & Bubba, P.C.
Flower Orthopedics
FX Shoulder USA, Inc.
Gardiner Service Company LLC
Gowan/Garrett, Inc.
Guillermo Lopez
Gwendolyn Wines
H.R. Employer Solutions Group LLC

Happy Kids Pediatrics, PC
Harper Limbach LLC
Healthtronics Mobile Solutions, L.L.C.
Hemostasis LLC
Hewlett Packard Financial Services Co.
HNI MSO, Inc.
HNI Physician Services of Texas, Inc.
Hoblit Darling Ralls Hernandez and Hudlow LLP
Hunt's Pest Control Inc.
Ice Miller LLP
Industrial & Commercial Mechanical, LLC
InPro Corporation
Integrated Commercialization Solutions, LLC d.b.a Paragard Direct
Integrity Healthcare Locums LLC
Integrity Implants, Inc.
Intellimed International Corporation
Isaak Smith
James MacIntyre
Jamie Barber et. al.
Jefferson Electric Co., Inc.
Jensen Hughes, Inc.
Joanne Grace
John Donlan
Joseph Nocie
Kent Vaughn
Kevin Washington
Konstantyn Szwajkun
Ladunni Odejinmi
Lestos Company
Liberty Mutual Personal Insurance Co.
Lifepoint Rehabilitation of Texas, LLC f/k/a Kindred Rehab Group of Texas
Limbach Company LLC
Lodge Properties, LLC
Lofton Medical Services, L.L.C.
Lynn Hlatky
Marvel Medical Staffing LLC
Matthew's Hope Foundation
MD Abstract
Medical Receivable Services, LLC
Medix Staffing Solutions, Inc.
Megan Aune
Mercy Ajibola
MMCI Acquisition LLC d/b/a Mortech
Monique Watkins
Musculoskeletal Transplant Foundation
Neal A. Harvey

Nextmed Plains States, LLC
North Brevard County Hospital District d/b/a Parish Medical Center
NovaCare, Inc.
Olivia Lana, MD
Olympus America Inc.
Omni Healthcare, Inc.
Osteoremedies LLC
Paul Hepner, survivor of Lynn Hepner, deceased
PeakCM LLC
Penumbra, Inc.
Pinnacle
Plymouth Rock Assurance
Power Staff Healthcare LLC
Prime First Health, LLC
Primetime Healthcare Compliance Services LLC
Print Synergy Solutions, LLC
Pro Health Medical Staffing LLC
Prolink Healthcare LLC
Prorenata Labs LLC
Rachel Casseday, D.O.
Red Label Services LLC
Rentokil North America, Inc.
Robert Tercier
Ronald W. Fulk
ROP Consultants of Florida, P.A.
Sagility Provider Solutions
Savista, LLC
Shawnee Y. Ingoldsby
Sheryl Dennis
Signet Electronic Systems LLC
SpineSmith Holdings
StaffingEngine, LLC
State Collection Service Inc.
State of Arizona
Stephen M. Zappala, MD
Sterile Processing Services of America
Superior Mobile Health Services, LLC
Support Medical Systems Inc.
Tatiana Renfro
Tenet Healthcare Corporation
Tesco Inc.
TGW SuperiorCare MTS LLC and Superior Shuttle LLC
The Lev at Winchester, LLC
Thomas Management LLC, an Idaho company dba Thomas Cuisine Management LLC
TIGMER Community-Based Family Medicine Residency Program
UMass Memorial Medical Group, Inc.

Union Office Interiors
University of Incarnate Word
UOSH and Clint Hugie
USOC BioMedical LLC
Vanessa Sky
Vericel Corp
Vibrant Imaging LLC
Vilex LLC
Westways Staffing Services, Inc.
XTANT MEDICAL, INC.
Zurich American Insurance Company
Zyhek Management LLC

**Ordinary Course Professionals**
Abrams & Bayliss LLP
Adelanto Healthcare Ventures
American Arbitration Association
Audere International Ltd.
Billing, Cochran, Lyles, Mauro & Ramsey, P.A.
Bowditch & Dewey, LLP
Breazeale, Sachse & Wilson, L.L.P.
Bruce & Kelley PC
Capplis, Connors & Carroll, PC
Cole, Scott & Kissane, P.A.
Connor & Hilliard, P.C.
Cooley LLP
Cooper & Scully PC
CRA International Inc.
Crowe LLP
CS Disco Inc.
Davidoff Consulting Inc.
DeForest Koscelnik & Berardinelli
DMILLER Consulting LLC
Draffin Tucker LLP
Dunn and Dunn
Embark Consulting LLC
Epiq eDiscovery Solutions Inc.
Evans, Rowe & Holbrook
Falk Waas Hernandez Solomon Mendlestein & Davis
Ficksman & Conley, LLP
Foster & Eldrige, LLP
Fox Rothschild LLP
Francis & Totusek, L.L.P.
Gjersett & Lorenz LLP
GLE Consulting Inc.
Gray Robinson

Gust Rosenfeld
Hachey Urbanoski LLC
Hamel Marcin Dunn Reardon & Shea, PC
Hanna, Campbell & Powell, LLP
HaystackID LLC
Hoblit Darling Ralls Hernandez & Hudlow, LLP
Husch Blackwell LLP
Interlochen Group, LLC
Jackson Lewis P.C.
JAMS Inc.
Johnson O'Conner
Kelly Hart
Kercsmar Feltus & Colluns PLLC
Kipp and Christian, P.C.
KPMG LLP
Kyler, Kohler, Ostermiller & Sorensen, LLP
La Cava & Jacobson, P.A.
Lash & Goldberg LLP
Law Offices of Thomas Reed
Luccia & Evans
Mandiant, Inc.
Marshall Dennehey Warner Coleman & Goggin
Martin Magnuson/McCarthy, Kenney & Reidy
Mayer Brown
McCarthy, Bouley, Barry & Morgan PC.
McCormick Law Firm
Miliman Inc.
Morrison Mahoney LLP
Murphy & Riley, P.C.
Murtha Cullina, LLP
Neal & Harwell, PLC
Northwind Strategies LLC
Oliver Wyman Actuarial Consulting LLC
Popp Hutchinson
Preti Flaherty
Principals Property Tax Advisors LLC
Public Policy Partners LLC
Ray Quinney & Nebeker P.C.
Resnick & Louis, P.C.
Richards Brandt Miller Nelson
Richards Layton & Finger
Riemer & Braunstein LLP
Ryan LLC
Schell Cooley LLP
Scully & Lagos
Serpe Andrews PLLC

Sims Funk, PLC
SKDKnickerbocker, LLC
Snell & Wilmer LLP
Stevenson Barrett LLP
Snow, Christensen & Martineau
SolomonEdwards Group
Strong & Hanni PC
Tabico Consulting LLC
Tegria Services Group, Inc.
The Checkett Law Firm PLLC
The Factor Inc.
The Suffolk Group, LLC
Thompson Bowie and Hatch LLC
Twohig Kaplan
UNP Advertising, Inc.
Wicker Smith
Willis Towers Watson LLC
Wilson Elser Moskowitz Edelman & Dicker LLP

**Top 50 Unsecured Creditors**
3M Company
Abbott Laboratories
Advantage Technical Resourcing, Inc.
Arthrex, Inc.
AYA Healthcare Inc.
Becton, Dickinson, and Company
Boston Scientific Corp.
Cardinal Health, Inc.
Center for Medicare and Medicaid Services
Centura Health
Cerner Corporation
Change Healthcare
Cloudmed
Cross Country Staffing Inc.
Crothall Healthcare
Defense Finance and Accounting Service
DJO / Encore Medical, LP
Express Scripts, Inc.
Finthrive Inc.
Florida Agency For Health Care Administration
General Electric
Health Catalyst Inc.
HNI Healthcare
Internal Revenue Services
Intuitive Surgical Inc.
Kronos

Labcorp Of America
Medical Information Technology, Inc.
McKesson (Medical Specialties)
Medline Industries, LP
Medtronic USA, Inc.
Microsoft Corporation
Morrison Management Specialists, Inc.
Optum, Inc.
PeakCM LLC
Philips Healthcare
Primetime Healthcare Compliance
Prolink Healthcare LLC
Promedical LLC
Quinn Emanuel Urquhart & Sullivan LLP
RLDatix North America Inc.
Sidley Austin LLP
Sodexo Inc.
Sound Physicians Anesthesiology
Stryker Corporation
Synergi Partners Inc.
Sysco Corp.
Tegria RCM Group – US Inc.
The Robins & Morton Group
Zimmer Biomet Holdings, Inc.

**<u>Unions</u>**
1199 Service Employees International Union United Healthcare Workers East
American Federation of State, County and Municipal Employees
Area TradesCouncil
Florida Nurses Association
International Brotherhood of Electrical Workers, Local 103, AFL-CIO
International Union of Operating Engineers, Local 877
Massachusetts Nurses Association
National Nurses Organizing Committee - Florida
National Nurses United
North Atlantic States Regional Council of Carpenters, Local 51
Ohio Council 8 United Nurses of America Local 2026
Ohio Nurses Association
Painters District Council #35
Plumbers Union Local 12
Teamsters Local Union No. 25
The Health Care and Social Service Union
Unite Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of
the United States and Canada
United Federation of Special Police and Security Officers

**<u>Pensions</u>**
Central Pension Fund of the International Union of Operating Engineers and Participating Employers
Massachusetts Nurses Association
The Angell Pension Group, Inc.

**<u>Payroll Processors / Benefit Providers</u>**
Alliant Insurance Services (LifeBalance)
Ameritas Life Insurance Corp.
Arizona LiveScan LLC
Automatic Data Processing, Inc.
Avasure LLC
Benefit Technology Resources LLC
BlueCross BlueShield of MA
Chubb & Son Inc.
Cigna Health and Life Insurance Co.
Digital Trusted Identity Services
Express Scripts Holding Company
Fidelity Investments
Fingerprint Technologies
Health Equity, Inc.
Immediate Solutions, Inc. (ImmediatePay)
Kronos Inc.
Legal Access Plans, LLC (LegalEASE)
National Financial Partners Corporation
NortonLifeLock Inc.
PreCheck, Inc.
Principal Financial Group
Rogers & Gray insurance Agency Inc.
Sterling Check Corp.
Steward Employee Pharmacy
Transitions Retiree Benefit Group
Unum Life Insurance Company of America

**<u>Staffing Agencies</u>**
Accounting Principals
ADO Professional Solutions
Advantage Staffing Services LLC
Crothall Healthcare, Inc.
Equum Medical
Hospital Housekeeping Systems LLC
Indeed
Morrison Management Specialists
O'Grady - Peyton International (USA), Inc.
Parker & Lynch
Resources Connection Inc

Sodexo, Inc.
Solomon Edwards Group
The Labor Relations Connection
Trillium Technical
Vaco LLC
Z5 Inventory

**Independent Contractors**
Ardiocesan Pastoral Center
Basilian Salvatorian Fathers
Communities Together
Dominican Sisters of the Presentation of the Blessed Virgin
Fr. Patrick Magee
Herbert Holtz
Interlochen Group LLC
J. Eduardo Marques
Julie Smith
Karrmichael Holding Company LP
Rabbi Richard Messing
Sisters of St Dorothy

**Contract Counterparties**
1 Priority Environmental Services LLC
1917 Heights Hospital LLC
318 Construction LLC
36th Street Capital Partners, LLC
A&L Lawn
After Hours Medical, LLC
Alcon Laboratories, Inc.
Alcon Vision, LLC
Alpha Industrial Construction LLC
Alpha Restoration
American Door Products, Inc.
Americorp Financial, LLC
AmerisourceBergen Drug Corporation
ASD Specialty Healthcare, LLC
ASSN Company
B. Braun Medical Inc.
Banc of America Leasing & Capital, LLC
BankFinancial, National Association
Becdel Controls, Inc.
Beckman Coulter Inc.
Beneficial Equipment Finance Corporation
BGL Plumbing
Blue Street Capital
Briggs Engineering & Testing

Bureau of Workers Compensation
Capital Flooring
CapitalSource Bank
Cardinal Health 109, Inc.
Cardinal Health 110 LLC
Century Fire Inc
CGH Hospital, Ltd.
Chamberlain Commercial Funding (Cayman) L.P.
CHG-Meridian USA Corp.
ChillCo Inc
CHS/Community Health Systems, Inc.
Cisco Systems Capital Corporation
CIT Finance LLC
City Electric Supply Co.
Civica, Inc.
Claflin Service Company DBA CME Corp
Cloud 9 Service Group LLC
Commercial Access Services
Community First Bank
Continental Office Furniture Corp
Corporation Service Company, as Representative
Cotton Architecture And Design LLC
Creekridge Capital
Crestmark Equipment Finance, A Division Of Metabank
CT Corporation System
Dantes Construction Services Inc
DASH Door
David's Commerical Flooring Inc
De Lage Landen Financial Services, Inc.
Del Valle Painting, Inc
Dell Financial Services L.L.C.
Dell Financial Services, L.P.
DEXT Capital LLC
Dpr Construction A General Partnership
Drywall Elements
Dynamic Mechanical
Encina Equipment Finance SPV, LLC
ESI Environmental Systems HVAC
EverBank Commercial Finance, Inc.
Excel Aircraft, LLC
Executive Security Integrators & Fire Protection In
Favorite Healthcare Staffing LLC
Firetrol Protection Systems Inc
First Choice Healthcare Solutions, Inc.
First Financial Corporate Leasing, LLC
Fisk Electric Company, Inc

Flex Financial, A Division Of Stryker Sales, LLC
Franklin Savings Bank
Galindo & Boyd Houston, LLC
Gardner Mechanical
Gaston Electrical Co., LLC
GE HFS, LLC
General Electric Capital Corporation
GMR Beaumont LLC
Gowan Inc
Greenteam Plumbing LLC
HealthTrust
Heber J. Ramos
Hewlett-Packard Financial Services Company
Highland Capital Corporation
Hitachi Capital America Corp.
Hollywood Restoration Inc
Hometrust Bank
Huntington Technology Finance, INC.
Hunton Services HVAC
HVAC Associates
Imagenet Consulting, LLC
Integral Construction
Integrated Commercialization Solutions, LLC
Integrated Door
Interior Specialist
Interstate Mechanical Corporation (Imcor)
Intuitive Surgical, Inc.
IPA One
Johnson & Johnson Finance Corporation
Johnson Control Fire Protection LP
JPMorgan Chase Bank, N.A.
Kcd General Contractors Inc
Konica Minolta Premier Finance
Lawton Reprographic Center Inc
Leasing Associates Of Barrington, Inc.
Lehman Pipe And Plumbing Supply
Liberty Mutual Personal Insurance Co
Lone Star State Bank of West Texas
Lonestar Electric/Trio Electric
Marek Brothers Systems
Matthew's Hope Foundation
Mckesson Corporation And Its Affiliates
Mechancal Concepts
Mechanical Services of Texas
Mechanical Systems Controls Inc
Med One Capital Funding, LLC

Medical Review Service, Inc.
Medworks Painting & Finishing LLC
Merry X-Ray Corp.
Mike Mazurek & Son
Miller Electric
MMCI Acquisition LLC
Moses Engineering
MPT Of Ayer-Steward, LLC
MPT Of Brighton-Steward, LLC
MPT Of Brockton-Steward, LLC
MPT Of Converse FCER, LLC
MPT Of Dezavala FCER, LLC
MPT Of Dorchester-Steward, LLC
MPT Of Easton-Steward, LLC
MPT Of Fall River-Steward Lender, LLC
MPT Of Fall River-Steward, LLC
MPT Of Florence, LLC
MPT Of Helotes FCER, LLC
MPT Of Hillside-Steward, LLC
MPT Of Houston Re-Steward, LLC
MPT Of Houston-Steward, LLC
MPT Of Katy 1463 FCER, LLC
MPT Of Layton-Steward, LLC
MPT Of Melbourne-Steward, LLC
MPT Of Methuen-Steward, LLC
MPT Of Missouri City - Dulles FCER, LLC
MPT Of Nacogdoches FCER, LLC
MPT Of Norwood-Steward, LLC
MPT Of Potranco FCER, LLC
MPT Of Rockledge-Steward, LLC
MPT Of Sebastian-Steward, LLC
MPT Of Sharon-Steward, LLC
MPT Of Taunton-Steward, LLC
MPT Of Victory Lakes FCER, LLC
MPT Of Warren-Steward, LLC
MPT Of West Jordan-Steward, LLC
MPT Of Youngstown-Steward, LLC
MPT Sycamore Opco, LLC
MPT TRS Lender-Steward, LLC
Mulberry Air, LLC
NFS Leasing, Inc.
Northcoast Fire
Nunez Lawn
Ohio Department of Job and Family Services
Olympus America Inc.
Omni Filtration

Onair
Origin Bank
Ortho-Clinical Diagnostics, Inc.
Outpost Capital Funding LLC
Pacific Western Bank
Peak Property and Casualty Insurance Corporation
PeakCM LLC
Penumbra Inc.
People's Capital and Leasing Corp.
Peoples United Bank
Philips Medical Capital, LLC
Popular Equipment Finance, LLC
Presidential Bank, FSB
Primary Bank
Prime Alliance Bank
Prime Five Painting & Construction
Primetime Healthcare Compliance Services LLC
Pro Health Medical Staffing LLC dba Prohealth Staffing
Prodigy Health LLC
Rainforest Plumbing & Air
Randall Mechanical
Randall Reid Fillmore
Regulatory & Economic Resources-Lien Unit
Republic Bank
Roche Diagnostics Corporation
Salem Five Cents Savings Bank
ScriptPro USA Inc.
SealPro Asphalt Sealcoating Co
Security Bank Of Kansas City
Servicemaster
Servpro
Siemens Financial Services, Inc.
Siemens Healthcare Diagnostics Inc.
Signal AHF Medical Receivables Holdco LLC
Signet Electronic Systems, Inc.
Smith Curry Steel Fabricators
SmithGroup
Southern State Properties LLC
SpecialityCare Miss Services, LLC
State Farm Mutual Automobile Insurance Company
State of Florida, Department of Revenue
State of Ohio Bureau of Workers' Compensation
Steris Corporation
Stryker Finance
Stryker Sales Corporation
Susquehanna Commercial Finance, Inc.

Sysmex America, Inc.
Tegna Media
Terrcaon
Terumo Cardiovascular Systems
TFG Leasing Fund III, LLC
The Huntington National Bank
The Lev at Town Park LLC
The Lev at Winchester LLC
Thyssenkrupp Elevator Corp
Tri City Electric
Tribeca Air, LLC
Triple Treats Inc.
U.S. Bank Equipment Finance
U.S. Bank Equipment Finance, a Division of U.S. Bank National Association
U.S. Bank, N.A.
Urban Partnership Bank
Vitatech Electromagnetics LLC
Weather Tech Roofing & Waterproofing
Weatherproofing Technologies Tremco
Wheeler Medical LLC
Zimmer US, Inc.
Zyhek Management, LLC