**Exhibit A**



# DIP Budget through week-ending August 2, 2024
($ in millions)

| Week # | | Wk 1 | Wk 2 | Wk 3 | Wk 4 | Wk 5 | Wk 6 | Wk 7 | Wk 8 | Wk 9 | Wk 10 | Wk 11 | Wk 12 | Wk 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | | 10-May | 17-May | 24-May | 31-May | 7-Jun | 14-Jun | 21-Jun | 28-Jun | 5-Jul | 12-Jul | 19-Jul | 26-Jul | 2-Aug |
| Status | | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst |
| Hospital Receipts | $ | 67 | 67 | 70 | 70 | 65 | 65 | 67 | 67 | 67 | 67 | 68 | 67 | 67 |
| One-Time Receipts | | 3 | 7 | - | - | - | - | - | - | - | - | - | - | - |
| Supplemental Programs | | 5 | 7 | - | 9 | 11 | - | - | 11 | - | 0 | - | - | - |
| SMG Receipts | | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Other Operating Receipts | | 10 | 9 | 7 | 5 | 7 | 17 | 0 | 4 | 0 | 17 | 11 | 11 | 0 |
| **Total Receipts** | $ | 97 | 102 | 87 | 95 | 95 | 94 | 78 | 93 | 78 | 96 | 89 | 89 | 78 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll & Payroll Related | $ | (64) | (46) | (62) | (47) | (58) | (47) | (58) | (49) | (57) | (31) | (40) | (22) | (40) |
| Suppliers & Trade Vendors | | (20) | (20) | (25) | (28) | (30) | (30) | (30) | (30) | (28) | (23) | (23) | (20) | (20) |
| Rent | | - | (23) | - | - | (7) | (21) | - | - | - | (14) | - | - | - |
| Other Operating Disbursements | | (11) | (13) | (5) | (13) | (14) | (5) | (8) | (16) | (6) | (10) | (7) | (14) | (10) |
| **Total Operating Disbursements** | $ | (95) | (102) | (92) | (88) | (109) | (103) | (96) | (95) | (91) | (78) | (70) | (56) | (70) |
| **Net Cash Flow From Operations** | $ | 1 | (1) | (4) | 7 | (15) | (9) | (18) | (2) | (14) | 17 | 19 | 33 | 8 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Debt Service | | - | - | - | - | (11) | - | - | - | (9) | - | - | - | (9) |
| Professional Fees | | (10) | (3) | (4) | (3) | (8) | (5) | (3) | (3) | (4) | (4) | (3) | (3) | (4) |
| Utility Deposits | | - | (4) | - | - | - | - | - | - | - | - | - | - | - |
| First Day Motions | | (2) | (2) | (4) | (4) | (4) | (4) | (4) | (4) | (5) | (5) | (5) | (5) | (2) |
| U.S. Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | (5) | - |
| **Total Non-Operating Disbursements** | $ | (12) | (9) | (8) | (7) | (23) | (9) | (6) | (7) | (18) | (9) | (7) | (13) | (15) |
| **Net Cash Flow** | $ | (11) | (9) | (12) | 1 | (37) | (18) | (24) | (8) | (32) | 9 | 12 | 21 | (7) |
| Beg. Cash Balance | $ | 13 | 42 | 32 | 40 | 56 | 18 | 51 | 26 | 18 | 233 | 241 | 253 | 274 |
| ( + ) DIP Draw(a) | | 40 | - | 20 | 15 | - | 50 | - | - | - | - | - | - | - |
| ( + ) Net Cash Flows | | (11) | (9) | (12) | 1 | (37) | (18) | (24) | (8) | (32) | 9 | 12 | 21 | (7) |
| ( + ) Illustrative Transaction Proceeds | | - | - | - | - | - | - | - | - | 246 | - | - | - | 86 |
| **End. Cash Balance** | $ | 42 | 32 | 40 | 56 | 18 | 51 | 26 | 18 | 233 | 241 | 253 | 274 | 352 |
| **Memo:** | | | | | | | | | | | | | | |
| Est. Total AR Outstanding | $ | 1,141 | 1,145 | 1,147 | 1,149 | 1,159 | 1,168 | 1,176 | 1,184 | 1,121 | 1,092 | 1,063 | 1,034 | 996 |

**Notes:**
a) Assumes $75 million drawn in the interim period. Additional funding subject to Medical Properties Trust agreeing to commit to such funding and to the satisfaction of such conditions acceptable to Medical Properties Trust.