**<u>Exhibit B</u>**

**Steward Health Care**
**Collateral Analysis ($)**

| Available Collateral per Borrowing Base | Balances | Notes |
|---|---|---|
| Preliminary AR Availability | $ 456,873,840 | *Hospital AR as of 4/30/24, SMG AR as of 3/31/24* |
| Preliminary Inventory Availability | 29,734,803 | *As of 4/30/24* |
| Less: Rent Reserve | (800,000) | |
| Less: FICA Tax Reserve | (20,137,119) | *As of 3/31/24* |
| Less: Preliminary MAAPP Liability Reserve | (9,400,362) | *Based on preliminary hospital AR as of 4/30/24* |
| **Total Available Collateral per Borrowing Base** | **$ 456,271,162** | |
| | *52%* | **as a % of ABL/FILO & Bridge Loans outstanding** |

| ABL & Bridge Loans Outstanding as of May 5, 2024 | |
|---|---|
| ABL / FILO | $602,113,166 |
| Bridge loan | 147,036,004 |
| Bridge loan - MOIC adjustment | 127,500,000 |
| | **$876,649,170** |

| Available Collateral in addition to Borrowing Base | Balances | Notes |
|---|---|---|
| Liquidity factor | $ 59,916,209 | *Add-back of duplicative 85% Advance Rate adjustment factor in the borrowing base* |
| Collections on excluded Hospital AR (181+) | 66,745,219 | *6 months of average collections ($13.1M), discounted by advance rate* |
| Collections on excluded SMG AR (181+) | 14,743,687 | *6 months of average collections ($2.9M), discounted by advance rate.* **NOTE**: *includes self-pay* |
| Collections on self-pay AR - Hospital | 46,514,987 | *Lesser of i) actual AR or ii) average collections for the prior 6 months ($10M / month) - discounted by advance rate* |
| Stewardship AR (excluding Medical Group) | 50,905,889 | *As of 3/31/24, discounted by advance rate* |
| Deferred payroll tax reserve | 20,137,119 | *Add-back of the reduction in the borrowing base, as it is unrelated to collateral* |
| Employee retention tax credit receivable | 4,990,672 | *Remaining claims to be processed as of 05/05/24* |
| Pledged collateral (FF&E) | 110,000,000 | *FF&E appraised at $230M per CREF's 12/15/23 report, with $110M pledged to FILO lenders* |
| Pledged colleterial - excess property | 93,676,033 | *Per CREF dispositions (document 6.2), adjusted to remove Mesa MOB property sale* |
| **Total Available Collateral in addition to Borrowing Base** | **$ 467,629,815** | |

| Total Available Collateral | $ 923,900,977 | |
|---|---|---|
| | *105%* | **as a % of ABL/FILO & Bridge Loans outstanding** |
| | | **(Recovery excludes available proceeds from sale of Stewardship and Hospital Assets)** |