IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Case No. 24-90213 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) (Emergency Hearing Requested) |

**AGENDA OF MATTERS SET FOR EMERGENCY
HEARING ON MAY 7, 2024 AT 10:00 A.M. (CENTRAL TIME)**

> EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 10:00 A.M. (CENTRAL TIME) ON MAY 7, 2024.
>
> IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.
>
> A HEARING WILL BE CONDUCTED ON THIS MATTER ON MAY 7, 2024 AT 10:00 A.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.
>
> PARTICIPATION AT THE HEARING WILL ONLY BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.
>
> AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Emergency Hearing on **May 7, 2024 at 10:00 a.m. (Central Time)** before the Honorable Judge Lopez.

1. **Request for Emergency Consideration of Certain "First Day" Matters (Docket No. 58)**

    Status:   This matter is going forward.

    Related Documents:

        A.    Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

        B.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

2. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 46)**

    Status:   This matter is going forward.

    Related Documents:

        A.    Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

        B.    Declaration of John R. Castellano in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling A Final Hearing; and (V) Granting Related Relief **(Docket No. 52)**

        C.    Declaration of Tyler W. Cowan in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 55)**

   D. Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

3. **Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, (B) Maintain Employee Benefits Programs, and (C) Continue to Pay Workforce Obligations; and (II) Granting Related Relief** (Docket No. 15)

  Status: This matter is going forward.

  Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

4. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief (Docket No. 5)**

  Status: This matter is going forward.

  Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

5. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies, Surety Bonds, and Letters of Credit and (B) Satisfy Obligations Related Thereto; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; and (III) Granting Related Relief (Docket No. 6)**

  Status: This matter is going forward.

  Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

6. **Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Docket No. 9)**

    Status:   This matter is going forward.

    Related Documents:

        A.  Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

        B.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

7. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, (B) Lien Claims, and (C) 503(B)(9) Claims, and (II) Granting Related Relief (Docket No. 13)**

    Status:   This matter is going forward.

    Related Documents:

        A.  Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

        B.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

8. **Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief (Docket No. 12)**

    Status:   This matter is going forward.

    Related Documents:

        A.  Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

        B.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

9. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief (Docket No. 7)**

    Status:   This matter is going forward.

    Related Documents:

    A.  Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

    B.  Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; And (II) Granting Related Relief **(Docket No. 56)**

    C.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

10. **Emergency Motion of Debtors for an Order Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports (Docket No. 11)**

    Status:   This matter is going forward.

    Related Documents:

    A.  Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

    B.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

11. **Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) File a Consolidated Creditors Matrix and a Consolidated List of 30 Largest Unsecured Creditors, and (B) Redact Certain Personal Identification Information; (II) Authorizing Service of Parties in Interest by Email; and (III) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information (Docket No. 8)**

    <u>Status</u>:   This matter is going forward.

    <u>Related Documents</u>:

          A.   Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

          B.   Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

12. **Emergency Motion of Debtors for an Order (I) Authorizing the Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief (Docket No. 10)**

    <u>Status</u>:   This matter is going forward.

    <u>Related Documents</u>:

          A.   Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

          B.   Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 **(Docket No. 57)**

Dated: May 6, 2024
Houston, Texas

    /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
        Clifford.Carlson@weil.com
        Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
        Candace.Arthur@weil.com
        DavidJ.Cohen@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 6, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                             */s/ Clifford W. Carlson*
                                             Clifford W. Carlson