**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC**, *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

**AFFIDAVIT OF SERVICE**

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On May 6, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Emergency Motion of Debtors for an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 2]

- Notice of Designation of Complex Chapter 11 Bankruptcy Case [Docket No. 3]

- Emergency *Ex Parte* Application for an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief [Docket No. 5] (the "***Cash Management Motion***")

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies, Surety Bonds, and Letters of Credit and (B) Satisfy Obligations Related Thereto; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; and (III) Granting Related Relief [Docket No. 6] (the "***Insurance Motion***")

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief [Docket No. 7]

- Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) File A Consolidated Creditors Matrix and A Consolidated List of 30 Largest Unsecured Creditors, and (B) Redact Certain Personal Identification Information; (II) Authorizing Service of Parties in Interest by Email; and (III) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information [Docket No. 8]

- Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 9]

- Emergency Motion of Debtors for an Order (I) Authorizing the Implementation of Procedures to Protect Confidential Patient Information and (II) Granting Related Relief [Docket No. 10]

- Emergency Motion of Debtors for an Order Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports [Docket No. 11]

- Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 12]

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, (B) Lien Claims, and (C) 503(b)(9) Claims; and (II) Granting Related Relief [Docket No. 13]

- Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, (B) Maintain Employee Benefits Programs, and (C) Continue to Pay Workforce Obligations; and (II) Granting Related Relief [Docket No. 15]

- Order Directing Joint Administration of Chapter 11 Cases [Docket No. 24]

- Order Granting Complex Case Treatment [Docket No. 26]

- Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 29]

- Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings [Docket No. 38]

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 46]

- Declaration of John R. Castellano in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 52]

- Declaration of Tyler W. Cowan in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 55]

- Revised Proposed Interim Order (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief [Docket No. 56]

- Debtors' Witness and Exhibit List for Emergency First Day Hearing on May 7, 2024 [Docket No. 57]

- Request for Emergency Consideration of Certain "First Day" Matters [Docket No. 58]

- Agenda of Matters Set for Emergency Hearing on May 7, 2024 at 10:00 a.m. (Central Time) [Docket No. 59]

On May 6, 2024, at my direction and under my supervision, employees of Kroll caused the Cash Management Motion to be served via email on the Bank Email Service List attached hereto as **Exhibit B**.

3

On May 6, 2024, at my direction and under my supervision, employees of Kroll caused the Insurance Motion to be served via email on the Insurance Email Service List attached hereto as **<u>Exhibit C</u>**.

Dated: May 7, 2024

*/s/ Christine Porter*
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 7, 2024, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 78957

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | Abbott Healthcare, Inc. | | craig.ogg@abbott.com | Email |
| Top 30 Largest Unsecured Creditor | Advantage Healthcare Staffing Services LLC | | patrick.treacy@staffmarkgroup.com | Email |
| Counsel To Prolink Healthcare LLC | Akerman LLP | | david.parham@akerman.com | Email |
| Counsel To Prolink Healthcare LLC | Akerman LLP | | sarah.kroll-rosenbaum@akerman.com | Email |
| Top 30 Largest Unsecured Creditor | AYA Healthcare, Inc. | | lmacneel@ayahealthcare.com | Email |
| Counsel To Medical Properties Trust, Inc. And Certain Of Its Affiliates | Baker, Donelson, Bearman, Caldwell & Berkowitz | | dferretti@bakerdonelson.com | Email |
| Counsel To Broadstone MED Florida LLC | Ballard Spahr LLP | | ganzc@ballardspahr.com myersm@ballardspahr.com | Email |
| Top 30 Largest Unsecured Creditor | Becton, Dickinson and Company | | christopher.bresnahan@bd.com | Email |
| Top 30 Largest Unsecured Creditor | Boston Scientific Corporation | | brownv@bsci.com | Email |
| Counsel to the FILO Agent and Bridge Representative | Brigade Agency Services LLC | | amoses@milbank.com spepper@milbank.com mprice@milbank.com bkinney@milbank.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | Center for Medicare and Medicaid Services | | jkextendedrepaymentschedules@anthem.com | Email |
| Top 30 Largest Unsecured Creditor | Centura Health Corporation | | tomdonohoe@centura.org | Email |
| Top 30 Largest Unsecured Creditor | Cerner Corporation | | bboston@wallerlaw.com | Email |
| Top 30 Largest Unsecured Creditor | Change Healthcare LLC | | czaetta@optum.com | Email |
| Top 30 Largest Unsecured Creditor | CloudMed, LLC | | khicok@r1rcm.com | Email |
| Counsel To Nurses & Local 813 IBT Retirement Plan | Cohen, Weiss and Simon LLP | | rseltzer@cwsny.com mstolz@cwsny.com | Email |
| Top 30 Largest Unsecured Creditor | Cross Country Heathcare, Inc. | | sball@crosscountry.com | Email |
| Top 30 Largest Unsecured Creditor | Crothall Healthcare, Inc. | | michael.villani@crothall.com | Email |
| Top 30 Largest Unsecured Creditor | Express Scripts, Inc. | | awkautzner@express-scripts.com | Email |
| Top 30 Largest Unsecured Creditor | Finthrive, Inc. | | tsg@finthrive.com | Email |
| Top 30 Largest Unsecured Creditor | Florida Agency for Healthcare Administration | | andrew.sheeran@ahca.myflorida.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | General Electric Company | | frank.jimenez@gehealthcare.com | Email |
| Counsel To Brighton Marine, Inc. | Gray Reed | | jbrookner@grayreed.com acarson@grayreed.com | Email |
| Top 30 Largest Unsecured Creditor | Health Catalyst, Inc. | | jason.alger@healthcatalyst.com | Email |
| Top 30 Largest Unsecured Creditor | HNI Healthcare, Inc. | | mgonzales@hnihealthcare.com | Email |
| IRS Insolvency Section | Internal Revenue Service | 855-235-6787 | | Fax |
| IRS Insolvency Section | Internal Revenue Service | 855-235-6787 | | Fax |
| Top 30 Largest Unsecured Creditor | Internal Revenue Services | 855-235-6787 | | Fax |
| Counsel To Dallas County | Linebarger Goggan Blair & Sampson, LLP | | dallas.bankruptcy@lgbs.com | Email |
| Counsel To Bowie Central Appraisal District, The County of Hardin, Texas, and Midland Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | | jparsons@mvbalaw.com | Email |
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative) | Medical Properties Trust, Inc. & MPT TRS Steward-Lender, LLC | | tkolb@bakerdonelson.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative), DIP Lender | Medical Properties Trust, Inc. & MPT TRS Steward-Lender, LLC | | sgurvitz@ktbslaw.com tpatterson@ktbslaw.com | Email |
| Top 30 Largest Unsecured Creditor | Medline Industries, LP | | sreed@medline.com | Email |
| Top 30 Largest Unsecured Creditor | Medtronic, Inc. | | lfong@medtronic.com | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | | Jana.Whitworth@usdoj.gov Ha.Nguyen@usdoj.gov | Email |
| Counsel To Siemens Financial Services, Inc. | Otterbourg, P.C. | | akramer@otterbourg.com | Email |
| Top 30 Largest Unsecured Creditor | Philips North America LLC | | mark.collins@philips.com | Email |
| Counsel To Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | | andrew.troop@pillsburylaw.com hugh.mcdonald@pillsburylaw.com andrew.alfano@pillsburylaw.com alana.lyman@pillsburylaw.com | Email |
| Counsel To Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | | claire.wu@pillsburylaw.com | Email |
| Counsel To Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | | james.dickinson@pillsburylaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | PricewaterhouseCoopers Advisory Services LLC | | david.t.tybursk@pwc.com | Email |
| Top 30 Largest Unsecured Creditor | Prolink Healthcare, LLC | | marketing@prolink.com | Email |
| Top 30 Largest Unsecured Creditor | ProMedical, LLC | | lucented@promedllc.com | Email |
| Counsel To Brighton Marine, Inc. | Proskauer | | cdale@proskauer.com | Email |
| Counsel To Brighton Marine, Inc. | Proskauer | | dhillman@proskauer.com mgreenberg@proskauer.com estevens@proskauer.com | Email |
| Counsel To Brighton Marine, Inc. | Proskauer | | ppossinger@proskauer.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | | secbankruptcy@sec.gov nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | | bankruptcynoticeschr@sec.gov | Email |
| Counsel to the First Out Tranche A Lender | Siemens Financial Services, Inc. | | tduignan@otterbourg.com akramer@otterbourg.com | Email |
| Top 30 Largest Unsecured Creditor | Sodexo, Inc. | | daniel.bueschel@sodexo.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | Sound Physicians Anesthesiology of Texas, PLLC | | steven.m.mccarty@gmail.com | Email |
| Counsel to the ABL Administrative Agent, the ABL Collateral Agent, and the ABL/FILO Representative | Sound Point Agency, LLC and Chamberlain Commercial Funding L.P. | | chrisguhin@paulhastings.com krishansen@paulhastings.com | Email |
| State Attorney General | State of Arizona Attorney General | | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | 501-682-8084 | | Fax |
| State Attorney General | State of Colorado Attorney General | 720-508-6030 | | Fax |
| State Attorney General | State of Delaware Attorney General | | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | 850-488-4872 | | Fax |
| State Attorney General | State of Louisiana Attorney General | | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Massachusetts Attorney General | | ago@state.ma.us | Email |
| State Attorney General | State of Nevada Attorney General | | aginfo@ag.nv.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Hampshire Attorney General | | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of Pennsylvania Attorney General | 717-787-8242 | | Fax |
| State Attorney General | State of Tennessee Attorney General | 615 741-3334 | | Fax |
| State Attorney General | State of Texas Attorney General | | public.information@oag.state.tx.us | Email |
| State Attorney General | State of Utah Attorney General | | uag@utah.gov | Email |
| Debtors | Steward Health Care System LLC | | nathalie.hibble@steward.org | Email |
| Top 30 Largest Unsecured Creditor | Stryker Corp. | | josh.clark@stryker.com | Email |
| Top 30 Largest Unsecured Creditor | Synergi Partners, Inc. | | tjohnson@synergipartners.com | Email |
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | | usatxs.atty@usdoj.gov | Email |

Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | | candace.arthur@weil.com davidj.cohen@weil.com justin.d.lee@weil.com jason.george@weil.com | Email |
| Proposed Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | | stephanie.morrison@weil.com | Email |
| Counsel To Siemens Financial Services, Inc. | Winstead PC | | sbdavis@winstead.com | Email |
| Top 30 Largest Unsecured Creditor | Zimmer Biomet, Inc. | | legal.americas@zimmerbiomet.com | Email |

**<u>Exhibit B</u>**

Exhibit B

Bank Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALLIANCE BANK OF ARIZONA | ATTN: PRESIDENT OR GENERAL COUNSEL | customerservice@westernalliancebank.com |
| BANK OF AMERICA, N.A | ATTN: TIM BROWN | timothy.m.brown@bofa.com |
| BANK OF THE OZARKS, INC. | ATTN: MANUEL WESTERN | manuel.western@ozk.com |
| FIRST REPUBLIC | ATTN: KYLE J. MALONEY | kmaloney@firstrepublic.com |
| GUARANTY TRUST BANK | ATTN: VAN CARTER | vcarter@gnty.com |
| ORIGIN BANCORP, INC. | ATTN: RICK W. GUILLOT | rguillot@origin.bank |
| U.S. BANCORP | ATTN: KENNETH GRUBER | kenneth.gruber@usbank.com |
| WELLS FARGO BANK, N.A. | ATTN: WEI GUO | wei.guo@steward.org |

**<u>Exhibit C</u>**

Exhibit C
Insurance Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALLIED WORLD ASSUANCE COMPANY, LTD. | ATTN PRESIDENT OF GENERAL COUNSEL | info@awac.com |
| ANV GLOBAL SERVICES INC. | ATTN PRESIDENT OF GENERAL COUNSEL | plunderwriting@anv.us.com |
| CAC SPECIALTY | LISA WOODSON | lisa.woodson@cacspecialty.com |
| RICHARDS ROBINSON SHEPPARD INSURANCE | AN OPTISURE RISK PARTNER | certificates@rrsins.com |
| SAMSUNG FIRE & MARINE INSURANCE CO., LTD. (US BRANCH) | C/O CANOPIUS INSURANCE SERVICES | MgmtPro-ServicesUS@canopius.com |
| SEDGWICK - MCL GLOBAL | AMY O'RORKE | amy.ororke@sedwick.com |
| THE MEDICAL PROTECTIVE COMPANY | ATTN PRESIDENT OF GENERAL COUNSEL | experts@medpro.com |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN PRESIDENT OF GENERAL COUNSEL | info.source@zurichna.com |