Electronic Appearance Sheet

Joshua Cohen, Day Pitney LLP
Client(s): GenHoldCo, LLC

Andrew Troop, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Terri Freedman, Chiesa Shahinian & Giantomasi
Client(s): Cardinal Health

Sam Alberts, Dentons US LLP
Client(s): Massachusetts Nurses Association

Travis Peene, Weil, Gotshal & Manges LLp
Client(s): Debtors

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

David Cohen, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Ray Schrock, Weil, Gotshal & Manges LLp
Client(s): Debtors Counsel

Jason George, Weil, Gotshal & Manges LLp
Client(s): Debtors Counsel

Loren Findlay, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Candace Arthur, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Andrew Alfano, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Alana Lyman, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Claire Wu, Pillsbury Winthrop Shaw Pittman LLP

Electronic Appearance Sheet

Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Andrew Alfano, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Tracey Ohm, Stinson LLP
Client(s): Oracle Cerner, successor to Cerner Corporation

Roland Goff , Pro Se, None, Pro Se
Client(s):  Massachusetts Nurses Association

Sarah Kroll-Rosenbaum, Akerman LLP
Client(s): Prolink Healthcare

Nir Maoz, KTBS Law LLP
Client(s): Medical Properties Trust, Inc. and Affiliates

Sasha Gurvitz, KTBS Law LLP
Client(s): Medical Properties Trust, Inc.

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust, Inc. and Affiliates

Paul Possinger, Proskauer
Client(s): Brighton Marine, Inc.

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Commonwealth of Massachusetts

David Papiez, Fox Rothschild LLP
Client(s): Philips North America LLC

Mark Finkelstein, Shannon Martin Finkelstein Alvarado & Dunne, P.C.
Client(s): GenHoldCo LLC

Christopher Donoho, Hogan Lovells
Client(s): Collaborative Care

Kris Hansen, Paul Hastings LLP
Client(s): ABL Parties

Chris Guhin, Paul Hastings LLP

Electronic Appearance Sheet

Client(s): ABL Parties

Matthew Micheli, Paul Hastings LLP
Client(s): ABL Parties

Andrew Gallo, Morgan Lewis
Client(s): Aya Healthcare

James B Sowka, Seyfarth Shaw LLP
Client(s): Blue Cross and Blue Shield of Massachusetts, Inc.

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust and related entities

William Hackney, Seyfarth Shaw LLP
Client(s): Blue Cross and Blue Shield of Massachusetts, Inc.

Tabish Rizvi, Dundon Advisers
Client(s): Interest Party/UCC

Caroline Fagerli, FTI Consulting
Client(s): None

Andrew Kramer, Otterbourg, PC
Client(s): Siemens Financial Services, Inc.

David Parham, Akerman LLP
Client(s): Prolink Staffing LLC

John Higgins, Porter Hedges LLP
Client(s): CareMax, Inc.

Trey Monsour, Fox Rothschild, LLP
Client(s): Finthrive, Inc.

Megan Young-John, Porter Hedges LLP
Client(s): CareMax, Inc.

Charles Dale, Proskauer
Client(s): Brighton Marine, Inc.

Samuel Rowley, Seyfarth Shaw LLP
Client(s): Blue Cross and Blue Shield of Massachusetts, Inc.

Andrew Troop, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth

of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Electronic Appearance Sheet

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Andrew Alfano, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Claire Wu, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Alana Lyman, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts

Jolene Wise, US Securities & Exchange Commission
Client(s): US Securities & Exchange Commission

Daniel Ferretti, Baker Donelson Bearman Caldwell & Berkowitz PC
Client(s): Medical Properties Trust, Inc. and certain of its affiliates

Sean Davis, Winstead PC
Client(s): Siemens Financial Services, Inc.

Kristopher Hansen, Paul Hastings LLP
Client(s): ABL Parties

Barry Brown, Barry A. Brown, PC
Client(s): Houston Avocado Company, Inc

Sara Shahbazi, Ballard Spahr LLP
Client(s): Broadstone MED Florida, LLC

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Candace Arthur, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

David Cohen, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Robert Berezin, Weil, Gotshal & Manges LLP

Electronic Appearance Sheet

Client(s): Debtors' Counsel

Jason George, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

Tracey Ohm, Stinson LLP
Client(s): Oracle Cerner, successor to Cerner Corporation

Loren Findlay, Weil, Gotshal & Manges LLP
Client(s): Debtors' Counsel

John D'Amico, Miller Buckfire
Client(s): Managing Director Restructuring Investment Banker

Shannah Colbert, Mirick, O'Connell, DeMallie & Lougee, LLP
Client(s): Point32 Health

Eric von Helms, Kohner, Mann & Kailas, S.C.
Client(s): Abbott Laboratories Inc.

Leah Fiorenza McNeill, Alston & Bird
Client(s): Potential representation

Katchena Potter, None
Client(s): N/a

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust and related entities

Latonia Williams, Shipman & Goodwin LLP
Client(s): Change Healthcare and UnitedHealthcare Insurance Company

Sasha Gurvitz, KTBS Law LLP
Client(s): Medical Properties Trust, Inc. and Certain Affiliates (Proposed DIP Lender, Prepetition Secured Lender, and Real Property Lessor)