IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

NOTICE OF FILING OF REVISED
PROPOSED INTERIM ORDER (I) AUTHORIZING
DEBTORS TO PAY (A) CRITICAL VENDOR CLAIMS, (B) LIEN
CLAIMS, AND (C) 503(b)(9) CLAIMS; AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE THAT**, on May 6, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 6, 2024, the Debtors filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, (B) Lien Claims, and (C) 503(b)(9) Claims; and (II) Granting Related Relief* (Docket No. 13) (the "**Motion**"), with a proposed order granting the relief requested in the Motion attached thereto as <u>Exhibit A</u> (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT,** the Court held a telephonic and video hearing (the "**First Day Hearing**") to consider the relief requested in the Motion on **May 7, 2024 at 10:00 a.m. (Central Time)**.

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**PLEASE TAKE FURTHER NOTICE THAT**, for the reasons set forth on the record at the First Day Hearing, the Debtors hereby file a revised proposed *Interim Order (I) Authorizing Debtors to Pay Critical Vendor Claims, (B) Lien Claims; and (C) 503(b)(9) Claims; and (II) Granting Related Relief*, attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, a redline of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit B**.

Dated: May 7, 2024
Houston, Texas

   */s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:  Gabriel.Morgan@weil.com
  Clifford.Carlson@weil.com
  Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:  Ray.Schrock@weil.com
  Candace.Arthur@weil.com
  DavidJ.Cohen@weil.com

*Proposed Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 7, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                  */s/ Clifford W. Carlson*
                                                  Clifford W. Carlson

## Exhibit A

**Revised Proposed Order**