IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | § § § § | Case No. 24-90213 (CML) |
|  | § | (Jointly Administered) |
| Debtors.[1] | § § | |

## MASTER SERVICE LIST AS OF MAY 9, 2024

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 26], attached hereto as **Exhibit A** is the consolidated Master Service List, as of May 9, 2024, for Steward Health Care System LLC and its debtor affiliates (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing, and solicitation agent, Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/Steward/.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**Exhibit A**

In re: Steward Health Care System LLC, *et al*.
Master Service List
Case No. 24-90213 (CML)

| Description | Name | Address | City | State | Postal Code | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|
| Counsel to Access TeleCare, PLLC and Access TeleCare, LLC | Streusand, Landon, Ozburn, & Lemmon, LLP | Attn: Richard D. Villa, 1801 S. MoPac Expressway, Suite 320 | Austin | TX | 78746 | 512-236-9903 | 512-236-9904 | villa@slollp.com |
| Counsel to ARHC ORODSTX001, LLC | Barack Ferrazzaro Kirschbaum & Nagelberg LLP | Attn: Nathan Q Rugg Alexander F Berk, 200 West Madison Street, Suite 3900 | Chicago | IL | 60606 | 312-984-3100 | 312-984-3150 | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com |
| Counsel to Bank OZK | Cokinos & Young | Attn: Craig E. Power, Reagan H. "Tres" Gibbs, III and Emma P. Myles, Four Houston Center, 1221 Lamar St 16th Fl | Houston | TX | 77010 | 713-535-5500 | 713-535-5533 | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com<br>emyles@cokinoslaw.com |
| Counsel to Baxer County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker, 112 E Pecan Street, Suite 3516 | San Antonio | TX | 78205 | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Counsel to Bowie Central Appraisal District, The County of Hardin, Texas, and Midland Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons, P.O. Box 1269 | Round Rock | TX | 78680-1269 | 512-323-3200 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel to Brighton Marine, Inc. | Gray Reed | Attn: Jason S. Brookner, and Amber M. Carson, 1300 Post Oak Blvd, Suite 2000 | Houston | TX | 77056 | 713-986-7000 | 713-986-7100 | jbrookner@grayreed.com<br>acarson@grayreed.com |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: David M. Hillman, Maximilian A. Greenberg, and Elliot R. Stevens, Eleven Times Square | New York | NY | 10036-8299 | 212-969-3000 | 212-969-2900 | dhillman@proskauer.com<br>mgreenberg@proskauer.com<br>estevens@proskauer.com |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: Charles A. Dale, One International Place | Boston | MA | 02110-2600 | 617-526-9600 | | cdale@proskauer.com |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: Paul V. Possinger, Three First National Plaza, 70 West Madison, Suite 3800 | Chicago | IL | 60602-4342 | 312-962-3570 | | ppossinger@proskauer.com |
| Counsel to Broadstone MED Florida LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, and Michael S. Myers, 1 E. Washington Street, Suite 2300 | Phoenix | AZ | 85004-2555 | 602-798-5400 | 602-798-5595 | ganzc@ballardspahr.com<br>myersm@ballardspahr.com |
| Counsel to Change Healthcare, LLC and UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, One Constitution Plaza | Hartford | CT | 06103-1919 | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to CTL Medical Corporation d/b/a CTL Amedica | Carrington, Coleman, Sloman & Blumenthal, L.L.P | Attn: Jason M. Katz, 901 Main Street, Suite 5500 | Dallas | TX | 75202 | 214-855-3000 | 214-580-2641 | jkatz@ccsb.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner, 2777 N. Stemmons Freeway, Suite 1000 | Dallas | TX | 75207 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop Hugh M. McDonald Andrew V. Alfano Alana A. Lyman, 31 West 52nd Street | New York | NY | 10019 | 212-858-1000 | 212-858-1500 | andrew.troop@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com<br>alana.lyman@pillsburylaw.com |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | Attn: Claire K. Wu, 725 South Figueroa Street, 36th Floor | Los Angeles | CA | 90017 | 213-488-7100 | 213-629-1033 | claire.wu@pillsburylaw.com |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts (collectively, "Massachusetts" or the "Commonwealth of Massachusetts") | Pillsbury Winthrop Shaw Pittman LLP | Attn: L. James Dickinson, 609 Main Street, Suite 2000 | Houston | TX | 77002 | 713-276-7600 | 713-276-7673 | james.dickinson@pillsburylaw.com |
| Counsel to Finthrive, Inc | Fox Rothschild LLP | Attn: Trey A Monsour, Robert J. Palmer, 2501 N. Harwood Street, Suite 1800 | Dallas | TX | 75201-1613 | 972-991-0889 | 972-404-0516 | tmonsour@foxrothschild.com<br>rpalmer@foxrothschild.com |
| Counsel to Howard County Tax Office | Perdue Brandon Fielder Collins & Mott, LLP | Attn: Laura J. Monroe, PO Box 817 | Lubbock | TX | 79408 | 806-744-5091 | 806-744-9953 | lmbkr@pbfcm.com |
| Counsel to Laboratory Corporation of America | Waldron & Schneider, PLLC | Attn: Kimberly A Bartley, 15150 Middlebrook Dr | Houston | TX | 77058 | 281-488-4438 | 281-488-4597 | kbartley@ws-law.com |
| Counsel to Massachusetts Nurses Association | Dentons US LLP | Attn: Casey Doherty, 1300 Post Oak Blvd, Suite 650 | Houston | TX | 77056 | 713-658-4600 | | casey.doherty@dentons.com |
| Counsel to Massachusetts Nurses Association | Dentons US LLP | Attn: Sam J. Alberts, 1900 K Washington Street NW | Washington | DC | 20006 | 202-408-7004 | 202-496-7756 | sam.alberts@dentons.com |
| Counsel to Medical Properties Trust, Inc. And Certain of Its Affiliates | Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. | Attn: Daniel J. Ferretti, 1301 McKinney Street, Suite 3700 | Houston | TX | 77010 | 713-650-9700 | 713-650-9701 | dferretti@bakerdonelson.com |
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative) | Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. | Attn: Luther Crull and Allen Blow, 1901 Sixth Avenue North, Suite 2600 | Birmingham | AL | 35203 | 205-322-8007 | 205-488-3721 | tkolb@bakerdonelson.com |
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative), DIP Lender | KTBS Law LLP | Attn: Thomas Patterson, Sasha Gurvitz, Nir Maoz, 1801 Century Park East | Los Angeles | CA | 90067-2328 | 310-407-4000 | 310-407-9090 | sgurvitz@ktbslaw.com<br>tpatterson@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Counsel to Nurses & Local 813 IBT Retirement Plan | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Matthew E. Stolz, 909 Third Avenue, 12th Floor | New York | NY | 10022 | 212-356-0234 | 646-473-8234 | rseltzer@cwsny.com<br>mstolz@cwsny.com |
| Counsel to ProHealth Medical Staffing LLC | Hollaway PC | Attn: T. Daniel Hollaway, 19 Briar Hollow Lane, Suite 245 | Houston | TX | 77027-2820 | 713-942-7900 | 713-942-8530 | dhollaway@houstonlaw.com |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: David W. Parham, 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 | 214-720-4300 | 214-981-9339 | david.parham@akerman.com |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: Sarah Kroll-Rosenbaum, 601 West Fifth Street, Suite 300 | Los Angeles | CA | 90071 | 213-533-5903 | 213-627-6342 | sarah.kroll-rosenbaum@akerman.com |
| Counsel to Quest Diagnostics LLC d/b/a Quest Diagnostics | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry, Kaitlin R. Prior, 2323 Ross Ave, Suite 1700 | Dallas | TX | 75201-7367 | 469-357-2500 | 469-327-0860 | kristen.perry@faegredrinker.com<br>kaitlin.prior@faegredrinker.com |
| Counsel to Siemens Financial Services, Inc. | Winstead PC | Attn: Sean B. Davis, 600 Travis Street, Suite 5200 | Houston | TX | 77002 | 713-650-8400 | 713-650-2400 | sbdavis@winstead.com |

In re: Steward Health Care System LLC, *et al*.
Master Service List
Case No. 24-90213 (CML)

| Description | Name | Address | City | State | Postal Code | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|
| Counsel to Siemens Financial Services, Inc. as First Out Tranche A Lender | Otterbourg P.C. | Attn: Thomas P. Duignan and Andrew M. Kramer, 230 Park Avenue | New York | NY | 10169-0075 | 212-661-9100 | 212-682-6104 | tduignan@otterbourg.com akramer@otterbourg.com |
| Counsel to the ABL Administrative Agent, the ABL Collateral Agent, and the ABL/FILO Representative | Paul Hastings LLP | Attn: Kris Hansen, Christopher Guhin, Emily L. Kuznick, Caroline M. Diaz, 200 Park Avenue | New York | NY | 10166 | 212-318-6000 | 212-319-4090 | chrisguhin@paulhastings.com krishansen@paulhastings.com emilykuznick@paulhastings.com carolinediaz@paulhastings.com |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: James T. Grogan III, Schlea M. Thomas, 600 Travis Street, 58th Floor | Houston | TX | 77002 | 713-860-7300 | 713-353-3100 | jamesgrogan@paulhastings.com schleathomas@paulhastings.com |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: Kristopher M. Hansen, Christopher M. Guhin, Emily L. Kuznick, 200 Park Avenue | New York | NY | 10166 | 212- 318-6000 | 212-319-4090 | krishansen@paulhastings.com chrisguhin@paulhastings.com emilykuznick@paulhastings.com carolinediaz@paulhastings.com |
| Counsel to the FILO Agent and Bridge Representative | Milbank LLP | Attn: Michael Price, Adam Moses, Brian Kinney, and Spencer Pepper, 55 Hudson Yards | New York | NY | 10001 | 212-530-5000 | 212-530-5000 | amoses@milbank.com spepper@milbank.com mprice@milbank.com bkinney@milbank.com |
| Debtors | Steward Health Care System LLC | Attn: Nathalie Hibble, 1900 N. Pearl Street, Suite 2400 | Dallas | TX | 75201 | | | nathalie.hibble@steward.org |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation, 1111 Pennsylvania Ave NW | Washington | DC | 20004-2541 | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section, Top 30 Largest Unsecured Creditor | Internal Revenue Service | Centralized Insolvency Operation, P.O. Box 7346 | Philadelphia | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| Proposed Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | Attn: Candace M. Arthur, David J. Cohen, Justin D. Lee, Jason George, Ray C. Schrock, 767 Fifth Avenue | New York | NY | 10153-0119 | 212-310-8000 | 212-310-8007 | candace.arthur@weil.com davidj.cohen@weil.com justin.d.lee@weil.com jason.george@weil.com ray.schrock@weil.com |
| Proposed Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | Attn: Stephanie N. Morrison, Clifford W. Carlson, Gabriel Adam Morgan , 700 Louisiana Street, Suite 3700 | Houston | TX | 77002-2784 | 713-546-5257 | 713-224-9511 | stephanie.morrison@weil.com gabriel.morgan@weil.com clifford.carlson@weil.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury, 100 F ST NE | Washington | DC | 20549 | 202-942-8088 | | secbankruptcy@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock, Regional Director, Burnett Plaza, 801 Cherry Street, Suite 1900, Unit 18 | Fort Worth | TX | 76102 | 817-978-3821 | | |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Antonia Apps, Regional Director, 100 Pearl St., Suite 20-100 | New York | NY | 10004-2616 | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Kris Mayes, 2005 N Central Ave | Phoenix | AZ | 85004-2926 | 602 542-5025 | 602 542-4085 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | Attn: Tim Griffin, 323 Center St., Suite 200 | Little Rock | AR | 72201-2610 | 501-682-2007 | 501-682-8084 | |
| State Attorney General | State of Colorado Attorney General | Attn: Phil Weiser, Ralph L. Carr Colorado Judicial Center, 1300 Broadway, 10th Floor | Denver | CO | 80203 | 720-508-6000 | 720-508-6030 | |
| State Attorney General | State of Delaware Attorney General | Attn: Kathy Jennings, Carvel State Office Bldg., 820 N. French St. | Wilmington | DE | 19801 | 302-577-8338 | 302-577-6630 | attorney.general@state.de.us |
| State Attorney General | State of Florida Attorney General | Attn: Ashley Moody, The Capitol, Pl 01 | Tallahassee | FL | 32399-1050 | 850-414-3300 | 850-488-4872 | |
| State Attorney General | State of Louisiana Attorney General | Attn: Jeff Landry, P.O. Box 94095 | Baton Rouge | LA | 70804-4095 | 225-326-6000 | 225-326-6499 | consumerinfo@ag.state.la.us |
| State Attorney General | State of Massachusetts Attorney General | Attn: Maura Healey, One Ashburton Place | Boston | MA | 02108-1698 | 617-727-2200 | | ago@state.ma.us |
| State Attorney General | State of Nevada Attorney General | Attn: Aaron D. Ford, 100 North Carson Street | Carson City | NV | 89701 | 775 684-1100 | 775 684-1108 | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: John Formella, 33 Capitol St. | Concord | NH | 03301 | 603 271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Matthew Platkin, RJ Hughes Justice Complex, 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of Ohio Attorney General | Attn: Dave Yost, 30 E. Broad St., 14th Floor | Columbus | OH | 43215 | 800-282-0515 | | |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Michelle Henry, Strawberry Square, 16th Floor | Harrisburg | PA | 17120 | 717-787-3391 | 717-787-8242 | |
| State Attorney General | State of Rhode Island Attorney General | Attn: Peter Neronha, 150 South Main Street | Providence | RI | 02903 | 401-274-4400 | | |
| State Attorney General | State of Tennessee Attorney General | Attn: Jonathan Skrmetti, P.O. Box 20207 | Nashville | TN | 37202-0207 | 615 741-3491 | 615 741-3334 | |
| State Attorney General | State of Texas Attorney General | Attn: Ken Paxton, Capitol Station, P.O. Box 12548 | Austin | TX | 78711-2548 | 512-475-4868 | 512-475-2994 | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | Attn: Sean Rayes, P.O. Box 142320 | Salt Lake City | UT | 84114-2320 | 801 538-9600 | 801 538-1121 | uag@utah.gov |
| Top 30 Largest Unsecured Creditor | Abbott Healthcare, Inc. | Attn: Craig Ogg, 100 Abbott Park Road | Abbott Park | IL | 60064 | 404-432-9550 | | craig.ogg@abbott.com |
| Top 30 Largest Unsecured Creditor | Advantage Healthcare Staffing Services LLC | Attn: Pat Treacy, General Counsel, 191 Rosa Parks St., 10th Floor | Cincinnati | OH | 45202 | | 781-251-8055 | patrick.treacy@staffmarkgroup.com |
| Top 30 Largest Unsecured Creditor | AYA Healthcare, Inc. | Attn: Laura MacNeel, General Counsel, 5930 Cornerstone Court West | San Diego | CA | 92121 | 866-687-7390 | | lmacneel@ayahealthcare.com |
| Top 30 Largest Unsecured Creditor | Becton, Dickinson and Company | Attn: Chris Bresnahan, Sr. Portfolio Manager, 1 Becton Drive | Franklin Lakes | NJ | 07417-1880 | 619-816-1044 | | christopher.bresnahan@bd.com |
| Top 30 Largest Unsecured Creditor | Boston Scientific Corporation | Attn: Vance R. Brown, General Counsel, 300 Boston Scientific Way | Marlborough | MA | 01752-1234 | 508-683-5389 | | brownv@bsci.com |

In re: Steward Health Care System LLC, *et al*.
Master Service List
Case No. 24-90213 (CML)

| Description | Name | Address | City | State | Postal Code | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|
| Top 30 Largest Unsecured Creditor | Center for Medicare and Medicaid Services | Attn: T Whitmore - Overpayment Recovery Unit, PO Box 7040 | Indianapolis | IN | 46207-7040 | 800-633-4227 | | jkextendedrepaymentschedules@anthem.com |
| Top 30 Largest Unsecured Creditor | Centura Health Corporation | Attn: Todd Donohoe, SVP, General Counsel, 2800 Rockcreek Parkway | Kansas City | MO | 64117 | 720-215-9662 | | tomdonohoe@centura.org |
| Top 30 Largest Unsecured Creditor | Cerner Corporation | Attn: Robert Boston, 511 Union Street, Suite 2700 | Nashville | TN | 37219-8966 | 615-850-8953 | | bboston@wallerlaw.com |
| Top 30 Largest Unsecured Creditor | Change Healthcare LLC | Attn: Chris Zaetta, General Counsel, 2771 Momentum Place | Chicago | IL | 60689-5327 | 888-445-8745 | | czaetta@optum.com |
| Top 30 Largest Unsecured Creditor | CloudMed, LLC | Attn: Kyle Hicok, 1100 Peachtree Street, Suite 1900 | Atlanta | GA | 30309 | 651-788-5080 | | khicok@r1rcm.com |
| Top 30 Largest Unsecured Creditor | Cross Country Heathcare, Inc. | Attn: Susan E. Ball, General Counsel, 6551 Park of Commerce Blvd. | Boca Raton | FL | 33487 | 561-998-2232 | | sball@crosscountry.com |
| Top 30 Largest Unsecured Creditor | Crothall Healthcare, Inc. | Attn: Micahel Villani, 1500 Liberty Ridge Drive | Wayne | PA | 19087 | 718-490-5084 | | michael.villani@crothall.com |
| Top 30 Largest Unsecured Creditor | Express Scripts, Inc. | Attn: Adam Kautzner, President, 21653 Network Pl | Chicago | IL | 60673-1216 | 860-810-6523 | | awkautzner@express-scripts.com |
| Top 30 Largest Unsecured Creditor | Finthrive, Inc. | Attn: Jen Do, 7950 Legacy Drive, Suite 900 | Plano | TX | 75024 | 972-813-4224 | | tsg@finthrive.com |
| Top 30 Largest Unsecured Creditor | Florida Agency for Healthcare Administration | Attn: Andrew T. Sheeran, General Counsel, 2727 Mahan Drive | Tallahassee | FL | 32308 | 800-955-8771 | | andrew.sheeran@ahca.myflorida.com |
| Top 30 Largest Unsecured Creditor | General Electric Company | Attn: Frank R. Jimenez, 9900 W Innovation Dr. | Wauwatosa | WI | 53226 | 800-437-1171 | | frank.jimenez@gehealthcare.com |
| Top 30 Largest Unsecured Creditor | Health Catalyst, Inc. | Attn: Jason Alger, CAO, 10897 S River Front Parkway | South Jordan | UT | 84095 | 855-309-6800 | | jason.alger@healthcatalyst.com |
| Top 30 Largest Unsecured Creditor | HNI Healthcare, Inc. | Attn: Michael Gonzales, CEO and Founder, 7500 Rialto Blvd Bldg 1, STE 140 | Austin | TX | 78735 | 512-730-3060 | | mgonzales@hnihealthcare.com |
| Top 30 Largest Unsecured Creditor | Medline Industries, LP | Attn: Shane M. Reed, Director – Credit, A/R and Escalations Finance, Three Lakes Drive | Northfield | IL | 60093 | 262-367-7501 | | sreed@medline.com |
| Top 30 Largest Unsecured Creditor | Medtronic, Inc. | Attn: Ivan Fong, EVP and General Counsel, 8200 Coral Sea Street NE, MVC 22 | Mounds View | MN | 55112 | 763-526-1356 | | lfong@medtronic.com |
| Top 30 Largest Unsecured Creditor | Philips North America LLC | Attn: Mark Collins, Director of Corporate Accounts, 22100 Bothell-Everett Hwy, MS 522 | Bothell | WA | 98021 | 609-668-7299 | | mark.collins@philips.com |
| Top 30 Largest Unsecured Creditor | PricewaterhouseCoopers Advisory Services LLC | Attn: David Tyburski, 4040 W Boy Scout Blvd. | Tampa | FL | 33607 | 347-405-4430 | | david.t.tybursk@pwc.com |
| Top 30 Largest Unsecured Creditor | Prolink Healthcare, LLC | Attn: Tony Munafo, President and CEO, 4050 E. Cotton Center Blvd | Phoenix | AZ | 85040 | 602-883-4525 | | marketing@prolink.com |
| Top 30 Largest Unsecured Creditor | ProMedical, LLC | Attn: Doug Lucente, CEO, 1 Militia Drive | Lexington | MA | 02421 | 800-722-1555 | | lucented@promedllc.com |
| Top 30 Largest Unsecured Creditor | Sodexo, Inc. | Attn: Daniel T. Bueschel, CEO, Healthcare, PO Box 360170, | Pittsburg | PA | 15262-0001 | 215-867-4721 | 215-933-3941 | daniel.bueschel@sodexo.com |
| Top 30 Largest Unsecured Creditor | Sound Physicians Anesthesiology of Texas, PLLC | Attn: Steven McCarty, General Counsel, 1498 Pacific Avenue, Suite 500 | Tacoma | WA | 98402 | 855-768-6363 | 253-682-1714 | steven.m.mccarty@gmail.com |
| Top 30 Largest Unsecured Creditor | Stryker Corp. | Attn: Josh Clark, Director of Strategic Sales, 1941 Stryker Way | Portage | MI | 49002 | 269-389-2963 | 269-385 1062 | josh.clark@stryker.com |
| Top 30 Largest Unsecured Creditor | Synergi Partners, Inc. | Attn: Tanisha Johnson, Manager of Financial Services, 151 W. Evans St. | Florence | SC | 29501 | 843-519-0808 ext. 23395 | | tjohnson@synergipartners.com |
| Top 30 Largest Unsecured Creditor | Zimmer Biomet, Inc. | Attn: Chad Phipps, 345 East Main Street | Warsaw | IN | 46580 | 800-348-9500 | | legal.americas@zimmerbiomet.com |
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney, Civil Process Clerk, 1000 Louisiana Street, Suite 2300 | Houston | TX | 77002 | 361-888-3111 | 713-718-3300 | usatxs.atty@usdoj.gov |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jana Whitworth; Ha Nguyen, 515 Rusk Street, Suite 3516 | Houston | TX | 77002 | | | Jana.Whitworth@usdoj.gov Ha.Nguyen@usdoj.gov |