| Information to identify the case: | | |
|---|---|---|
| Debtor: Steward Health Care System LLC, *et al.* (Name) | | EIN: 27-2473240 |
| United States Bankruptcy Court for the: Southern District of Texas (Houston Division) (State) | | Date case filed for chapter 11: 05/06/2024 (MM / DD / YYYY) |
| Lead Case Number: 24-90213 (CML) | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name(s) (List of Jointly Administered Debtors) | SEE BELOW CHART |
|---|---|---|

| **Name of Debtor** | **EIN** | **Case Number** |
|---|---|---|
| **SJ Medical Center, LLC** | 20-4835578 | 24-90210 (CML) |
| **Downtown Houston Physician Hospital Organization** | 26-2994243 | 24-90211 (CML) |
| **Steward Health Care Holdings LLC** | 90-0736306 | 24-90212 (CML) |
| **Steward Health Care System LLC** | 27-2473240 | 24-90213 (CML) |
| **Arizona Diagnostic & Surgical Center, Inc.** | 62-1799439 | 24-90214 (CML) |
| **Beaumont Hospital Holdings, Inc.** | 62-1796501 | 24-90215 (CML) |
| **Biltmore Surgery Center Holdings, Inc.** | 62-1796499 | 24-90216 (CML) |
| **Biltmore Surgery Center, Inc.** | 86-0837176 | 24-90217 (CML) |
| **Blackstone Medical Center, Inc.** | 45-2465102 | 24-90219 (CML) |
| **Blackstone Rehabilitation Hospital, Inc.** | 36-4706538 | 24-90223 (CML) |
| **Boston Orthopedic Center, LLC** | N/A | 24-90225 (CML) |
| **Boston Sports Medicine and Research Institute, LLC** | N/A | 24-90230 (CML) |
| **Brevard SHC Holdings LLC** | 82-1041977 | 24-90236 (CML) |
| **Brim Healthcare of Colorado, LLC** | 03-0582147 | 24-90242 (CML) |
| **Brim Healthcare of Texas, LLC** | 26-4178850 | 24-90248 (CML) |
| **Brim Holding Company, Inc.** | 20-1249189 | 24-90261 (CML) |
| **Brim Physicians Group of Colorado, LLC** | 27-3297741 | 24-90266 (CML) |
| **Choice Care Clinic I, Inc.** | 20-5936914 | 24-90278 (CML) |
| **Choice Care Clinic II, Inc.** | 20-5815195 | 24-90283 (CML) |
| **Choice Care Clinic III, Inc.** | 45-5454036 | 24-90287 (CML) |
| **Choice Care Clinic of Louisiana, Inc.** | 45-4067134 | 24-90291 (CML) |
| **Choice Care Clinic of Utah, Inc.** | 45-4317705 | 24-90299 (CML) |
| **Converse Medical Center LLC** | 30-0820305 | 24-90306 (CML) |
| **Davis Hospital & Medical Center, LP** | 68-0562507 | 24-90315 (CML) |
| **Davis Hospital Holdings, Inc.** | 62-1795217 | 24-90318 (CML) |
| **Davis Surgical Center Holdings, Inc.** | 62-1796493 | 24-90324 (CML) |
| **De Zavala Medical Center LLC** | 30-0879734 | 24-90340 (CML) |
| **Glenwood Specialty Imaging, LLC** | 20-4166415 | 24-90344 (CML) |
| **HC Essential Co.** | 47-3474893 | 24-90347 (CML) |
| **Health Choice Florida, Inc.** | 46-4707361 | 24-90350 (CML) |
| **Health Choice Louisiana, Inc.** | 47-2577669 | 24-90218 (CML) |

| Debtor | Steward Health Care System LLC, *et al.* | Case number (if known) | 24-90213 (CML) |
|---|---|---|---|
| | Name | | |

| Name of Debtor | EIN | Case Number |
|---|---|---|
| Health Choice Managed Care Solutions LLC | 32-0509769 | 24-90224 (CML) |
| Health Choice Northern Arizona LLC | 35-2516234 | 24-90227 (CML) |
| Health Choice Preferred Accountable Care LLC | 90-0855282 | 24-90229 (CML) |
| Health Choice Preferred Louisiana ACO LLC | 32-0452767 | 24-90234 (CML) |
| Health Choice Preferred Louisiana Physician Association LLC | 32-0451446 | 24-90237 (CML) |
| Health Choice Preferred Texas ACO – Alamo Region LLC | 61-1763415 | 24-90239 (CML) |
| Health Choice Preferred Texas ACO – Gulf Coast Region LLC | 35-2534381 | 24-90244 (CML) |
| Health Choice Preferred Texas Physician Association – Alamo Region LLC | 36-4811294 | 24-90250 (CML) |
| Health Choice Preferred Texas Physician Association – Gulf Coast Region LLC | 35-2534523 | 24-90253 (CML) |
| Health Choice Utah Accountable Care LLC | 30-0740157 | 24-90257 (CML) |
| HealthUtah Holdco LLC | 35-2569545 | 24-90262 (CML) |
| Heritage Technologies, LLC | 86-0805100 | 24-90273 (CML) |
| IASIS Capital Corporation | 20-1278389 | 24-90276 (CML) |
| IASIS Finance II LLC | 46-3646796 | 24-90281 (CML) |
| IASIS Finance III LLC | 38-3915345 | 24-90285 (CML) |
| IASIS Finance, Inc. | 62-1797792 | 24-90290 (CML) |
| IASIS Finance Texas Holdings, LLC | 20-1311933 | 24-90295 (CML) |
| IASIS Glenwood Regional Medical Center, LP | 20-5249827 | 24-90301 (CML) |
| IASIS Healthcare Corporation | 76-0450619 | 24-90311 (CML) |
| IASIS Healthcare Holdings, Inc. | 62-1798194 | 24-90317 (CML) |
| IASIS Healthcare LLC | 20-1150104 | 24-90319 (CML) |
| IASIS Management Company | 62-1797795 | 24-90322 (CML) |
| IASIS Transco, Inc. | 62-1801016 | 24-90325 (CML) |
| Indigent Care Services of Northeast Louisiana, Inc. | 62-1796513 | 24-90247 (CML) |
| Jordan Valley Hospital Holdings, Inc. | 62-1795215 | 24-90252 (CML) |
| Jordan Valley Medical Center, LP | 82-0588653 | 24-90263 (CML) |
| Legacy Trails Medical Center LLC | 61-1744649 | 24-90269 (CML) |
| Mesa General Hospital, LP | 62-1795590 | 24-90277 (CML) |
| Morton Hospital, A Steward Family Hospital, Inc. | 45-1209304 | 24-90282 (CML) |
| Mountain Point Holdings, LLC | 81-1072595 | 24-90289 (CML) |
| Mountain Vista Medical Center, LP | 20-2066363 | 24-90297 (CML) |
| MT Transition LP | 62-1795584 | 24-90303 (CML) |
| Nashoba Valley Medical Center, A Steward Family Hospital, Inc. | 27-4157855 | 24-90313 (CML) |
| New England Sinai Hospital, A Steward Family Hospital, Inc. | 90-0813115 | 24-90329 (CML) |
| Odessa Fertility Lab, Inc. | 62-1796497 | 24-90334 (CML) |
| Odessa Regional Hospital, LP | 62-1795574 | 24-90348 (CML) |
| OnSite Care, Inc. | 20-5772510 | 24-90352 (CML) |
| OnSite Care MSO, LLC | 87-1690881 | 24-90358 (CML) |
| Permian Basin Clinical Services, Inc. | 86-1175133 | 24-90365 (CML) |
| Permian Premier Health Services, Inc. | 13-4334288 | 24-90371 (CML) |
| Physician Group of Arizona, Inc. | 26-2055034 | 24-90373 (CML) |
| Physician Group of Arkansas, Inc. | 45-5503617 | 24-90374 (CML) |
| Physician Group of Florida, Inc. | 62-1801013 | 24-90375 (CML) |
| Physician Group of Louisiana, Inc. | 27-0345822 | 24-90376 (CML) |
| Physician Group of Utah, Inc. | 62-1801973 | 24-90220 (CML) |
| Podiatric Physicians Management of Arizona, Inc. | 86-0846514 | 24-90226 (CML) |
| PP Transition, Inc. | 62-1797790 | 24-90228 (CML) |
| PP Transition LP | 62-1795583 | 24-90231 (CML) |
| Quincy Medical Center, A Steward Family Hospital, Inc. | 45-2465238 | 24-90235 (CML) |
| Riverwoods ASC Holdco LLC | 34-4016363 | 24-90241 (CML) |
| Salt Lake Regional Medical Center, LP | 62-1795214 | 24-90245 (CML) |
| Salt Lake Regional Physicians, Inc. | 62-1795211 | 24-90251 (CML) |
| Seaboard Development LLC | 62-1756039 | 24-90256 (CML) |
| Seaboard Development Port Arthur LLC | 80-0808748 | 24-90258 (CML) |
| SHC Youngstown Ohio Laboratory Services Company LLC | 82-1003734 | 24-90267 (CML) |
| SHC Youngstown Ohio Outpatient Services LLC | 82-1003850 | 24-90270 (CML) |
| SHC Youngstown Ohio PSC LLC | 82-0970767 | 24-90274 (CML) |
| Southridge Plaza Holdings, Inc. | 62-1796491 | 24-90275 (CML) |
| Southwest General Hospital, LP | 62-1795572 | 24-90280 (CML) |
| St. Luke's Behavioral Hospital, LP | 62-1795588 | 24-90284 (CML) |
| St. Luke's Medical Center, LP | 62-1795587 | 24-90294 (CML) |
| Steward Accountable Care Organization, Inc. | 87-1021140 | 24-90302 (CML) |
| Steward Anesthesiology Physicians of Florida, Inc. | 84-3108147 | 24-90307 (CML) |
| Steward Anesthesiology Physicians of Massachusetts, Inc. | 86-3579509 | 24-90310 (CML) |
| Steward Anesthesiology Physicians of Pennsylvania, Inc. | 84-2405654 | 24-90328 (CML) |
| Steward ASC Holdings LLC | N/A | 24-90332 (CML) |
| Steward Carney Hospital, Inc. | 27-2473755 | 24-90336 (CML) |

| Debtor | Steward Health Care System LLC, *et al.* | Case number (if known) | 24-90213 (CML) |
|---|---|---|---|
| | Name | | |

| **Name of Debtor** | **EIN** | **Case Number** |
|---|---|---|
| Steward CGH, Inc. | 86-2608394 | 24-90339 (CML) |
| Steward Easton Hospital, Inc. | 81-5354718 | 24-90341 (CML) |
| Steward Emergency Physicians, Inc. | 27-3676242 | 24-90343 (CML) |
| Steward Emergency Physicians of Arizona, Inc. | 83-3494977 | 24-90346 (CML) |
| Steward Emergency Physicians of Florida, Inc. | 85-2185518 | 24-90349 (CML) |
| Steward Emergency Physicians of Pennsylvania, Inc. | 84-2424854 | 24-90351 (CML) |
| Steward Emergency Physicians Ohio, Inc. | 83-1799216 | 24-90353 (CML) |
| Steward Employer Solutions LLC | 87-3083325 | 24-90355 (CML) |
| Steward Fall River Management Care Services LLC | 27-3074966 | 24-90356 (CML) |
| Steward Florida ALF LLC | 82-0625232 | 24-90359 (CML) |
| Steward Florida ASC LLC | 82-0625034 | 24-90361 (CML) |
| Steward Florida Holdings LLC | 81-5437399 | 24-90222 (CML) |
| Steward FMC, Inc. | 86-2639465 | 24-90233 (CML) |
| Steward Good Samaritan Medical Center, Inc. | 27-2473728 | 24-90240 (CML) |
| Steward Good Samaritan Occupational Health Services, Inc. | 27-3075262 | 24-90246 (CML) |
| Steward Good Samaritan Radiation Oncology Center, Inc. | 27-3075381 | 24-90255 (CML) |
| Steward Health Care International LLC | 27-2490096 | 24-90260 (CML) |
| Steward Health Care Network ACO Texas, Inc. | 85-0554003 | 24-90265 (CML) |
| Steward Health Care Network, Inc. | 27-3075212 | 24-90271 (CML) |
| Steward Health Care OZ Fund, Inc. | 87-1449264 | 24-90279 (CML) |
| Steward Health Choice, Inc. | 46-2210067 | 24-90286 (CML) |
| Steward Healthcare Management Services LLC | 37-1743783 | 24-90293 (CML) |
| Steward HH, Inc. | 86-2669849 | 24-90298 (CML) |
| Steward Hillside Rehabilitation Hospital, Inc. | 81-5446091 | 24-90304 (CML) |
| Steward Holy Family Hospital, Inc. | 27-2473701 | 24-90309 (CML) |
| Steward Hospital Holdings LLC | 27-2473450 | 24-90314 (CML) |
| Steward Hospital Holdings Subsidiary One, Inc. | 45-2465023 | 24-90320 (CML) |
| Steward Imaging & Radiology Holdings LLC | 27-2473484 | 24-90326 (CML) |
| Steward Medicaid Care Network, Inc. | 81-4107389 | 24-90331 (CML) |
| Steward Medical Group Express Care, Inc. | 46-5491210 | 24-90337 (CML) |
| Steward Medical Group, Inc. | 27-2777455 | 24-90362 (CML) |
| Steward Medical Group Pennsylvania Endoscopy LLC | 82-0799612 | 24-90354 (CML) |
| Steward Medical Holdings LLC | 27-3074900 | 24-90357 (CML) |
| Steward Medical Ventures, Inc. | N/A | 24-90360 (CML) |
| Steward Melbourne Hospital, Inc. | 81-5354550 | 24-90363 (CML) |
| Steward New England Initiatives, Inc. | 27-3075043 | 24-90364 (CML) |
| Steward Norwood Hospital, Inc. | 27-2473602 | 24-90366 (CML) |
| Steward NSMC, Inc. | 86-2695690 | 24-90367 (CML) |
| Steward Ohio Holdings LLC | 81-5446368 | 24-90368 (CML) |
| Steward Operations Holdings LLC | 27-2490041 | 24-90369 (CML) |
| Steward Pathology Physicians of Massachusetts, Inc. | 86-3272560 | 24-90370 (CML) |
| Steward Pennsylvania Holdings LLC | 81-5446402 | 24-90372 (CML) |
| Steward PET Imaging, LLC | 42-1556663 | 24-90221 (CML) |
| Steward PGH, Inc. | 86-2724926 | 24-90232 (CML) |
| Steward Physician Contracting, Inc. | 27-3676310 | 24-90238 (CML) |
| Steward Radiology Physicians of Arizona, Inc. | 84-3808703 | 24-90243 (CML) |
| Steward Radiology Physicians of Florida, Inc. | 85-2197478 | 24-90249 (CML) |
| Steward Radiology Physicians of Massachusetts, Inc. | 86-3181864 | 24-90254 (CML) |
| Steward Radiology Physicians of Pennsylvania, Inc. | 84-2434262 | 24-90259 (CML) |
| Steward Rockledge Hospital, Inc. | 81-5437018 | 24-90264 (CML) |
| Steward SA FSED Holdings, Inc. | 83-2091840 | 24-90268 (CML) |
| Steward Sebastian River Medical Center, Inc. | 81-5437273 | 24-90272 (CML) |
| Steward Sharon Regional Health System, Inc. | 81-5457135 | 24-90288 (CML) |
| Steward Special Projects LLC | 27-4022750 | 24-90292 (CML) |
| Steward St. Anne's Hospital Corporation | 27-2473637 | 24-90296 (CML) |
| Steward St. Elizabeth's Medical Center of Boston, Inc. | 27-2473667 | 24-90300 (CML) |
| Steward St. Elizabeth's Realty Corp. | 27-3075169 | 24-90305 (CML) |
| Steward Texas Hospital Holdings LLC | 83-2900290 | 24-90308 (CML) |
| Steward Trumbull Memorial Hospital, Inc. | 81-5457243 | 24-90312 (CML) |
| Steward TSC Investments LLC | N/A | 24-90316 (CML) |
| Steward Valley Regional Ventures, Inc. | 27-3075090 | 24-90321 (CML) |
| Steward West Ventures Co. | 84-3814117 | 24-90323 (CML) |
| Stewardship Health, Inc. | 93-4645903 | 24-90327 (CML) |
| Stewardship Health Medical Group, Inc. | 93-4834210 | 24-90330 (CML) |
| Stewardship Services Inc. | N/A | 24-90333 (CML) |
| The Medical Center of Southeast Texas, LP | 27-0060569 | 24-90335 (CML) |
| TNC Transition LP | 62-1795580 | 24-90338 (CML) |

| Debtor | Steward Health Care System LLC, *et al.* | Case number (if known) | 24-90213 (CML) |
|---|---|---|---|
| | Name | | |

| Name of Debtor | EIN | Case Number |
|---|---|---|
| **TRACO Investment Management LLC** | 85-2650418 | 24-90342 (CML) |
| **Utah Transcription Services, Inc.** | 62-1795212 | 24-90345 (CML) |

| | | |
|---|---|---|
| 2. | **All other names used in the last 8 years** | A list of all other names used in the last 8 years by each Debtor is available at the following link: https://restructuring.ra.kroll.com/Steward |
| 3. | **Address** | 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201 |
| 4. | **Debtor's attorney** <br> Name and address | **WEIL, GOTSHAL & MANGES LLP** <br> Gabriel A. Morgan (24125891) <br> Clifford W. Carlson (24090024) <br> Stephanie N. Morrison (24126930) <br> 700 Louisiana Street, Suite 3700 <br> Houston, Texas 77002 <br> Telephone:  (713) 546-5000 <br> Facsimile:   (713) 224-9511 <br> Email:  Gabriel.Morgan@weil.com <br>           Clifford.Carlson@weil.com <br>           Stephanie.Morrison@weil.com <br>    - and - <br> **WEIL, GOTSHAL & MANGES LLP** <br> Ray C. Schrock <br> Candace M. Arthur <br> David J. Cohen <br> 767 Fifth Avenue <br> New York, New York  10153 <br> Telephone:  (212) 310-8000 <br> Facsimile:   (212) 310-8007 <br> Email:  Ray.Schrock@weil.com <br>           Candace.Arthur@weil.com <br>           DavidJ.Cohen@weil.com | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries): <br><br> **Case website**: https://restructuring.ra.kroll.com/Steward <br> **Email inquiries**: StewardInfo@ra.kroll.com <br> **Hotline:** <br> U.S. toll-free:  (888) 505-1257 <br> International:  +1 (646) 893-5546 <br><br> **Claim Processing Address Information:** <br> A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://restructuring.ra.kroll.com/Steward. Completed proofs of claim may be submitted to Kroll Restructuring Administration LLC as the official claims agent for these cases. <br><br> **If by First-Class Mail:** <br> Steward Health Care System LLC, *et al.,* <br> Claims Processing Center <br> c/o Kroll Restructuring Administration LLC <br> Grand Central Station, PO Box 4850 <br> New York, NY 10163-4850 <br><br> **If by Hand Delivery or Overnight Mail:** <br> Steward Health Care System LLC, *et al.,* <br> Claims Processing Center <br> c/o Kroll Restructuring Administration LLC <br> 850 3rd Avenue, Suite 412 <br> Brooklyn, NY 11232 |
| 5. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://restructuring.ra.kroll.com/Steward at no charge or at https://pacer.uscourts.gov for a fee. | United States Courthouse <br> 515 Rusk Avenue <br> Houston, Texas 77002 | Hours:  Monday to Friday – 8:00 a.m. to 5:00 p.m. (Central Time) <br><br> Telephone:  (713) 250-5500 |
| 6. | **Meeting of creditors** <br><br> The Debtors' representative must attend the meeting to be questioned under oath. <br><br> Creditors may attend, but are not required to do so. | **July 23, 2024 at 1:00 p.m. (CT)** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** Telephone Conference <br><br> **Dial:** 866-707-5468 <br><br> **Participant Code:** 6166997 |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** <br><br> Not yet set.  Notice of deadline, if any, will be filed on the Court's docket. | |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> ▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> ▪ you file a proof of claim in a different amount; or <br> ▪ you receive another notice. | |

| Debtor | Steward Health Care System LLC, *et al.* | Case number (if known) | 24-90213 (CML) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below<br><br>**Deadline for filing the complaint:  <u>To be determined</u>** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |