IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> **STEWARD HEALTH CARE SYSTEM** § <br> **LLC,** *et al,* § <br> § <br> **Debtors**[1] § <br> § | **Chapter 11** <br><br> **Case No. 24-90213** <br><br> **(Jointly Administered)** |

## NOTICE OF APPEARANCE

Valerie Rosas, a creditor and party in interest in this matter, gives notice to the Court and all parties of record of the appearance of her counsel in this matter as follows:

William R. "Trip" Nix
Holland & Knight LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  512/685-6400
Email:  Trip.Nix@hklaw.com

Ms. Rosas respectfully requests that she be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the interested parties in this case, in accordance with Bankruptcy Rule 2002.

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these Chapter 11 cases is 1900 N. Pearl St., Suite 2400, Dallas, Texas 75201.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Trip Nix*
      William R. "Trip" Nix
      State Bar No. 24092902
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: trip.nix@hklaw.com

ATTORNEYS FOR VALERIE ROSAS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving the Court's ECF e-mail notifications in this case, including the parties listed below, on May 22, 2024:

Jason George
Loren Maelle Findlay
David J. Cohen
Robert S. Berezin
Ray C. Schrock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Gabriel Adam Morgan
Weil Gotshal & Manges LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002

Ha Minh Nguyen
Jana Smith Whitworth
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

*/s/ Trip Nix*
Trip Nix