IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, et al., | § § | Case No. 24-90213 (CML) (Jointly Administered) |
| | § | |
| Debtors.[1] | § § | Hearing Set For: 07/02/24 @ 11:00 a.m. |

**NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT CONTINUATION OF PERSONAL INJURY LITIGATION AND TO PURSUE INSURANCE PROCEEDS**
**[Related Dkt. #351]**

**PLEASE TAKE NOTICE** that a hearing relating to the Amended Motion for Relief from Automatic Stay to Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds (Dkt. No. 351) filed by Melissa Williams ("Movant") will be held on **Tuesday, July 2, 2024 at 11:00 a.m. (Prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 401, 4th floor, Houston, Texas 77002 (the "Bankruptcy Court").

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by the GoToMeeting Video Link or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

DATED May 22, 2024.

/s/ *Marc W. Taubenfeld*  [2024-05-22]
**Marc W. Taubenfeld**
State Bar No.196979800
**McGuire, Craddock & Strother, P.C.**
500 N. Akard Street, Suite 2200
T: (214) 954-6800
F: (214) 954-6868
mtaubenfeld@mcslaw.com
**COUNSEL FOR MELISSA WILLAMS**

Notice of Hearing on Amended Motion for Relief From Automatic Stay
to Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds                    Page 2 of 4
7020127v1 5700-0001

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2024, the foregoing document was served electronically on all CM/ECF participants or via U. S. Mail postage prepaid to the following parties:

Steward Health Care System LLC
1900 N. Pearl Street
Suite 2400
Dallas, TX 75201

**DEBTOR**

Candace M. Arthur
Email: Candace.Arthur@weil.com
Robert S. Berezin
Email: Robert.Berezin@weil.com
David J. Cohen
Email: DavidJ.Cohen@weil.com
Loren Maelle Findlay
Email: loren.findlay@weil.com
Jason George
Via CM/ECF Notice: jason.george@weil.com
Ray C. Schrock
Via CM/ECF Notice: ray.schrock@weil.com
**Weil Gotshal & Manges LLP**
767 Fifth Ave.
New York, NY 10153

and

Clifford William Carlson
Via CM/ECF Notice: clifford.carlson@weil.com
Gabriel Adam Morgan
Via CM/ECF Notice: gabriel.morgan@weil.com
**Weil Gotshal & Manges LLP**
700 Louisiana Street
Suite 3700
Houston, TX 77002
**COUNSEL FOR DEBTORS**

Sarah L. Schultz
Via CM/ECF Notice: sschultz@akingump.com
**Akin Gump Straus Hauer & Feld LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201

and

Ira S. Dizengoff
Email: idizengoff@akingump.com
Brad M. Kahn
Email: bkahn@akingump.com
Avi E. Luft
Email: aluft@akingump.com
One Bryant Park
New York, NY 10036-6745
**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITOR OF STEWARD HEALTH CARE SYSTEM LLC**

Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Ha Minh Nguyen
Via CM/ECF Notice: ha.nguyen@usdoj.gov
Jana Smith Whitworth
Via CM/ECF Notice: jana.whitworth@usdoj.gov
**Office of the U. S. Trustee**
515 Rush Ave., Suite 3516
Houston, TX 77002
**COUNSEL FOR OFFICE OF THE U.S. TRUSTEE**

/S/*MARC W. TAUBENFELD*  [2024-05-22]
**Marc W. Taubenfeld**

NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY
TO PERMIT CONTINUATION OF PERSONAL INJURY LITIGATION AND TO PURSUE INSURANCE PROCEEDS
7020127v1 5700-0001

PAGE 4 OF 4