UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                                                                  Case No. 24-90213 (CML)

STEWARD HEALTH CARE SYSTEM, LLC,[1]               Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that Dana R. Quick, Esq., and the law firm of Bast Amron LLP, hereby give notice of their appearance as counsel for creditor, World Class Parking Systems, LLC ("Creditor") in the above-referenced bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

**Dana R. Quick, Esq.**
BAST AMRON LLP
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 786.206.8740
Email: dquick@bastamron.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise, filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.

00817364 DOCX

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed a waiver of any right of the Creditor to: (i) have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Respectfully submitted,

BAST AMRON LLP
*Attorneys for World Class Parking Systems, LLC*
One Southeast Third Avenue, Suite 2410
Miami, FL 33131
Telephone:  305.379.7904
Facsimile:   786.206.8740
Email: dquick@bastamron.com

By:  */s/ Dana R. Quick*
          Dana R. Quick, Esq. (TXBN 24119989)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Court's NextGen CM/ECF system on all parties registered to receive service by this method on this 29th day of May, 2024.

By: */s/ Dana R. Quick*
Dana R. Quick, Esq.