IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| Debtors.[1] | § § § § | (Jointly Administered) |

*AMENDED*[2] AGENDA OF MATTERS SET FOR HYBRID
HEARING ON JUNE 3, 2024 AT 1:00 P.M. (CENTRAL TIME)

> EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 1:00 P.M. (CENTRAL TIME) ON JUNE 3, 2024.
>
> A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 3, 2024 AT 1:00 P.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.
>
> AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] *The Court entered orders approving the (i) Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Policies, Surety Bonds, and Letters of Credit and (B) Satisfy Obligations Related Thereto; (II) Modifying the Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; and (III) Granting Related Relief (Docket No. 6), and (ii) the Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, (B) Lien Claims, and (C) 503(b)(9) Claims; and (II) Granting Related Relief (Docket No. 13) at docket numbers 611, and 612, respectively, and therefore such matters have been removed from the Agenda.*

Steward Health Care System LLC ("**SHC**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this *Amended* Agenda of Matters Set for Hearing on **June 3, 2024 at 1:00 p.m. (Central Time)** (the "**Hearing**") before the Honorable Christopher M. Lopez.

I. <u>**UNCONTESTED MATTERS**</u>

1. **Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief (Docket No. 281)**

    <u>Status</u>: This matter is going forward. The Objections listed below are resolved.

    <u>Responses Filed</u>:

    A.  Notice of PeakCM, LLC's Omnibus Reservation of Rights to Debtors' Motion to Sell and Motion to Approve DIP Financing and Use of Cash Collateral **(Docket No. 445)**

    B.  SSS Education, Inc. d/b/a/ Jersey College's Reservation of Rights Regarding the Debtors' Proposed Assumption and Assignment Procedures **(Docket No. 497)**

    C.  Joinder of SEIU District 1199 WY/KY/OH, Ohio Council 8 of AFSCME and AFSCME Locals 2026, 2288 and 2804 to the Reservation of Rights of the Ohio Nurses Association to the Debtors' Emergency Motion for an Order Approving Global Bidding Procedures for Sales of the Debtors' Assets **(Docket No. 499)**

    D.  Reservation of Rights of the Ohio Nurses Association to the Debtors' Emergency Motion for an Order Approving Global Bidding Procedures for Sales of the Debtors' Assets **(Docket No. 505)**

    E.  Reservation of Rights of the Nurses & Local 813 IBT Pension Plan to the Debtors' Emergency Motion for an Order Approving Global Bidding Procedures for Sales of the Debtors' Assets **(Docket No. 507)**

F. Objection of Cigna to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 509)**

G. Limited Objection of Dana-Farber Cancer Institute, Inc. to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 511)**

H. Reservation of Rights of 1199SEIU United Healthcare Workers East in Response to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 513)**

I. Reservation of Rights and Conditional Objection of Massachusetts Nurses Association to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 514)**

J. Reservation of Rights of Medical Properties Trust, Inc. Regarding Emergency Motion of Debtors for Entry of an Order Approving Global Bidding Procedures for Sales of Substantially All of the Debtors' Assets and Granting Related Relief **(Docket No. 515)**

K.     Limited Objection and Reservation of Rights of Fisher Scientific Company, LLC to Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for the Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 516)**

L.     W.D. Manor Mechanical Contractor Inc.'s Reservation of Rights and Limited Response to Debtors' Motion for Entry of an Order Approving Bidding Procedures and Related Relief **(Docket No. 517)**

M.     United States' Limited Objection and Reservation of Rights Regarding the Debtors' Emergency Motion for Entry of an Order Approving Global Bidding Procedures for Sales of the Debtors' Assets and Granting Related Relief **(Docket No. 518)**

N.     Limited Objection of Quest Diagnostics LLC d/b/a Quest Diagnostics to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 519)**

O.     The Commonwealth of Massachusetts' Reservation of Rights Regarding the Debtors' Sale Procedures Motion **(Docket No. 520)**

P.     Response and Limited Objection of the Roman Catholic Archbishop of Boston, a Corporation Sole, to the Debtors' Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearing; and (IV) Granting Related Relief [ECF No. 28] **(Docket No. 558)**

Q.     Limited Objection and Reservation of Rights of Cardinal Health 105, LLC; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 200, LLC; and Cardinal Health 414, LLC to Motion of Debtors for Entry of an Order (I) Approving (a) Global Bidding Procedures for the Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 560)**

Related Documents:

A. Declaration of James Moloney in Support of Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 425)**

B. Declaration of Toby King in Support of Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 426)**

C. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (**Docket No. 427**)

D. Debtors' Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 492)**

E. The Official Committee of Unsecured Creditors of Steward Health Care System LLC, *et al.*'s Witness and Exhibit List for Hearing on June 3, 2024 **(Docket No. 493)**

F. Quest Diagnostics LLC Witness and Exhibit List for Hearing Scheduled for June 3, 2024 at 1:00 P.M. (Central Time) **(Docket No. 537)**

G. Notice of Filing of Revised Proposed Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief **(Docket No. 559)**

H. Debtors' Amended Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 564)**

      I.      *Notice of Filing of Second Revised Proposed Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings: and (IV) Granting Related Relief (Docket No. 620)*

2. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 46)**

    Status: The Debtors filed a Certification of Counsel at Docket No. 616.

    Responses Filed:

    A.    Limited Objection and Reservation of Rights of CareMax, Inc. to Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 68)**

    B.    Limited Objection of the ABL Parties to the Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 71)**

    C.    Limited Objection and Reservation of Rights of Fisher Scientific Company, LLC to Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 435)**

D.     Limited Objection and Reservation of Rights of Catholic Health Initiatives Colorado, Commonspirit Health, and Centura Health Corporation to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 443)**

E.     Limited Objection of Atlantic Specialty Insurance Company to Debtors' Emergency Motions (I) to Continue Insurance, Surety Bonds, and Letters of Credit and (II) to Obtain Post-Petition Financing and Use of Cash Collateral **(Docket No. 444)**

F.     Notice of PeakCM, LLC's Omnibus Reservation of Rights to Debtors' Motion to Sell and Motion to Approve DIP Financing and Use of Cash Collateral **(Docket No. 445)**

G.     United States' Limited Objection and Reservation of Rights Regarding the Debtors' Motion for Entry of a Final Order Authorizing Debtors to Incur Debtor-In-Possession Financing and Granting Related Relief **(Docket No. 448)**

H.     Limited Objection and Reservation of Rights of Suzanne Koenig, as Patient Care Ombudsman, to the Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 449)**

Related Documents:

A.     Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

B.     Declaration of John R. Castellano in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief **(Docket No. 52)**

C.     Declaration of Tyler W. Cowan in Support of Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (**Docket No. 55**)

D.     Interim Order (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (**Docket No. 113**)

E.     Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (**Docket No. 427**)

F.     Debtors' Witness and Exhibit List for Second Day Hearing on June 3, 2024 (**Docket No. 492**)

G.     The Official Committee of Unsecured Creditors of Steward Health Care System LLC, *et al.*'s Witness and Exhibit List for Hearing on June 3, 2024 (**Docket No. 493**)

H.     Notice of Filing of (1) Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief and (2) Debtor-In-Possession Credit Agreement (**Docket No. 563**)

I.     Debtors' Amended Witness and Exhibit List for Second Day Hearing on June 3, 2024 (**Docket No. 564**)

J.     ***Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing on a Final Basis, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims: (II) Granting Adequate Protection to Certain Prepetition Secured Parties: (III) Modifying the Automatic Stay: and (IV) Granting Related Relief (Docket No. 616)***

3. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief (Docket No. 7)**

   Status: The Debtors filed a Certificate of No Objection at Docket No. 589.

   Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Notice of Filing of Revised Proposed Interim Order (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief **(Docket No. 56)**

   C. Interim Order (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief **(Docket No. 112)**

   D. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology **(Docket No. 427)**

   E. Debtors' Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 492)**

   F. The Official Committee of Unsecured Creditors of Steward Health Care System LLC, *et al.*'s Witness and Exhibit List for Hearing on June 3, 2024 **(Docket No. 493)**

   G. Debtors' Amended Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 564)**

   H. *__Certificate of No Objection Regarding Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Maintain, Administer, Modify, and Renew Their Existing Refund Programs and Pay or Otherwise Honor Prepetition Obligations Related Thereto, and (B) Honor Prepetition Health Plan Administration Obligations; and (II) Granting Related Relief (Docket No. 589)__*

II.  **EMERGENCY MATTERS**

4.  **Emergency Motion of Debtors for Entry of Order (I) Authorizing the Debtors to Incur and Pay Commitment Fee and Expense Reimbursement to Potential Lenders in Connection with Postpetition Financing and (II) Granting Related Relief (Docket No. 551)**

    Status: This matter is going forward on an emergency basis.

    Related Documents:

    A.  Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (**Docket No. 427**)

    B.  Debtors' Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 492)**

    C.  The Official Committee of Unsecured Creditors of Steward Health Care System LLC, *et al.*'s Witness and Exhibit List for Hearing on June 3, 2024 **(Docket No. 493)**

    D.  Debtors' Amended Witness and Exhibit List for Second Day Hearing on June 3, 2024 **(Docket No. 564)**

    E.  ***Notice of Filing of Revised Proposed Order (I) Authorizing Debtors to Incur and Pay Commitment Fee and Expense Reimbursement to Potential Lenders in Connection With Postpetition Financing and (II) Granting Related Relief (Docket No. 608)***

    F.  ***FILO Secure Parties' Witness and Exhibit List for Hearing on June 3, 2024 at 1:00 P.M. (Prevailing Central Time) (Docket No. 614)***

    Responses Filed:

    A.  FILO Secured Parties' Objection to Emergency Motion of Debtors for Entry of Order (I) Authorizing Debtors to Incur and Pay Commitment Fee and Expense Reimbursement to Potential Lenders in Connection with Postpetition Financing and (II) Granting Related Relief **(Docket No. 613)**

III. **ADJOURNED MATTERS**

5. **Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (Docket No. 9)**

   Status: This matter has been adjourned to a date to be determined.

   A. Objection of Certain Utility Companies to the Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief **(Docket No. 361)**

   Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Interim Order (I) Authorizing Debtors to Pay (A) Critical Vendor Claims, (B) Lien Claims, and (C) 503(b)(9) Claims, and (II) Granting Related Relief (**Docket No. 137)**

6. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief (Docket No. 5)**

   Status: This matter has been adjourned to date to be determined (if a hearing is necessary).

   Related Documents:

   A. Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 38)**

   B. Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief **(Docket No. 115)**

Dated:  June 3, 2024
        Houston, Texas

    */s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
         Clifford.Carlson@weil.com
         Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Candace.Arthur@weil.com
         DavidJ.Cohen@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 3, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                    */s/ Clifford W. Carlson*
                                                    Clifford W. Carlson