IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **STEWARD HEALTH CARE SYSTEM LLC,** *et al.*, | § § § § | Case No. 24-90213 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 6, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of an Order (I) Establishing Procedures for Sales, Transfers, and Abandonment of De Minimis Assets; and (II) Granting Related Relief
  [Docket No. 709]

Dated: June 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James Roy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 11, 2024, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

SRF 79874

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | ACAR Leasing LTD d/b/a GM Financial Leasing | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | LeaseSvcBnkrpcy@gmfinancial.com | Email |
| Bankruptcy Servicer for Ford Motor Credit Company LLC | AIS Portfolio Services LLC | Attn: Ford Motor Credit Co LLC Dept<br>Amitkumar Sharma Claims Processor<br>Bankruptcy Servicer<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | ECFNotices@aisinfo.com | Email |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: David W. Parham<br>2001 Ross Avenue<br>Suite 3600<br>Dallas TX 75201 | david.parham@akerman.com | Email |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: Sarah Kroll-Rosenbaum<br>633 West Fifth Street<br>Suite 6400<br>Los Angeles CA 90071 | sarah.kroll-rosenbaum@akerman.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff Brad M. Kahn Avi E. Luft<br>One Bryant Park<br>New York NY 10036-6745 | idizengoff@akingump.com<br>bkahn@akingump.com<br>aluft@akingump.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Sarah Link Schultz<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201-2481 | sschultz@akingump.com | Email |
| Counsel to Primetime Healthcare Compliance Services LLC and Prorenta Labs LLC | Andrews Myers P.C. | Attn: T. Josh Judd<br>1885 Saint James Place 15th Floor<br>Houston TX 77056 | jjudd@andrewsmyers.com | Email |
| Counsel to Tegria RCM Group-US Inc. (dba Acclara Solutions) | ArentFox Schiff LLP | Attn: Beth M. Brownstein Nicholas A. Marten<br>1301 Avenue of the Americas<br>42nd Floor<br>New York NY 10019 | Beth.Brownstein@afslaw.com<br>Nicholas.Marten@afslaw.com | Email |
| Counsel to Tegria RCM Group-US Inc. (dba Acclara Solutions) | ArentFox Schiff LLP | Attn: Matthew F. Prewitt<br>233 South Wacker Drive<br>Suite 7100<br>Chicago IL 60606 | Matthew.Prewitt@afslaw.com | Email |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 1 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to AT&T Services Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Robert T. Franciscovich<br>250 West 55th Street<br>New York NY 10019 | robert.franciscovich@arnoldporter.com | Email |
| Counsel to the State Of Florida Agency For Health Care Administration | Ausley McMullen | Attn: James M. Donohue<br>123 South Calhoun St.<br>Post Office Box 391<br>Tallahassee FL 32302 | jdonohue@ausley.com<br>sshaffer@ausley.com | Email |
| Counsel to Medical Properties Trust Inc. and certain of Its affiliates | Baker Donelson Bearman Caldwell & Berkowitz P.C. | Attn: Daniel J. Ferretti<br>1301 McKinney Street Suite 3700<br>Houston TX 77010 | dferretti@bakerdonelson.com | Email |
| Counsel to Medical Properties Trust Inc. and MPT TRS Steward-Lender LLC (including as MPT Representative) | Baker Donelson Bearman Caldwell & Berkowitz P.C. | Attn: Luther Crull and Allen Blow<br>1901 Sixth Avenue North Suite 2600<br>Birmingham AL 35203 | tkolb@bakerdonelson.com | Email |
| Counsel to Broadstone MED Florida LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz Michael S. Myers<br>1 E. Washington Street Suite 2300<br>Phoenix AZ 85004-2555 | ganzc@ballardspahr.com<br>myersm@ballardspahr.com | Email |
| Counsel to ARHC ORODSTX001 LLC as successor-in-interest to Odessa MOB Owners Limited Partnership GA HC REIT Hope Mob LLC and VTR Papago Medical Park LLC as successor-in-interest to Litchvan Investments LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg Alexander F. Berk<br>200 West Madison Street Suite 3900<br>Chicago IL 60606 | nathan.rugg@bfkn.com<br>alexander.berk@bfkn.com | Email |
| Counsel to World Class Parking Systems LLC | Bast Amron LLP | Attn: Dana R. Quick<br>One Southeast Third Avenue<br>Suite 2410<br>Miami FL 33131 | dquick@bastamron.com | Email |
| Counsel to Philips North America LLC | Bracewell LLP | Attn: Mark Dendinger<br>31 W. 52nd Street<br>Suite 1900<br>New York NY 10019 | mark.dendinger@bracewell.com | Email |
| Counsel to Philips North America LLC | Bracewell LLP | Attn: William A. (Trey) Wood III<br>711 Louisiana Street<br>Suite 2300<br>Houston TX 77002 | trey.wood@bracewell.com | Email |
| Counsel to Broward Business Center LLC | Broward Business Center LLC | Attn: David N. Stern<br>7320 N. MoPac Expwy. Suite 400<br>Austin TX 78731 | dstern@bn-lawyers.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Broward County a political subdivision of the State of Florida | Broward County | Attn: Scott Andron Assistant County Attorney<br>Governmental Center Suite 423<br>115 South Andrews Avenue<br>Fort Lauderdale FL 33301 | sandron@broward.org | Email |
| Counsel to Sodexo Inc. and its affiliates | Brown McGarry Nimeroff LLC | Attn: Jami Nimeroff<br>1515 Market Street Suite 1200<br>Philadelphia PA 19102 | jnimeroff@bmnlawyers.com | Email |
| Counsel to Community Coffee L.L.C. | Butler Snow LLP | Attn: David S. Rubin<br>445 N. Blvd. Suite 300<br>Baton Rouge LA 70821-2997 | david.rubin@butlersnow.com | Email |
| Counsel to Terence Grogg and Denise Grogg | Cain & Skarnulis PLLC | Attn: Ryan E. Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin TX 78701 | rchapple@cstrial.com | Email |
| Counsel to The 2013 Shepherd Family Trust | Cantey Hanger LLP | Attn: M. Jermaine Watson<br>600 West 6th Street<br>Suite 300<br>Fort Worth TX 76102 | jwatson@canteyhanger.com | Email |
| Counsel to The 2013 Shepherd Family Trust | Cantey Hanger LLP | Attn: M. Jermaine Watson<br>Ross Tower<br>500 N. Akard St. Suite 2940<br>Dallas TX 75201 | jwatson@canteyhanger.com | Email |
| Counsel to CTL Medical Corporation d/b/a CTL Amedica | Carrington Coleman Sloman & Blumenthal L.L.P | Attn: Jason M. Katz<br>901 Main Street<br>Suite 5500<br>Dallas TX 75202 | jkatz@ccsb.com | Email |
| Counsel to Delta Locum Tenens LLC | Carrington Coleman Sloman & Blumenthal L.L.P. | Attn: J. Michael Sutherland Mark A. Castillo<br>Robert C. Rowe<br>901 Main Street<br>Suite 5500<br>Dallas TX 75202 | msutherland@ccsb.com<br>markcastillo@ccsb.com<br>rrowe@ccsb.com | Email |
| Counsel to WM Inc Vital Records Control LLC | Chamberlain Hrdlicka White Williams & Aughtry PC | Attn: Tara T. LeDay<br>1200 Smith Street<br>Suite 1400<br>Houston TX 77002 | tara.leday@chamberlainlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cardinal Health 108 LLC Cardinal Health 110 LLC Cardinal Health 200 LLC and Cardinal Health 414 LLC | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber Esq. Terri Jane Freedman Esq.<br>105 Eisenhower Parkway<br>Roseland NJ 07068 | szuber@csglaw.com<br>tfreedman@csglaw.com | Email |
| Counsel to Atlantic Specialty Insurance Company | Clark Hill PLC | Attn: Duane J. Brescia<br>3711 South Mopac<br>Building One Suite 500<br>Austin TX 78746 | dbrescia@clarkhill.com | Email |
| Counsel to Matheson Tri-Gas Inc. | Clark Hill PLC | Attn: Robert P. Franke Andrew G. Edson Audrey L. Hornisher<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202-3794 | bfranke@clarkhill.com<br>aedson@clarkhill.com<br>ahornisher@clarkhill.com | Email |
| Counsel to Ohio Nurses Association | Cohen Weiss and Simon LLP | Attn: Hanan B. Kolko Bruce S. Levine Matthew E. Stolz<br>909 Third Avenue<br>12th Floor<br>New York NY 10022 | hkolko@cwsny.com<br>blevine@cwsny.com<br>mstolz@cwsny.com | Email |
| Counsel to Nurses & Local 813 IBT Retirement Plan | Cohen Weiss and Simon LLP | Attn: Richard M. Seltzer Matthew E. Stolz<br>909 Third Avenue<br>12th Floor<br>New York NY 10022 | rseltzer@cwsny.com<br>mstolz@cwsny.com | Email |
| Counsel to Bank OZK, and MP2 Energy Texas LLC d/b/a Shell Energy Solutions | Cokinos | Young | Attn: Craig E. Power Reagan H. "Tres" Gibbs III Emma P. Myles<br>Four Houston Center<br>1221 Lamar Street 16th Floor<br>Houston TX 77010 | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com<br>emyles@cokinoslaw.com | Email |
| Counsel to Dr. Alan Hackford | Crowe & Dunlevy P.C. | Attn: Christina W. Stephenson Vickie L. Driver<br>2525 McKinnon St. Suite 425<br>Dallas TX 75201 | crissie.stephenson@crowedunlevy.com<br>vickie.driver@crowedunlevy.com | Email |
| Counsel to GE Healthcare Inc.; Medi-Physics Inc. dba GE Healthcare; GE Healthcare IITS USA Corp.; GE Precision Healthcare LLC; OEC Medical Systems Inc.; Datex Ohmeda Inc.; GE Medical Systems Ultrasound & Primary Care Diagnostics LLC; and GE Medical Systems Information Technologies Inc. | DeHaan & Bach LPA | Attn: Michael B. Bach<br>25 Whitney Drive<br>Suite 106<br>Milford OH 45150 | michaelb@dehaan-bach.com | Email |
| Counsel to Massachusetts Nurses Association College Health Enterprises | Dentons US LLP | Attn: Casey Doherty<br>1300 Post Oak Blvd<br>Suite 650<br>Houston TX 77056 | casey.doherty@dentons.com | Email |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 4 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Surgical Information Systems LLC | Dentons US LLP | Attn: Casey W. Doherty Clay M. Taylor<br>100 Crescent Court<br>Suite 900<br>Dallas TX 75201 | casey.doherty@dentons.com<br>Clay.taylor@dentons.com | Email |
| Counsel to Massachusetts Nurses Association | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K Washington Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |
| Counsel to College Health Enterprises | Dentons US LLP | Attn: Samuel R Maizel Tania M Moyron<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles CA 90017-5704 | samuel.maizel@dentons.com<br>tania.moyron@dentons.com | Email |
| Counsel to Humana Insurance Company Humana Health Plan Inc. Humana Government Business Inc. and their affiliates that underwrite or administer health plans | Dinsmore & Shohl LLP | Attn: Sarah S. Mattingly Attorney<br>101 South Fifth Street<br>Suite 2500<br>Louisville KY 40202 | sarah.mattingly@dinsmore.com | Email |
| Counsel to RAD Partners | Duane Morris LLP | Attn: James H. Billingsley<br>100 Crescent Court<br>Suite 1200<br>Dallas TX 75201 | jbillingsley@duanemorris.com | Email |
| Counsel to Eric Guillen | Duarte & Molina P.C. | Attn: Demetrio Duarte Jr.<br>2200 Warner Ave<br>San Antonio TX 78201 | dduarte@duartemolinalaw.com<br>paralegal@duartemolinalaw.com<br>legalsec@duartemolinalaw.com | Email |
| Counsel to The Snesc Real Estate Group LLC and Southern New England Surgery Center LLC | Dykema Gossett PLLC | Attn: Nicholas Zugaro<br>5 Houston Center<br>1401 McKinney Street Suite 1625<br>Houston TX 77010 | nzugaro@dykema.com | Email |
| Counsel to Richardson Office LLC | Dykema Gossett PLLC | Attn: Patrick L. Huffstickler<br>112 East Pecan Street Suite 1800<br>San Antonio TX 78205 | phuffstickler@dykema.com | Email |
| Counsel to Quest Diagnostics LLC d/b/a Quest Diagnostics; Zimmer | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry Kaitlin R. Prior<br>2323 Ross Ave<br>Suite 1700<br>Dallas TX 75201-7367 | kristen.perry@faegredrinker.com<br>kaitlin.prior@faegredrinker.com | Email |
| Counsel to Peak CM LLC | Forshey & Prostok LLP | Attn: J. Robert Forshey Lynda L. Lankford<br>777 Main Street<br>Suite 1550<br>Fort Worth TX 76102 | bforshey@forsheyprostok.com<br>llankford@forsheyprostok.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: David P. Papiez<br>1001 Fourth Avenue<br>Suite 4400<br>Seattle WA 98154 | dpapiez@foxrothschild.com | Email |
| Counsel to Finthrive Inc | Fox Rothschild LLP | Attn: Trey A Monsour Robert J. Palmer<br>2501 N. Harwood Street<br>Suite 1800<br>Dallas TX 75201-1613 | tmonsour@foxrothschild.com<br>rpalmer@foxrothschild.com | Email |
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: Trey Monsour<br>Saint Ann Court<br>2501 N Harwood Street Suite 1800<br>Dallas TX 75201 | TMonsour@foxrothschild.com | Email |
| Counsel to Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Rebecca L. Matthews<br>2101 Cedar Springs Road Ste. 900<br>Dallas TX 75201 | rmatthews@fbtlaw.com | Email |
| Counsel to Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Ronald E. Gold<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com | Email |
| Counsel to Service Employees International Union District 1199 WV/KY/OH Ohio Council 8 of the American Federation of State County and Municipal Employees and its constituent Locals 2026 2288 and 2804 | Fusco Gallagher & Porcaro LLP | Attn: David M. Fusco<br>812 Huron Road East<br>Suite 690<br>Cleveland OH 44115 | dfusco@fgplaborlaw.com | Email |
| Counsel to MOP V Hopkkins LLC | Gibson Dunn & Crutcher LLP | Attn: Matthew J. Williams David M. Feldman Thomas P. Scheffer<br>200 Park Avenue<br>New York NY 10166-0193 | mjwilliams@gibsondunn.com<br>mfeldman@gibsondunn.com<br>tscheffer@gibsondunn.com | Email |
| Counsel to MOP V Hopkkins LLC | Gibson Dunn & Crutcher LLP | Attn: Michael A. Rosenthal<br>2001 Ross Avenue<br>Ste. 2100<br>Dallas TX 75201-2923 | mrosenthal@gibsondunn.com | Email |
| Counsel to Global Medical REIT Inc. Global Medical REIT L.P. GMR Beaumont LLC GMR Hialeah LLC GMR Hermitage Garden Way LLC and GMR Melbourne LLC | Gray Reed | Attn: Amber M. Carson Emily F. Shanks<br>1300 Post Oak Blvd. Suite 2000<br>Houston TX 77056 | acarson@grayreed.com<br>eshanks@grayreed.com | Email |
| Counsel to Brighton Marine Inc. | Gray Reed | Attn: Jason S. Brookner Amber M. Carson<br>1300 Post Oak Blvd Suite 2000<br>Houston TX 77056 | jbrookner@grayreed.com<br>acarson@grayreed.com | Email |

In re: Steward Health Care System LLC, *et al.*
Case No. 24-90213 (CML)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Suzanne Koenig Patient Care Ombudsman | Greenberg Traurig LLP | Attn: Karl D. Burrer Kristen M. Jacobsen<br>1000 Louisiana Street<br>Suite 6700<br>Houston TX 77002 | BurrerK@gtlaw.com<br>Kristen.Jacobsen@gtlaw.com | Email |
| Counsel to Suzanne Koenig Patient Care Ombudsman | Greenberg Traurig LLP | Attn: Nancy Peterman<br>77 West Wacker Drive<br>Suite 3100<br>Chicago IL 60601 | PetermanN@gtlaw.com | Email |
| Counsel to Harris County Harris County Flood Control District Harris County Port of Houston Authority Harris County Hospital District and Harris County Department of Education | Harris County Attorney's Office | Attn: Susan Fuertes Assistant County Attorney<br>Property Tax Division<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to 756 Parkway LLC | Hoffman & Saweris P.C. | Attn: Alan Brian Saweris<br>2777 Allen Parkway<br>Suite 1000<br>Houston TX 77019 | mhecf@aol.com | Email |
| Counsel to EnableComp LLC | Holland & Knight LLP | Attn: David E. Lemke Charley Williamson<br>511 Union Street Suite 2700<br>Nashville TN 37219 | David.Lemke@hklaw.com<br>Charley.Williamson@hklaw.com | Email |
| Counsel to Shannon Health System | Holland & Knight LLP | Attn: Morris D. Weiss<br>100 Congress Ave.<br>Suite 1800<br>Austin TX 78701 | morris.weiss@hklaw.com | Email |
| Counsel to EnableComp LLC | Holland & Knight LLP | Attn: Nicholas R. Miller<br>100 Congress Ave. Suite 1800<br>Austin TX 78701 | Nick.Miller@hklaw.com | Email |
| Counsel to Valerie Rosas | Holland & Knight LLP | Attn: William R. "Trip" Nix<br>100 Congress Avenue<br>Suite 1800<br>Austin TX 78701 | trip.nix@hklaw.com | Email |
| Counsel to Mass General Brigham Inc. and its affiliates (collectively "MGB") | Holland & Knight LLP | Attn: John J. Monaghan; Lynne B. Xerras<br>10 St. James Avenue<br>11th Floor<br>Boston MA 02116 | bos-bankruptcy@hklaw.com<br>lynne.xerras@hklaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mass General Brigham Inc. and its affiliates (collectively "MGB") | Holland & Knight LLP | Attn: Tye C. Hancock<br>811 Main St.<br>Suite 2500<br>Houston TX 77002 | tye.hancock@hklaw.com | Email |
| Counsel to ProHealth Medical Staffing LLC | Hollaway PC | Attn: T. Daniel Hollaway<br>19 Briar Hollow Lane<br>Suite 245<br>Houston TX 77027-2820 | dhollaway@houstonlaw.com | Email |
| Counsel to ALTUS ACE | Howley Law PLLC | Attn: Tom A. Howley Eric Terry<br>Pennzoil Place – South Tower<br>711 Louisiana St. Suite 1850<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| Counsel to Rice McVaney Communications LLC | Hughes Watters Askanase LLP | Attn: Heather Heath McIntyre Abdiel Lopez-Castro<br>1201 Louisiana 28th Floor<br>Houston TX 77002 | hmcintyre@hwa.com<br>alopezcastro@hwa.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Sedgwick Claims Management Services Inc. | Kean Miller LLP | Attn: Lloyd A. Lim Broocks 'Mack' Wilson<br>711 Louisiana Street Suite 1800<br>Houston TX 77002 | Lloyd.Lim@keanmiller.com<br>Mack.Wilson@keanmiller.com | Email |
| Counsel to Associates in Medical Imaging LLC | Krugliak Wilkins Griffiths & Dougherty CO. L.P.A. | Attn: Matthew W. Onest<br>6715 Tippecanoe Road 2C<br>Canfield OH 44406 | monest@kwgd.com | Email |
| Counsel to Medical Properties Trust Inc. and MPT TRS Steward-Lender LLC (including as MPT Representative) DIP Lender | KTBS Law LLP | Attn: Thomas E. Patterson Sasha M. Gurvitz Nir Maoz<br>1801 Century Park East<br>26th Floor<br>Los Angeles CA 90067-2328 | sgurvitz@ktbslaw.com<br>tpatterson@ktbslaw.com<br>nmaoz@ktbslaw.com | Email |
| Counsel to Olympus Corporation of the Americas | Langley & Banack Incorporated | Attn: David S. Gragg<br>745 East Mulberry<br>Suite 700 Trinity Plaza II<br>San Antonio TX 78212-3166 | dgragg@langleybanack.com | Email |
| Counsel to the Brighton Elks | Law Offices of Richard L. Blumenthal | Attn: Richard L. Blumenthal<br>343 Washington Street<br>Suite 200<br>Newton MA 02458 | RichardLBlumenthal@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to 1199SEIU United Healthcare Workers East the 1199SEIU League Training and Upgrading Fund and 1199SEIU Labor Management Initiatives Inc. | Levy Ratner PC | Attn: Ryan J. Barbur Kimberly Lehmann Jessica I Apter Alex Boyd<br>80 Eighth Avenue<br>8th Floor<br>New York NY 10011 | rbarbur@levyratner.com<br>klehmann@levyratner.com<br>japter@levyratner.com<br>aboyd@levyratner.com | Email |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson LLP | Attn: Don Stecker<br>112 E Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Harris County Jefferson County Fort Bend County | Linebarger Goggan Blair & Sampson LLP | Attn: Tara L. Grundemeier<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to SSS Education Inc. d/b/a Jersey College | Lowenstein Sandler LLP | Attn: Andrew Behlmann Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 07068 | abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com | Email |
| Counsel to AmTrust North America Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd<br>Suite 207<br>Beachwood OH 44122 | ahochheiser@mauricewutscher.com | Email |
| Counsel to Bowie Central Appraisal District The County of Hardin Texas and Midland Central Appraisal District | McCreary Veselka Bragg & Allen P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to Point23Health Inc.; Computrition Inc. | McDowell Hetherington LLP | Attn: Matthew W. Bourda<br>1001 Fannin Suite 2400<br>Houston TX 77002 | matthew.bourda@mhllp.com | Email |
| Counsel to TTG | McGuireWoods LLP | Attn: Cassandra Sepanik Shoemaker<br>2601 Olive St.<br>Suite 2100<br>Dallas TX 75201 | cshoemaker@mcguirewoods.com | Email |
| Counsel to TTG | McGuireWoods LLP | Attn: Demetra Liggins<br>Texas Tower 845 Texas Ave.<br>Suite 2400<br>Houston TX 77002 | dliggins@mcguirewoods.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Andrew M. Leblanc Brett P. Lowe<br>1850 K St NW Suite 1100<br>Washington DC 20006 | aleblanc@milbank.com<br>blowe@milbank.com | Email |
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Dennis F. Dunne Michael W. Price<br>Andrew C. Harmeyer Brian Kinney<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>mprice@milbank.com<br>aharmeyer@milbank.com<br>bkinney@milbank.com | Email |
| Counsel to the FILO Agent and Bridge Representative | Milbank LLP | Attn: Michael Price Adam Moses Brian Kinney Spencer Pepper<br>55 Hudson Yards<br>New York NY 10001 | amoses@milbank.com<br>spepper@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com | Email |
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Samir L. Vora<br>2029 Century Park East 33rd Floor<br>Los Angeles CA 90067 | svora@milbank.com | Email |
| Counsel to Stryker Corporation | Miller Canfield Paddock and Stone P.L.C. | Attn: Joseph M. Ammar<br>277 South Rose Street Suite 6000<br>Kalamazoo MI 49007 | ammar@millercanfield.com | Email |
| Counsel to Varian Medical Systems Inc. | Miller Canfield Paddock and Stone P.L.C. | Attn: Marc N. Swanson<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit MI 48226 | swansonm@millercanfield.com | Email |
| Counsel to Vada Brown | Miller Mentzer Walker P.C. | Attn: Julie A. Walker<br>P.O. Box 130<br>100 N. Main St.<br>Palmer TX 75152 | jwalker@milmen.com | Email |
| Counsel to Cross Country Healthcare Inc | Morgan Lewis & Bockius LLP | Attn: Glenn E. Siegel Graham L. Fisher<br>101 Park Avenue<br>New York NY 10178-0600 | glenn.siegel@morganlewis.com<br>graham.fisher@morganlewis.com | Email |
| Counsel to Cross Country Healthcare Inc | Morgan Lewis & Bockius LLP | Attn: Michelle Pector<br>1000 Lousisana Street<br>Suite 4000<br>Houston TX 77002-5048 | michelle.pector@morganlewis.com | Email |
| Counsel to Centinel Spine LLC | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff Esq.<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | Email |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 10 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The Snesc Real Estate Group LLC and Southern New England Surgery Center LLC | Nixon Peabody LLP | Attn: Christopher Fong<br>55 West 46th Street<br>New York NY 10036-4120 | cfong@nixonpeabody.com | Email |
| Counsel to The Snesc Real Estate Group LLC and Southern New England Surgery Center LLC | Nixon Peabody LLP | Attn: Richard C. Pedone<br>Exchange Place<br>53 State Street<br>Boston MA 02109-2835 | rpedone@nixonpeabody.com | Email |
| Counsel to Patricia Minter | Norton + Wood | Attn: Jaci Roberts Berry Marshall C. Wood<br>315 Main Street<br>Texarkana TX 75501-5604 | jaci@nortonandwood.com<br>marshall@nortonandwood.com | Email |
| Counsel to HHS Culinary & Nutrition Solutions LLC and HHS Environmental Services LLC | Norton Rose Fulbright US LLP | Attn: Jason L. Boland, Julie G. Harrison, Maria Mokrzycka<br>1550 Lamar<br>Suite 2000<br>Houston TX 77010 | jason.boland@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com | Email |
| Counsel to the State of Arizona | Office of the Attorney General of Arizona | Attn: Matthew A. Silverman<br>2005 North Central Ave<br>Phoenix AZ 85004-1592 | Matthew.Silverman@azag.gov | Email |
| Counsel to Texas Health and Human Services Commission | Office of the Attorney General of Texas | Attn: Layla D. Milligan Stephanie Eberhardt Sahrish Soleja<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548 | layla.milligan@oag.texas.gov<br>stephanie.eberhardt@oag.texas.gov<br>sahrish.soleja@oag.texas.gov | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jana Whitworth; Ha Nguyen<br>515 Rusk Street Suite 3516<br>Houston TX 77002 | Jana.Whitworth@usdoj.gov<br>Ha.Nguyen@usdoj.gov | Email |
| Counsel to Siemens Financial Services Inc. as First Out Tranche A Lender | Otterbourg P.C. | Attn: Thomas P. Duignan and Andrew M. Kramer<br>230 Park Avenue<br>New York NY 10169-0075 | tduignan@otterbourg.com<br>akramer@otterbourg.com | Email |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: James T. Grogan III Schlea M. Thomas<br>600 Travis Street<br>58th Floor<br>Houston TX 77002 | jamesgrogan@paulhastings.com<br>schleathomas@paulhastings.com | Email |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 11 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the ABL Administrative Agent the ABL Collateral Agent and the ABL/FILO Representative | Paul Hastings LLP | Attn: Kris Hansen Christopher Guhin Emily L. Kuznick Caroline M. Diaz<br>200 Park Avenue<br>New York NY 10166 | chrisguhin@paulhastings.com<br>krishansen@paulhastings.com<br>emilykuznick@paulhastings.com<br>carolinediaz@paulhastings.com | Email |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: Kristopher M. Hansen Christopher M. Guhin Emily L. Kuznick<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>chrisguhin@paulhastings.com<br>emilykuznick@paulhastings.com<br>carolinediaz@paulhastings.com | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Lori A. Butler Mai Lan G. Rodgers Paula De Felice-Alejandro Michael I. Baird<br>Office of the General Counsel<br>445 12th Street S.W<br>Washington DC 20024 | butler.lori@pbgc.gov<br>rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>defelicealejandro.paula@pbgc.gov<br>baird.michael@pbgc.gov | Email |
| Counsel to Fort Bend Independent School District And Fort Bend County Levee Improvement District # 2 | Perdue Brandon Fielder Collins & Mott L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Richardson ISD | Perdue Brandon Fielder Collins & Mott LLP | Attn: Elizabeth Banda Calvo<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Counsel to Howard County Tax Office | Perdue Brandon Fielder Collins & Mott LLP | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop Hugh M. McDonald Andrew V. Alfano Alana A. Lyman<br>31 West 52nd Street<br>New York NY 10019 | andrew.troop@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com<br>alana.lyman@pillsburylaw.com | Email |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: Claire K. Wu<br>725 South Figueroa Street<br>36th Floor<br>Los Angeles CA 90017 | claire.wu@pillsburylaw.com | Email |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: L. James Dickinson<br>609 Main Street<br>Suite 2000<br>Houston TX 77002 | james.dickinson@pillsburylaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Catholic Health Initiatives Colorado CommonSpiritHealth and Centura Health Corporation | Polsinelli LLP | Attn: Randye Soref<br>2049 Century Park East<br>Suite 2900<br>Los Angeles CA 90067 | rsoref@polsinelli.com | Email |
| Counsel for Catholic Health Initiatives Colorado CommonSpiritHealth and Centura Health Corporation | Polsinelli PC | Attn: Caryn Wand<br>1201 West Peachtree Street NW<br>Suite 1100<br>Atlanta GA 30309 | cewang@polsinelli.com | Email |
| Counsel to FILO Secured Parties | Porter Hedges LLP | Attn: John F. Higgins Megan Young-John<br>1000 Main St.<br>36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com | Email |
| Counsel to Brighton Marine Inc. | Proskauer | Attn: Charles A. Dale<br>One International Place<br>Boston MA 02110-2600 | cdale@proskauer.com | Email |
| Counsel to Brighton Marine Inc. | Proskauer | Attn: David M. Hillman Maximilian A. Greenberg Elliot R. Stevens<br>Eleven Times Square<br>New York NY 10036-8299 | dhillman@proskauer.com<br>mgreenberg@proskauer.com<br>estevens@proskauer.com | Email |
| Counsel to Brighton Marine Inc. | Proskauer | Attn: Paul V. Possinger<br>Three First National Plaza<br>70 West Madison Suite 3800<br>Chicago IL 60602-4342 | ppossinger@proskauer.com | Email |
| Counsel to Post Road Equipment Finance SPV LLC | Reed Smith LLP | Attn: Jay L. Krystinik<br>2850 N. Harwood Street Suite 1500<br>Dallas TX 75201 | jkrystinik@reedsmith.com | Email |
| Counsel to Siemens Medical Solutions USA Inc. and Siemens Healthcare Diagnostics Inc. | Reed Smith LLP | Attn: Lauren S. Zabel<br>Three Logan Square Suite 3100<br>1717 Arch Street<br>Philadelphia PA 19103 | lzabel@reedsmith.com | Email |
| Counsel to Sodexo Inc. and its affiliates | Reed Smith LLP | Attn: Michael P. Cooley Esq. Taylre C. Janak Esq.<br>2850 N. Harwood Street Suite 1500<br>Dallas TX 75201 | mpcooley@reedsmith.com<br>tjanak@reedsmith.com | Email |
| Counsel to GE Healthcare Inc.; Medi-Physics Inc. dba GE Healthcare; GE Healthcare IITS USA Corp.; GE Precision Healthcare LLC; OEC Medical Systems Inc.; Datex Ohmeda Inc.; GE Medical Systems Ultrasound & Primary Care Diagnostics LLC; and GE Medical Systems Information Technologies Inc. | Reed Smith LLP | Attn: Paul D. Moak<br>1221 McKinney Street<br>Suite 2100<br>Houston TX 77010 | pmoak@reedsmith.com | Email |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 13 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to Patient Care Ombudsman Susan Goodman | Ross Smith & Binford PC | Attn: John Casey Roy<br>2901 Via Fortuna Bldg. 6<br>Suite 450<br>Austin TX 78746 | casey.roy@rsbfirm.com | Email |
| Counsel to Oncor LLC dba Utah Disaster Kleanup | Scalley Reading Bates Hansen & Rasmussen P.C. | Attn: Darwin H. Bingham<br>15 West South Temple<br>Suite 600<br>Salt Lake City UT 84101 | dbingham@scalleyreading.net | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F ST NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | Attn: David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry Street Suite 1900 Unit 18<br>Fort Worth TX 76102 | | First Class Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Antonia Apps Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to Change Healthcare LLC and UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Simon Property Group Inc. | Simon Property Group Inc. | Attn: Ronald M. Tucker Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to HealthTronics Mobile Solutions L.L.C. | Sprouse Law Firm | Attn: Marvin E. Sprouse III<br>901 Mopac Expressway South Building 1<br>Suite 300<br>Austin TX 78746 | msprouse@sprousepllc.com | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Tim Griffin<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 14 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Phil Weiser<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Delaware Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Ashley Moody<br>The Capitol Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Andrea Joy Campbell<br>One Ashburton Place<br>Boston MA 02108-1698 | andrea.campbell@state.ma.us.<br>ago@state.mass.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Aaron D. Ford<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: John Formella<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Matthew Platkin<br>RJ Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Dave Yost<br>30 E. Broad St.<br>14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Michelle Henry<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |

In re: Steward Health Care System LLC, et al.
Case No. 24-90213 (CML)

Page 15 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Rhode Island Attorney General | Attn: Peter Neronha<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of Tennessee Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Texas Attorney General | Attn: Ken Paxton<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Sean Rayes<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| Debtors | Steward Health Care System LLC | Attn: Nathalie Hibble<br>1900 N. Pearl Street Suite 2400<br>Dallas TX 75201 | nathalie.hibble@steward.org | Email |
| Counsel to Access TeleCare PLLC and Access TeleCare LLC | Streusand Landon Ozburn & Lemmon LLP | Attn: Richard D. Villa<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin TX 78746 | villa@slollp.com | Email |
| Counsel to Dell Financial Services L.L.C. | Streusand Landon Ozburn & Lemmon LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Philips North America LLC | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich Brian D. Glueckstein Benjamin S. Beller<br>125 Broad Street<br>New York NY 10004-2498 | dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bellerb@sullcrom.com | Email |
| Patient Care Ombudsman | Susan N. Goodman | Pivot Health Law LLC<br>P.O. Box 69734<br>Oro Valley AZ 85737 | sgoodman@pivothealthaz.com<br>pivothealthaz@gmail.com | Email |
| Counsel to Ashley D. Hunter | The Mckinney Law Firm P.C. | Attn: Christopher J. McKinney<br>21022 Gathering Oak<br>San Antonio TX 78260 | Chris@TheMcKinneyLawFirm.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery Acting U.S. Attorney<br>Civil Process Clerk<br>1000 Louisiana Street Suite 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov | Email |
| Counsel to The United States of America | U.S. Department of Justice | Attn: Augustus T. Curtis<br>P.O. Box 875-Ben Franklin Station<br>Washington DC 20044 | augustus.t.curtis@usdoj.gov | Email |
| Counsel to The United States of America | U.S. Department of Justice | Attn: Kirk T. Manhardt Mary A. Schmergel Augustus T. Curtis Ryan W. Lamb<br>Commercial Litigation Branch Civil Division<br>Department of Justice<br>1100 L Street N.W. Room 7208<br>Washington DC 20044 | | First Class Mail |
| Counsel to The United States of America Internal Revenue Service | United States of America Internal Revenue Service | Attn: David G. Adams<br>U.S. Department of Justice Tax Division<br>717 N. Harwood St. Suite 400<br>Dallas TX 75201 | david.g.adams@usdoj.gov | Email |
| Counsel to CHG-Meridian USA Corp. | Vedder Price P.C. | Attn: Arianna G. Goodman<br>300 Crescent Court Suite 400<br>Dallas TX 75201 | agoodman@vedderprice.com | Email |
| Counsel to CHG-Meridian USA Corp. | Vedder Price P.C. | Attn: David L. Kane; Brooke H. Blackwell<br>222 North LaSalle Street Suite 2600<br>Chicago IL 60601 | dkane@vedderprice.com<br>bblackwell@vedderprice.com | Email |
| Counsel to Medical Properties Trust Inc. and certain of its affiliates | Wachtell Lipton Rosen & Katz | Attn: Emil A. Kleinhaus Angela K. Herring Michael H. Cassel<br>51 W 52nd Street<br>New York NY 10019 | eakleinhaus@wlrk.com<br>akherring@wlrk.com<br>mhcassel@wlrk.com | Email |
| Counsel to Laboratory Corporation of America | Waldron & Schneider PLLC | Attn: Kimberly A Bartley<br>15150 Middlebrook Dr<br>Houston TX 77058 | kbartley@ws-law.com | Email |
| Counsel for the Debtors and Debtors in Possession | Weil Gotshal & Manges LLP | Attn: Candace M. Arthur David J. Cohen Justin D. Lee Jason George Ray C. Schrock<br>767 Fifth Avenue<br>New York NY 10153-0119 | candace.arthur@weil.com<br>davidj.cohen@weil.com<br>justin.d.lee@weil.com<br>jason.george@weil.com<br>ray.schrock@weil.com | Email |

In re: Steward Health Care System LLC, *et al.*
Case No. 24-90213 (CML)

Page 17 of 18

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Debtors and Debtors in Possession | Weil Gotshal & Manges LLP | Attn: Stephanie N. Morrison Clifford W. Carlson Gabriel Adam Morgan<br>700 Louisiana Street Suite 3700<br>Houston TX 77002-2784 | stephanie.morrison@weil.com<br>gabriel.morgan@weil.com<br>clifford.carlson@weil.com | Email |
| Counsel to Texas Healthcare Linen | Weinstein Radcliff Pipkin LLP | Attn: Mike F. Pipkin<br>8350 N. Central Expressway<br>Suite 1550<br>Dallas TX 75206 | mpipkin@weinrad.com | Email |
| Wells Fargo Vendor Financial Services LLC | Wells Fargo Vendor Financial Services LLC | c/o A Ricoh USA Program<br>Attn: Christine R. Etheridge<br>Bankruptcy Administration P.O. Box 13708<br>Macon GA 31208-3708 | Bankruptcy@leasingconnection.com | Email |
| Counsel to Partssource Inc | Weltman Weinberg & Reis Co. LPA | Attn: Scott D. Fink<br>965 Keynote Circle<br>Brookyn Heights OH 44131 | sfink@weltman.com | Email |
| Counsel to Cornerstone SPE LLC | Wiles & Wiles LLP | Attn: John J. Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | Email |
| Counsel to Siemens Financial Services Inc. | Winstead PC | Attn: Sean B. Davis<br>600 Travis Street Suite 5200<br>Houston TX 77002 | sbdavis@winstead.com | Email |