**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC,** *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF EXTENSION OF CERTAIN DEADLINES
AND DATES UNDER THE BIDDING PROCEDURES ORDER**

**PLEASE TAKE NOTICE THAT**, on May 6, 2024, Steward Health Care System

LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter

11 cases (the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of

title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE THAT** on June 3, 2024, this Court entered

the *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form

and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment

Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing

Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and

(IV) Granting Related Relief* (Docket No. 626) (the "**Bidding Procedures Order**")[2] approving

global bidding procedures (the "**Global Bidding Procedures**") in connection with the sale of

substantially all of the Debtors' assets, and granting other related relief.

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed
claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these
chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2]    Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the
Bidding Procedures Order or the Global Bidding Procedures, as applicable.

PLEASE TAKE FURTHER NOTICE that pursuant to the Global Bidding Procedures, the Debtors may, after consultation with the Consultation Parties, extend one or more of the Bid Deadlines for any reason whatsoever, in their reasonable business judgment, for all or certain Potential Bidders, without further order of the Bankruptcy Court, subject to providing notice to all Potential Bidders and the Consultation Parties.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, certain key dates for the Debtors' sale process have been modified as follows:

| Deadline | Stewardship Health & Extended First Round Hospitals[3] |
|---|---|
| **Bid Deadline** | July 15, 2024 at 5:00 p.m. (CT)* |
| **Qualified Bid & Baseline Bid Designation Date** | July 17, 2024* |
| **Auction** | July 18, 2024 at 10:00 a.m. (CT)* |
| **Adequate Assurance Objection Deadline and Sale Objection Deadline[4]** | July 29, 2024 at 5:00 p.m. (CT)* |
| **Proposed Sale Hearing** | July 31, 2024 at 1:00 p.m. (CT)*[5] |

*Or such earlier date with the consent of the Creditors' Committee, or later date designated by the Debtors, in each case after consultation with the Consultation Parties.*

PLEASE TAKE FURTHER NOTICE that the deadlines set forth in this notice may be further extended in accordance with the Bidding Procedures Order and Global Bidding Procedures.

---

[3]   "**Extended First Round Hospitals**" refers to all of the Debtors' Hospitals in Arizona and Massachusetts, and St. Joseph Medical Center in Texas.

[4]   To the extent the Debtors designate a Stalking Horse Bidder and serve the applicable Notice of Stalking Horse Bidder on the Sale Notice Parties (each as defined herein), the Sale Objection Deadline shall be the earlier of (i) 21 days following service of the Notice of Stalking Horse Bidder and (ii) the dates here listed.

[5]   The Proposed Sale Hearing date is subject to the Bankruptcy Court's availability, and subject to change.

**PLEASE TAKE FURTHER NOTICE** that the other dates and deadlines with respect to the First Round Hospitals, Second Round Hospitals, and Other Assets set forth in the Global Bidding Procedures are not being modified at this time.

Dated:  June 18, 2024
       Houston, Texas

  */s/  Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
       Clifford.Carlson@weil.com
       Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
       Candace.Arthur@weil.com
       DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on June 18, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.


                                           *_/s/ Clifford W. Carlson_____*
                                           Clifford W. Carlson