IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket No. 115 |

### STIPULATION EXTENDING DEBTORS' DEADLINE TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE

This stipulation (the "**Stipulation**") is entered into by and between Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**"), and the Office of the United States Trustee for Region 7 (the "**U.S. Trustee**").

WHEREAS, on May 6, 2024, the Debtors each filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

WHEREAS, on May 6, 2024, the Debtors filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

*Related Relief* (Docket No. 5) (the "**Cash Management Motion**"),[2] pursuant to which the Debtors requested, among other things, an extension of time to comply with certain requirements of section 345(b) of the Bankruptcy Code;

WHEREAS, on May 7, 2024 the Court entered an interim order approving the Cash Management Motion (Docket No. 115) (the "**Interim Cash Management Order**"), which extended the time by which the Debtors must comply with section 345(b) of the Bankruptcy Code by forty-five (45) days through and including June 21, 2024, and provides the Debtors may obtain a further extension of such 45-day period by entering into a written stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The Debtors' deadline to comply with section 345(b) of the Bankruptcy Code is extended through and including August 5, 2024.

2. Except as set forth herein, the Interim Cash Management Order shall remain in full force and effect.

3. The entry of this Stipulation is without prejudice to the Debtors' rights to seek further extensions of the Debtors' deadline to comply with section 345(b) of the Bankruptcy Code.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Date: June 19, 2024
Houston, Texas

| | |
|---|---|
|   /s/  Clifford W. Carlson |   /s/ Ha Nguyen |
| WEIL, GOTSHAL & MANGES LLP | OFFICE OF THE UNITED STATES TRUSTEE |
| Gabriel A. Morgan (24125891) | Ha Nguyen |
| Clifford W. Carlson (24090024) | Jana Smith Whitworth |
| Stephanie N. Morrison (24126930) | 515 Rusk Street, Suite 3516 |
| 700 Louisiana Street, Suite 3700 | Houston, Texas 77002 |
| Houston, Texas 77002 | Telephone: (713) 718-4650 |
| Telephone:  (713) 546-5000 | Facsimile: (713) 718-4670 |
| Facsimile:  (713) 224-9511 | Email:    Ha.Nguyen@usdoj.gov |
| Email:   Gabriel.Morgan@weil.com |           Jana.Whitworth@usdoj.gov |
|          Clifford.Carlson@weil.com | |
|          Stephanie.Morrison@weil.com | |

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Candace.Arthur@weil.com
         DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 19, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

      /s/ Clifford W. Carlson
      Clifford W. Carlson