IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM, LLC,** *et al.*, | § § § | **Case No. 24-90213 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS
OF DELTA LOCUM TENENS, LLC IN RESPONSE TO DEBTORS' ORIGINAL AND
SUPPLEMENTAL NOTICES OF CURE COSTS AND POTENTIAL ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
CONNECTION WITH SALE**

**[Relates to Dkt. No. 756 and 968]**

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES DELTA LOCUM TENENS, LLC (hereinafter "DLT"), a creditor and contract counterparty in the above-captioned jointly administered Chapter 11 cases (collectively, the "Bankruptcy Case") and submits this Limited Objection and Reservation of Rights in Response to Debtors' Original and Supplemental Notices of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Dkt. No. 756 and 968, respectively] (collectively, the "Cure Notices"), and in support of the Limited Objection, DLT would show the Court as follows:

### I.   LIMITED OBJECTIONS AND RESERVATION OF RIGHTS

1. Pursuant to 11 U.S.C. § 365(b), as a prerequisite to assumption of any executory contract Debtors have with DLT, Debtors are obligated to cure all prepetition debts owed on said executory contracts. Debtors' Cure Notices identify four (4) "Supplemental Allied Staffing Agreements" for Debtor IASIS Glenwood Regional Medical Center LP ("Glenwood") with the counterparty identified as "Delta Healthcare Providers – Staffing." *See* Dkt. 756-4 at p. 10. Delta Healthcare Providers, LLC is a separate company from DLT, making it unclear what agreements the Cure Notices are proposing to assume. DLT believes that the Debtor is intending to refer to Delta Healthcare Providers, LLC, and not to DLT or its contracts. However, out of an abundance of caution and to the extent DLT is misconstruing the Cure Notices, if and to the extent the four agreements in the Cure Notices refer to purchase orders issued under DLT's master agreement with Glenwood, then DLT objects that the Cure Notices fail to identify and propose curing the full, currently outstanding prepetition balances owed by Glenwood to DLT. To the extent not otherwise paid and satisfied under the Court's interim or final authorizations for Debtors to pay prepetition wages, etc., owed to employees and contractors,[1] Glenwood's prepetition debts owed to DLT total $417,205.38.

2. Furthermore, to the extent not otherwise paid and satisfied under the Court's interim or final authorizations for Debtors to pay prepetition wages, etc., DLT is owed $27,022.26 for prepetition work, goods, services, contractors, and/or consultants DLT furnished to Sharon Regional Medical Center ("Sharon Regional"). To the extent Debtors propose any assumption of any purchase orders, work orders, staffing requests, or services agreement(s) with DLT relating to

---

[1] *See* Dkt. 86, 137, and 612.

Sharon Regional Medical Center, then DLT objects to same to the extent this prepetition balance is not satisfied prior to assumption.

## II.   CONCLUSION

This is a limited, provisional objection and DLT reserves all rights to amend or supplement this objection as further information becomes available or relief is requested by Debtors or any other party in interest. For the reasons set forth above, DLT respectfully requests that the Court deny any requests by Debtors for authority to assume any executory contract(s) with DLT pertaining to Glenwood or Sharon Regional absent Debtors' agreement to promptly cure of the above-stated outstanding amounts due and owing to DLT, and for all further relief to which DLT show itself justly entitled.

Dated: June 24, 2024.   Respectfully submitted,

*/s/Robert C. Rowe*
J. Michael Sutherland
  Texas State Bar No. 19524200
  Southern Dist. Admin. No. 13736
Robert C. Rowe
  Texas State Bar No. 24086253
  Southern Dist. Admin. No. 3782278
**CARRINGTON, COLEMAN, SLOMAN**
 **& BLUMENTHAL, L.L.P.**
901 Main St., Suite 5500
Dallas, TX  75202
Telephone:    214-855-3000
Facsimile:    214- 580-2641
Email: msutherland@ccsb.com
             rrowe@ccsb.com

*Texas Bankruptcy Counsel for*
*Delta Locum Tenens, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on all parties receiving ECF-Notice in this case, on this 24th day of June, 2024.

 _/s/Robert C. Rowe_
Robert C. Rowe