24-90213
24-90212

[CASE STYLE]

## MOTION FOR A VIRTUAL HEARING

**Vivian Denise Harden** (the "Movant") files this Motion for a Virtual Hearing under Section H of the Procedures for Complex Cases in the Southern District of Texas (the "Complex Procedures").

Hearing Date: **July 23, 2024**
Hearing Time: **1:00 pm**
Matter(s) scheduled for hearing:

Name of Motion/Application Date Filed Docket No.

**VIRTUAL HEARING**

United States Courts
Southern District of Texas
FILED

JUN 26 2024

Nathan Ochsner, Clerk of Court

The Movant requests a virtual hearing at which no in-person attendance would be permitted. All participants would be required to attend as remote participants in accordance with Section H of the Procedures for Complex Cases. The Movant requests a virtual hearing for the following reasons:

**Asking Bankruptcy and Bankruptcy Stay to be Removed from Case No. 24-90213 (cml) Case No. 24-90212 (cml) Claim w/its file for Ins. Claim - See Papers Exhibit 1-11 + 5A Exhibit**

The following parties are believed to have a significant interest in the outcome of the hearing and have indicated their position to a virtual hearing as follows:

Name of Party Counsel (if known) Consent/Oppose

Date: _____

Signature Block
[SERVICE]
[CASE STYLE]

## ORDER SETTING VIRTUAL HEARING

The hearing(s) scheduled in this case for [INCLUDE DATE AND TIME] will be virtual hearing(s) under Section H of the Procedures for Complex Cases in the Southern District of Texas (the "Complex Procedures"). <u>No in-person attendance will be allowed.</u> All participants are required to attend as remote participants in accordance with Section G of the Complex Procedures. Audio and video connection instructions are available on the Court's website. The matters scheduled for hearing are:

Name of Motion/Application Date Filed Docket No.

**Vivian Denise Harden**
**401 E. Dunbar Dr. Apt-39**
**Tempe, AZ 85282**    **4808266154**

https://www.txs.uscourts.gov/sites/txs/files/MotionandOrderforVirtualHearing7-22-21.docx

5/30/24, 10:06 AM
Page 1 of 2