**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC**, *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

## <u>NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM</u>

**TO:   ALL PERSONS OR ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY
DEBTOR(S)  LISTED BELOW.**

**PLEASE TAKE NOTICE THAT:**

1.     On May 6, 2024 (the "**Petition Date**"), Steward Health Care System LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**").   Attached hereto as <u>Exhibit A</u> are the name, federal tax identification number and the case number for each of the Debtors.

## <u>BAR DATES</u>

2.     On July 11, 2024, the Court entered the *Order (I) Establishing Deadlines and Procedures for Filing Proofs of Claim; (II) Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief* (Docket No. 1564) (the "**Bar Date Order**"),[2] pursuant to which the Court established **August 23, 2024 at 5:00 p.m. (Central Time)** (the "**General Bar Date**") as the deadline for non-governmental units to file Proofs of Claim against any Debtor and **November 4, 2024 at 5:00 p.m. (Central Time)** for governmental unites (the "**Governmental Bar Date**" and, together with the General Bar Date, the "**Bar Dates**").

3.     **<u>The Bar Dates apply to all claims against any of the Debtors that arose before the Petition Date</u>**, including, but not limited to, claims against the Debtors arising under

---

[1]     A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

section 503(b)(9) of the Bankruptcy Code;[3] *provided*, *however*, that the Bar Dates do not apply to the "Excluded Claims" listed in paragraph 6 below.

## PROCEDURES FOR FILING CLAIMS
## AGAINST ABOVE-REFERENCED DEBTORS:

4.      Pursuant to the Bar Date Order the Court established certain procedures for filing proofs of claim, which procedures are summarized in this notice for your convenience.

5.      Unless you fall into one of the "Excluded Claim" categories listed in paragraph 6 below, you **MUST** file a proof of claim if you have any claim against any of the Debtors that arose before the Petition Date.  Acts or omissions that occurred before the Petition Date may give rise to claims, including, but not limited to, personal injury or asbestos claims for which injury has not yet manifested, and are subject to the Bar Dates even if the claims may not have become known or fixed or liquidated until after the Petition Date.  Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

6.      The Bar Date Order provide that creditors do NOT have to file proofs of claim by the Bar Dates for the types of claims listed below in this paragraph 6 (collectively, the "**Excluded Claims**").  You may, but are not required to, file a proof of claim at this time for any Excluded Claim.  The Court may enter one or more separate orders at a later time requiring creditors to file proofs of claim for some kinds of Excluded Claims and setting related deadlines.  If the Court does enter such an order, you will receive notice of it.  Excluded Claims include:

   a.   the Office of the United States Trustee for Region 7, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

   b.   any person or entity that has already properly filed or submitted a Proof of Claim against the correct Debtor(s), but only with respect to the particular claim that was properly filed against the correct Debtor(s);

   c.   any person or entity (i) whose claim is listed in the Schedules or any amendments thereto, (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim as set forth in the Schedules (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules);

---

[3]      A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of any goods received by the Debtors within twenty (20) days before Petition Date, provided that the goods were sold to the Debtors in the ordinary course of the Debtors' business.

d.  any entity that holds a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including any professionals retained by the Debtors or any statutory committee pursuant to orders of this Court that asserts administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code, but, in each case, solely to the extent of such administrative claim(s);

e.  any party that is exempt from filing a Proof of Claim pursuant to an order of the Court in these chapter 11 cases, including, without limitation, pursuant to the interim or final orders approving the Debtors' postpetition debtor in possession credit facilities;

f.  any person or entity whose claim has been paid in full by the Debtors pursuant to the Bankruptcy Code or in accordance with an order of the Court;

g.  any person or entity holding an equity security (as defined in section 101(16) of the Bankruptcy Code) in any Debtor solely with respect to such equity security interest; provided that if any such holder also wishes to assert a claim against (as opposed to an equity security interest in) any Debtor, including, but not limited to, a claim arising from the purchase or sale of a security of any Debtor or rescission under section 510 of the Bankruptcy Code, such holder must submit a Proof of Claim asserting such claim on or before the applicable Bar Date;

h.  any Debtor asserting a claim against another Debtor;

i.  any claim held by a Patient for refunds arising in the ordinary course of business that the Debtors have been previously authorized to pay by order of the Court;

j.  any entity whose claim is solely against any non-Debtor affiliate(s);

k.  any non-Debtor affiliate asserting a claim against a Debtor affiliate;

l.  any person or entity whose claim against the Debtors has been allowed by an order of the Court, entered on or before the applicable Bar Date;

m.  all Prepetition Secured Parties, as defined in the *Final Order (I) Authorizing the Debtors to (A) Obtain Junior Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Provide Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (Docket No. 625); and

n.  any claim of a current employee of the Debtors for unused paid time off.

3

7.     **THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

8.     If the Debtors file (i) any schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules**") and identify parties not included on their creditor matrix as of the time you receive this notice, or make (ii) an amendment (an "**Amendment**") to any of the Schedules that (a) reduces the undisputed, noncontingent, and liquidated amount of the claim, or (b) changes the nature or characterization of that claim, or (c) adds a new claim to the Schedules, the Debtors will give notice of that Amendment to the holders of the claims that are affected by it, and those holders will be given an opportunity to file proofs of claim or, to the extent necessary, amend any previously-filed proof of claim by the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) thirty (30) days after the claimant is served with notice of the applicable Amendment.  Any amended proof of claim or subsequently filed proof of claim shall be deemed to have superseded any prior proof of claim filed with respect to that amended claim.

9.     The Bankruptcy Code provides that debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory contracts or unexpired leases.  If your contract or lease is rejected, you may have a claim resulting from that rejection.  The deadline to file a proof of claim for damages relating to the rejection of the contract or lease is the later of (a) the General Bar Date or Governmental Bar Date, as applicable, or (b) thirty (30) days after entry of any order authorizing the rejection of the contract or lease.

**INSTRUCTIONS FOR FILING PROOFS OF CLAIM:**

10.     If you file a proof of claim, your filed proof of claim must (i) be legible; (ii) include a claim amount denominated in United States dollars using, if applicable, the exchange rate as of 5:00 p.m. (Central Time) on the Petition Date (and to the extent such claim is converted to United States dollars, state the rate used in such conversion); (iii) conform substantially to the proof of claim form provided by the Debtors or Official Form 410; (iv) set forth with reasonable specificity the legal and factual basis for the alleged claim; and (v) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.  The Debtors are enclosing a proof of claim form for use in these chapter 11 cases.  Each proof of claim must state a claim against only one Debtor and clearly indicate the Debtor against which the claim is asserted.  If your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as contingent, unliquidated or disputed.  You will receive a different proof of claim form for each claim scheduled in your name by the Debtors.  If you require additional proof of claim forms, you may obtain a proof of claim form from any bankruptcy court clerk's office, your lawyer, certain business supply stores, or by accessing the Debtors' bankruptcy administration website, at https://restructuring.ra.kroll.com/Steward.

11.     If your claim asserts a security interest in property of the Debtors, your proof of claim must be accompanied by evidence that such security interest has been perfected.  If,

however, such documentation is voluminous, upon consent of the Debtors' counsel, your proof of claim may include a summary of such documentation or an explanation as to why such documentation is not available, *provided* that any creditor that received such consent shall be required to transmit such writings to Debtors' counsel upon request no later than ten (10) days from the date of such request.

        12.    Your proof of claim form must be filed so as to be RECEIVED on or before **August 23, 2024 at 5:00 p.m. (Central Time)** for general creditors (non-governmental units), and **November 4, 2024 at 5:00 p.m. (Central Time)** for governmental units.  You can file your proof(s) of claim (i) electronically through Kroll, at https://restructuring.ra.kroll.com/Steward; (ii) electronically through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov; or (iii) by delivering the original proof(s) of claim to Kroll by first class mail, overnight mail or hand delivery at the following address:[4]

| If by First-Class Mail | If by Hand Delivery or Overnight Mail |
|---|---|
| Steward Health Care System LLC, *et al.*, Claims processing Center c/o Kroll Restructuring Administration LLC Grand Central Station PO Box 4850 New York, NY 10163-4850 | Steward Health Care System LLC, *et al.*, Claims Processing Center c/o Kroll Restructuring Administration LLC 850 3rd Avenue, Suite 412 Brooklyn, NY 11232 |

***Kroll will not accept a proof of claim sent by facsimile or e-mail, and any proof of claim submitted via facsimile or e-mail will be disregarded.***

**CONSEQUENCES OF MISSING DEADLINES FOR FILING CLAIMS:**

        **13.    EXCEPT WITH RESPECT TO EXCLUDED CLAIMS (AS DESCRIBED IN PARAGRAPH SIX (6) ABOVE), IF YOU FAIL TO FILE A PROOF OF CLAIM SO THAT IT IS ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE ON ACCOUNT OF ANY CLAIM YOU WISH TO ASSERT AGAINST THE DEBTORS, THEN YOU WILL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR FOR VOTING OR DISTRIBUTION PURPOSES WITH RESPECT TO THE CHAPTER 11 CASES.**

**EXAMINATION OF BAR DATE ORDER AND SCHEDULES:**

        14.    Copies of the Bar Date Order, the Schedules (once filed), and other information regarding the Debtors' chapter 11 cases are available for inspection free of charge on the Debtors' bankruptcy administration website, at https://restructuring.ra.kroll.com/Steward, maintained by the Debtors' claims and noticing agent, Kroll.  Copies of the Schedules and other documents filed in these chapter 11 cases may also be examined between the hours of 8:00 a.m. and 5:00 p.m. (Central Time), Monday through Friday, at the Office of the Clerk of the Court,

---

[4]    Proofs of Claim filed by Patients will be treated in accordance with the Patient Privacy Procedures Order (Docket No. 88) and any further order of the Court.

515 Rusk Avenue, Houston, TX 77002.

**QUESTIONS:**

       15.    Proof of claim forms and a copy of the Bar Date Order may be obtained by visiting Kroll's website at https://restructuring.ra.kroll.com/Steward. Kroll cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to Kroll through email at StewardInfo@ra.kroll.com or by calling Kroll at 888.505.1257 (Toll-Free Number within the U.S./Canada) and 646.893.5546 (International). Please note that neither Kroll's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice. Kroll cannot advise you how to file, or whether you should file, a proof of claim.

---

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

---

# Exhibit A

**Debtor Information**

| Name of Debtor | Case Number | Employer Identification Number | Name of Debtor | Case Number | Employer Identification Number |
|---|---|---|---|---|---|
| SJ Medical Center, LLC | 24-90210 (CML) | 20-4835578 | Brim Holding Company, Inc. | 24-90261 (CML) | 20-1249189 |
| Downtown Houston Physician Hospital Organization | 24-90211 (CML) | 26-2994243 | Brim Physicians Group of Colorado, LLC | 24-90266 (CML) | 27-3297741 |
| Steward Health Care Holdings LLC | 24-90212 (CML) | 90-0736306 | Choice Care Clinic I, Inc. | 24-90278 (CML) | 20-5936914 |
| Steward Health Care System LLC | 24-90213 (CML) | 27-2473240 | Choice Care Clinic II, Inc. | 24-90283 (CML) | 20-5815195 |
| Arizona Diagnostic & Surgical Center, Inc. | 24-90214 (CML) | 62-1799439 | Choice Care Clinic III, Inc. | 24-90287 (CML) | 45-5454036 |
| Beaumont Hospital Holdings, Inc. | 24-90215 (CML) | 62-1796501 | Choice Care Clinic of Louisiana, Inc. | 24-90291 (CML) | 45-4067134 |
| Biltmore Surgery Center Holdings, Inc. | 24-90216 (CML) | 62-1796499 | Choice Care Clinic of Utah, Inc. | 24-90299 (CML) | 45-4317705 |
| Biltmore Surgery Center, Inc. | 24-90217 (CML) | 86-0837176 | Converse Medical Center LLC | 24-90306 (CML) | 30-0820305 |
| Blackstone Medical Center, Inc. | 24-90219 (CML) | 45-2465102 | Davis Hospital & Medical Center, LP | 24-90315 (CML) | 68-0562507 |
| Blackstone Rehabilitation Hospital, Inc. | 24-90223 (CML) | 36-4706538 | Davis Hospital Holdings, Inc. | 24-90318 (CML) | 62-1795217 |
| Boston Orthopedic Center, LLC | 24-90225 (CML) | N/A | Davis Surgical Center Holdings, Inc. | 24-90324 (CML) | 62-1796493 |
| Boston Sports Medicine and Research Institute, LLC | 24-90230 (CML) | N/A | De Zavala Medical Center LLC | 24-90340 (CML) | 30-0879734 |
| Brevard SHC Holdings LLC | 24-90236 (CML) | 82-1041977 | Glenwood Specialty Imaging, LLC | 24-90344 (CML) | 20-4166415 |
| Brim Healthcare of Colorado, LLC | 24-90242 (CML) | 03-0582147 | HC Essential Co. | 24-90347 (CML) | 47-3474893 |
| Brim Healthcare of Texas, LLC | 24-90248 (CML) | 26-4178850 | Health Choice Florida, Inc. | 24-90350 (CML) | 46-4707361 |

| | | | | | |
|---|---|---|---|---|---|
| Health Choice Louisiana, Inc. | 24-90218 (CML) | 47-2577669 | IASIS Finance III LLC | 24-90285 (CML) | 38-3915345 |
| Health Choice Managed Care Solutions LLC | 24-90224 (CML) | 32-0509769 | IASIS Finance, Inc. | 24-90290 (CML) | 62-1797792 |
| Health Choice Northern Arizona LLC | 24-90227 (CML) | 35-2516234 | IASIS Finance Texas Holdings, LLC | 24-90295 (CML) | 20-1311933 |
| Health Choice Preferred Accountable Care LLC | 24-90229 (CML) | 90-0855282 | IASIS Glenwood Regional Medical Center, LP | 24-90301 (CML) | 20-5249827 |
| Health Choice Preferred Louisiana ACO LLC | 24-90234 (CML) | 32-0452767 | IASIS Healthcare Corporation | 24-90311 (CML) | 76-0450619 |
| Health Choice Preferred Louisiana Physician Association LLC | 24-90237 (CML) | 32-0451446 | IASIS Healthcare Holdings, Inc. | 24-90317 (CML) | 62-1798194 |
| Health Choice Preferred Texas ACO – Alamo Region LLC | 24-90239 (CML) | 61-1763415 | IASIS Healthcare LLC | 24-90319 (CML) | 20-1150104 |
| Health Choice Preferred Texas ACO – Gulf Coast Region LLC | 24-90244 (CML) | 35-2534381 | IASIS Management Company | 24-90322 (CML) | 62-1797795 |
| Health Choice Preferred Texas Physician Association – Alamo Region LLC | 24-90250 (CML) | 36-4811294 | IASIS Transco, Inc. | 24-90325 (CML) | 62-1801016 |
| Health Choice Preferred Texas Physician Association – Gulf Coast Region LLC | 24-90253 (CML) | 35-2534523 | Indigent Care Services of Northeast Louisiana, Inc. | 24-90247 (CML) | 62-1796513 |
| Health Choice Utah Accountable Care LLC | 24-90257 (CML) | 30-0740157 | Jordan Valley Hospital Holdings, Inc. | 24-90252 (CML) | 62-1795215 |
| HealthUtah Holdco LLC | 24-90262 (CML) | 35-2569545 | Jordan Valley Medical Center, LP | 24-90263 (CML) | 82-0588653 |
| Heritage Technologies, LLC | 24-90273 (CML) | 86-0805100 | Legacy Trails Medical Center LLC | 24-90269 (CML) | 61-1744649 |
| IASIS Capital Corporation | 24-90276 (CML) | 20-1278389 | Mesa General Hospital, LP | 24-90277 (CML) | 62-1795590 |
| IASIS Finance II LLC | 24-90281 (CML) | 46-3646796 | Morton Hospital, A Steward Family Hospital, Inc. | 24-90282 (CML) | 45-1209304 |

| Mountain Point Holdings, LLC | 24-90289 (CML) | 81-1072595 | Physician Group of Utah, Inc. | 24-90220 (CML) | 62-1801973 |
|---|---|---|---|---|---|
| Mountain Vista Medical Center, LP | 24-90297 (CML) | 20-2066363 | Podiatric Physicians Management of Arizona, Inc. | 24-90226 (CML) | 86-0846514 |
| MT Transition LP | 24-90303 (CML) | 62-1795584 | PP Transition, Inc. | 24-90228 (CML) | 62-1797790 |
| Nashoba Valley Medical Center, A Steward Family Hospital, Inc. | 24-90313 (CML) | 27-4157855 | PP Transition LP | 24-90231 (CML) | 62-1795583 |
| New England Sinai Hospital, A Steward Family Hospital, Inc. | 24-90329 (CML) | 90-0813115 | Quincy Medical Center, A Steward Family Hospital, Inc. | 24-90235 (CML) | 45-2465238 |
| Odessa Fertility Lab, Inc. | 24-90334 (CML) | 62-1796497 | Riverwoods ASC Holdco LLC | 24-90241 (CML) | 34-4016363 |
| Odessa Regional Hospital, LP | 24-90348 (CML) | 62-1795574 | Salt Lake Regional Medical Center, LP | 24-90245 (CML) | 62-1795214 |
| OnSite Care, Inc. | 24-90352 (CML) | 20-5772510 | Salt Lake Regional Physicians, Inc. | 24-90251 (CML) | 62-1795211 |
| OnSite Care MSO, LLC | 24-90358 (CML) | 87-1690881 | Seaboard Development LLC | 24-90256 (CML) | 62-1756039 |
| Permian Basin Clinical Services, Inc. | 24-90365 (CML) | 86-1175133 | Seaboard Development Port Arthur LLC | 24-90258 (CML) | 80-0808748 |
| Permian Premier Health Services, Inc. | 24-90371 (CML) | 13-4334288 | SHC Youngstown Ohio Laboratory Services Company LLC | 24-90267 (CML) | 82-1003734 |
| Physician Group of Arizona, Inc. | 24-90373 (CML) | 26-2055034 | SHC Youngstown Ohio Outpatient Services LLC | 24-90270 (CML) | 82-1003850 |
| Physician Group of Arkansas, Inc. | 24-90374 (CML) | 45-5503617 | SHC Youngstown Ohio PSC LLC | 24-90274 (CML) | 82-0970767 |
| Physician Group of Florida, Inc. | 24-90375 (CML) | 62-1801013 | Southridge Plaza Holdings, Inc. | 24-90275 (CML) | 62-1796491 |
| Physician Group of Louisiana, Inc. | 24-90376 (CML) | 27-0345822 | Southwest General Hospital, LP | 24-90280 (CML) | 62-1795572 |

| | | | | | |
|---|---|---|---|---|---|
| St. Luke's Behavioral Hospital, LP | 24-90284 (CML) | 62-1795588 | Steward Employer Solutions LLC | 24-90355 (CML) | 87-3083325 |
| St. Luke's Medical Center, LP | 24-90294 (CML) | 62-1795587 | Steward Fall River Management Care Services LLC | 24-90356 (CML) | 27-3074966 |
| Steward Accountable Care Organization, Inc. | 24-90302 (CML) | 87-1021140 | Steward Florida ALF LLC | 24-90359 (CML) | 82-0625232 |
| Steward Anesthesiology Physicians of Florida, Inc. | 24-90307 (CML) | 84-3108147 | Steward Florida ASC LLC | 24-90361 (CML) | 82-0625034 |
| Steward Anesthesiology Physicians of Massachusetts, Inc. | 24-90310 (CML) | 86-3579509 | Steward Florida Holdings LLC | 24-90222 (CML) | 81-5437399 |
| Steward Anesthesiology Physicians of Pennsylvania, Inc. | 24-90328 (CML) | 84-2405654 | Steward FMC, Inc. | 24-90233 (CML) | 86-2639465 |
| Steward ASC Holdings LLC | 24-90332 (CML) | N/A | Steward Good Samaritan Medical Center, Inc. | 24-90240 (CML) | 27-2473728 |
| Steward Carney Hospital, Inc. | 24-90336 (CML) | 27-2473755 | Steward Good Samaritan Occupational Health Services, Inc. | 24-90246 (CML) | 27-3075262 |
| Steward CGH, Inc. | 24-90339 (CML) | 86-2608394 | Steward Good Samaritan Radiation Oncology Center, Inc. | 24-90255 (CML) | 27-3075381 |
| Steward Easton Hospital, Inc. | 24-90341 (CML) | 81-5354718 | Steward Health Care International LLC | 24-90260 (CML) | 27-2490096 |
| Steward Emergency Physicians, Inc. | 24-90343 (CML) | 27-3676242 | Steward Health Care Network ACO Texas, Inc. | 24-90265 (CML) | 85-0554003 |
| Steward Emergency Physicians of Arizona, Inc. | 24-90346 (CML) | 83-3494977 | Steward Health Care Network, Inc. | 24-90271 (CML) | 27-3075212 |
| Steward Emergency Physicians of Florida, Inc. | 24-90349 (CML) | 85-2185518 | Steward Health Care OZ Fund, Inc. | 24-90279 (CML) | 87-1449264 |
| Steward Emergency Physicians of Pennsylvania, Inc. | 24-90351 (CML) | 84-2424854 | Steward Health Choice, Inc. | 24-90286 (CML) | 46-2210067 |
| Steward Emergency Physicians Ohio, Inc. | 24-90353 (CML) | 83-1799216 | Steward Healthcare Management Services LLC | 24-90293 (CML) | 37-1743783 |

| | | | | | |
|---|---|---|---|---|---|
| Steward HH, Inc. | 24-90298 (CML) | 86-2669849 | Steward NSMC, Inc. | 24-90367 (CML) | 86-2695690 |
| Steward Hillside Rehabilitation Hospital, Inc. | 24-90304 (CML) | 81-5446091 | Steward Ohio Holdings LLC | 24-90368 (CML) | 81-5446526 |
| Steward Holy Family Hospital, Inc. | 24-90309 (CML) | 27-2473701 | Steward Operations Holdings LLC | 24-90369 (CML) | 27-2490041 |
| Steward Hospital Holdings LLC | 24-90314 (CML) | 27-2473450 | Steward Pathology Physicians of Massachusetts, Inc. | 24-90370 (CML) | 86-3272560 |
| Steward Hospital Holdings Subsidiary One, Inc. | 24-90320 (CML) | 45-2465023 | Steward Pennsylvania Holdings LLC | 24-90372 (CML) | 81-5446402 |
| Steward Imaging & Radiology Holdings LLC | 24-90326 (CML) | 27-2473484 | Steward PET Imaging, LLC | 24-90221 (CML) | 42-1556663 |
| Steward Medicaid Care Network, Inc. | 24-90331 (CML) | 81-4107389 | Steward PGH, Inc. | 24-90232 (CML) | 86-2724926 |
| Steward Medical Group Express Care, Inc. | 24-90337 (CML) | 46-5491210 | Steward Physician Contracting, Inc. | 24-90238 (CML) | 27-3676310 |
| Steward Medical Group, Inc. | 24-90362 (CML) | 27-2777455 | Steward Radiology Physicians of Arizona, Inc. | 24-90243 (CML) | 84-3808703 |
| Steward Medical Group Pennsylvania Endoscopy LLC | 24-90354 (CML) | 82-0799612 | Steward Radiology Physicians of Florida, Inc. | 24-90249 (CML) | 85-2197478 |
| Steward Medical Holdings LLC | 24-90357 (CML) | 27-3074900 | Steward Radiology Physicians of Massachusetts, Inc. | 24-90254 (CML) | 86-3181864 |
| Steward Medical Ventures, Inc. | 24-90360 (CML) | N/A | Steward Radiology Physicians of Pennsylvania, Inc. | 24-90259 (CML) | 84-2434262 |
| Steward Melbourne Hospital, Inc. | 24-90363 (CML) | 81-5354550 | Steward Rockledge Hospital, Inc. | 24-90264 (CML) | 81-5437018 |
| Steward New England Initiatives, Inc. | 24-90364 (CML) | 27-3075043 | Steward SA FSED Holdings, Inc. | 24-90268 (CML) | 83-2091840 |
| Steward Norwood Hospital, Inc. | 24-90366 (CML) | 27-2473602 | Steward Sebastian River Medical Center, Inc. | 24-90272 (CML) | 81-5437273 |

| | | | | | |
|---|---|---|---|---|---|
| Steward Sharon Regional Health System, Inc. | 24-90288 (CML) | 81-5457135 | Steward West Ventures Co. | 24-90323 (CML) | 84-3814117 |
| Steward Special Projects LLC | 24-90292 (CML) | 27-4022750 | Stewardship Health, Inc. | 24-90327 (CML) | 93-4645903 |
| Steward St. Anne's Hospital Corporation | 24-90296 (CML) | 27-2473637 | Stewardship Health Medical Group, Inc. | 24-90330 (CML) | 93-4834210 |
| Steward St. Elizabeth's Medical Center of Boston, Inc. | 24-90300 (CML) | 27-2473667 | Stewardship Services Inc. | 24-90333 (CML) | N/A |
| Steward St. Elizabeth's Realty Corp. | 24-90305 (CML) | 27-3075169 | The Medical Center of Southeast Texas, LP | 24-90335 (CML) | 27-0060569 |
| Steward Texas Hospital Holdings LLC | 24-90308 (CML) | 83-2900290 | TNC Transition LP | 24-90338 (CML) | 62-1795580 |
| Steward Trumbull Memorial Hospital, Inc. | 24-90312 (CML) | 81-5457243 | TRACO Investment Management LLC | 24-90342 (CML) | 85-2650418 |
| Steward TSC Investments LLC | 24-90316 (CML) | N/A | Utah Transcription Services, Inc. | 24-90345 (CML) | 62-1795212 |
| Steward Valley Regional Ventures, Inc. | 24-90321 (CML) | 27-3075090 | | | |