IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**AGENDA OF MATTER SET FOR HYBRID
HEARING ON JULY 16, 2024 AT 10:00 A.M. (CENTRAL TIME)**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON JULY 16, 2024 AT 10:00 A.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matter Set for Hearing on **July 16, 2024 at 10:00 a.m. (Central Time)** before the Honorable Christopher M. Lopez.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

I.  **CONTESTED MATTER**

   1. **Motion for Relief from Automatic Stay (Docket No. 764)**

      Status:  This matter is going forward on a contested basis.

      Responses Filed:

      A.  Objection of Debtors to Motion for Relief from Automatic Stay Filed by Shemeca Samuel **(Docket No. 1220)**

      B.  Joinder of Official Committee of Unsecured Creditors to Objection of Debtors to Motion for Relief from Automatic Stay Filed by Shemeca Samuel **(Docket No. 1582**)

      Related Documents:

      C.  Declaration of Eugene Sullivan in Support of Objection of Debtors to Motion for Relief from Automatic Stay Filed by Shemeca Samuel **(Docket No. 1220-1)**

      D.  Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology **(Docket No. 1556)**

      E.  Witness and Exhibit List for hearing on July 16, 2024 **(Docket No. 1574)**

Dated: July 15, 2024
       Houston, Texas

    /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Clifford.Carlson@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
          Candace.Arthur@weil.com
          DavidJ.Cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on July 15, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Clifford W. Carlson*
                                             Clifford W. Carlson