## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
|  | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

### NOTICE OF FURTHER EXTENSION OF CERTAIN DEADLINES AND DATES UNDER THE BIDDING PROCEDURES ORDER (STEWARDSHIP)

**PLEASE TAKE NOTICE** that, on May 6, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2024, this Court entered the *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief* (Docket No. 626) (the "**Bidding Procedures Order**")[2] approving global bidding procedures (the "**Global Bidding Procedures**") in connection with the sale of substantially all of the Debtors' assets, and granting other related relief.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Order or the Global Bidding Procedures, as applicable.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Global Bidding Procedures, the Debtors may, after consultation with the Consultation Parties, extend one or more of the Bid Deadlines for any reason whatsoever, in their reasonable business judgment, for all or certain Potential Bidders, without further order of the Bankruptcy Court, subject to providing notice to all Potential Bidders and the Consultation Parties.

PLEASE TAKE FURTHER NOTICE that, on June 18, 2024, the Debtors filed the *Notice of Extension of Certain Deadlines and Dates under the Bidding Procedures Order* (Docket No. 895) (the "**Extension Notice**") extending certain key dates for the Debtors' sale process with respect to certain assets, including Stewardship Health.  Pursuant to the Extension Notice, the Bid Deadline for Stewardship Health was set for July 15, 2024 at 5:00 p.m. (Central Time).

PLEASE TAKE FURTHER NOTICE that the Debtors are engaged in ongoing discussions with multiple parties interested in acquiring Stewardship Health.  To afford such parties additional time to finalize their bids, pursuant to the Bidding Procedures Order, after consultation with the Consultation Parties, the Stewardship Health dates are being extended as follows:[3]

| Deadline | Stewardship Health |
|---|---|
| **Bid Deadline** | July 22, 2024 at 5:00 p.m. (Central Time) |
| **Auction** | July 25, 2024 at 10:00 a.m. (Central Time) |

---

[3] The Debtors may reschedule such dates to an earlier date with the consent of the Creditors' Committee, or a later date designated by the Debtors, in each case after consultation with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that, the Sale Hearing, the Adequate Assurance Objection Deadline, and Sale Objection Deadline for Stewardship Health as outlined on Docket No. 895 each remain unchanged.

**PLEASE TAKE FURTHER NOTICE** that, the deadlines set forth in this notice may be further extended in accordance with the Bidding Procedures Order and Global Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, the other dates and deadlines with respect to the First Round Hospitals, Extended First Round Hospitals, Arizona Hospitals, Second Round Hospitals, and Other Assets set forth in the Global Bidding Procedures are not modified by this notice.

Dated:  July 15, 2024
        Houston, Texas

                                      /s/  Clifford W. Carlson
                                    WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
            Clifford.Carlson@weil.com
            Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
            Candace.Arthur@weil.com
            DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on July 15, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Clifford W. Carlson*
                                           Clifford W. Carlson