IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al*.[1] | ) ) ) | Case No.: 24-90213 (CML) |
| | ) ) | (Jointly Administered) |
| Debtors. | ) ) | |

**VERIFIED RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Forshey & Prostok, LLP ("F&P"), submits this *Verified Rule 2019 Statement of Multiple Representation* (the "Verified Statement") to provide the following information:

1. F&P represents the following parties-in-interest (each, an "Entity," and together, the "Entities") with respect to the above-captioned matters:

    a. Regional Professional Building, L.P.;

    b. S.K. Rao, M.D., P.A.; and

    c. Salesforce, Inc.

2. The Entities have a claim against one or more of the above-captioned debtors (the "Debtors"), and the nature of each Entity's claim is described in Exhibit A attached hereto. F&P represents each of these Entities individually. The Entities represented by F&P do not constitute a committee of any kind.

3. The Entities, as listed on Exhibit A, have consented to multiple representation by F&P in the above-captioned matters, and F&P is expressly authorized to represent the Entities.

4. F&P does not hold a disclosable economic interest in or against the Debtors.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

5. F&P reserves the right to amend or supplement this Verified Statement as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 17, 2024         */s/ J. Robert Forshey*  
                                          J. Robert Forshey

Dated: July 17, 2024.         Respectfully submitted,

*/s/ J. Robert Forshey*  
J. Robert Forshey  
State Bar No. 07264200  
Jeff P. Prostok  
State Bar No. 16352500  
Lynda L. Lankford  
State Bar No. 11935020  
FORSHEY & PROSTOK LLP  
777 Main St., Suite 1550  
Ft. Worth, TX 76102  
Telephone: (817) 877-8855  
Facsimile: (817) 877-4151  
bforshey@forsheyprostok.com  
jprostok@forsheyprostok.com  
llankford@forsheyprostok.com  

**Attorneys for Regional Professional Building, L.P.; and S.K. Rao, M.D., P.A.; and Salesforce, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF System on July 17, 2024.

                                         */s/ J. Robert Forshey*  
                                         J. Robert Forshey

L:\BFORSHEY\PeakCM (Steward Health) #6471\Pleadings\Rule 2019 Disclosure - 6.25.24.docx

**EXHIBIT A**

|   | Name and Address | Nature of Claim or Interest[2] | Amount of Claim[3] |
|---|---|---|---|
| 1. | Regional Professional Building, L.P. 2501 Jimmy Johnson Blvd., Suite 500, Port Arthur, TX 77640 | Unsecured Creditor—Landlord | Unknown—possible claim(s) under review |
| 2. | S.K. Rao, M.D., P.A. 2501 Jimmy Johnson Blvd., Suite 500, Port Arthur, TX 77640 | Unsecured Creditor—Medical professional | Unknown—possible claim(s) under review |
| 3. | Salesforce, Inc. | Unsecured Creditor—Software application services | Unknown—possible claim(s) under review |

---

[2] The "Nature of the Claim" description provided herein is not intended to be an exclusive list of all potential claims, and the parties listed on this Exhibit A specifically reserve the right to assert claims other than those which are described herein.

[3] The "Amount of Claim" provided herein is not intended to be an exclusive amount of the potential claim and the parties listed on this Exhibit A specifically reserve the right to assert a different amount other than that which is listed.