IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**NOTICE OF HEARING**
**SCHEDULED FOR JULY 31, 2024 AT 1:00 P.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE** that, on June 3, 2024, this Court entered the *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief* (Docket No. 626) (the "**Bidding Procedures Order**")[2] approving global bidding procedures in connection with the sale of substantially all of the Debtors' assets, and granting other related relief.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, on June 5, 2024, the Debtors served and filed a notice (Docket No. 689) scheduling a hearing to consider the sale of Stewardship Health and the First Round Hospitals on

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Order.

July 11, 2024 at 1:00 p.m. (Central Time) and the Second Round Hospitals on August 22, 2024 at 1:00 pm (Central Time).

**PLEASE TAKE FURTHER NOTICE** that, on June 18, 2024, the Debtors filed a notice (Docket No. 895) extending the sale hearing for Stewardship Health and the Extended First Round Hospitals to July 31, 2024 at 1:00 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that, on July 9, 2024, the Debtors filed a notice (Docket No. 1190) adjourning the sale hearing for the First Round Hospitals to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that, subject to the Debtors' rights to extend all dates in the Global Bidding Procedures, the a hearing to consider the sale of Stewardship Health, the First Round Hospitals in Arkansas and Louisiana, and the Extended First Round Hospitals in Massachusetts and Texas is currently scheduled to be held before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") on **July 31, 2024 at 1:00 p.m. (Central Time)** (the "**Hearing**"), in Courtroom 401, 4th Floor, 515 Rusk Avenue, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that, you may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility.  You may access the facility by dialing 832-917-1510 and entering the conference code 590153.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that, (i) the hearing to consider the sale of the First Round Hospitals in Ohio and Pennsylvania, and the Extended First Round Hospitals in Arizona has been adjourned to a date to be determined, and (ii) a hearing to consider the sale of the Second Round Hospitals remains scheduled to be held on August 22, 2024 at 1:00 p.m. (Central Time).

**PLEASE TAKE FURTHER NOTICE** that, the Debtors may further adjourn any Sale Hearing or other dates and deadlines with respect to Stewardship Health, the First Round Hospitals, the Extended First Round Hospitals, or the Second Round Hospitals in accordance with the Bidding Procedures Order and the Global Bidding Procedures.

Dated: July 20, 2024
      Houston, Texas

                                                                            */s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Clifford.Carlson@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
          Candace.Arthur@weil.com
          DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

    I hereby certify that, on July 20, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        */s/ Clifford W. Carlson*
                                                        Clifford W. Carlson