IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | ) | Case No. 24-90213 (CML) |
| | ) | |
| Debtors*1*. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF CONTINUANCE OF MEETING OF CREDITORS

TO THE CREDITORS OF STEWARD HEALTH CARE SYSTEM LLC, *et al.*:

The meeting of creditors for above-entitled case has been continued to **Monday, July 29, 2024, at 2:00 p.m. (Houston Time).** The meeting will be held via teleconference at the following call-in number:

Conference Number:   888-455-8838

Passcode:                         7904922

SIGNED on July 24, 2024.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7

By:      */s/ C. Ross Travis*
          C. Ross Travis, Trial Attorney
          LA Bar No. 40083
          515 Rusk Avenue, Suite 3516
          Houston, Texas 77002
          (202) 603-5225
          C.Ross.Travis@usdoj.gov

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 24th day of July 2024.

                                          */s/ C. Ross Travis*
                                          C. Ross Travis