IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

## NOTICE OF ADJOURNMENT OF SALE HEARING

**PLEASE TAKE NOTICE** that, on May 6, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2024, this Court entered the *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief* (Docket No. 626) (the "**Bidding Procedures Order**")[2] approving global bidding procedures in connection with the sale of substantially all of the Debtors' assets, and granting other related relief.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the:

- Sale Hearing for Stewardship Health and the Debtors' hospitals in Arkansas, Louisiana, Massachusetts, Ohio, Pennsylvania, and St. Joseph's Medical Center in Texas, previously scheduled for July 31, 2024 at 1:00 p.m. (Central Time), is hereby adjourned to **August 13, 2024 at 1:00 p.m. (Central Time)**; and

- Adequate Assurance Objection Deadline and the Sale Objection Deadline for Stewardship Health and the Debtors' hospitals in Massachusetts, Ohio, Pennsylvania, and St. Joseph's Medical Center in Texas is hereby extended to **August 9, 2024 at 5:00 p.m. (Central Time)**.[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order the:

- Sale Hearing for the Arizona Hospitals is hereby adjourned to **August 22, 2024 at 1:00 p.m. (Central Time)**; and

- Adequate Assurance Objection Deadline and the Sale Objection Deadline for the Arizona Hospitals is hereby extended to **August 19, 2024 at 5:00 p.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors may further adjourn any Sale Hearing or other dates and deadlines in accordance with the Bidding Procedures Order and the Global Bidding Procedures.

---

[3] The Adequate Assurance and Sale Objection Deadlines for the Arkansas and Louisiana Hospitals was on July 26, 2024 at 5:00 p.m. (Central Time), unless otherwise extended by agreement of the Debtors, and is not being extended by this notice.

Dated:  July 28, 2024
       Houston, Texas

*/s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Gabriel.Morgan@weil.com
       Clifford.Carlson@weil.com
       Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
       Candace.Arthur@weil.com
       DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

3

**Certificate of Service**

    I hereby certify that, on July 28, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                             */s/ Clifford W. Carlson*
                                                                             Clifford W. Carlson