IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

### NOTICE OF EXTENSION OF CERTAIN DEADLINES AND DATES UNDER THE BIDDING PROCEDURES ORDER

**PLEASE TAKE NOTICE** that, on May 6, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on June 3, 2024, this Court entered the *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief* (Docket No. 626) (the "**Bidding Procedures Order**")[2] approving global bidding procedures (the "**Global Bidding Procedures**") in connection with the sale of substantially all of the Debtors' assets, and granting other related relief.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Order or the Global Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Global Bidding Procedures, the Debtors may, after consultation with the Consultation Parties, extend one or more of the Bid Deadlines for any reason whatsoever, in their reasonable business judgment, for all or certain Potential Bidders, without further order of the Bankruptcy Court, subject to providing notice to all Potential Bidders and the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2024, the Debtors filed the *Notice of Sale, Global Bidding Procedures, Auction and Sale Hearing* (Docket No. 689) (the "**Sale Notice**").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors have extended certain key dates from time to time in connection with their sale process, as set forth at the Docket Nos. 895, 1190, 1597, and 1608,

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2024 the Debtors filed the *Notice of Hearing Scheduled for July 31, 2024 at 1:00 p.m. (Central Time)* (Docket No. 1644).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, certain key dates for the Debtors' sale process have been modified as follows:

| Deadline | Stewardship Health & First Round Hospitals (excluding Arizona)[3] | Arizona Hospitals[4] |
|---|---|---|
| **Bid Deadline** | No change[5] | August 12, 2024 at 5:00 p.m. (Central Time) |
| **Adequate Assurance and Sale Objection Deadline** | August 9, 2024 at 5:00 p.m. (Central Time) | August 19, 2024 at 5:00 p.m. (Central Time) |
| **Sale Hearing** | August 13, 2024 at 1:00 p.m. (Central Time) | August 22, 2024 at 1:00 p.m. (Central Time) |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, **the Auction for Stewardship Health, previously scheduled to take place on July 25, 2024 at 10:00 a.m. (Central Time), is now scheduled to take place on August 6, 2024 at 10:00 a.m. (Central Time).**

**PLEASE TAKE FURTHER NOTICE** that, the deadlines set forth in this notice may be further extended in accordance with the Bidding Procedures Order and Global Bidding Procedures.

---

[3] "**First Round Hospitals**" refers to the Debtors' hospitals in Arkansas, Louisiana, Massachusetts, Ohio, Arizona, and Pennsylvania, and St. Joseph's Medical Center in Texas.

[4] The dates and deadlines relating to the Second Round Hospitals are not being modified pursuant to this Notice.

[5] The Bid Deadlines for the First Round Hospitals (excluding Arizona) and Stewardship Health have passed, and are not being extended pursuant to this Notice.

Dated: July 28, 2024
      Houston, Texas

          */s/ Clifford W. Carlson*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Clifford.Carlson@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
          Candace.Arthur@weil.com
          DavidJ.Cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*

5

**Certificate of Service**

I hereby certify that on July 28, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Clifford W. Carlson*
                                                   Clifford W. Carlson