IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE § <br> § <br> STEWARD HEALTH CARE SYSTEM § <br> LLC, *et. al.*,[1] § <br> § <br> Debtors. § <br> § <br> § <br> § <br> § <br> § <br> § | Chapter 11 <br><br> Case No. 24-90213 (CML) <br><br> (Jointly Administered) <br><br> RE: Docket Nos. 1711 and 1712 |

## MASSACHUSETTS NURSES ASSOCIATION'S CROSS NOTICE OF DEPOSITION OF JOHN R. CASTELLANO

**PLEASE TAKE NOTICE** that Massachusetts Nurses Association ("MNA"), pursuant to Rule 26 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable to these proceedings by Rules 7026, 7030, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, hereby cross-notices the deposition of John R. Castellano, as noticed in that *Notice of Deposition of John R. Castellano* [Docket No. 1728].

**PLEASE TAKE FURTHER NOTICE** that the deposition will commence on Tuesday, July 30, 2024 at 1:00 PM Central Time, at the offices of Weil, Gotshal & Manges LLP, 700 Louisiana Street, Suite 3700, Houston, Texas 77002-2784 or at such other time and place as may be agreed among counsel for the parties, and will continue for the maximum time permitted under the applicable rules and may, for good cause, be extended. The deposition will be video

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

recorded and transcribed by a court reporter. The examination will continue from day to day until completed

Dated: July 30, 2024

Respectfully Submitted,

By: /s/ *Casey W. Doherty Jr.*
Sam J. Alberts (admitted *pro hac vice*)
David F. Cook
1900 K Street, NW
Washington, DC 20006
Phone: (202) 408-7004
Facsimile: (202) 496-7756
sam.alberts@dentons.com
david.f.cook@dentons.com

Casey Doherty
Texas Bar No. 24078431
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Facsimile: (713) 658-4689
casey.doherty@dentons.com

*Attorneys for Massachusetts Nurses Association*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2024, a copy of the foregoing document was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Casey W. Doherty Jr.*
Casey W. Doherty Jr.