IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § § § | Re: Docket No. 1711 |

**NOTICE OF FILING OF REVISED PROPOSED ORDER
(I) APPROVING (A) THE CLOSURE OF CARNEY HOSPITAL
AND NASHOBA VALLEY MEDICAL CENTER, AND (B) PROCEDURES
RELATED TO FACILITY CLOSURES; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on June 26, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the **"Debtors"**), filed the *Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief* (Docket No. 1711) (the **"Motion"**),[2] with a proposed order granting the relief requested in the Motion attached thereto as Exhibit A (the **"Proposed Order"**).

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the revised proposed *Order (I) Approving (A) The Closure of Carney Hospital and Nashoba Valley Medical Center, and (B) Procedures Related to Facility Closures; and (II) Granting Related Relief*, attached

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

hereto as **Exhibit A** (the **"Revised Proposed Order"**), which reflects certain comments received from various parties.

**PLEASE TAKE FURTHER NOTICE** that, a redline of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "**Hearing**") on the Motion is scheduled for **July 31, 2024 at 1:00 p.m. (Central Time)**.  The Debtors reserve all rights to alter, amend, update, or modify the Revised Proposed Order at or prior to the Hearing.

Dated:  July 31, 2024
       Houston, Texas

                                   /s/  Clifford W. Carlson
                              WEIL, GOTSHAL & MANGES LLP
                              Gabriel A. Morgan (24125891)
                              Clifford W. Carlson (24090024)
                              Stephanie N. Morrison (24126930)
                              700 Louisiana Street, Suite 3700
                              Houston, Texas 77002
                              Telephone:  (713) 546-5000
                              Facsimile:  (713) 224-9511
                              Email:   Gabriel.Morgan@weil.com
                                           Clifford.Carlson@weil.com
                                           Stephanie.Morrison@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ray C. Schrock (admitted *pro hac vice*)
                              Candace M. Arthur (admitted *pro hac vice*)
                              David J. Cohen (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007
                              Email:   Ray.Schrock@weil.com
                                           Candace.Arthur@weil.com
                                           DavidJ.Cohen@weil.com


                              *Attorneys for Debtors*
                              *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on July 31, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                */s/ Clifford W. Carlson*
                                                                               Clifford W. Carlson