# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

## AGENDA OF MATTERS SET FOR EMERGENCY
## HYBRID HEARING ON AUGUST 6, 2024 AT 1:00 P.M. (CENTRAL TIME)

> EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 1:00 P.M. (CENTRAL TIME) ON AUGUST 6, 2024.
>
> A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 6, 2024 AT 1:00 P.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.
>
> AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

this Agenda of Matters Set for Hearing on **August 6, 2024 at 1:00 p.m. (Central Time)** before the Honorable Christopher M. Lopez.

I. **EMERGENCY MATTERS**

    1. **Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1711) (the "Motion")**[2]

    Status: This matter is going forward on an emergency basis, solely with respect to the relief requesting authority to enter into the Payment Agreement with the Commonwealth of Massachusetts. This matter is expected to go forward on an uncontested basis.

    Responses Filed:

        A. Limited Objection of the Official Committee of Unsecured Creditors to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1743)

        B. Massachusetts' Statement in Response to (I) the Emergency Motion by Steward Approving Funding, Hospital Closures, and Related Relief [ECF No. 1711] and (II) the Emergency Motion by Steward to Reject Master Lease II, and Related Relief [ECF No. 1712] (Docket No. 1753)

        C. Objection and Response of MPT and Master Lease II Lessors to the Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1759)

---

[2] The Hearing is scheduled to consider the Motion, solely with respect to the Debtors' request to enter into the Payment Agreement with the Commonwealth. Accordingly, the Responses Filed and Related Pleadings to the Motion listed herein are limited to only those pleadings specific to entry into the Payment Agreement.

Related Documents:

| | | |
|---|---|---|
| A. | Declaration of John R. Castellano in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection With Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief (Docket No. 1713) | |

Related Documents:

A. Declaration of John R. Castellano in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection With Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief (Docket No. 1713)

B. Declaration of Toby King in Support of Emergency Motions of Debtors for Entry of Orders (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection With Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief (Docket No. 1714)

C. Declaration of James Moloney in Support of Emergency Motion of Debtors for Entry of Orders (I) Approving (A) Funding From the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; (II) Authorizing Rejection of Master Lease II Agreements in Connection With Planned Transition and Sale of Massachusetts Hospitals to New Operators; and (III) Granting Related Relief (Docket No. 1717)

D. Debtors' Witness and Exhibit List for Hearing on July 31, 2024 (Docket No. 1727)

E. Notice of Deposition of John R. Castellano (Docket No. 1728)

F. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on July 31, 2024 (Docket No. 1747)

G. Medical Properties Trust, Inc.'s Witness and Exhibit List for Hearing on July 31, 2024 (Docket No. 1750)

H. Notice of Filing of Revised Proposed Order (I) Approving (A) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (B) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1779)

I. Notice of Filing of Further Revised Proposed Order (I) Approving (A) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (B) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1807)

J. Notice of Filing of Further Revised Proposed Order (I) Approving (A) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (B) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1791)

K. Notice of Continued Hearing (Docket No. 1792)

L. The Official Committee of Unsecured Creditors; Witness and Exhibit List for Hearing on August 6, 2024 (Docket No. 1827)

M. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (Docket No. 1836)

N. Notice of Filing of Revised Proposed Order Approving Funding from the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals and Granting Related Relief (Docket No. 1843)

O. Debtors' Witness and Exhibit List for Hearing on August 6, 2024 (Docket No. 1844)

Dated:  August 5, 2024
       Houston, Texas

                                /s/ Clifford W. Carlson
                                WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
        Clifford.Carlson@weil.com
        Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
        Candace.Arthur@weil.com
        DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 5, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                */s/  Clifford W. Carlson*
                                                                Clifford W. Carlson