**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM** | § | |
| **LLC, *et al.*[1],** | § | **Case No. 24-90213-CML** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**PATIENT CARE OMBUDSMAN'S <u>CORRECTED</u> FIRST INTERIM REPORT
West Texas**

As required by 11 U.S.C. § 333 of the United States Bankruptcy Code (the "Code") and the May 20, 2024, *Notice of Appointment of Patient Care Ombudsman Covering Arizona, Arkansas, Central/North Florida Locations, and Texas Under 11 U.S.C. § 333* [Docket No. 312] (the "Appointment Notice"), Susan N. Goodman was selected as one of two Patient Care Ombudsman ("PCO") to serve Debtors' locations in Arizona, Texas, Arkansas, Louisiana, and part of Florida. PCO was directed to monitor patient care delivery provided to Debtors' patients. PCO was directed to report these efforts to the court at least every sixty (60) days, and more frequently if PCO determined Debtors' care quality was significantly declining or otherwise materially compromised as described in § 333(b)(3) of the Code.

Accordingly, PCO timely filed *Patient Care Ombudsman's First Interim Report – West Texas* on July 22, 2024 (the "First West Texas Report" or the "Report"), at Docket No. 1656. The First West Texas Report is incorporated by reference as though it is fully set forth herein.

After the Report filing, PCO was alerted that Odessa Regional Medical Center's ("ORMC's") reported pre-petition, historical average daily census ("ADC") number was materially incorrect. The current ADC range was accurate. Out of an abundance of caution, and to the extent that any potential partners would rely on that historic ADC number in the hospital auction, PCO

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

comes now and files this corrected report with the court.  At the same time, PCO takes this opportunity to also make minor, non-directional clarifications.

### ODESSA REGIONAL MEDICAL CENTER

**Hospital census.**  Well in advance of the challenges that preceded the bankruptcy filing, ORMC reported its maximum ADC as in the 80 patients-per-day range.  ORMC's current ADC was correctly reported as ranging between 50-65 patients-per-day.

**Facility description.**  While the directional information that two buildings make up the ORMC footprint, one older and one newer, was correct, the West Campus is the older building. The West Campus building is roughly fifty (50) years old and was partially renovated in 2022.  The East Campus building was built in 2002.

**Facility maintenance staff.**  ORMC facility maintenance challenges were consistent with those seen across all assigned Steward locations.  However, staff turnover did not include the department director role.

### SCENIC MOUNTAIN MEDICAL CENTER

**Clinicians.**  The First West Texas Report incorrectly stated that the hospital had experienced turnover in the emergency department ("ED") and hospitalist clinician contracts.

### SUMMARY

As was stated in the First West Texas Report, PCO will remain engaged to monitor the various strain points identified in the Report through the lens of patient care and safety.  PCO's current plan would be to revisit the locations in August for a second site visit.  If PCO finds Debtors' continued operations consistent with the observations made by the West Texas surveyor who assisted with the initial site visit, PCO will hold the report findings until the next reporting cycle.  Certainly, if material changes in patient care delivery are discovered, PCO will supplement this Corrected Report as soon as practicably possible.

###

DATED:  August 6, 2024.       By:  */s/ Susan N. Goodman*, TX Bar 24117585

PIVOT HEALTH LAW, LLC
P.O. Box 69734 **|**Oro Valley, AZ 85737
Ph:  520.744.7061 (message)
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*

### Certificate of Service

I hereby certify that a copy of the foregoing was filed and served by electronic means to all parties requesting notice via ECF on the 6th day of August 2024.

By:  */s/ J. Casey Roy*

J. Casey Roy | State Bar No. 00791578
ROSS, SMITH & BINFORD, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, Texas 78746
Phone: 512-798-3298
Fax: 214-377-9409
Email: casey.roy@rsbfirm.com

*Counsel for Susan N. Goodman, Patient Care Ombudsman*