United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 24-90213 (CML) |
|---|---|---|---|
| Debtor | In Re: | Steward Health Care System LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John T. Weber<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000<br>NY 5151543 |
|---|---|

Seeks to appear as the attorney for this party:

| OBHG LLC (f/k/a OB Hospitalist Group, LLC) ||
|---|---|
| Dated: 8/5/2024 | Signed: /s/ John T. Weber |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 06, 2024

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge