**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | § | Case No. 24-90213 (CML) |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**PERIODIC REPORT OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2015.3**

Pursuant to Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Steward Health Care System LLC ("SHC") and its affiliated debtors, as debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "Debtors"), submit this report (this "Periodic Report") regarding the value, operations, and profitability, as of December 31, 2023 and April 30, 2024, of certain non-Debtor entities that are not publicly traded corporations and in which one or more of the Debtors hold a substantial or controlling interest. This Periodic Report was prepared solely for the purpose of complying with Bankruptcy Rule 2015.3. This Periodic Report includes non-Debtor entities that the Debtors' estates directly hold a substantial or controlling interests in as of the Petition Date (defined below) (the "Non-Debtor Entities"). Certain of the Non-Debtor Entities included in this Periodic Report did not have activity during the applicable periods.

A list of the Non-Debtor Entities included in this Periodic Report and the corresponding interest held by the Debtors' estates in such entities as of April 30, 2024 is provided in the chart below:

| Non-Debtor Entity | Interest of the Estate |
|---|---|
| Altus ACE, LLC | 48.30% |
| Apice Health LLC | 100.00% |
| Breast Imaging Centers of Florida, LLC | 51.00% |
| First Physicians, PLLC | 40.00% |
| FPOG, LLC | 40.00% |
| Health Choice Integrated Care, LLC | 52.00% |
| Health Choice Preferred Arizona ACO LLC | 66.50% |
| Health Choice Preferred Arizona Physician Association LLC | 33.33% |
| Health Choice Preferred Utah ACO LLC | 50.00% |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for purposes of these chapter 11 cases is: 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

| Non-Debtor Entity | Interest of the Estate |
|---|---|
| Jefferson County Clinical Services, Inc. | 33.33% |
| LHCG V. LLC (Louisiana Healthcare Group) | 33.33% |
| Massachusetts Express Care, PLLC | 50.00% |
| NeuroSkeletal Imaging LLC | 51.00% |
| NLV Healthcare Development, LP | 33.00% |
| Northeast Louisiana Cancer Institute, LLC | 50.00% |
| Northeast Louisiana Physician Hospital Organization, Inc. | 25.00% |
| Orchard Surgical Center, LLC | 50.00% |
| Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | 33.33% |
| Sharon Regional Diagnostic & Imaging Center Neshannock LLC | 51.00% |
| Steward-Compass Ventures, LLC | 66.00% |
| TRACO International Group S de R.L. | 100.00% |

This Periodic Report contains the following exhibits (the "Exhibits"):

| Exhibit A-1 | Unaudited Balance Sheets as of December 31, 2023, and April 30, 2024 |
|---|---|
| Exhibit A-2 | Unaudited Income Statements for the year ended December 31, 2023, and the four-month period ended April 30, 2024 |
| Exhibit B | Description of Operations for Non-Debtor Entities |
| Exhibit C | Non-Debtor Intercompany Claims as of April 30, 2024 |
| Exhibit D | Description of Allocation of Federal, State, and Local Tax Liabilities |
| Exhibit E | Non-Debtor Entities' Payments of Administrative Expenses, or Professional Fees Otherwise Payable by a Debtor |

The undersigned, having reviewed the Exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under penalty of perjury that, to the best of his knowledge, (a) this Periodic Report and the Exhibits are complete, accurate, and truthful, and (b) the Debtors did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Dated:  August 7, 2024
        Houston, Texas

*/s/ John R. Castellano*
John R. Castellano
Chief Operating Officer, Steward Health Care System LLC
Chief Financial Officer, Steward Health Care System LLC and its wholly owned subsidiaries

2

**Global Notes to the Periodic Report**

## Description of Chapter 11 Cases

On May 6, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors are authorized to operate their businesses pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules"). On May 16, 2024, the U.S. Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). No trustee or examiner has been appointed in these chapter 11 cases. On May 20, 2024, the U.S. Trustee appointed (i) Suzanne Koenig as the patient care ombudsman for hospitals and healthcare facilities in Massachusetts, Ohio, Pennsylvania, and Miami-Dade Florida, and (ii) Susan Goodman as patient care ombudsman for hospitals and healthcare facilities in Arizona, Arkansas, Central/North Florida Locations, Louisiana, and Texas.

Additional information about these chapter 11 cases, court filings, and claims information is available on the website of the Debtors' claims and noticing agent: https://restructuring.ra.kroll.com/Steward.

## Basis of Presentation

In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the financial statements and supplemental information contained herein are set forth as of (i) December 31, 2023, (ii) April 30, 2024, (iii) for the year ended December 31, 2023, or (iv) for the four-month period ended April 30, 2024, as applicable, for the Non-Debtor Entities owned at the Petition Date. The condensed financial statements contained herein are unaudited, do not purport to represent financial information prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"), and does not include all information and disclosures required by U.S. GAAP. This report is not intended to reconcile to any financial statement otherwise prepared or distributed by the Debtors. Information contained in this Periodic Report has been derived from the Non-Debtor Entities' books and records but does not reflect in all circumstances presentation for U.S. GAAP or SEC reporting purposes. The Debtors have prepared this Periodic Report using the best information presently available to them at this time. This Periodic Report is true and accurate (subject to any limitations contained herein) to the best of the Debtors' knowledge, information, and belief based on currently available data. Unless otherwise noted, all amounts are in thousands of U.S. dollars.

The Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for the purposes of complying with the reporting requirements of the Bankruptcy Rules. For certain Non-Debtor Entities that do not produce financial data by the date of filing of

this Periodic Report, the Debtors reserve the right to revise the Periodic Report when the data is received.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors and their advisors are not liable for and undertake no responsibility to indicate variations from securities laws herein or for any evaluations of the Non-Debtor Entities based on this financial information or any other information.

The Periodic Report has been signed by John R. Castellano, Chief Restructuring Officer of SHC and is an authorized representative of the other Debtors. Accordingly, in reviewing and signing the Periodic Report, Mr. Castellano necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Castellano has not (and could not have) personally verified the accuracy of each such statement and representation.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position, and cash flows of the Non-Debtor Entities in the future.

## Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or constitute an admission with respect to these chapter 11 cases, the Debtors' estates, and the Non-Debtor Entities, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of claims, interests, or contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code, or any other matters that may impact the Debtors and their estates, including claims to recover assets or avoid transfers.

The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to any such assets, liabilities, claims, or obligations that may exist.

## Intercompany Transactions

SHC and its subsidiaries maintain intercompany accounts in their books and records that record transfers of cash and other intercompany transactions among SHC subsidiaries and affiliates. Although efforts have been made to attribute these transactions to the correct legal entity, the Debtors reserve the right to modify or amend the Periodic Report to attribute such

transactions to a different legal entity, as is necessary or appropriate.  For additional information regarding the Debtors' intercompany transactions and related cash management protocols, see *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, (C) Continue Intercompany Transactions, and (D) Continue Employee Credit Card Program; (II) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief* (Docket No. 5) (the "<u>Cash Management Motion</u>").

Since there are no intercompany balances between any two Non-Debtor Entities, no information is presented in **<u>Exhibit C</u>**.

**<u>Valuation Estimates</u>**

The Non-Debtor Entities' financial statements contained herein were prepared using the net book values maintained in their books and records.  Accordingly, the net book value of these entities may differ substantially from their fair market values, and it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors and Non-Debtor Entities to obtain current market valuations of these entities.

Specifically, as it relates to TRACO (as defined below), the balances presented herein are the net book values as reflected in TRACO's books and records. As set forth above, the fair market value of TRACO's assets may differ substantially from the net book value of such assets.

**<u>Description of Allocation of Federal, State, and Local Tax Liabilities</u>**

With respect to Non-Debtor Entities treated as partnerships for U.S. federal income tax purposes (listed below), under Section 701 of the Internal Revenue Code, such entities do not pay U.S. federal or state income tax. Instead, items of income, deduction, and credits are generally allocated to Debtor-partner entities based on each partnership/operating agreement. Per Section 704 of the Internal Revenue Code, each Debtor-partner entity reports its allocable share of items of income, deduction, and credits on its U.S. federal and state income tax returns.

| Entity Name | Ownership percentage | U.S. federal income tax classification |
|---|---|---|
| Altus ACE, LLC | 48.30% | Partnership |
| Breast Imaging Centers of Florida, LLC | 51.00% | Partnership |
| FPOG, LLC | 40.00% | Partnership |
| LHCG V. LLC (Louisiana Healthcare Group) | 33.33% | Partnership |
| Massachusetts Express Care, PLLC | 50.00% | Partnership |
| NeuroSkeletal Imaging LLC | 51.00% | Partnership |
| NLV Healthcare Development, LP | 33.00% | Partnership |
| Northeast Louisiana Cancer Institute, LLC | 50.00% | Partnership |
| Orchard Surgical Center, LLC | 50.00% | Partnership |
| Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | 33.33% | Partnership |
| Sharon Regional Diagnostic & Imaging Center Neshannock LLC | 51.00% | Partnership |
| Steward-Compass Ventures, LLC | 66.00% | Partnership |

For Non-Debtor Entities treated as corporations for U.S. federal income tax purposes (listed below), with the exception of TRACO International Group S de R.L ("<u>TRACO</u>"), the

Debtor entities own less than 80 percent of the vote and 80 percent of the value of each of these entities. Consequently, under Section 1504(a)(2) of the Internal Revenue Code, with the exception of TRACO, each Non-Debtor Entity treated as a corporation for U.S. federal income tax purposes files standalone U.S. federal and state income tax returns.  Consequently, there is generally no sharing of income tax refunds, attributes, and liabilities as between such Non-Debtor Entities and Debtor entities.

Under Section 953(d) of the internal revenue code, TRACO, in concert with the Debtor entities, participates in the filing of a consolidated U.S. federal income tax return and certain unitary state income tax returns. Items of income, deduction, and credits are generally computed and allocated between and among TRACO and the Debtor entities as per the consolidated return regulations, based on each entity's respective items of income, deduction, and credits. See, Section 1502 and the regulations promulgated thereunder.

| Entity Name | Ownership percentage | U.S. federal income tax classification |
|---|---|---|
| First Physicians, PLLC | 40.00% | Corporation |
| Health Choice Integrated Care, LLC | 52.00% | Corporation |
| Health Choice Preferred Arizona ACO LLC | 66.50% | Corporation |
| Health Choice Preferred Arizona Physician Association LLC | 33.33% | Corporation |
| Health Choice Preferred Utah ACO LLC | 50.00% | Corporation |
| Jefferson County Clinical Services, Inc. | 33.33% | Corporation |
| Northeast Louisiana Physician Hospital Organization, Inc. | 25.00% | Corporation |
| TRACO International Group S de R.L. | 100.00% | Corporation |

For each Non-Debtor Entity treated as disregarded as separate from its parent for U.S. federal income tax purposes (listed below), items of income and deduction are reported directly on its parent's return as per Treas. Reg. 301.7701-3(b)(1)(ii).

| Entity Name | Ownership percentage | U.S. federal income tax classification |
|---|---|---|
| Apice Health LLC | 100.00% | DRE |

No tax sharing/allocation agreements are in place.

## Description of Non-Debtor Entities' Payments of Claims, Administrative Expenses, or Professional Fees otherwise payable by a Debtor

The Debtors are not aware of any payments by a Non-Debtor Entity of any claims, administrative expenses, or professional fees payable by a Debtor.  Accordingly, no information is presented in **Exhibit E**.

## Statements of Cash Flows and Changes in Shareholder's Equity

The Debtors prepare their Statements of Cash Flows and Statements of Shareholder's Equity solely on a consolidated basis.  Preparation of such statements on a standalone basis for each of the Non-Debtor Entities would be unduly burdensome and an inefficient use of estate resources.  Accordingly, Statements of Cash Flows and Statements of Shareholder's Equity for the Non-Debtor Entities have been omitted from this Periodic Report.

For all the reasons discussed above, the Debtors caution readers not to place undue reliance upon information contained in the Periodic Report.

*[Remainder of page intentionally left blank]*

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-1      Unaudited Balance Sheets as of December 31, 2023 (Page 1 of 3)**

| As of December 31, 2023 ($ in Thousands) | Breast Imaging Centers of Florida, LLC | Health Choice Preferred Arizona ACO LLC | Health Choice Preferred Utah ACO LLC | Altus Ace, LLC | Apice Health LLC | First Physicians, PLLC | FPOG, LLC |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $14 | $0 | $0 | $7,158 | $0 | $1,742 | $213 |
| Non-Current Assets | $1,695 | $0 | $0 | $8,143 | $0 | $154 | $1 |
| Investments/Intercompany Receivables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Assets** | **$1,709** | **$0** | **$0** | **$15,301** | **$0** | **$1,896** | **$214** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $852 | $0 | $0 | $2,398 | $0 | $623 | $53 |
| Non-Current Liabilities | $80 | $0 | $0 | $1,799 | $0 | $0 | $0 |
| Intercompany Payables - Debtors | $620 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Liabilities** | **$1,552** | **$0** | **$0** | **$4,197** | **$0** | **$623** | **$53** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equity | $157 | $0 | $0 | $11,104 | $0 | $1,272 | $161 |
| **Total Liabilities, Reedemable NCI, and Equity** | **$1,709** | **$0** | **$0** | **$15,301** | **$0** | **$1,896** | **$214** |

**Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-1      Unaudited Balance Sheets as of December 31, 2023 (Page 2 of 3)**

| As of December 31, 2023<br>($ in Thousands) | Health Choice<br>Integrated Care, LLC | Health Choice<br>Preferred Arizona<br>Physician Association<br>LLC | Jefferson County<br>Clinical Services, Inc. | LHCG V. LLC (Louisiana<br>Healthcare Group) | Massachusetts Express<br>Care, PLLC | NeuroSkeletal Imaging<br>LLC | NLV Healthcare<br>Development, LP |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $443 | $0 | $48 | $1,913 | $536 | $1,913 | -$40 |
| Non-Current Assets | $0 | $0 | $0 | $90 | $57 | $4,656 | $6,164 |
| Investments/Intercompany Receivables - Debtors | $2,243 | $0 | $0 | $0 | $0 | $0 | $0 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Assets** | **$2,686** | **$0** | **$48** | **$2,004** | **$593** | **$6,569** | **$6,123** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $2,685 | $0 | $0 | $47 | $0 | $240 | $28 |
| Non-Current Liabilities | $0 | $0 | $0 | $0 | $0 | $2,405 | $0 |
| Intercompany Payables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $1,389 |
| **Liabilities** | **$2,685** | **$0** | **$0** | **$47** | **$0** | **$2,645** | **$1,417** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $26 | $0 | $0 | $3,189 |
| Equity | $0 | $0 | $48 | $1,930 | $593 | $3,923 | $1,517 |
| **Total Liabilities, Reedemable NCI, and Equity** | **$2,686** | **$0** | **$48** | **$2,004** | **$593** | **$6,569** | **$6,123** |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

Exhibit A-1      Unaudited Balance Sheets as of December 31, 2023 (Page 3 of 3)

| As of December 31, 2023 ($ in Thousands) | Northeast Louisiana Cancer Institute, LLC | Northeast Louisiana Physician Hospital Organization, Inc. | Orchard Surgical Center, LLC | Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | Sharon Regional Diagnostic & Imaging Center Neshannock LLC | Steward-Compass Ventures, LLC | TRACO International Group S de R.L. |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $4,813 | $519 | $2,082 | $2,543 | $0 | $0 | $1,401 |
| Non-Current Assets | $4,687 | $1 | $10,839 | $152 | $0 | $1,750 | $30,103 |
| Investments/Intercompany Receivables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $360,511 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $17,802 |
| **Total Assets** | **$9,500** | **$520** | **$12,922** | **$2,695** | **$0** | **$1,750** | **$409,818** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $538 | $30 | $3,763 | $230 | $0 | $0 | $106 |
| Non-Current Liabilities | $2,678 | $0 | $9,912 | $60 | $0 | $0 | $225,015 |
| Intercompany Payables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Liabilities** | **$3,217** | **$30** | **$13,676** | **$289** | **$0** | **$0** | **$225,121** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $45 | $0 | $0 | $0 |
| Equity | $6,283 | $490 | -$754 | $2,360 | $0 | $1,750 | $184,697 |
| **Total Liabilities, Redeemable NCI, and Equity** | **$9,500** | **$520** | **$12,922** | **$2,695** | **$0** | **$1,750** | **$409,818** |

**Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-1       Unaudited Balance Sheets as of April 30, 2024 (Page 1 of 3)**

| As of April 30, 2024<br>($ in Thousands) | Breast Imaging Centers of Florida, LLC | Health Choice Preferred Arizona ACO LLC | Health Choice Preferred Utah ACO LLC | Altus Ace, LLC | Apice Health LLC | First Physicians, PLLC | FPOG, LLC |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $344 | $0 | $0 | $72,888 | $0 | $1,825 | $203 |
| Non-Current Assets | $1,787 | $0 | $0 | $7,375 | $0 | $171 | $1 |
| Investments/Intercompany Receivables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Assets** | **$2,131** | **$0** | **$0** | **$80,263** | **$0** | **$1,996** | **$203** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $1,098 | $0 | $0 | $65,473 | $0 | $509 | $53 |
| Non-Current Liabilities | $304 | $0 | $0 | $2,626 | $0 | $0 | $0 |
| Intercompany Payables - Debtors | $591 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Liabilities** | **$1,994** | **$0** | **$0** | **$68,098** | **$0** | **$509** | **$53** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equity | $137 | $0 | $0 | $12,165 | $0 | $1,487 | $150 |
| **Total Liabilities, Reedemable NCI, and Equity** | **$2,131** | **$0** | **$0** | **$80,263** | **$0** | **$1,996** | **$203** |

Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)

**Exhibit A-1       Unaudited Balance Sheets as of April 30, 2024 (Page 2 of 3)**

| As of April 30, 2024 ($ in Thousands) | Health Choice Integrated Care, LLC | Health Choice Preferred Arizona Physician Association LLC | Jefferson County Clinical Services, Inc. | LHCG V. LLC (Louisiana Healthcare Group) | Massachusetts Express Care, PLLC | NeuroSkeletal Imaging LLC | NLV Healthcare Development, LP |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $443 | $0 | $15 | $1,984 | $549 | $1,879 | -$40 |
| Non-Current Assets | $0 | $0 | $0 | $232 | $57 | $4,636 | $6,164 |
| Investments/Intercompany Receivables - Debtors | $2,243 | $0 | $0 | $0 | $0 | $0 | $0 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Assets** | **$2,686** | **$0** | **$15** | **$2,217** | **$606** | **$6,515** | **$6,123** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $2,685 | $0 | $0 | $78 | $0 | $277 | $28 |
| Non-Current Liabilities | $0 | $0 | $0 | $116 | $0 | $2,245 | $0 |
| Intercompany Payables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $1,389 |
| **Liabilities** | **$2,685** | **$0** | **$0** | **$194** | **$0** | **$2,522** | **$1,417** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $31 | $0 | $0 | $3,189 |
| Equity | $0 | $0 | $15 | $1,992 | $606 | $3,993 | $1,517 |
| **Total Liabilities, Redeemable NCI, and Equity** | **$2,686** | **$0** | **$15** | **$2,217** | **$606** | **$6,515** | **$6,123** |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-1     Unaudited Balance Sheets as of April 30, 2024 (Page 3 of 3)[2,3]**

| As of April 30, 2024<br>($ in Thousands) | Northeast Louisiana Cancer Institute, LLC | Northeast Louisiana Physician Hospital Organization, Inc. | Orchard Surgical Center, LLC | Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | Sharon Regional Diagnostic & Imaging Center Neshannock LLC | Steward-Compass Ventures, LLC[2] | TRACO International Group S de R.L.[3] |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current Assets | $5,516 | $725 | $2,313 | $2,562 | $0 | $0 | $5,328 |
| Non-Current Assets | $4,471 | $1 | $10,642 | $137 | $0 | $1,750 | $29,707 |
| Investments/Intercompany Receivables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $413,361 |
| Note Receivables - 3rd party and Affiliate | $0 | $0 | $0 | $0 | $0 | $0 | $17,825 |
| **Total Assets** | **$9,986** | **$726** | **$12,954** | **$2,699** | **$0** | **$1,750** | **$466,221** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current Liabilities | $457 | $22 | $3,851 | $211 | $0 | $0 | $59,028 |
| Non-Current Liabilities | $2,577 | $0 | $9,861 | $44 | $0 | $0 | $221,007 |
| Intercompany Payables - Debtors | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Liabilities** | **$3,035** | **$22** | **$13,711** | **$256** | **$0** | **$0** | **$280,035** |
| Redeemable Non-Controlling Interest | $0 | $0 | $0 | $28 | $0 | $0 | $0 |
| Equity | $6,952 | $704 | -$757 | $2,415 | $0 | $1,750 | $186,186 |
| **Total Liabilities, Redeemable NCI, and Equity** | **$9,986** | **$726** | **$12,954** | **$2,699** | **$0** | **$1,750** | **$466,221** |

---

[2] For Steward-Compass Ventures, LLC, December 31, 2023 financials are presented since April 30, 2024 financials have not been received.

[3] For TRACO International Group S de R.L., March 31, 2024 financials are presented since April 30, 2024 financials have not been received.

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-2     Unaudited Income Statements for the year ended December 31, 2023 (Page 1 of 3)**

| YTD Dec 31, 2023<br>($ in Thousands) | Breast Imaging Centers of Florida, LLC | Health Choice Preferred Arizona ACO LLC | Health Choice Preferred Utah ACO LLC | Altus Ace, LLC | Apice Health LLC | First Physicians, PLLC | FPOG, LLC |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$1,569** | **$0** | **$0** | **$10,833** | **$0** | **$9,036** | **$661** |
| Operating expenses (income) | $835 | $0 | $0 | $10,487 | $0 | $5,808 | $783 |
| **Operating Income/(Loss)** | **$734** | **$0** | **$0** | **$347** | **$0** | **$3,228** | **-$122** |
| Interest income/(expense), net | $0 | $0 | $0 | -$231 | $0 | -$9 | $0 |
| Other non-operating income/(expense), net | $0 | $0 | $0 | $90 | $0 | -$3,247 | $0 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Income/(Loss) before Income Taxes** | **$734** | **$0** | **$0** | **$206** | **$0** | **-$29** | **-$122** |
| Provision for (benefit from) income taxes | $0 | $0 | $0 | $0 | $0 | $20 | $0 |
| **Net Income/(Loss)** | **$734** | **$0** | **$0** | **$206** | **$0** | **-$49** | **-$122** |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-2      Unaudited Income Statements for the year ended December 31, 2023 (Page 2 of 3)**

| YTD Dec 31, 2023<br>($ in Thousands) | Health Choice<br>Integrated Care, LLC | Health Choice<br>Preferred Arizona<br>Physician Association<br>LLC | Jefferson County<br>Clinical Services, Inc. | LHCG V. LLC<br>(Louisiana Healthcare<br>Group) | Massachusetts<br>Express Care, PLLC | NeuroSkeletal<br>Imaging LLC | NLV Healthcare<br>Development, LP |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$0** | **$0** | **$2,920** | **$2,321** | **$2,582** | **$15,155** | **$0** |
| Operating expenses (income) | $0 | $0 | $3,110 | $2,045 | $1,749 | $13,612 | $7 |
| **Operating Income/(Loss)** | **$0** | **$0** | **-$190** | **$276** | **$833** | **$1,543** | **-$7** |
| Interest income/(expense), net | $0 | $0 | $0 | -$92 | $0 | -$99 | $0 |
| Other non-operating income/(expense), net | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Income/(Loss) before Income Taxes** | **$0** | **$0** | **-$190** | **$184** | **$833** | **$1,444** | **-$7** |
| Provision for (benefit from) income taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Income/(Loss)** | **$0** | **$0** | **-$190** | **$184** | **$833** | **$1,444** | **-$7** |

Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)

**Exhibit A-2      Unaudited Income Statements for the year ended December 31, 2023 (Page 3 of 3)**

| YTD Dec 31, 2023 ($ in Thousands) | Northeast Louisiana Cancer Institute, LLC | Northeast Louisiana Physician Hospital Organization, Inc. | Orchard Surgical Center, LLC | Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | Sharon Regional Diagnostic & Imaging Center Neshannock LLC | Steward-Compass Ventures, LLC | TRACO International Group S de R.L. |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$8,430** | **$2** | **$15,165** | **$3,037** | **$0** | **$158** | **$61,073** |
| Operating expenses (income) | $7,849 | $28 | $11,847 | $2,453 | $0 | $0 | $82,641 |
| **Operating Income/(Loss)** | **$581** | **-$26** | **$3,318** | **$583** | **$0** | **$158** | **-$21,567** |
| Interest income/(expense), net | $87 | $0 | $0 | -$194 | $0 | $31 | $0 |
| Other non-operating income/(expense), net | $358 | $0 | -$426 | $0 | $0 | $0 | $48,642 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | -$338 | $0 |
| **Income/(Loss) before Income Taxes** | **$1,026** | **-$26** | **$2,892** | **$389** | **$0** | **-$149** | **$27,075** |
| Provision for (benefit from) income taxes | $0 | $1 | $0 | $0 | $0 | $0 | $5,686 |
| **Net Income/(Loss)** | **$1,026** | **-$27** | **$2,892** | **$389** | **$0** | **-$149** | **$21,389** |

Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)

**Exhibit A-2        Unaudited Income Statements for the four-month period ended April 30, 2024 (Page 1 of 3)**

| YTD Apr 30, 2024<br>($ in Thousands) | Breast Imaging Centers of Florida, LLC | Health Choice Preferred Arizona ACO LLC | Health Choice Preferred Utah ACO LLC | Altus Ace, LLC | Apice Health LLC | First Physicians, PLLC | FPOG, LLC |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$332** | **$0** | **$0** | **$4,038** | **$0** | **$3,317** | **$218** |
| Operating expenses (income) | $352 | $0 | $0 | $2,217 | $0 | $1,984 | $229 |
| **Operating Income/(Loss)** | **-$20** | **$0** | **$0** | **$1,822** | **$0** | **$1,332** | **-$11** |
| Interest (income)/expense, net | $0 | $0 | $0 | -$3 | $0 | -$5 | $0 |
| Other non-operating (income)/expense, net | $0 | $0 | $0 | -$686 | $0 | -$1,113 | $0 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Income/(Loss) before Income Taxes** | **-$20** | **$0** | **$0** | **$1,133** | **$0** | **$215** | **-$11** |
| Provision for (benefit from) income taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Income/(Loss)** | **-$20** | **$0** | **$0** | **$1,133** | **$0** | **$215** | **-$11** |

**Steward Health Care System LLC, *et al.* – 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-2      Unaudited Income Statements for the four-month period ended April 30, 2024 (Page 2 of 3)**

| YTD Apr 30, 2024<br>($ in Thousands) | Health Choice<br>Integrated Care, LLC | Health Choice<br>Preferred Arizona<br>Physician Association<br>LLC | Jefferson County<br>Clinical Services, Inc. | LHCG V. LLC<br>(Louisiana Healthcare<br>Group) | Massachusetts<br>Express Care, PLLC | NeuroSkeletal<br>Imaging LLC | NLV Healthcare<br>Development, LP |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$0** | **$0** | **$1,000** | **$844** | **$1,035** | **$4,835** | **$0** |
| Operating expenses (income) | $0 | $0 | $1,034 | $751 | $745 | $4,418 | $0 |
| **Operating Income/(Loss)** | **$0** | **$0** | **-$34** | **$92** | **$290** | **$417** | **$0** |
| Interest (income)/expense, net | $0 | $0 | $0 | -$31 | $0 | -$47 | $0 |
| Other non-operating (income)/expense, net | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Income/(Loss) before Income Taxes** | **$0** | **$0** | **-$34** | **$62** | **$290** | **$370** | **$0** |
| Provision for (benefit from) income taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Income/(Loss)** | **$0** | **$0** | **-$34** | **$62** | **$290** | **$370** | **$0** |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit A-2      Unaudited Income Statements for the four-month period ended April 30, 2024 (Page 3 of 3)[4,5]**

| YTD Apr 30, 2024 ($ in Thousands) | Northeast Louisiana Cancer Institute, LLC | Northeast Louisiana Physician Hospital Organization, Inc. | Orchard Surgical Center, LLC | Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | Sharon Regional Diagnostic & Imaging Center Neshannock LLC | Steward-Compass Ventures, LLC[4] | TRACO International Group S de R.L.[5] |
|---|---|---|---|---|---|---|---|
| **Net Revenue** | **$3,159** | **$2** | **$4,869** | **$963** | **$0** | | **$11,878** |
| Operating expenses (income) | $2,627 | $21 | $3,842 | $880 | $0 | | $11,143 |
| **Operating Income/(Loss)** | **$532** | **-$19** | **$1,027** | **$83** | **$0** | | **$734** |
| Interest (income)/expense, net | $18 | $0 | $0 | -$28 | $0 | | $0 |
| Other non-operating (income)/expense, net | $119 | $0 | -$210 | $0 | $0 | | $1,152 |
| Allocation to Affiliates | $0 | $0 | $0 | $0 | $0 | | $0 |
| **Income/(Loss) before Income Taxes** | **$669** | **-$19** | **$817** | **$55** | **$0** | | **$1,886** |
| Provision for (benefit from) income taxes | $0 | $0 | $0 | $0 | $0 | | $396 |
| **Net Income/(Loss)** | **$669** | **-$19** | **$817** | **$55** | **$0** | | **$1,490** |

---

[4] For Steward-Compass Ventures, LLC, April 30, 2024 financials have not been received.
[5] For TRACO International Group S de R.L., March 31, 2024 financials are presented since April 30, 2024 financials have not been received.

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

**Exhibit B      Description of Operations for Non-Debtor Entities (as of April 30, 2024)**

| Non-Debtor Affiliate | Status | Description of Operations |
|---|---|---|
| Breast Imaging Centers of Florida, LLC | Operating | This entity was formed on December 21, 2020. 51% of its ownership is with Steward Florida Holdings LLC, while Emran, Parveen & Sons Breast Cancer, LLC holds the other 49%. |
| Health Choice Preferred Arizona ACO LLC | Non-operating | This entity was formed on September 14, 2011, as "Health Choice Preferred Network LLC" by Health Choice Preferred Arizona Physician Association LLC and IASIS Healthcare LLC (each own 50%). This entity changed its name to "Health Choice Preferred Arizona ACO LLC" on July 28, 2015. Physicians were given a deadline of April 30, 2018 to sign a new PPA agreement with SHCN (Steward Health Care Network), and that the new agreement would supersede any previous arrangements with Health Choice Preferred ACO and PA. The ACO's remaining assets and liabilities were distributed to IASIS Healthcare Corporation and upstream to Steward Health Care System LLC, and then contributed down to SHCN. |
| Health Choice Preferred Utah ACO LLC | Non-operating | This entity was formed on September 1, 2012, as "Health Choice Utah Preferred Network LLC" by Health Choice Preferred Utah Physician Association LLC and IASIS Healthcare LLC (each own 50%). This entity changed its name to "Health Choice Preferred Utah ACO LLC" in 2015. Physicians were given a deadline of April 30, 2018 to sign a new PPA agreement with SHCN (Steward Health Care Network), and that the new agreement would supersede any previous arrangements with Health Choice Preferred ACO and PA. The ACO's remaining assets and liabilities were distributed to IASIS Healthcare Corporation and upstream to Steward Health Care System LLC, and then contributed down to SHCN. |
| Altus ACE, LLC | Operating | This entity was formed on September 23, 2013, and provides healthcare information services using proprietary risk stratification to generate member health assessments and share patient information to identify quality improvement and proprietary risk capture opportunities. It owns a 700+ doctor IPA in Houston. |
| Apice Health LLC | Non-operating | This entity was formed on August 31, 2018, in Panama to establish a multinational company headquarter but this business strategy was not pursued. This entity has been left dormant without balance sheet or P&L values. |
| First Physicians, PLLC | Operating | This entity was formed on September 16, 2019. It is a specialty practice providing health care in the following areas: family medicine, internal medicine, urgent care, women's health, and work injuries. |
| FPOG, LLC | Operating | This entity was formed on June 25, 2018. The purpose of this entity is to provide employers with pre-employment and DOT physicals, fitness of duty testing, silica exams, mask fit testing, drug testing, hearing screening, etc. |
| Health Choice Integrated Care, LLC | Non-operating | The sole purpose of this entity was to perform under the ADHS new Greater Arizona Integrated Behavioral Health contract. It is a non-operating entity with some assets and liabilities on the books. |
| Health Choice Preferred Arizona Physician Association LLC | Non-operating | This entity was formed on September 14, 2011. Its purpose includes representing the interests of the Members with respect to the ACO, and under certain circumstances, identifying, evaluating, negotiating and entering into agreements with Payors on behalf of the Members. This entity has active registrations in DE and AZ but no operations since 2022. |
| Jefferson County Clinical Services, Inc. | Operating | This entity was formed on August 4, 2009, and is a non-profit health organization. It is a joint venture entity between Baptist Hospital of Southeast Texas, Christus Health Southeast Texas, and The Medical Center of Southeast Texas LP. |
| LHCG V. LLC (Louisiana Healthcare Group) | Operating | This entity was formed on February 7, 2003 for the purpose of acquiring and operating a Medicare certified home health agency within the State of Louisiana. IASIS Glenwood Regional Medical Center, LP owns 33.3%, while Louisiana Healthcare Group, LLC owns 66.67%. |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

| Massachusetts Express Care, PLLC | Operating | This entity was formed on January 28, 2014 for the purpose of owning and operating an urgent care center in Raynham, Massachusetts and carrying on any related business. It is owned 50%-50% by Steward Medical Group, Inc. and Health Express PLLC. |
|---|---|---|
| NeuroSkeletal Imaging LLC | Operating | This entity was formed on January 20, 2005 as a Joint Venture named "Neuro Skeletal Imaging Institute of Melbourne". It changed its name to "NeuroSkeletal Imaging, LLC" on May 21, 2013. The business purpose is to own and operate diagnostic imaging centers. |
| NLV Healthcare Development, LP | Operating | This entity was formed on August 13, 2005 for the purpose to directly, or through ownership of interests in other entities with the same purpose, own, construct, develop, manage, lease and operate health care related services and businesses. Currently its only asset is undeveloped land. |
| Northeast Louisiana Cancer Institute, LLC | Operating | This entity was formed on March 20, 1996, and is a charitable healthcare services entity. It is owned 50%-50% by IASIS Glenwood Regional Medical Center, LP. and St . Francis Medical Center, Inc. |
| Northeast Louisiana Physician Hospital Organization, Inc. | Operating | This entity was formed on January 12, 1995. It is a joint venture entity for the purpose of delivering quality and affordable healthcare to its members in which IASIS Glenwood Regional Medical Center, LP has 25% ownership. Services include provider credentialing and verification. |
| Orchard Surgical Center, LLC | Operating | The entity was formed on April 11, 2013, for the purpose of owning and operating an ambulatory surgical care center in Salem, New Hampshire. It is owned 50%-50% by Steward Medical Group, Inc. and Physicians Health Choice, LLC. |
| Patient's Choice Hospice & Palliative Care Center of Louisiana, LLC | Operating | The entity was formed on September 28, 2001, for the purpose of acquiring and operating a Medicare certified hospice agency within the Service Area in the State of Louisiana. IASIS Glenwood Regional Medical Center, LP has 33.3% ownership while Louisiana Hospice & Palliative Care, LLC owns 66.67%. |
| Sharon Regional Diagnostic & Imaging Center Neshannock LLC | Non-operating | This entity was formed on April 1, 2019, as a joint venture between Steward Sharon Regional Health System, Inc (51%) and Medical Imaging Group Investments of Pennsylvania, LLC (49%). The purpose of this entity is to establish and operate a multi-modality outpatient center offering diagnostic imaging, laboratory and other diagnostic and therapy services as well as physician office space to patients in the community. This entity has had no assets or operations since 2019. The site of this entity never finished building and the lease is under Sharon Regional Health System, Inc. |
| Steward-Compass Ventures, LLC | Operating | This entity was formed on April 20, 2012, for the purpose of engaging in the business of buying, selling, developing, and managing commercial real property for medical and relates uses. Steward St. Elizabeth's Realty Corp owns 66% while Compass Quincy Realty, LLC owns 34%. |
| TRACO International Group S de R.L. | Operating | This entity was formed on June 13, 2019 by SHC to establish a captive insurance company. SHC formed TRACO to provide, among other things, medical malpractice insurance to the Debtors' hospitals and physicians at a more competitive rate than coverage that could be obtained in the private insurance market. TRACO is a captive insurance company incorporated and domiciled in Panama that provides medical malpractice coverage, comprehensive general liability coverage, workers' compensation coverage, employer liability coverage, stop-loss coverage, and certain excess liability coverage to the Debtors and certain of their non-Debtor affiliates (the "Captive Insurer Program"). TRACO provides medical malpractice coverage to approximately 1,400 medical practitioners, including approximately 1,200 physicians who are employed by the Debtors and approximately 200 physicians who are in private practice and are affiliated with the Debtors. TRACO does not provide insurance coverage to any entities or individuals, other than the Debtors, non-Debtor affiliates, employed physicians, and affiliated physicians and their employers. TRACO contracts directly with service providers, such as third-party administrators, managers, legal advisors, and various consultants (including actuarial consultants, tax advisors, investment managers, compliance officers, and auditors) to manage and administer the various coverages for its members. TRACO, through its third-party administrators, also retains defense counsel to defend |

**Steward Health Care System LLC,** *et al.* **– 2015.3 Periodic Report – Case No. 24-90213 (CML)**

|  |  | against claims covered by its policies, including medical malpractice claims. As described in the Cash Management Motion, the costs of these services are paid directly by SHC on behalf of TRACO and such payments result in intercompany payables being owed by TRACO to SHC. In addition, any payments covered by the TRACO policies, including defense costs, settlement payments, and judgments against covered Debtor entities and physicians, are paid directly by SHC from its corporate concentration account, and such payments result in intercompany payables being owed by TRACO to SHC. |
|--|--|--|

**Exhibit C**     **Non-Debtor Intercompany Claims**

See Global Notes to the Periodic Report

**Exhibit D      Description of Allocation of Tax Liabilities and Assets**

See Global Notes to the Periodic Report

**Exhibit E    Description of Non-Debtor Entities' payments of Administrative Expense, or Professional Fees otherwise payable by a Debtor**

See Global Notes to the Periodic Report