IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-90213 (CML) |
| STEWARD HEALTH CARE SYSTEM LLC, ) | |
| *et al.*[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |

**THE UNITED STATES' OBJECTION AND RESERVATION OF RIGHTS REGARDING DEBTORS' PROPOSED SALES OF ADDITIONAL 'FIRST ROUND HOSPITALS' AND STEWARDSHIP HEALTH ASSETS**

The United States of America (the "United States"), on behalf of itself and the U.S. Department of Health and Human Services ("HHS") and its component agency, the Centers for Medicare & Medicaid Services ("CMS"), files this objection and reservation of rights regarding the Debtors' proposed Sale of certain First Round Hospitals[2] and Stewardship Health Assets (the "Proposed Sales"), and states as follows:

**INTRODUCTION**

1. The United States previously filed a *Limited Objection to Debtors' Sale of 'First Round' Hospitals* [Docket No. 1182] to the extent any sale sought to transfer the Debtors' Medicare Part A Provider Agreements without compliance with applicable Medicare law, and filed a *Supplemental Objection to Debtors' Motion and Proposed Sale Orders to Sell Their 'First Round Hospitals' Free and Clear of Medicare Statutory Obligations* [Docket No. 1705]

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Limited Objection.

specifically objecting to the Debtors' proposed hospital sales in Arkansas and Louisiana for attempting to transfer the Medicare Part A Provider Agreements associated with those hospitals in violation of federal law and through substantively and procedurally improper means (collectively, the "Objections").

2. The hearing on the proposed sales of the Louisiana and Arkansas hospitals was previously ordered to be held on August 13, 2024, but has now been continued until August 16, 2024, at 10 AM, prevailing Central Standard Time (the "Sale Hearing").

3. In addition to the Louisiana and Arkansas hospitals, the Debtors previously filed a Notice [Docket No. 1720] indicating they would auction six additional hospitals located in Massachusetts and the Debtors' Stewardship Health assets on August 6, 2024. Under the Bid Procedures Order [Docket No. 626], the Debtors should have disclosed the results of the auctions, including the Successful Bidders and material terms for the Proposed Sales, on August 7, 2024.[3]

4. As of this filing, the Debtors have not disclosed the Successful Bidders for the Proposed Sales, or filed proposed orders or asset purchase agreements indicating the terms of such Proposed Sales pursuant to the Bid Procedures Order. The Debtors have indicated, however, that despite their lack of disclosures they intend to seek approval of the Proposed Sales at the Sale Hearing.

5. The United States objects to any Proposed Sales to the extent such sales seek to transfer the Debtors' Medicare Part A Provider Agreements in violation of applicable federal law as previously addressed in the United States' Objections. The United States incorporates herein

---

[3] The Debtors' Notice also indicated that Objections to the Proposed Sales would be due on August 9, 2024. However, the United States and the Debtors agreed to extend the objection deadline through August 12, 2024 at 5 p.m. CST.

such Objections in their entirety and objects to the Proposed Sales on the same grounds asserted in the Objections.

6.     The United States also reserves all rights to supplement its Objections when the Debtors disclose the terms of the Proposed Sales and raise any other objections, including lack of required notice of the terms of the Proposed Sales, prior to or at the Sale Hearing.

Dated: August 12, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

*/s/Augustus T. Curtis*
KIRK T. MANHARDT
MARY A. SCHMERGEL
AUGUSTUS T. CURTIS
RYAN W. LAMB
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 7208
Washington, D.C. 20044
(202) 598-7524
*Attorneys for the United States*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a copy of this Limited Objection to be served on August 12, 2024, upon those parties who have registered for the Court's electronic noticing system (CM/ECF) and by electronic mail on the parties requesting electronic service of notices.

/s/*Augustus T. Curtis*
Augustus T. Curtis, Trial Counsel