IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | Case No. 24-90213 (CML) |
| **LLC**, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On August 5, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, and (2) via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Debtors' Notice of Bankruptcy Rule 2004 Oral Examination, Request for Production of Documents, and Subpoena Duces Tecum [Docket No. 1846]

Dated: August 7, 2024

*/s/ Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 7, 2024, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ACAR Leasing LTD d/b/a GM Financial Leasing | ACAR Leasing LTD d/b/a GM Financial Leasing | Attn: Lorenzo Nunez<br>PO Box 183853<br>Arlington TX 76096 | leasesvcbnkrpcy@gmfinancial.com | Email |
| Bankruptcy Servicer for Ford Motor Credit Company, LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Co LLC Dept<br>Amitkumar Sharma, Claims Processor, Bankruptcy Servicer<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118 | ecfnotices@aisinfo.com | Email |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: David W. Parham<br>2001 Ross Avenue<br>Suite 3600<br>Dallas TX 75201 | david.parham@akerman.com | Email |
| Counsel to ProLink Healthcare LLC | Akerman LLP | Attn: Sarah Kroll-Rosenbaum<br>633 West Fifth Street<br>Suite 6400<br>Los Angeles CA 90071 | sarah.kroll-rosenbaum@akerman.com | Email |
| Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Brad M. Kahn, Avi E. Luft<br>One Bryant Park<br>New York NY 10036-6745 | idizengoff@akingump.com<br>bkahn@akingump.com<br>aluft@akingump.com | Email |
| Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Sarah Link Schultz<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201-2481 | sschultz@akingump.com | Email |
| Counsel to Primetime Healthcare Compliance Services, LLC, Prorenta Labs, LLC, Concord Medical Group PLLC and Concord Medical Group of Texas PLLC | Andrews Myers, P.C. | Attn: T. Josh Judd<br>1885 Saint James Place, 15th Floor<br>Houston TX 77056 | jjudd@andrewsmyers.com | Email |
| Counsel to Tegria RCM Group-US, Inc. (dba Acclara Solutions) | ArentFox Schiff LLP | Attn: Beth M. Brownstein, Nicholas A. Marten<br>1301 Avenue of the Americas<br>42nd Floor<br>New York NY 10019 | beth.brownstein@afslaw.com<br>nicholas.marten@afslaw.com | Email |
| Counsel to Tegria RCM Group-US, Inc. (dba Acclara Solutions) | ArentFox Schiff LLP | Attn: Matthew F. Prewitt<br>233 South Wacker Drive<br>Suite 7100<br>Chicago IL 60606 | matthew.prewitt@afslaw.com | Email |
| Counsel to AT&T Services, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Robert T. Franciscovich<br>250 West 55th Street<br>New York NY 10019 | robert.franciscovich@arnoldporter.com | Email |
| Counsel to the State of Florida Agency for Health Care Administration | Ausley McMullen | Attn: James M. Donohue<br>123 South Calhoun St.<br>Post Office Box 391<br>Tallahassee FL 32302 | jdonohue@ausley.com<br>sshaffer@ausley.com | Email |
| Counsel to Medical Properties Trust, Inc. and certain of Its affiliates | Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. | Attn: Daniel J. Ferretti<br>1301 McKinney Street, Suite 3700<br>Houston TX 77010 | dferretti@bakerdonelson.com | Email |
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative) | Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. | Attn: Luther Crull and Allen Blow<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham AL 35203 | tkolb@bakerdonelson.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Healthcare Realty Trust Incorporated; HTA – St. Elizabeths MOB 1, LLC; HTA – St. Elizabeths MOB 2, LLC; HTA – GoodSam MOB, LLC; HTA – Carney MOB, LLC; HTA – Norwood MOB, LLC; HTA – St. Annes MOB 2, LLC; HTA – Nashoba MOB 1, LLC; HTA – Nashoba MOB 2, LLC; HTA – Morton MOB, LLC; HTA – Pearl Street Medical Center, LLC; HTA – Holy Family MOB, LLC; HTA – AWPalmetto, LLC; HTA – AW North Shore, LLC; HTA – AW Florida Medical Center Central, LLC; HTA – AW Florida Medical Center East, LLC; HTA – AW FloridaMedical Center North, LLC; and HTA – AW Palmetto II, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz P.C. | Attn: Susan C. Mathews 1301 McKinney Street, Suite 3700 Houston TX 77010 | smathews@bakerdonelson.com | Email |
| Counsel to Broadstone MED Florida LLC | Ballard Spahr LLP | Attn: Craig Solomon Ganz, Michael S. Myers 1 E. Washington Street, Suite 2300 Phoenix AZ 85004-2555 | ganzc@ballardspahr.com myersm@ballardspahr.com | Email |
| Counsel to ARHC ORODSTX001, LLC, as successor-in-interest to Odessa MOB Owners Limited Partnership, GA HC REIT Hope Mob, LLC, and VTR Papago Medical Park, LLC, as successor-in-interest to Litchvan Investments, LLC | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Attn: Nathan Q. Rugg, Alexander F. Berk 200 West Madison Street, Suite 3900 Chicago IL 60606 | nathan.rugg@bfkn.com alexander.berk@bfkn.com | Email |
| Counsel to World Class Parking Systems, LLC | Bast Amron LLP | Attn: Dana R. Quick One Southeast Third Avenue Suite 2410 Miami FL 33131 | dquick@bastamron.com | Email |
| Counsel to Shemeca Samuel | Bennett & Belfort, P.C. | Attn: Michael L. Mason 24 Thorndike Street Suite 300 Cambridge MA 02141 | mmason@bennettandbelfort.com | Email |
| Boston Scientific Corporation | Boston Scientific Corporation | Attn: President or General Counsel P.O. Box 951653 Dallas TX 75395-1653 | | First Class Mail |
| Boston Scientific Corporation | Boston Scientific Corporation | Attn: Vance R. Brown, General Counsel 300 Boston Scientific Way Marlborough MA 01752-1234 | brownv@bsci.com | Email |
| Counsel to Philips North America LLC | Bracewell LLP | Attn: Mark Dendinger 31 W. 52nd Street Suite 1900 New York NY 10019 | mark.dendinger@bracewell.com | Email |
| Counsel to Texas Children's Health Plan, Inc. | Bracewell LLP | Attn: Robert P. Grattan 711 Louisiana Street Suite 2300 Houston TX 77002 | bob.grattan@bracewell.com | Email |
| Counsel to Philips North America LLC | Bracewell LLP | Attn: William A. (Trey) Wood, III 711 Louisiana Street Suite 2300 Houston TX 77002 | trey.wood@bracewell.com | Email |
| Counsel to Broward Business Center, LLC | Broward Business Center, LLC | Attn: David N. Stern 7320 N. MoPac Expwy., Suite 400 Austin TX 78731 | dstern@bn-lawyers.com | Email |
| Counsel to Broward County, a political subdivision of the State of Florida | Broward County | Attn: Scott Andron, Assistant County Attorney Governmental Center, Suite 423 115 South Andrews Avenue Fort Lauderdale FL 33301 | sandron@broward.org | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Sodexo Inc. and its affiliates | Brown McGarry Nimeroff LLC | Attn: Jami Nimeroff<br>1515 Market Street, Suite 1200<br>Philadelphia PA 19102 | jnimeroff@bmnlawyers.com | Email |
| Counsel to Solventum Corporation and 3M Healthcare Management LLC | Butler Snow LLP | Attn: Candice Carson<br>2911 Turtle Creek Blvd.<br>Suite 1400<br>Dallas TX 75219 | candice.carson@butlersnow.com | Email |
| Counsel to Community Coffee, L.L.C. | Butler Snow LLP | Attn: David S. Rubin<br>445 N. Blvd. Suite 300<br>Baton Rouge LA 70821-2997 | david.rubin@butlersnow.com | Email |
| Counsel to Terence Grogg and Denise Grogg | Cain & Skarnulis PLLC | Attn: Ryan E. Chapple<br>303 Colorado Street<br>Suite 2850<br>Austin TX 78701 | rchapple@cstrial.com | Email |
| Counsel to National Nurses Organizing Committee-Florida/National Nurses United | California Nurses Association | Attn: Nicole Daro, David B. Willhoite<br>155 Grand Avenue<br>Oakland CA 94612 | ndaro@calnurses.org<br>dwillhoite@calnurses.org | Email |
| Counsel to The 2013 Shepherd Family Trust | Cantey Hanger LLP | Attn: M. Jermaine Watson<br>600 West 6th Street<br>Suite 300<br>Fort Worth TX 76102 | jwatson@canteyhanger.com | Email |
| Counsel to The 2013 Shepherd Family Trust | Cantey Hanger LLP | Attn: M. Jermaine Watson<br>Ross Tower<br>500 N. Akard St., Suite 2940<br>Dallas TX 75201 | jwatson@canteyhanger.com | Email |
| Counsel to CTL Medical Corporation d/b/a CTL Amedica | Carrington, Coleman, Sloman & Blumenthal, L.L.P | Attn: Jason M. Katz<br>901 Main Street<br>Suite 5500<br>Dallas TX 75202 | jkatz@ccsb.com | Email |
| Counsel to Delta Locum Tenens, LLC | Carrington, Coleman, Sloman & Blumenthal, L.L.P. | Attn: J. Michael Sutherland, Mark A. Castillo, Robert C. Rowe<br>901 Main Street<br>Suite 5500<br>Dallas TX 75202 | msutherland@ccsb.com<br>markcastillo@ccsb.com<br>rrowe@ccsb.com | Email |
| Counsel to WM, Inc, Vital Records Control, LLC | Chamberlain, Hrdlicka, White, Williams & Aughtry, PC | Attn: Tara T. LeDay<br>1200 Smith Street<br>Suite 1400<br>Houston TX 77002 | tara.leday@chamberlainlaw.com | Email |
| Counsel to Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 200, LLC, and Cardinal Health 414, LLC | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq., Terri Jane Freedman, Esq.<br>105 Eisenhower Parkway<br>Roseland NJ 07068 | szuber@csglaw.com<br>tfreedman@csglaw.com | Email |
| City of Methuen, Massachusetts | City of Methuen, Massachusetts | Attn: Paul T. O'Neill<br>Office of the City Solicitor<br>Pleasant St, Room 305<br>Methuen MA 02176 | | First Class Mail |
| Counsel to Matheson Tri-Gas, Inc. | Clark Hill PLC | Attn: Robert P. Franke, Andrew G. Edson, Audrey L. Hornisher<br>901 Main Street<br>Suite 6000<br>Dallas TX 75202-3794 | bfranke@clarkhill.com<br>aedson@clarkhill.com<br>ahornisher@clarkhill.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Atlantic Specialty Insurance Company | Clark Hill, PLC | Attn: Duane J. Brescia<br>3711 South Mopac<br>Building One, Suite 500<br>Austin TX 78746 | dbrescia@clarkhill.com | Email |
| Counsel to Ohio Nurses Association | Cohen, Weiss and Simon LLP | Attn: Hanan B. Kolko, Bruce S. Levine, Matthew E. Stolz<br>909 Third Avenue<br>12th Floor<br>New York NY 10022 | hkolko@cwsny.com<br>blevine@cwsny.com<br>mstolz@cwsny.com | Email |
| Counsel to Nurses & Local 813 IBT Retirement Plan | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Matthew E. Stolz<br>909 Third Avenue<br>12th Floor<br>New York NY 10022 | rseltzer@cwsny.com<br>mstolz@cwsny.com | Email |
| Counsel to Bank OZK | Cokinos \| Young | Attn: Craig E. Power, Reagan H. "Tres" Gibbs, III, Emma P. Myles<br>Four Houston Center<br>1221 Lamar Street 16th Floor<br>Houston TX 77010 | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com<br>emyles@cokinoslaw.com | Email |
| Counsel to MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Cokinos Young | Attn: Craig E. Power, Reagan H. "Tres" Gibbs, III, Emma P. Myles<br>Four Houston Center<br>1221 Lamar Street, 16th Floor<br>Houston TX 77010 | cpower@cokinoslaw.com<br>tgibbs@cokinoslaw.com<br>emyles@cokinoslaw.com | Email |
| Counsel to Dr. Alan Hackford | Crowe & Dunlevy, P.C. | Attn: Christina W. Stephenson, Vickie L. Driver<br>2525 McKinnon St., Suite 425<br>Dallas TX 75201 | crissie.stephenson@crowedunlevy.com<br>vickie.driver@crowedunlevy.com | Email |
| Counsel to GE Healthcare, Inc.; Medi-Physics Inc. dba GE Healthcare; GE Healthcare IITS USA Corp.; GE Precision Healthcare LLC; OEC Medical Systems, Inc.; Datex Ohmeda, Inc.; GE Medical Systems, Ultrasound & Primary Care Diagnostics, LLC; and GE Medical Systems Information Technologies, Inc. | DeHaan & Bach LPA | Attn: Michael B. Bach<br>25 Whitney Drive<br>Suite 106<br>Milford OH 45150 | michaelb@dehaan-bach.com | Email |
| Counsel to Massachusetts Nurses Association, College Health Enterprises | Dentons US LLP | Attn: Casey Doherty<br>1300 Post Oak Blvd<br>Suite 650<br>Houston TX 77056 | casey.doherty@dentons.com | Email |
| Counsel to Surgical Information Systems, LLC | Dentons US LLP | Attn: Casey W. Doherty, Clay M. Taylor<br>100 Crescent Court<br>Suite 900<br>Dallas TX 75201 | casey.doherty@dentons.com<br>clay.taylor@dentons.com | Email |
| Counsel to Massachusetts Nurses Association | Dentons US LLP | Attn: Sam J. Alberts<br>1900 K Washington Street NW<br>Washington DC 20006 | sam.alberts@dentons.com | Email |
| Counsel to College Health Enterprises | Dentons US LLP | Attn: Samuel R Maizel, Tania M Moyron<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles CA 90017-5704 | samuel.maizel@dentons.com<br>tania.moyron@dentons.com | Email |
| Counsel to Humana Insurance Company, Humana Health Plan, Inc., Humana Government Business, Inc. and their affiliates that underwrite or administer health plans | Dinsmore & Shohl LLP | Attn: Ellen Arvin Kennedy, Attorney<br>100 West Main Street, Suite 900<br>Lexington KY 40507 | ellen.kennedy@dinsmore.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Humana Insurance Company, Humana Health Plan, Inc., Humana Government Business, Inc. and their affiliates that underwrite or administer health plans | Dinsmore & Shohl LLP | Attn: Sarah S. Mattingly, Attorney 101 South Fifth Street Suite 2500 Louisville KY 40202 | sarah.mattingly@dinsmore.com | Email |
| Counsel to Paradox, Inc. | Dorsey & Whitney LLP | Attn: J. Brian Vanderwoude 200 Crescent Court Suite 1600 Dallas TX 75201 | vanderwoude.brian@dorsey.com | Email |
| Counsel to Paradox, Inc. | Dorsey & Whitney LLP | Attn: Michael Galen 2325 East Camelback Road Suite 300 Phoenix AZ 85016 | galen.michael@dorsey.com | Email |
| Counsel to RAD Partners | Duane Morris LLP | Attn: James H. Billingsley 100 Crescent Court Suite 1200 Dallas TX 75201 | jbillingsley@duanemorris.com | Email |
| Counsel to Eric Guillen | Duarte & Molina, P.C. | Attn: Demetrio Duarte, Jr.,, Monica R. Khirallah 2200 Warner Ave San Antonio TX 78201 | dduarte@duartemolinalaw.com paralegal@duartemolinalaw.com legalsec@duartemolinalaw.com monica@duartemolinalaw.com | Email |
| Counsel to The Snesc Real Estate Group, LLC and Southern New England Surgery Center, LLC; Enovis Corporation, DJO, LLC, Trilliant Surgical, LLC, Novastep, Inc., SURGI-CARE, Inc., and Medshape, Inc. | Dykema Gossett PLLC | Attn: Nicholas Zugaro 5 Houston Center 1401 McKinney Street, Suite 1625 Houston TX 77010 | nzugaro@dykema.com | Email |
| Counsel to Richardson Office LLC | Dykema Gossett PLLC | Attn: Patrick L. Huffstickler 112 East Pecan Street, Suite 1800 San Antonio TX 78205 | phuffstickler@dykema.com | Email |
| Counsel to Quest Diagnostics LLC d/b/a Quest Diagnostics; Zimmer | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L. Perry, Kaitlin R. Prior 2323 Ross Ave Suite 1700 Dallas TX 75201-7367 | kristen.perry@faegredrinker.com kaitlin.prior@faegredrinker.com | Email |
| Counsel to Dr. Phoebe Olhava | Foley & Lardner LLP | Attn: Thomas C. Scannell 2021 McKinney Avenue Ste. 1600 Dallas TX 75201 | tscannell@foley.com | Email |
| Counsel to Peak CM, LLC | Forshey & Prostok LLP | Attn: J. Robert Forshey, Lynda L. Lankford 777 Main Street Suite 1550 Fort Worth TX 76102 | bforshey@forsheyprostok.com llankford@forsheyprostok.com | Email |
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: David P. Papiez 1001 Fourth Avenue Suite 4400 Seattle WA 98154 | dpapiez@foxrothschild.com | Email |
| Counsel to Finthrive, Inc | Fox Rothschild LLP | Attn: Trey A Monsour, Robert J. Palmer 2501 N. Harwood Street Suite 1800 Dallas TX 75201-1613 | tmonsour@foxrothschild.com rpalmer@foxrothschild.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to University Orthopedic, Inc. | Fox Rothschild LLP | Attn: Trey A. Monsour<br>2501 North Harwood Street<br>Suite 1800<br>Dallas TX 75201 | tmonsour@foxrothschild.com | Email |
| Counsel to Microsoft Corporation | Fox Rothschild LLP | Attn: Trey Monsour<br>Saint Ann Court<br>2501 N Harwood Street, Suite 1800<br>Dallas TX 75201 | tmonsour@foxrothschild.com | Email |
| Counsel to Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Rebecca L. Matthews<br>2101 Cedar Springs Road, Ste. 900<br>Dallas TX 75201 | rmatthews@fbtlaw.com | Email |
| Counsel to Cintas Corporation No. 2 | Frost Brown Todd LLP | Attn: Ronald E. Gold<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati OH 45202 | rgold@fbtlaw.com | Email |
| Counsel to Service Employees International Union District 1199 WV/KY/OH, Ohio Council 8 of the American Federation of State, County and Municipal Employees and its constituent Locals 2026, 2288 and 2804 | Fusco Gallagher & Porcaro LLP | Attn: David M. Fusco<br>812 Huron Road East<br>Suite 690<br>Cleveland OH 44115 | dfusco@fgplaborlaw.com | Email |
| Counsel to MOP V Hopkkins, LLC | Gibson, Dunn & Crutcher LLP | Attn: Matthew J. Williams, David M. Feldman, Thomas P. Scheffer<br>200 Park Avenue<br>New York NY 10166-0193 | mjwilliams@gibsondunn.com<br>mfeldman@gibsondunn.com<br>tscheffer@gibsondunn.com | Email |
| Counsel to MOP V Hopkkins, LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal<br>2001 Ross Avenue<br>Ste. 2100<br>Dallas TX 75201-2923 | mrosenthal@gibsondunn.com | Email |
| Counsel to SimplexGrinnell MM, a Subsidiary of Johnson Controls, Inc. | Godfrey & Kahn | Attn: Erin A. West<br>One East Main Street, Suite 500<br>Madison WI 53703 | ewest@gklaw.com | Email |
| Counsel to SCG Dover Centre, LLC | Gordon & Rees | Attn: Megan M. Adeyemo<br>2200 Ross Avenue, Suite 3700<br>Dallas TX 75201 | madeyemo@grsm.com | Email |
| Counsel to Eastside Enterprises Inc. | Grantham Law | Attn: Dax Grantham<br>400 Trade Center<br>Suite 5900<br>Woburn MA 01801 | notices@grantham.law | Email |
| Counsel to Global Medical REIT Inc., Global Medical REIT L.P., GMR Beaumont, LLC, GMR Hialeah LLC, GMR Hermitage Garden Way, LLC, and GMR Melbourne, LLC | Gray Reed | Attn: Amber M. Carson, Emily F. Shanks<br>1300 Post Oak Blvd., Suite 2000<br>Houston TX 77056 | acarson@grayreed.com<br>eshanks@grayreed.com | Email |
| Counsel to Brighton Marine, Inc. | Gray Reed | Attn: Jason S. Brookner, Amber M. Carson<br>1300 Post Oak Blvd, Suite 2000<br>Houston TX 77056 | jbrookner@grayreed.com<br>acarson@grayreed.com | Email |
| Counsel to Suzanne Koenig, Patient Care Ombudsman | Greenberg Traurig, LLP | Attn: Karl D. Burrer, Kristen M. Jacobsen<br>1000 Louisiana Street<br>Suite 6700<br>Houston TX 77002 | burrerk@gtlaw.com<br>kristen.jacobsen@gtlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Suzanne Koenig, Patient Care Ombudsman | Greenberg Traurig, LLP | Attn: Nancy Peterman<br>77 West Wacker Drive<br>Suite 3100<br>Chicago IL 60601 | petermann@gtlaw.com | Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Harris County Attorney's Office | Attn: Susan Fuertes, Assistant County Attorney<br>Property Tax Division<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to Edwards Lifesciences LLC | Haynes And Boone, LLP | Attn: Imaan Patel<br>1221 McKinney Street<br>Suite 4000<br>Houston TX 77010 | imaan.patel@haynesboone.com | Email |
| Counsel to Edwards Lifesciences LLC | Haynes And Boone, LLP | Attn: J. Frasher Murphy<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas TX 75201 | frasher.murphy@haynesboone.com | Email |
| Counsel to The Romans Group, LLC | Herrin Law, PLLC | Attn: Manolo Santiago<br>12001 N. Central Expressway<br>Suite 920<br>Dallas TX 75243 | msantiago@herrinlaw.com | Email |
| Counsel to 756 Parkway LLC | Hoffman & Saweris, P.C. | Attn: Alan Brian Saweris<br>2777 Allen Parkway<br>Suite 1000<br>Houston TX 77019 | mhecf@aol.com | Email |
| Counsel to Global Healthcare Exchange, LLC | Holland & Hart LLP | Attn: Matthew J. Ochs<br>555 Seventeenth Street, Suite 3200<br>P.O. Box 8749<br>Denver CO 80201-8749 | mjochs@hollandhart.com | Email |
| Counsel to EnableComp, LLC | Holland & Knight LLP | Attn: David E. Lemke, Charley Williamson<br>511 Union Street, Suite 2700<br>Nashville TN 37219 | david.lemke@hklaw.com<br>charley.williamson@hklaw.com | Email |
| Counsel to EnableComp, LLC | Holland & Knight LLP | Attn: Nicholas R. Miller<br>100 Congress Ave., Suite 1800<br>Austin TX 78701 | nick.miller@hklaw.com | Email |
| Counsel to Mass General Brigham, Inc. and its affiliates (collectively "MGB") | Holland & Knight LLP | Attn: John J. Monaghan, Lynne B. Xerras<br>10 St. James Avenue<br>11th Floor<br>Boston MA 02116 | bos-bankruptcy@hklaw.com<br>lynne.xerras@hklaw.com | Email |
| Counsel to Mass General Brigham, Inc. and its affiliates (collectively "MGB") | Holland & Knight LLP | Attn: Tye C. Hancock<br>811 Main St.<br>Suite 2500<br>Houston TX 77002 | tye.hancock@hklaw.com | Email |
| Counsel to Shannon Health System | Holland & Knight, LLP | Attn: Morris D. Weiss<br>100 Congress Ave.<br>Suite 1800<br>Austin TX 78701 | morris.weiss@hklaw.com | Email |
| Counsel to Valerie Rosas | Holland & Knight, LLP | Attn: William R. "Trip" Nix<br>100 Congress Avenue<br>Suite 1800<br>Austin TX 78701 | trip.nix@hklaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ProHealth Medical Staffing LLC | Hollaway PC | Attn: T. Daniel Hollaway<br>19 Briar Hollow Lane<br>Suite 245<br>Houston TX 77027-2820 | dhollaway@houstonlaw.com | Email |
| Counsel to Interconn Resources, LLC | Howell & Willingham, PLLC | Attn: Jonathan L. Howell<br>6440 N. Central Expressway<br>Suite 806<br>Dallas TX 75206 | jonathan@jlhowell.com | Email |
| Counsel to Morrison Management Specialists, Inc. and Crothall Healthcare, Inc. | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry<br>700 Louisiana St.<br>Suite 4220<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| Counsel to Texas Institute for Graduate Medical Education & Research and University of the Incarnate Word | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry<br>700 Louisiana St.<br>Suite 4545<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| Counsel to ALTUS ACE | Howley Law PLLC | Attn: Tom A. Howley, Eric Terry<br>Pennzoil Place – South Tower<br>711 Louisiana St., Suite 1850<br>Houston TX 77002 | tom@howley-law.com<br>eric@howley-law.com | Email |
| Counsel to Rice McVaney Communications, LLC | Hughes Watters Askanase, LLP | Attn: Heather Heath McIntyre, Abdiel Lopez-Castro<br>1201 Louisiana, 28th Floor<br>Houston TX 77002 | hmcintyre@hwa.com<br>alopezcastro@hwa.com | Email |
| Counsel to Viking Enterprises D/B/A City Ambulance | Hughes, Watters & Askanase, L.L.P. | Attn: Dominique Varner, Michael Weems<br>1201 Louisiana, 28th Floor<br>Houston TX 77002 | dvarner@hwa.com<br>mweems@hwa.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Texas Institute for Graduate Medical Education & Research and University of the Incarnate Word | Jefferson Cano | Attn: Lamont Jefferson, Michael B. Clark<br>112 East Pecan Street<br>Suite 1650<br>San Antonio TX 78205 | ljefferson@jeffersoncano.com<br>mclark@jeffersoncano.com | Email |
| Counsel to Sedgwick Claims Management Services, Inc. | Kean Miller LLP | Attn: Lloyd A. Lim, Broocks 'Mack' Wilson<br>711 Louisiana Street, Suite 1800<br>Houston TX 77002 | lloyd.lim@keanmiller.com<br>mack.wilson@keanmiller.com | Email |
| Counsel to RS&A, LLC | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email |
| Counsel to DDK Realty Trust dba WalthamMedical Center Realty Trust and dba Waltham Realty Trust ("DDK") | Kozol Law Offices, P.C. | Attn: Eric J. Kozol<br>95 South Bradford Street<br>North Andover MA 01845 | ekozol@kozollaw.com | Email |
| Counsel to Associates in Medical Imaging, LLC | Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Attn: Matthew W. Onest<br>6715 Tippecanoe Road, 2C<br>Canfield OH 44406 | monest@kwgd.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Medical Properties Trust, Inc. and MPT TRS Steward-Lender, LLC (including as MPT Representative), DIP Lender | KTBS Law LLP | Attn: Thomas E. Patterson, Sasha M. Gurvitz, Nir Maoz<br>1801 Century Park East<br>26th Floor<br>Los Angeles CA 90067-2328 | sgurvitz@ktbslaw.com<br>tpatterson@ktbslaw.com<br>nmaoz@ktbslaw.com | Email |
| Counsel to Olympus Corporation of the Americas | Langley & Banack, Incorporated | Attn: David S. Gragg<br>745 East Mulberry<br>Suite 700, Trinity Plaza II<br>San Antonio TX 78212-3166 | dgragg@langleybanack.com | Email |
| Counsel to Capital Bank and Gibbflin, LLC | Law Office of Mynde S. Eisen, P.C. | Attn: Mynde S. Eisen<br>6546 Greatwood Parkway, Suite C<br>Sugar Land TX 77479 | mynde@eisenlawoffice.com | Email |
| Counsel to Kirk E. Maes, M.D. and KP Maes Properties, LLC | Law Office of Mynde S. Eisen, P.C. | Attn: Mynde S. Eisen<br>6546 Greatwood Parkway, Suite C<br>Sugar Land TX 77479 | mynde@eisenlawoffice.com | Email |
| Counsel to the Brighton Elks | Law Offices of Richard L. Blumenthal | Attn: Richard L. Blumenthal<br>343 Washington Street<br>Suite 200<br>Newton MA 02458 | richardlblumenthal@gmail.com | Email |
| Counsel to 1199SEIU United Healthcare Workers East, the 1199SEIU League Training and Upgrading Fund, and 1199SEIU Labor Management Initiatives, Inc. | Levy Ratner, PC | Attn: Ryan J. Barbur, Kimberly Lehmann, Jessica J Apter, Alex Boyd<br>80 Eighth Avenue<br>8th Floor<br>New York NY 10011 | rbarbur@levyratner.com<br>klehmann@levyratner.com<br>japter@levyratner.com<br>aboyd@levyratner.com | Email |
| Counsel to SPT Ivey Tempe MOB LLC | Lewis Roca Rothgerber Christie LLP | Attn: Robert M. Charles, Jr.<br>One South Church Avenue<br>Suite 2000<br>Tucson AZ 85701-1611 | rcharles@lewisroca.com | Email |
| Counsel to Bexar County and Ector Cad | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Harris County, Jefferson County, Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to SSS Education, Inc. d/b/a Jersey College | Lowenstein Sandler LLP | Attn: Andrew Behlmann, Michael Papandrea<br>One Lowenstein Drive<br>Roseland NJ 07068 | abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com | Email |
| Counsel to GenCon, Inc. | MacLean Holloway Doherty & Sheehan, P.C. | Attn: Thomas J. Flannagan<br>8 Essex Center Drive<br>Peabody MA 01960 | tflannagan@mhdpc.com | Email |
| Counsel to AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser<br>23611 Chagrin Blvd<br>Suite 207<br>Beachwood OH 44122 | ahochheiser@mauricewutscher.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bowie Central Appraisal District, The County of Hardin, Texas, and Midland Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to Point23Health, Inc.; Computrition, Inc. | McDowell Hetherington LLP | Attn: Matthew W. Bourda<br>1001 Fannin, Suite 2400<br>Houston TX 77002 | matthew.bourda@mhllp.com | Email |
| Counsel to First Financial Holdings, LLC, as Assignee of First Financial Corporate Leasing, LLC dba First Financial Healthcare Solutions | McGlinchey Stafford, PLLC | Attn: Thomas W. White, Jr<br>1001 McKinney, Suite 1500<br>Houston TX 77002 | twhite@mcglinchey.com | Email |
| Counsel to TTG | McGuireWoods LLP | Attn: Cassandra Sepanik Shoemaker<br>2601 Olive St.<br>Suite 2100<br>Dallas TX 75201 | cshoemaker@mcguirewoods.com | Email |
| Counsel to TTG | McGuireWoods LLP | Attn: Demetra Liggins<br>Texas Tower, 845 Texas Ave.<br>Suite 2400<br>Houston TX 77002 | dliggins@mcguirewoods.com | Email |
| Counsel to City of Haverhill, Massachusetts | Mead, Talerman & Costa, LLC | Attn: Per C. Vaage<br>227 Union Street<br>Ste 612<br>New Bedford MA 02740 | | First Class Mail |
| Counsel to Fay Weir, The Estate of Marc Dean Krsek, Manoucheka Mereus, Jude Augustin, Carla Pisos, Rainiel, Rodriguez and H.R. | Meland Budwick, P.A. | Attn: James C. Moon<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami FL 33131 | jmoon@melandbudwick.com | Email |
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Andrew M. Leblanc, Brett P. Lowe<br>1850 K St NW, Suite 1100<br>Washington DC 20006 | aleblanc@milbank.com<br>blowe@milbank.com | Email |
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Dennis F. Dunne, Michael W. Price, Andrew C. Harmeyer, Brian Kinney<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>mprice@milbank.com<br>aharmeyer@milbank.com<br>bkinney@milbank.com | Email |
| Counsel to the FILO Agent and Bridge Representative | Milbank LLP | Attn: Michael Price, Adam Moses, Brian Kinney, Spencer Pepper<br>55 Hudson Yards<br>New York NY 10001 | amoses@milbank.com<br>spepper@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com | Email |
| Counsel to FILO Secured Parties | Milbank LLP | Attn: Samir L. Vora<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | svora@milbank.com | Email |
| Counsel to Vada Brown | Miller Mentzer Walker, P.C. | Attn: Julie A. Walker<br>P.O. Box 130<br>100 N. Main St.<br>Palmer TX 75152 | jwalker@milmen.com | Email |
| Counsel to Stryker Corporation | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Joseph M. Ammar<br>277 South Rose Street, Suite 6000<br>Kalamazoo MI 49007 | ammar@millercanfield.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Varian Medical Systems, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Marc N. Swanson<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit MI 48226 | swansonm@millercanfield.com | Email |
| Counsel to Intuitive Surgical, Inc. | Mitby Pacholder Johnson PLLC | Attn: Steven J. Mitby, Michael K. Barnhart<br>1001 McKinney Street<br>Suite 925<br>Houston TX 77002 | smitby@mitbylaw.com<br>mbarnhart@mitbylaw.com | Email |
| Counsel to Cross Country Healthcare, Inc | Morgan Lewis & Bockius LLP | Attn: Glenn E. Siegel, Graham L. Fisher<br>101 Park Avenue<br>New York NY 10178-0600 | glenn.siegel@morganlewis.com<br>graham.fisher@morganlewis.com | Email |
| Counsel to Cross Country Healthcare, Inc | Morgan Lewis & Bockius LLP | Attn: Michelle Pector<br>1000 Louisiana Street<br>Suite 4000<br>Houston TX 77002-5048 | michelle.pector@morganlewis.com | Email |
| Counsel to Centinel Spine, LLC | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff, Esq.<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | Email |
| Counsel to Meg General, Inc. | Naman, Howell, Smith & Lee, PLLC | Attn: Kerry L. Haliburton<br>400 Austin Avenue<br>Suite 800<br>Waco TX 76701 | haliburton@namanhowell.com | Email |
| Counsel to Erik Beyer, MD | Nason, Yeager, Gerson, Harris & Fumero, P.A. | Attn: Ivan J. Reich<br>3001 PGA Blvd<br>Suite 305<br>Palm Beah Gardens FL 33410 | ireich@nasonyeager.com<br>sjanowitz@nasonyeager.com | Email |
| Counsel to SCP Health | Nelson Mullins Riley & Scarborough LLP | Attn: Lee B. Hart, Adam D. Herring<br>201 17th Street, NW, Suite 1700<br>Atlanta GA 30363 | lee.hart@nelsonmullins.com<br>adam.herring@nelsonmullins.com | Email |
| Counsel to Westbrook Service Corporation | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey<br>1222 Demonbreun Street, Suite 1700<br>Nashville TN 37203 | shane.ramsey@nelsonmullins.com | Email |
| Counsel to The Snesc Real Estate Group, LLC and Southern New England Surgery Center, LLC; Enovis Corporation, DJO, LLC, Trilliant Surgical, LLC, Novastep, Inc., SURGI-CARE, Inc., and Medshape, Inc. | Nixon Peabody LLP | Attn: Christopher Fong<br>55 West 46th Street<br>New York NY 10036-4120 | cfong@nixonpeabody.com | Email |
| Counsel to The Snesc Real Estate Group, LLC and Southern New England Surgery Center, LLC; Enovis Corporation, DJO, LLC, Trilliant Surgical, LLC, Novastep, Inc., SURGI-CARE, Inc., and Medshape, Inc. | Nixon Peabody LLP | Attn: Richard C. Pedone<br>Exchange Place<br>53 State Street<br>Boston MA 02109-2835 | rpedone@nixonpeabody.com | Email |
| Counsel to Patricia Minter, Medwell Properties and No Boarders MRI, LLC | Norton + Wood | Attn: Jaci Roberts Berry, Marshall C. Wood<br>315 Main Street<br>Texarkana TX 75501-5604 | jaci@nortonandwood.com<br>marshall@nortonandwood.com | Email |
| Counsel to HHS Culinary & Nutrition Solutions LLC and HHS Environmental Services LLC | Norton Rose Fulbright US LLP | Attn: Jason L. Boland, Julie G. Harrison, Maria Mokrzycka<br>1550 Lamar<br>Suite 2000<br>Houston TX 77010 | jason.boland@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com | Email |
| Counsel to the State of Arizona | Office of the Attorney General of Arizona | Attn: Matthew A. Silverman<br>2005 North Central Ave<br>Phoenix AZ 85004-1592 | matthew.silverman@azag.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Texas Health and Human Services Commission | Office of the Attorney General of Texas | Attn: Layla D. Milligan, Stephanie Eberhardt, Sahrish Soleja<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548 | layla.milligan@oag.texas.gov<br>stephanie.eberhardt@oag.texas.gov<br>sahrish.soleja@oag.texas.gov | Email |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Jana Whitworth, Ha Nguyen<br>515 Rusk Street, Suite 3516<br>Houston TX 77002 | jana.whitworth@usdoj.gov<br>ha.nguyen@usdoj.gov | Email |
| Counsel to Siemens Financial Services, Inc. as First Out Tranche A Lender | Otterbourg P.C. | Attn: Thomas P. Duignan and Andrew M. Kramer<br>230 Park Avenue<br>New York NY 10169-0075 | tduignan@otterbourg.com<br>akramer@otterbourg.com | Email |
| Counsel to Intelligent Medical Objects, Inc. and Dext Capital, LLC | Padfield & Stout, L.L.P. | Attn: Christopher V. Arisco<br>100 Throckmorton Street, Suite 700<br>Fort Worth TX 76102 | carisco@padfieldstout.com | Email |
| Counsel to Dext Capital, LLC | Padfield & Stout, L.L.P. | Attn: Matthew D. Giadrosich<br>100 Throckmorton Street, Suite 700<br>Fort Worth TX 76102 | mdg@padfieldstout.com | Email |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: James T. Grogan, III, Schlea M. Thomas<br>600 Travis Street<br>58th Floor<br>Houston TX 77002 | jamesgrogan@paulhastings.com<br>schleathomas@paulhastings.com | Email |
| Counsel to the ABL Administrative Agent, the ABL Collateral Agent, and the ABL/FILO Representative | Paul Hastings LLP | Attn: Kris Hansen, Christopher Guhin, Emily L. Kuznick, Caroline M. Diaz<br>200 Park Avenue<br>New York NY 10166 | chrisguhin@paulhastings.com<br>krishansen@paulhastings.com<br>emilykuznick@paulhastings.com<br>carolinediaz@paulhastings.com | Email |
| Counsel to the ABL Parties | Paul Hastings LLP | Attn: Kristopher M. Hansen, Christopher M. Guhin, Emily L. Kuznick<br>200 Park Avenue<br>New York NY 10166 | krishansen@paulhastings.com<br>chrisguhin@paulhastings.com<br>emilykuznick@paulhastings.com<br>carolinediaz@paulhastings.com | Email |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Lori A. Butler, Mai Lan G. Rodgers, Paula De Felice-Alejandro, Michael I. Baird<br>Office of the General Counsel<br>445 12th Street, S.W<br>Washington DC 20024 | butler.lori@pbgc.gov<br>rodgers.mailan@pbgc.gov<br>efile@pbgc.gov<br>defelicealejandro.paula@pbgc.gov<br>baird.michael@pbgc.gov | Email |
| Counsel to Richardson ISD | Perdue Brandon Fielder Collins & Mott, LLP | Attn: Elizabeth Banda Calvo<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Counsel to Howard County Tax Office | Perdue Brandon Fielder Collins & Mott, LLP | Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock TX 79408 | lmbkr@pbfcm.com | Email |
| Counsel to Fort Bend Independent School District And Fort Bend County Levee Improvement District # 2 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop, Hugh M. McDonald, Andrew V. Alfano, Alana A. Lyman<br>31 West 52nd Street<br>New York NY 10019 | andrew.troop@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>andrew.alfano@pillsburylaw.com<br>alana.lyman@pillsburylaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: Claire K. Wu<br>725 South Figueroa Street<br>36th Floor<br>Los Angeles CA 90017 | claire.wu@pillsburylaw.com | Email |
| Counsel to Executive Office of Health and Human Services of the Commonwealth of Massachusetts and the Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: L. James Dickinson<br>609 Main Street<br>Suite 2000<br>Houston TX 77002 | james.dickinson@pillsburylaw.com | Email |
| Patient Care Ombudsman | Pivot Health Law, LLC | Attn: Susan N. Goodman<br>P.O. Box 69734<br>Oro Valley AZ 85737 | sgoodman@pivothealthaz.com<br>pivothealthaz@gmail.com | Email |
| Counsel to ROI Healthcare Solutions, LLC | Platt Richmond PLLC | Attn: Matthew E. Furse, Robert N. Loughran, Kinsey D. Lakey<br>1201 N. Riverfront Blvd.<br>Suite. 150<br>Dallas TX 75207 | mfurse@plattrichmond.com<br>rloughran@plattrichmond.com<br>klakey@plattrichmond.com | Email |
| Counsel for Catholic Health Initiatives Colorado, CommonSpiritHealth, and Centura Health Corporation | Polsinelli LLP | Attn: Randye Soref<br>2049 Century Park East<br>Suite 2900<br>Los Angeles CA 90067 | rsoref@polsinelli.com | Email |
| Counsel for Catholic Health Initiatives Colorado, CommonSpiritHealth, and Centura Health Corporation | Polsinelli PC | Attn: Caryn Wand<br>1201 West Peachtree Street NW<br>Suite 1100<br>Atlanta GA 30309 | cewang@polsinelli.com | Email |
| Counsel to FILO Secured Parties | Porter Hedges LLP | Attn: John F. Higgins, Megan Young-John<br>1000 Main St.<br>36th Floor<br>Houston TX 77002 | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com | Email |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: Charles A. Dale<br>One International Place<br>Boston MA 02110-2600 | cdale@proskauer.com | Email |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: David M. Hillman, Maximilian A. Greenberg, Elliot R. Stevens<br>Eleven Times Square<br>New York NY 10036-8299 | dhillman@proskauer.com<br>mgreenberg@proskauer.com<br>estevens@proskauer.com | Email |
| Counsel to Brighton Marine, Inc. | Proskauer | Attn: Paul V. Possinger<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago IL 60602-4342 | ppossinger@proskauer.com | Email |
| Counsel to Kaitlyn Rose Thompson and Annette Finster | Rapp & Krock, PC | Attn: Kenneth M. Krock, Bradley K. Jones<br>1980 Post Oak Blvd<br>Suite 1200<br>Houston TX 77056 | kkrock@rappandkrock.com<br>bkjones@rappandkrock.com | Email |
| Counsel to Post Road Equipment Finance SPV, LLC | Reed Smith LLP | Attn: Jay L. Krystinik<br>2850 N. Harwood Street, Suite 1500<br>Dallas TX 75201 | jkrystinik@reedsmith.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Siemens Medical Solutions USA, Inc. and Siemens Healthcare Diagnostics, Inc. | Reed Smith LLP | Attn: Lauren S. Zabel<br>Three Logan Square Suite 3100<br>1717 Arch Street<br>Philadelphia PA 19103 | lzabel@reedsmith.com | Email |
| Counsel to Sodexo Inc. and its affiliates | Reed Smith LLP | Attn: Michael P. Cooley Esq., Taylre C. Janak Esq.<br>2850 N. Harwood Street, Suite 1500<br>Dallas TX 75201 | mpcooley@reedsmith.com<br>tjanak@reedsmith.com | Email |
| Counsel to GE Healthcare, Inc.; Medi-Physics Inc. dba GE Healthcare; GE Healthcare IITS USA Corp.; GE Precision Healthcare LLC; OEC Medical Systems, Inc.; Datex Ohmeda, Inc.; GE Medical Systems, Ultrasound & Primary Care Diagnostics, LLC; and GE Medical Systems Information Technologies, Inc. | Reed Smith LLP | Attn: Paul D. Moak<br>1221 McKinney Street<br>Suite 2100<br>Houston TX 77010 | pmoak@reedsmith.com | Email |
| Counsel to Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America and its affiliates, including Fresenius Medical Care Carney, LLC, NxStage Medical, Inc., Fresenius USA Marketing, Inc., Bio-Medical Applications of Louisiana, LLC and Apheresis Care Group, Inc. (collectively, "FMCNA") | Robinson Bradshaw & Hinson, P.A. | Attn: David M. Schilli<br>101 North Tryon Street, Suite 1900<br>Charlotte NC 28246 | dschilli@robinsonbradshaw.com | Email |
| Proposed Counsel to Patient Care Ombudsman Susan Goodman | Ross, Smith & Binford, PC | Attn: John Casey Roy<br>2901 Via Fortuna Bldg. 6<br>Suite 450<br>Austin TX 78746 | casey.roy@rsbfirm.com | Email |
| Counsel to CK Pine Island Corp | Sagre Law Firm, P.A. | Attn: Ariel Sagre, Esq.<br>5201 Blue Lagoon Drive, Suite 892<br>Miami FL 33126 | law@sagrelawfirm.com | Email |
| Counsel to Christian H. Buhl Legacy Trust | Saul Ewing LLP | Attn: Bruce D. Armon, Esq., Adam H. Isenberg, Esq.<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia PA 19102-2186 | bruce.armon@saul.com<br>adam.isenberg@saul.com | Email |
| Counsel to Christian H. Buhl Legacy Trust | Saul Ewing LLP | Attn: Charles Kelly, Esq., Sophia Sulzer, Esq., Allison L. Burdette, Esq.<br>One PPG Place, Suite 3010<br>Philadelphia PA 15222 | charles.kelly@saul.com<br>sophia.sulzer@saul.com<br>allison.burdette@saul.com | Email |
| Counsel to Christian H. Buhl Legacy Trust | Saul Ewing LLP | Attn: Jorge Garcia, Esq.<br>701 Brickell Avenue, Suite 1700<br>Miami FL 33131 | jorge.garcia@saul.com | Email |
| Counsel to University Orthopedic, Inc. | Savage Law Partners, LLP | Attn: Christopher J. Fragomeni<br>564 South Water Street<br>Providence RI 02903 | chris@savagelawpartners.com | Email |
| Counsel to Oncor, LLC dba Utah Disaster Kleanup | Scalley Reading Bates Hansen & Rasmussen, P.C. | Attn: Darwin H. Bingham<br>15 West South Temple<br>Suite 600<br>Salt Lake City UT 84101 | dbingham@scalleyreading.net | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F ST NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director<br>100 Pearl St.<br>Suite 20-100<br>New York NY 10004-2616 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to STRS Ohio TX Real Estate Investments, Inc. | Seyfarth Shaw LLP | Attn: Tricia W. Macaluso<br>2323 Ross Avenue<br>Suite 1660<br>Dallas TX 75201 | tmacaluso@seyfarth.com | Email |
| Counsel to Change Healthcare, LLC and UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Welltower OM Group, LLC | Shumaker, Loop & Kendrick, LLP | Attn: David J. Coyle<br>1000 Jackson Street<br>Toledo OH 43604 | dcoyle@shumaker.com | Email |
| Counsel to Morrison Management Specialists, Inc. and Crothall Healthcare, Inc. | Sills Cummis & Gross P.C. | Attn: Andrew H, Sherman, Boris Mankovetskiy, Michael Savetsky, Gregory A. Kopacz<br>One Riverfront Plaza<br>Newark NJ 07102 | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com<br>msavetsky@sillscummis.com<br>gkopacz@sillscummis.com | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to North Stapley LLC and Town & Country Offices LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro, Esq.<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| Counsel to NextMed Plains States, LLC | Snell & Wilmer LLP | Attn: Jill H. Perrella<br>2501 N. Harwood Street<br>Ste. 1850<br>Dallas TX 75201 | jperrella@swlaw.com | Email |
| Counsel to Linda Gordon | Spearman Legal Firm, P.C. | Attn: Adrian C. Spearman<br>3560 W. Camp Wisdom Rd<br>Suite 200<br>Dallas TX 75237 | | First Class Mail |
| Counsel to Pinnacle Consulting, LLC | Spence Desenberg & Lee, PLLC | Attn: Ross Spence, Justin Safady<br>1770 St. James Place, Suite 625<br>Houston TX 77056 | ross@sdllaw.com<br>justin@sdllaw.com | Email |
| Counsel to HealthTronics Mobile Solutions, L.L.C. | Sprouse Law Firm | Attn: Marvin E. Sprouse III<br>901 Mopac Expressway South Building 1<br>Suite 300<br>Austin TX 78746 | msprouse@sprousepllc.com | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Tim Griffin<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Phil Weiser<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Delaware Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Ashley Moody<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Andrea Joy Campbell<br>One Ashburton Place<br>Boston MA 02108-1698 | andrea.campbell@state.ma.us.<br>ago@state.mass.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Aaron D. Ford<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: John Formella<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Matthew Platkin<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Dave Yost<br>30 E. Broad St.<br>14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Michelle Henry<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Peter Neronha<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of Tennessee Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Texas Attorney General | Attn: Ken Paxton<br>Capitol Station<br>P.O. Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Utah Attorney General | Attn: Sean Rayes<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| Counsel to Boston Scientific Corporation | Steven D Sass LLC | Attn: Steven D. Sass<br>P.O. Box 45<br>Clarksville MD 21029 | stevendsassllc@gmail.com | Email |
| Debtors | Steward Health Care System LLC | Attn: Nathalie Hibble<br>1900 N. Pearl Street, Suite 2400<br>Dallas TX 75201 | nathalie.hibble@steward.org | Email |
| Counsel to Diversicare Afton Oaks, LLC d/b/a Afton Oaks Nursing and Rehabilitation Center | Stotler Hayes Group, LLC | Attn: Stacy Schaub<br>297 Willbrook Boulevard<br>Pawleys Island SC 29585 | sschaub@stotlerhayes.com | Email |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin TX 78746 | streusand@slollp.com | Email |
| Counsel to Access TeleCare, PLLC and Access TeleCare, LLC | Streusand, Landon, Ozburn, & Lemmon, LLP | Attn: Richard D. Villa<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin TX 78746 | villa@slollp.com | Email |
| Counsel to Philips North America LLC | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, Benjamin S. Beller<br>125 Broad Street<br>New York NY 10004-2498 | dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>bellerb@sullcrom.com | Email |
| Counsel to Ashley D. Hunter | The McKinney Law Firm, P.C. | Attn: Christopher J. McKinney<br>21022 Gathering Oak<br>San Antonio TX 78260 | chris@themckinneylawfirm.com | Email |
| United States Attorney's Office for the Southern District of Texas | U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney<br>Civil Process Clerk<br>1000 Louisiana Street, Suite 2300<br>Houston TX 77002 | usatxs.atty@usdoj.gov | Email |
| Counsel to The United States of America | U.S. Department of Justice | Attn: Augustus T. Curtis<br>P.O. Box 875-Ben Franklin Station<br>Washington DC 20044 | augustus.t.curtis@usdoj.gov | Email |
| Counsel to The United States of America | U.S. Department of Justice | Attn: Kirk T. Manhardt, Mary A. Schmergel, Augustus T. Curtis, Ryan W. Lamb<br>Commercial Litigation Branch, Civil Division Department of Justice<br>1100 L Street, N.W., Room 7208<br>Washington DC 20044 | | First Class Mail |
| Counsel to Lone Star Communications, Inc. | Underwood Law Firm, P.C. | Attn: Cara Kennemer<br>600 Bailey Ave<br>Suite 200<br>Fort Worth TX 76107 | cara.kennemer@uwlaw.com | Email |
| Counsel to Lone Star Communications, Inc. | Underwood Law Firm, P.C. | Attn: Samantha Espino, Roger Cox, Cara Kennemer<br>P.O. Box 9158<br>Amarillo TX 79105 | samantha.espino@uwlaw.com<br>roger.cox@uwlaw.com<br>cara.kennemer@uwlaw.com | Email |
| United States of America | United States of America | Attn: Ryan W. Lamb<br>U.S. Department of Justice<br>P.O. Box 875-Ben Franklin Station<br>Washington DC 20044 | ryan.lamb@usdoj.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The United States of America, Internal Revenue Service | United States of America, Internal Revenue Service | Attn: David G. Adams<br>U.S. Department of Justice, Tax Division<br>717 N. Harwood St., Suite 400<br>Dallas TX 75201 | david.g.adams@usdoj.gov | Email |
| Counsel to Town of Salem, New Hampshire | Upton & Hatfield, LLP | Attn: James F. Raymond<br>P.O. Box 1090<br>10 Centre Street<br>Concord NH 03302-1090 | jraymond@uptonhatfield.com<br>cdasey@uptonhatfield.com | Email |
| Counsel to Commonwealth of Pennsylvania | Urbanik LLC | Attn: Raymond J. Urbanik<br>13785 Research Blvd.<br>Suite 125<br>Austin TX 78750 | rurbanik@urbanikllc.com | Email |
| Counsel to CHG-Meridian USA Corp. | Vedder Price P.C. | Attn: Arianna G. Goodman<br>300 Crescent Court, Suite 400<br>Dallas TX 75201 | agoodman@vedderprice.com | Email |
| Counsel to CHG-Meridian USA Corp. | Vedder Price P.C. | Attn: David L. Kane, Brooke H. Blackwell<br>222 North LaSalle Street, Suite 2600<br>Chicago IL 60601 | dkane@vedderprice.com<br>bblackwell@vedderprice.com | Email |
| Counsel to Medical Properties Trust, Inc., and certain of its affiliates | Wachtell, Lipton, Rosen & Katz | Attn: Emil A. Kleinhaus, Angela K. Herring, Michael H. Cassel<br>51 W 52nd Street<br>New York NY 10019 | eakleinhaus@wlrk.com<br>akherring@wlrk.com<br>mhcassel@wlrk.com | Email |
| Counsel to Laboratory Corporation of America | Waldron & Schneider, PLLC | Attn: Kimberly A Bartley<br>15150 Middlebrook Dr<br>Houston TX 77058 | kbartley@ws-law.com | Email |
| Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | Attn: Candace M. Arthur, David J. Cohen, Justin D. Lee, Jason George, Ray C. Schrock<br>767 Fifth Avenue<br>New York NY 10153-0119 | candace.arthur@weil.com<br>davidj.cohen@weil.com<br>justin.d.lee@weil.com<br>jason.george@weil.com<br>ray.schrock@weil.com | Email |
| Counsel for the Debtors and Debtors in Possession | Weil, Gotshal & Manges LLP | Attn: Stephanie N. Morrison, Clifford W. Carlson, Gabriel Adam Morgan<br>700 Louisiana Street, Suite 3700<br>Houston TX 77002-2784 | stephanie.morrison@weil.com<br>gabriel.morgan@weil.com<br>clifford.carlson@weil.com | Email |
| Counsel to Texas Healthcare Linen | Weinstein Radcliff Pipkin LLP | Attn: Mike F. Pipkin<br>8350 N. Central Expressway<br>Suite 1550<br>Dallas TX 75206 | mpipkin@weinrad.com | Email |
| Wells Fargo Vendor Financial Services, LLC | Wells Fargo Vendor Financial Services, LLC | c/o A Ricoh USA Program<br>Attn: Christine R. Etheridge<br>Bankruptcy Administration, P.O. Box 13708<br>Macon GA 31208-3708 | bankruptcy@leasingconnection.com | Email |
| Counsel to Partssource, Inc | Weltman, Weinberg & Reis Co. LPA | Attn: Scott D. Fink<br>965 Keynote Circle<br>Brookyn Heights OH 44131 | sfink@weltman.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Stericycle, Inc. | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Thomas A. Draghi, Mickee M. Hennessy<br>1201 RXR Plaza<br>Uniondale NY 11556 | tdraghi@westermanllp.com<br>mhennessy@westermanllp.com | Email |
| Counsel to Cornerstone SPE, LLC | Wiles & Wiles, LLP | Attn: John J. Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | Email |
| Counsel to Siemens Financial Services, Inc. | Winstead PC | Attn: Sean B. Davis<br>600 Travis Street, Suite 5200<br>Houston TX 77002 | sbdavis@winstead.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 22400276 | KPMG LLP | PO BOX 120511 | DALLAS | TX | 75312-0511 |
| 22400277 | KPMG LLP | PO BOX 120754 | DALLAS | TX | 75312-0754 |