Electronic Appearance Sheet

James Thoman, Hodgson Russ LLP
Client(s): Dr. Ekkehard Kasper

CESAR ARELLANO, Pro Se, None, Pro Se
Client(s): CESAR ARELLANO

Joseph Baldiga, Mirick O'Connell
Client(s): Point32Health

Stan D. Smith, Wright, Lindsey & Jennings LLP
Client(s): Pafford Health Systems, Inc.

James Thoman, Hodgson Russ LLP
Client(s): Ekkehard M. Kasper

Matthew Silverman, Arizona Attorney General's Office
Client(s): State of Arizona

James Donohue, Ausley McMullen
Client(s): State of Florida Agency for Health Care Administration

Ellen Kennedy, Dinsmore
Client(s): Humana

Sahrish Soleja, TX OAG
Client(s): TMB, TCEQ, and HHSC.

David Coyle, Shumaker, Loop & Kendrick
Client(s): Welltower

Carlos Vazquez, Pro Se, None, Pro Se
Client(s): None

Philip Wright, Pro Se, None, Pro Se
Client(s): Received Bankruptcy Notification - Philip Wright

Ryan Reinert, Shutts & Bowen LLP
Client(s): PeakCM, LLC

Patricia Redmond, Stearns Weaver Miller Weissler Alhadeff & Sitterson
Client(s): Gabriela Gonzalez, Bruno Nascimiento

Christopher Fong, Nixon Peabody LLP
Client(s): DJO Entities

Joseph Baldiga, Mirick O'Connell
Client(s): Point32Health

Electronic Appearance Sheet

W. L. West, Roedel Parsons
Client(s): Attending as interested member of the public.

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust and related entities

Jeannie Kim, Sheppard, Mullin, Richter & Hampton LLP
Client(s): Molina Healthcare, Inc., et al.

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust and certain affiliated entities

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services and Office of the Attorney General of the Commonwealth of Massachusetts

Sarah Mattingly, Dinsmore & Shohl LLP
Client(s): Humana

Nir Maoz, KTBS Law, LLP
Client(s): Medical Properties Trust, Inc., and certain affiliates

Sasha Gurvitz, KTBS Law, LLP
Client(s): Medical Properties Trust, Inc., and certain affiliates

Thomas Patterson, KTBS Law, LLP
Client(s): Medical Properties Trust, Inc., and certain affiliates

James Donohue, Ausley McMullen
Client(s): State of Florida Agency for Health Care Administration

Ellen Kennedy, Dinsmore & Shohl LLP
Client(s): Humana

Karl Burrer, Greenberg Traurig, LLP
Client(s): Suzanne Koenig, Patient Care Ombudsman

Eric English, Porter Hedges LLP
Client(s): CareMax, Inc.

James Keefe, Porter Hedges LLP
Client(s): Caremax, Inc.

Patricia Redmond, Stearns Weaver Miller et al.
Client(s): Gabriela Gonzalez, Bruno Nascimiento, Marta Marin, Elizabeth Washington, PR of Silas Washington

Sarah Mattingly, Dinsmore & Shohl

Electronic Appearance Sheet

Client(s): Humana and its affiliates and subsidiaries

Jeffrey Wisler, Connolly Gallagher
Client(s): Cigna Health and Life Insurance Company, and Stonebriar Commercial Finance

Joseph Baldiga, Mirick O'Connell
Client(s): Point32Health (also Harvard Pilgrim Health Plan and Tufts Health Plan)

Susan Goodman, Pivot Health Law, LLC
Client(s): Healthcare Ombudsman

Ryan Reinert, Shutts & Bowen LLP
Client(s): PeakCM

Paul Heath, Vinson & Elkins LLP
Client(s): Medical Properties Trust, Inc.

Emil Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Medical Properties Trust, Inc.

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust, Inc.

Nir Maoz , KTBS Law LLP
Client(s): Medical Properties Trust, Inc.

Cassandra Shoemaker, McGuireWoods LLP
Client(s): Diagnostic Imaging Solutions, LLC, Digirad Imaging Solutions, LLC and TTG Isotopes, LLC

Angela Randermann, Perdue Brandon Fielder Collins & Mott LLP
Client(s): Texas Taxing Authorities

Brad Kahn, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Sarah Schultz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

David Coyle, Shumaker, Loop & Kendrick
Client(s): Welltower

John Cornwell, Munsch Hardt Kopf & Harr, P.C.
Client(s): Global Healthcare Exchange, LLC

Brenda Funk, Munsch Hardt Kopf & Harr, PC
Client(s): Global Healthcare Exchange, LLC

Matthew Silverman, Arizona Attorney General's Office

Electronic Appearance Sheet

Client(s): State of Arizona

Michael Cooley, Reed Smith LLP
Client(s): Sodexo Operations, LLC and its affiliates

Thomas Patterson, KTBS Law LLP
Client(s): Medical Properties Trust and related entities

Jonathan Horne, Murtha Cullina LLP
Client(s): Hawthorn Medical Associates, LLC

Samuel Rowley, Seyfarth Shaw LLP
Client(s): Blue Cross and Blue Shield of Massachusetts, Inc.

Mack Wilson, Kean Miller LLP
Client(s): Sedgwick

David Parham, Akerman LLP
Client(s): Prolink

Kristen Perry, Faegre Drinker Biddle & Reath
Client(s): Quest Diagnostics

Ryan Barbur, Levy Ratner, P.C.
Client(s): 1199SEIU United Healthcare Workers East

Paul O'Neill, Office of the City Solicitor
Client(s): City of Methuen, Massachusetts

Duane Brescia, Clark Hill, PLC
Client(s): Atlantic Specialty Insurance Corporation

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Andrew Troop, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Commonwealth of Massachusetts

Sean Davis, Winstead PC
Client(s): Siemens Financial Services, Inc.

David Fusco, Fusco Gallager & Porcaro
Client(s): SEIU District 1199 WV/KY/OH. AFSCME Ohio Council 8

Matthew Giadrosich, Padfield & Stout
Client(s): Dext Capital (Creditor)

Michelle Shriro, Singer & Levick, PC

Electronic Appearance Sheet

Client(s): North Stapley, LLC and Town & Country Offices, LLC

Julie Parsons, McCreary Veselka Bragg & Allen PC
Client(s): Texas Taxing Authorities

Layla Milligan, Texas Attorney General's Office
Client(s): Texas HHSC, OIG, TMB, TCEQ

Michael Price, Milbank LLP
Client(s): FILO Parties

Kristopher Hansen, Paul Hastings LLP
Client(s): ABL Parties

Brian Kinney, Milbank LLP
Client(s): FILO Parties

Elisa Hyder, Duane Morris LLP
Client(s): Chubb Companies

Hee Jin Chang, Spence, Desenberg & Lee, PLLC
Client(s): Pinnacle Consulting, LLC

Casey Roy, Ross, Smith & Binford, PC
Client(s): Susan N. Goodman, Patient Care Ombudsman

Ryan Lamb, United States Department of Justice
Client(s): United States

Andrew Alfano , Pillsbury Winthrop Shaw Pittman LLP
Client(s): Commonwealth of Massachusetts

Brian Schartz, Kirkland & Ellis LLP
Client(s): Buyer [Kinderhook and Affiliates]

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors

Kristopher Hansen, Paul Hastings LLP
Client(s): The ABL Parties

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors

Christopher Guhin, Paul Hastings LLP

Electronic Appearance Sheet

Client(s): The ABL Parties

Candace Arthur, Weil, Gotshal & Manges LLP
Client(s): Debtors

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors

Loren Findlay, Weil, Gotshal & Manges LLP
Client(s): Debtors

Jason George, Weil, Gotshal & Manges LLP
Client(s): Debtors

Augustus Curtis, U.S. Department of Justice
Client(s): United States

John Castellano, Pro Se, None, Pro Se
Client(s): Chief Restructuring Officer, Steward Health Care System LLC

Toby King, Pro Se, None, Pro Se
Client(s): Senior Managing Director, Leerink Partners LLC

Joseph Weinstein, Pro Se, None, Pro Se
Client(s): President and Chief Physician Executive, Steward Health Care Network; President, Stewardship Health

Randye Soref, Polsinelli
Client(s): Catholic Health Initiatives Colorado, CommonSpirit Health and Centura Health

Nancy Peterman, Greenberg Traurig LLP
Client(s): Suzanne Koenig, Patient Care Ombudsman