IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | : | **Case No. 24-90213 (CML)** |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors.[1] | : | Re: Docket Nos. 1711, 1767 |

## COMMONWEALTH OF PENNSYLVANIA'S WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 22, 2024

The Commonwealth of Pennsylvania, by and through its Attorney General, Michelle A. Henry, by and through their respective undersigned attorneys, hereby files this Witness and Exhibit List for the hearing to be held on August 22, 2024 at 1:00 p.m. (Central Time) as follows:

### WITNESSES

The Commonwealth of Pennsylvania may call the following witnesses at the hearing:

1. James A. Donahue, III, First Deputy Attorney General, Commonwealth of Pennsylvania;

2. Any witness listed, offered, or called by any other party; and

3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

The Commonwealth of Pennsylvania reserves the right to cross-examine any witness called by any other party.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

1

## EXHIBITS

The Commonwealth of Pennsylvania may offer into evidence any one or more of the following exhibits at the hearing:

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Letter of Intent (Under Seal) | | | |
| 2 | Rebuttal Exhibits | | | |

## RESERVATION OF RIGHTS

The Commonwealth of Pennsylvania reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

DATED:  August 22, 2024

Respectfully submitted,

**COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL**

Michelle A. Henry
Attorney General

Mark Pacella
Executive Deputy Attorney General
Public Protection Division

Eugene J. Herne*
Charitable Trusts and Organizations Section

                                                        BY:  */s/ Raymond J. Urbanik*
                                                                   Raymond J. Urbanik
                                                                   TX Bar  20414050
                                                                   **URBANIK, LLC**
                                                                   13785 Research Blvd
                                                                   Suite 125
                                                                   Austin, TX 78750-1826
                                                                   214-762-7700
                                                                   rurbanik@urbanikllc.com

\* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, a true and correct copy of the above document was electronically filed with the court using the CM/ECF system, which will send notification to all parties of interest participating in the CM/ECF system.

*/s/ Raymond J. Urbanik*
