Electronic Appearance Sheet

Cassandra Shoemaker, McGuireWoods LLP
Client(s): Diagnostic Imaging Solutions, LLC, Digirad Imaging Solutions, LLC and TTG Isotopes, LLC

William Currie, "Kroll"
Client(s): Chastity Tucker

William Currie, Pro Se, None, Pro Se
Client(s): Mickel Currie "Father"

Ryan Reinert, Shutts & Bowen LLP
Client(s): PeakCM LLC

Sarah Schultz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Brad Kahn, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Patricia Redmond, Stearns Weaver
Client(s): Gabriela Gonzalez, Bruno Nascimiento, Elizabeth Washington, Marta Martin

Chris Guhin, Paul Hastings LLP
Client(s): ABL Parties

Cassandra Shoemaker, McGuireWoods LLP
Client(s): Diagnostic Imaging Solutions, LLC, Digirad Imaging Solutions, LLC and TTG Isotopes, LLC

Kris Hansen, Paul Hastings LLP
Client(s): ABL Parties

Matthew Silverman, Arizona Attorney General's Office
Client(s): State of Arizona

David Coyle, Shumaker, Loop & Kendrick
Client(s): Welltower

Casey Roy, Ross, Smith & Binford, PC
Client(s): Susan N. Goodman, Patient Care Ombudsman

Susan Goodman, Pivot Health Law, LLC
Client(s): Healthcare Ombudsman

Thomas Patterson, KTBS Law, LLP
Client(s): Medical Properties Trust and related entities

David Fusco, Fusco Gallagher & Porcaro LLP
Client(s): Ohio Council 8 of the American Federation of State, County and Municipal Employees, its Locals 2026, 2288 and 2804 and Service Employees International Union District 1199 WV/KY/OH

Electronic Appearance Sheet

Ryan Barbur, Levy Ratner, P.C.
Client(s): 1199SEIU United Healthcare Workers East

Jonathan Horne, Murtha Cullina LLP
Client(s): Hawthorn Medical Associates, LLC

Kristin Radwanick, Ohio Attorney General
Client(s): Ohio Attorney General

Paul Heath, Vinson & Elkins LLP
Client(s): Medical Properties Trust Inc.

Tom Patterson, KTBS Law
Client(s): Medical Properties Trust Inc.

Emil Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Medical Properties Trust Inc.

Andrew Troop, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Commonwealth of Massachusetts

Morris Weiss, Holland & Knight
Client(s): Shannon

Duane Brescia, Clark Hill PLC
Client(s): Atlantic Specialty Insurance Company

Erin Jones, Jones Murray LLP
Client(s): WD Manor Mechanical Contractors, Inc.

MIchael Price, Milbank LLP
Client(s): FILO Parties

Andrew Leblanc, Milbank LLP
Client(s): FILO Parties

Sarah Mattingly, Dinsmore & Shohl LLP
Client(s): Humana

Kris Hansen, Paul Hastings LLP
Client(s): ABL Parties

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Commonwealth of Massachusetts

Erin Brady, Hogan Lovells
Client(s): Orlando Health

Electronic Appearance Sheet

Ray Schrock, Weil, Gotshal & Manges LLP
Client(s): Debtors

David Cohen, Weil, Gotshal & Manges LLP
Client(s): Debtors

Candace Arthur, Weil, Gotshal & Manges LLP
Client(s): Debtors

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors