| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90213 (CML) |
|---|---|---|---|
| | Debtor | In Re: | Steward Health Care System LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Edward J. Green<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654<br>(312) 832-4500 / egreen@foley.com<br>Illnois / 6225069 |
|---|---|

| Name of party applicant seeks to appear for: | HonorHealth, an Arizona non-profit corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   9/9/2024 | Signed:              /s/ Edward J. Green |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
United States Bankruptcy Judge