IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § <br> § <br> STEWARD HEALTH CARE SYSTEM § <br> LLC, *et al.*,[1] § <br> § <br> **Debtors.** § | | Chapter 11 <br><br> Case No.: 24-90213 (CML) <br><br> (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Holland N. O'Neil, Edward J. Green and the law firm of Foley & Lardner LLP hereby enter their appearance in the above-captioned chapter 11 case as counsel for interested party, HonorHealth, an Arizona non-profit corporation ("**Honor**") and in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010 and request, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given and served at the offices, addresses, and numbers as follows:

Holland N. O'Neil (TX 14864700)
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-4961
honeil@foley.com

Edward J. Green (*pro hac vice* pending)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4375
egreen@foley.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward/HomeIndex. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                             Page 1

PLEASE TAKE FURTHER NOTICE that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively the "**Filings**"), whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affect or seek to affect in anyway any rights or interests of Honor.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this notice nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Honor: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Honor may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

DATED: September 9, 2024

Respectfully submitted by:

*/s/ Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com

Edward J. Green (*pro hac vice* pending)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone: (312) 832-4375
Facsimile: (312) 832-4700
egreen@foley.com

**COUNSEL TO HONORHEALTH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically by the Court's PACER system on September 9, 2024.

                                            */s Holland N. O'Neil*
                                            Holland N. O'Neil