Electronic Appearance Sheet

Sarah Schultz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Brad Kahn, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Paul Heath, Vinson & Elkins LLP
Client(s): Medical Properties Trust Inc.

Thomas Patterson , KTBS Law
Client(s): Medical Properties Trust Inc.

Nir Maoz, KTBS Law
Client(s): Medical Properties Trust Inc.

Emil Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Medical Properties Trust Inc.

Lynda Lankford, Forshey Prostok, LLP
Client(s): Regional Professional Building

Sam Alberts, Dentons US LLP
Client(s): Massachusetts Nurses Association

Ryan Reinert, Shutts & Bowen LLP
Client(s): PeakCM, LLC

Hugh McDonald, Pillsbury Winthrop Shaw Pittman LLP
Client(s): Executive Office of Health and Human Services and Office of the Attorney General of the Commonwealth of Massachusetts

Casey Roy, Ross, Smith & Binford, PC
Client(s): Susan Goodman, Patient Care Ombudsman

Jonathan Horne, Murtha Cullina LLP
Client(s): Hawthorn Medical Associates, LLC

Thomas Patterson, KTBS Law LLP
Client(s): MPT entities

Sarah Mattingly, Dinsmore & Shohl LLP
Client(s): Humana

Kristin  Radwanick, Ohio Attorney General
Client(s): Ohio Attorney General

Electronic Appearance Sheet

Adam Isenberg, Saul Ewing LLP
Client(s): Christian H Buhl Legacy Trust

Chris Guhin, Paul Hastings LLP
Client(s): ABL Parties

Kris Hansen, Paul Hastings LLP
Client(s): ABL Parties

Susan Goodman, Pivot Health Law, LLC
Client(s): Healthcare Ombudsman

Holland O'Neil, Foley & Lardner LLP
Client(s): HonorHealth

Edward Green, Foley & Lardner LLP
Client(s): HonorHealth

Jessica Apter, Levy Ratner, PC
Client(s): 1199SEIU United Healthcare Workers East

David Fusco, Fusco Gallagher & Porcaro LLP
Client(s): SEIU District 1199 WV/KY/OH and AFSCME Ohio Council 8 and its Locals 2026, 2288 and 2804

Shannah Colbert, Mirick O'Connell
Client(s): Point32Health, UMass Memorial

Erin Brady, Hogan Lovells US LLP
Client(s): Orlando Health, Inc.

Layla Milligan, Office of the Texas Attorney General
Client(s): Texas HHSC, OIG, TMB, TCEQ

Sahrish Soleja, TX OAG
Client(s): HHSC, TMB, TCEQ, OIG

Raymond Urbanik, Urbanik LLC
Client(s): Attorney General, Commonwealth of Pennsylvania

Adam Isenberg, Saul Ewing LLP
Client(s): Christian H Buhl Legacy Trust

Paul O'Neill, Office of the City Solicitor
Client(s): City of Methuen, Massachusetts

Electronic Appearance Sheet

Erin Brady, Hogan Lovells
Client(s): Orlando Health

Cassandra Shoemaker, McGuireWoods LLP
Client(s): Diagnostic Imaging Solutions, LLC, Digirad Imaging Solutions, LLC and TTG Isotopes, LLC

Matthew Silverman, Arizona Attorney General's Office
Client(s): State of Arizona

Matthew Giadrosich, Padfield & Stout
Client(s): Dext Capital