IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § | Case No. 24-90213 (CML) |
| Debtors.[1] | § § | (Jointly Administered) |

**DEXT CAPITAL, LLC'S NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. Dext Capital, LLC ("Dext Capital") files this Notice pursuant to BLR 9017-1(c)(2)(B).

2. This Notice pertains to the matters scheduled for hearing in the above-styled bankruptcy case on October 1, 2024 at 10:00 a.m. (Central Time) (the "Hearing").

3. Dext Capital may call any one or more of the following witnesses to testify at the Hearing by telephone and/or video technology.

   i. Katie Riggs, General Counsel for Dext Capital, LLC; and

   ii. Corporate Representative and Custodian of Records for Dext Capital, LLC.

4. Any party-in-interest may object to this Notice within three (3) days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witness(es) to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the witness(es) and the objector must appear in person at the Hearing.

5. This Notice may be withdrawn or amended at any point prior to the Hearing.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar I.D. 24074274
mdg@padfieldstout.com
Christopher Arisco
State Bar I.D. #24064830
carisco@padfieldstout.com

*Attorneys for Dext Capital, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a true and correct copy of the foregoing document was served by electronic mail via the Court's CM/ECF system to all parties authorized to receive electronic notices.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich