## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **CASE NO. 24-90213 (CML)** |
| **LLC, _et al.,_**[1] | § | **(Chapter 11)** |
| | § | **(Jointly Administered)** |
| **DEBTORS** | § | |

### SHANNON REAL ESTATE SERVICES, AS SUCCESSOR-IN-INTEREST TO CCI BIG SPRING, LLC's, SECOND AMENDED OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE [THIS INSTRUMENT RELATES TO DOCKET NOS. 1643, 1730, 1979 and 2697]

Shannon Real Estate Services ("Shannon" or "Landlord"), as successor-in-interest to CCI Big Spring, LLC ("CCI"), hereby submits its Second Amended Objection and Reservation of Rights (the "Objection") to the _Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale_ [Docket No. 1643] (the "Cure Notice"), and the _Notice of Designation of Quorum Health As Designated Operator For, and Sale of, Odessa Regional Medical Center and Scenic Mountain Medical Center_ [Docket No. 2697], filed by the above-captioned debtors and debtors-in-possession (the "Debtors") and respectfully states as follows in support thereof.

### FACTUAL BACKGROUND

1.      On May 6, 2024 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing these bankruptcy cases.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

---

2.      Prior to the Petition Date, and subject to and without waiver of the arguments set forth herein, including, without limitation, in paragraph 12 below, the predecessor-in-interest to Shannon[2] and Steward Texas Hospital Holdings LLC a/k/a Scenic Mountain Medical Center (the "Tenant") entered into the following (collectively and as amended, restated, or supplemented, the "Lease"):  (a) that certain Tenant Lease and Occupancy Agreement dated August 2, 2018, by and between the Tenant and the Original Landlord, as amended by that Amendment to Lease Agreement, by and between the Tenant and Original Landlord, dated September 5, 2018, and as further amended by that Second Amendment Lease Agreement, by and between the Tenant and the Original Landlord, dated October 1, 2020 covering Suite 101 medical office building located at 1501 West 11th Place, Big Spring, TX 79720 (as further described by the Lease, the "Premises"); (b) that certain Tenant Lease and Occupancy Agreement, by and between the predecessor-in-interest to the Tenant and the Original Landlord, dated September 26, 2016, as amended, and assigned to the Tenant pursuant to that certain Assignment and Assumption of Tenant Lease and Occupancy Agreement, dated April 28, 2020, covering Suite 304 at the Premises; (c) that certain Tenant Lease and Occupancy Agreement, by and between the Tenant and the Original Landlord, dated November 17, 2016, as amended, covering Suite 305 at the Premises; (d) that certain Tenant Lease and Occupancy Agreement dated September 15, 2016, by and between the Tenant and the Original Landlord, as amended, covering Suites 100, 104, 106, 110, 200, 201, 204/206, and 205 at the Premises; (e) that certain Control and Support Agreement, by and between the Original Landlord and the Tenant, dated February 18, 2016; (f) that certain Omnibus Amendment to Lease Agreements by and among

---

[2] Shannon is the successor-in-interest to CCI (the "Prior Landlord") pursuant to that certain Assignment and Assumption of Leases, dated August 2, 2024 (the "Assignment").  CCI is the successor-in-interest to Texas Healthcare Holdings II, LLC (the "Original Landlord") pursuant to that certain Assignment and Assumption of Leases, dated June 14, 2021 (the "Original Assignment").

**SECOND AMENDED OBJECTION TO CURE NOTICE**

the Tenant, the Original Landlord, and certain other parties, dated May 16, 2016; and (g) that certain Second Omnibus Amendment to Lease Agreements by and among the Tenant, the Original Landlord, and certain other parties, dated October 1, 2016.

3.  Pursuant to the Lease, the Tenant is responsible for monthly Base Rent (as defined by the Lease), Tenant Proportionate Share of Additional Rent (as defined by the Lease) and the Contingent Rent Shortfall (as defined by the Lease), Operating Costs Obligation (as defined by the Lease) and other amounts (including attorneys' fees) due and owing under the Lease.

4.  The Tenant occupied the Premises prior to the Petition Date.  Since the Petition Date, the Tenant has continued to occupy the Premises and use the Premises to operate its business.

5.  As of July 29, 2024, the Tenant is indebted to the Landlord in the amount of at least $171,322.89 related to amounts that are due and owing in connection with the Lease, plus unpaid attorneys' fees in the amount of at least $20,000.00, and all other amounts that continue to accrue under the Lease (the "Correct Cure Amount").  A ledger reflecting the Correct Cure Amount is attached hereto as **Exhibit "A."**

6.  On May 15, 2024, the Debtors filed the *Emergency Motion of Debtors for Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B)Form and Manner of Notice of Sales, Auctions and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; (IV) Granting Related Relief; (V) Approving Cure Notice Procedures for Executory Contracts and Unexpired Leases; and (VI) Granting Other Relief* [Docket No. 281] (the "Bid Procedures

---

Motion"), pursuant to which the Debtors sought, among other things, the approval of bidding procedures for the sale(s) of the Debtors' assets.

7.        On June 3, 2024, the Court entered its *Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B)Form and Manner of Notice of Sales, Auctions and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; (IV) Granting Related Relief; (V) Approving Cure Notice Procedures for Executory Contracts and Unexpired Leases; and (VI) Granting Other Relief* [Docket No. 626] (the "Bid Procedures Order").

8.        On July 19, 2024, consistent with the Bid Procedures Order, the Debtors filed the Cure Notice.  The Cure Notice states that the Cure Costs (as defined by the Cure Notice) for the Lease is $80,906.50 (the "Proposed Cure Amount").  **The Proposed Cure Amount is not correct and, as set forth more fully in paragraph 12 below, the Lease may not be an unexpired lease or executory contract of the Debtor as those terms are defined in Section 365 of the Bankruptcy Code because the Lease was purported to be signed by a legal entity that did not exist at that time**.

9.        On July 29, 2024, CCI, as the Prior Landlord, filed *CCI Big Spring, LLC's Objection and Reservation of Rights to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale* [Docket No. 1730](the "Original Cure Cost Objection").

10.       On August 14, 2024, Shannon filed *Shannon Real Estate Services, as Successor-In-Interest to CCI Big Spring, LLC's, First Amended Objection and Reservation of Rights to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale* [Docket No. 1979](the "First Amended Cure Cost

Objection") to reflect, among other things, that Shannon is the successor-in-interest and current Landlord and counterparty-in-interest under the Lease.

11.     This Objection amends the First Amended Cure Cost Objection to reflect, among other things, that the Lease may not be an unexpired lease or executory contract of the Debtor as those terms are defined in Section 365 of the Bankruptcy Code because the Lease was purported to be signed by a legal entity that did not exist at that time, as described more fully in paragraph 12 below.

12.     Upon further investigation, Shannon has discovered that the Lease was purported to be signed by Scenic Mountain Medical Center Inc., a Texas corporation dba Scenic Mountain Medical Center ("SMMC"). Pursuant to Articles of Merger filed with the Texas Secretary of State on December 30, 1994, SMMC merged with Big Spring Hospital Corporation on December 30, 1994. Pursuant to the Articles of Merger, the related Plan of Merger, and the related Certification of Account Status of the Texas Comptroller, true and correct copies of which are attached hereto collectively as **Exhibit "B"**, all the stock of SMMC was cancelled as of December 30, 1994, the stock of Big Spring Hospital Corporation remained outstanding as the shares of the surviving corporation, Big Spring Hospital Corporation became the surviving corporation, and the Texas Comptroller certified that SMMC was "out of business" as of that time. Thus, and in the alternative to the extent necessary, the (purported) Lease is not an "unexpired lease" or "executory contract" of the Debtor as those terms are defined in Section 365 of the Bankruptcy Code because the (purported) Lease was purported to be signed by a legal entity that did not exist as of the date the Lease was signed. *See, e.g., Kahn v. Imperial Airport, L.P.,* 308 S.W.3d 432, 438 (Tex.App.—Dallas 2010, no pet.)(stating that one cannot sign for and bind a legal entity that does not exist).

## OBJECTION

13.     The Landlord objects to the proposed assumption and/or assumption and assignment of the Lease because the Tenant has failed to comply with the Bankruptcy Code, particularly Section 365(b) and (f)(2).

14.     The Lease is an "unexpired lease" as that term is defined in Section 365(b)(1) of the Bankruptcy Code.  Pursuant to Sections 365(b)(1) and (f)(2) of the Bankruptcy Code, the Tenant may not assume and assign the Lease unless it: (i) cures or provides adequate assurance that it will promptly cure any monetary default(s) under the Lease; and (ii) compensates the Landlord for any actual pecuniary loss resulting from any default under the Lease.  11 U.S.C. § 365(b) and (f).

15.     The Cure Notice does not comply with Sections 365(b) and (f)(2) of the Bankruptcy Code, as it does not provide for Shannon to be paid the Correct Cure Amount.

16.     Alternatively, the Lease is not an "unexpired lease" or "executory contract" as those terms are defined in Section 365 of the Bankruptcy Code because the (purported) Lease was purported to be signed by a legal entity that did not exist as of the date the Lease was purportedly signed.  Shannon reserves all rights to object to the proposed assumption or assumption and assignment of the (purported) Lease on these grounds.

## JOINDER

17.     Shannon joins in the objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with the relief requested in this Objection.

## RESERVATION OF RIGHTS

18.     Shannon reserves all rights to amend or supplement this Objection and to make such other and further objections as it may deem necessary and appropriate.  Shannon reserves all rights to file an Adequate Assurance Objection (as defined by the Cure Notice).

19.     Shannon hereby reserves its rights to make such other and further objections as may be appropriate, including, but not limited to, additional objections regarding assignment or adequate assurance of future performance of the Lease pursuant to Section 365 of the Bankruptcy Code.  Shannon further reserves its right to amend or supplement the Correct Cure Amount, including to amend or supplement:  (a) any post-petition rent and other charges pursuant to the Lease; (b) certain amounts due and owing under the Lease, but which may be unbilled as of the date hereof; or (c) any regular or periodic adjustment of charges under the Lease, which were not or had not been determined as of the date hereof.

20.     Shannon further reserves all rights and remedies with respect to the assumption and/or rejection of the Lease and any administrative claim(s) that it may be entitled to assert related to the Lease, the Debtors' performance or nonperformance thereunder, and all rights, remedies and further objections available to Shannon as a result of Debtors' occupancy of the Premises, whether on a month-to-month tenancy or otherwise.

## **PRAYER**

Shannon Real Estate Services respectfully requests that: (i) any order entered that establishes the Correct Cure Amount and (ii) grant Shannon such other and further relief to which it may be justly entitled, both at law and in equity.

**DATED:  September 30, 2024**

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL,
KELLY & TAPLETT, L.L.P.

By:     */s/ Matthew T. Taplett*
Matthew T. Taplett
State Bar No. 24028026

500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781
E-mail: mtaplett@popehardwicke.com

ATTORNEYS FOR SHANNON REAL ESTATE
SERVICES, a Texas nonprofit corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing document was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District and via first-class mail and email on the parties listed below.

*/s/ Matthew T. Taplett*
Matthew T. Taplett

Weil, Gotshal & Manges LLP,
767 Fifth Avenue,
New York, NY 10153
Attn: Ray C. Schrock
Candace M. Arthur
David J. Cohen
Email:  ray.schrock@weil.com
        candace.arthur@weil.com
        davidj.cohen@weil.com


Weil, Gotshal & Manges LLP,
700 Louisiana Street
Suite 3700
Houston, TX 77002
Attn: Gabriel A. Morgan
Clifford W. Carlson
Stephanie N. Morrison
Email:  gabriel.morgan@weil.com
        clifford.carlson@weil.com
        stephanie.morrison@weil.com


Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Brad M. Kahn
Sarah Link Schultz
Iain Wood
Erica D. McGrady
Email:  bkahn@akingump.com
        sschultz@akingump.com
        iwood@akingump.com
        emcgrady@akingump.com

---

**SECOND AMENDED OBJECTION TO CURE NOTICE**

KTBS Law LLP
1801 Century Park East
26th Floor
Los Angeles, CA 90067
Attn: Thomas E. Patterson
Sasha Gurvitz
Email:  tpatterson@ktbslaw.com
          sgurvitz@ktbslaw.com


Paul Hastings LLP,
200 Park Avenue
New York, NY 10166
Attn: Kris M. Hansen
Christopher Guhin
Jeff Lowenthal
Brian Kelly
Email:  krishansen@paulhastings.com
          chrisguhin@paulhastings.com
          jefflowenthal@paulhastings.com
          briankelly@paulhastings.com


Siemens Financial Services, Inc.
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
Attn: Andrew Kramer
Email:  akramer@otterbourg.com


Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: Dennis Dunne
Michael Price
Andrew Harmeyer
Brian Kinney
Email:  ddunne@milbank.com
          mprice@milbank.com
          aharmeyer@milbank.com
          bkinney@milbank.com

**SECOND AMENDED OBJECTION TO CURE NOTICE**

Ha Minh Nguyen
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: ha.nguyen@usdoj.gov


Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Email: jana.whitworth@usdoj.gov

# EXHIBIT A

# Aging Detail

DB Caption: live 07/16/2021   Status: Current, Past, Future   Property: b283   Age As Of: 07/31/2024   Post To: 07/22/2024

7/29/2024 11:59 AM

| Property | Customer | Lease | Status | Tranf | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CCI Big Spring, LLC - 1501 W 11th (b283)** | | | | | | | | | | | | | | |
| **Dr. Carrasco (b283304)** | | | | | | | | | | | | | | |
| b283 | c283 | Dr. Carrasco | Current | C-127784 | base | 4/1/2024 | 04/2024 | 3,208.92 | 0.00 | 0.00 | 0.00 | 3,208.92 | 0.00 | 3,208.92 |
| b283 | c283 | Dr. Carrasco | Current | C-127785 | camest | 4/1/2024 | 04/2024 | 3,250.29 | 0.00 | 0.00 | 0.00 | 3,250.29 | 0.00 | 3,250.29 |
| b283 | c283 | Dr. Carrasco | Current | C-127786 | capex | 4/1/2024 | 04/2024 | 166.00 | 0.00 | 0.00 | 0.00 | 166.00 | 0.00 | 166.00 |
| b283 | c283 | Dr. Carrasco | Current | C-129693 | late | 4/15/2024 | 04/2024 | 331.26 | 0.00 | 0.00 | 0.00 | 331.26 | 0.00 | 331.26 |
| b283 | c283 | Dr. Carrasco | Current | C-130090 | base | 5/1/2024 | 05/2024 | 3,208.92 | 0.00 | 0.00 | 0.00 | 3,208.92 | 0.00 | 3,208.92 |
| b283 | c283 | Dr. Carrasco | Current | C-130091 | camest | 5/1/2024 | 05/2024 | 3,250.29 | 0.00 | 0.00 | 0.00 | 3,250.29 | 0.00 | 3,250.29 |
| b283 | c283 | Dr. Carrasco | Current | C-130092 | capex | 5/1/2024 | 05/2024 | 166.00 | 0.00 | 0.00 | 0.00 | 166.00 | 0.00 | 166.00 |
| b283 | c283 | Dr. Carrasco | Current | C-131958 | late | 5/10/2024 | 05/2024 | 400.83 | 0.00 | 0.00 | 400.83 | 0.00 | 0.00 | 400.83 |
| | | **Dr. Carrasco** | | | | | | **13,982.51** | **0.00** | **0.00** | **400.83** | **13,581.68** | **0.00** | **13,982.51** |
| **Dr. Chavez (b283205)** | | | | | | | | | | | | | | |
| b283 | c283 | Dr. Chavez | Current | C-127778 | base | 4/1/2024 | 04/2024 | 2,736.79 | 0.00 | 0.00 | 0.00 | 2,736.79 | 0.00 | 2,736.79 |
| b283 | c283 | Dr. Chavez | Current | C-127779 | camest | 4/1/2024 | 04/2024 | 3,041.85 | 0.00 | 0.00 | 0.00 | 3,041.85 | 0.00 | 3,041.85 |
| b283 | c283 | Dr. Chavez | Current | C-127780 | capex | 4/1/2024 | 04/2024 | 155.00 | 0.00 | 0.00 | 0.00 | 155.00 | 0.00 | 155.00 |
| b283 | c283 | Dr. Chavez | Current | C-129694 | late | 4/15/2024 | 04/2024 | 296.68 | 0.00 | 0.00 | 0.00 | 296.68 | 0.00 | 296.68 |
| b283 | c283 | Dr. Chavez | Current | C-130084 | base | 5/1/2024 | 05/2024 | 2,736.79 | 0.00 | 0.00 | 0.00 | 2,736.79 | 0.00 | 2,736.79 |
| b283 | c283 | Dr. Chavez | Current | C-130085 | camest | 5/1/2024 | 05/2024 | 3,041.85 | 0.00 | 0.00 | 0.00 | 3,041.85 | 0.00 | 3,041.85 |
| b283 | c283 | Dr. Chavez | Current | C-130086 | capex | 5/1/2024 | 05/2024 | 155.00 | 0.00 | 0.00 | 0.00 | 155.00 | 0.00 | 155.00 |
| b283 | c283 | Dr. Chavez | Current | C-131959 | late | 5/10/2024 | 05/2024 | 358.99 | 0.00 | 0.00 | 358.99 | 0.00 | 0.00 | 358.99 |
| | | **Dr. Chavez** | | | | | | **12,522.95** | **0.00** | **0.00** | **358.99** | **12,163.96** | **0.00** | **12,522.95** |
| **Family Medical Center OB/Gyn (b283200)** | | | | | | | | | | | | | | |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-127769 | base | 4/1/2024 | 04/2024 | 2,454.38 | 0.00 | 0.00 | 0.00 | 2,454.38 | 0.00 | 2,454.38 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-127770 | camest | 4/1/2024 | 04/2024 | 2,727.97 | 0.00 | 0.00 | 0.00 | 2,727.97 | 0.00 | 2,727.97 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-127771 | capex | 4/1/2024 | 04/2024 | 139.00 | 0.00 | 0.00 | 0.00 | 139.00 | 0.00 | 139.00 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-129695 | late | 4/15/2024 | 04/2024 | 266.07 | 0.00 | 0.00 | 0.00 | 266.07 | 0.00 | 266.07 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-130075 | base | 5/1/2024 | 05/2024 | 2,454.38 | 0.00 | 0.00 | 0.00 | 2,454.38 | 0.00 | 2,454.38 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-130076 | camest | 5/1/2024 | 05/2024 | 2,727.97 | 0.00 | 0.00 | 0.00 | 2,727.97 | 0.00 | 2,727.97 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-130077 | capex | 5/1/2024 | 05/2024 | 139.00 | 0.00 | 0.00 | 0.00 | 139.00 | 0.00 | 139.00 |
| b283 | c283 | Family Medical Center OB/Gyn | Current | C-131960 | late | 5/10/2024 | 05/2024 | 321.94 | 0.00 | 0.00 | 321.94 | 0.00 | 0.00 | 321.94 |
| | | **Family Medical Center OB/Gyn** | | | | | | **11,230.71** | **0.00** | **0.00** | **321.94** | **10,908.77** | **0.00** | **11,230.71** |
| **Family Medical Center X-Ray (b283110)** | | | | | | | | | | | | | | |
| b283 | c283 | Family Medical Center X-Ray | Current | C-127766 | base | 4/1/2024 | 04/2024 | 1,231.00 | 0.00 | 0.00 | 0.00 | 1,231.00 | 0.00 | 1,231.00 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-127767 | camest | 4/1/2024 | 04/2024 | 1,368.23 | 0.00 | 0.00 | 0.00 | 1,368.23 | 0.00 | 1,368.23 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-127768 | capex | 4/1/2024 | 04/2024 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 70.00 |

# Aging Detail

DB Caption: live 07/16/2021   Status: Current, Past, Future   Property: b283   Age As Of: 07/31/2024   Post To: 07/2024

7/29/2024 11:59 AM

| Property | Customer | Lease | Status | Tranf# | Code | Charge Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | Family Medical Center X-Ray | Current | C-129696 | late | 4/15/2024 | 04/2024 | 133.46 | 0.00 | 0.00 | 0.00 | 133.46 | 0.00 | 133.46 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-130072 | base | 5/1/2024 | 05/2024 | 1,231.00 | 0.00 | 0.00 | 0.00 | 1,231.00 | 0.00 | 1,231.00 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-130073 | camest | 5/1/2024 | 05/2024 | 1,368.23 | 0.00 | 0.00 | 0.00 | 1,368.23 | 0.00 | 1,368.23 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-130074 | capex | 5/1/2024 | 05/2024 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 | 0.00 | 70.00 |
| b283 | c283 | Family Medical Center X-Ray | Current | C-131961 | late | 5/10/2024 | 05/2024 | 161.49 | 0.00 | 0.00 | 161.49 | 0.00 | 0.00 | 161.49 |
| | | **Family Medical Center X-Ray** | | | | | | **5,633.41** | **0.00** | **0.00** | **161.49** | **5,471.92** | **0.00** | **5,633.41** |

## Family Medical Surgery Department (1283100)

| Property | Customer | Lease | Status | Tranf# | Code | Charge Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | Family Medical Surgery Department | Current | C-127269 | late | 3/10/2024 | 03/2024 | 43.29 | 0.00 | 0.00 | 0.00 | 43.29 | 0.00 | 43.29 |
| b283 | c283 | Family Medical Surgery Department | Current | C-127754 | base | 4/1/2024 | 04/2024 | 2,780.40 | 0.00 | 0.00 | 0.00 | 2,780.40 | 0.00 | 2,780.40 |
| b283 | c283 | Family Medical Surgery Department | Current | C-127755 | camest | 4/1/2024 | 04/2024 | 3,090.32 | 0.00 | 0.00 | 0.00 | 3,090.32 | 0.00 | 3,090.32 |
| b283 | c283 | Family Medical Surgery Department | Current | C-127756 | capex | 4/1/2024 | 04/2024 | 158.00 | 0.00 | 0.00 | 0.00 | 158.00 | 0.00 | 158.00 |
| b283 | c283 | Family Medical Surgery Department | Current | C-129697 | late | 4/15/2024 | 04/2024 | 301.87 | 0.00 | 0.00 | 0.00 | 301.87 | 0.00 | 301.87 |
| b283 | c283 | Family Medical Surgery Department | Current | C-130060 | base | 5/1/2024 | 05/2024 | 2,780.40 | 0.00 | 0.00 | 0.00 | 2,780.40 | 0.00 | 2,780.40 |
| b283 | c283 | Family Medical Surgery Department | Current | C-130061 | camest | 5/1/2024 | 05/2024 | 3,090.32 | 0.00 | 0.00 | 0.00 | 3,090.32 | 0.00 | 3,090.32 |
| b283 | c283 | Family Medical Surgery Department | Current | C-130062 | capex | 5/1/2024 | 05/2024 | 158.00 | 0.00 | 0.00 | 0.00 | 158.00 | 0.00 | 158.00 |
| b283 | c283 | Family Medical Surgery Department | Current | C-131962 | late | 5/10/2024 | 05/2024 | 365.17 | 0.00 | 0.00 | 365.17 | 0.00 | 0.00 | 365.17 |
| | | **Family Medical Surgery Department** | | | | | | **12,767.77** | **0.00** | **0.00** | **365.17** | **12,402.60** | **0.00** | **12,767.77** |

## MHMR (1283104)

| Property | Customer | Lease | Status | Tranf# | Code | Charge Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | MHMR | Current | C-126594 | late | 3/4/2024 | 03/2024 | 646.34 | 0.00 | 0.00 | 0.00 | 646.34 | 0.00 | 646.34 |
| b283 | c283 | MHMR | Current | C-127270 | late | 3/10/2024 | 03/2024 | 542.96 | 0.00 | 0.00 | 0.00 | 542.96 | 0.00 | 542.96 |
| b283 | c283 | MHMR | Current | C-127760 | base | 4/1/2024 | 04/2024 | 4,077.92 | 0.00 | 0.00 | 0.00 | 4,077.92 | 0.00 | 4,077.92 |
| b283 | c283 | MHMR | Current | C-127761 | camest | 4/1/2024 | 04/2024 | 4,532.48 | 0.00 | 0.00 | 0.00 | 4,532.48 | 0.00 | 4,532.48 |
| b283 | c283 | MHMR | Current | C-127762 | capex | 4/1/2024 | 04/2024 | 232.00 | 0.00 | 0.00 | 0.00 | 232.00 | 0.00 | 232.00 |
| b283 | c283 | MHMR | Current | C-129698 | late | 4/15/2024 | 04/2024 | 454.01 | 0.00 | 0.00 | 0.00 | 454.01 | 0.00 | 454.01 |
| b283 | c283 | MHMR | Current | C-130066 | base | 5/1/2024 | 05/2024 | 4,077.92 | 0.00 | 0.00 | 0.00 | 4,077.92 | 0.00 | 4,077.92 |
| b283 | c283 | MHMR | Current | C-130067 | camest | 5/1/2024 | 05/2024 | 4,532.48 | 0.00 | 0.00 | 0.00 | 4,532.48 | 0.00 | 4,532.48 |
| b283 | c283 | MHMR | Current | C-130068 | capex | 5/1/2024 | 05/2024 | 232.00 | 0.00 | 0.00 | 0.00 | 232.00 | 0.00 | 232.00 |
| b283 | c283 | MHMR | Current | C-131963 | late | 5/10/2024 | 05/2024 | 546.98 | 0.00 | 0.00 | 546.98 | 0.00 | 0.00 | 546.98 |
| | | **MHMR** | | | | | | **19,875.09** | **0.00** | **0.00** | **546.98** | **19,328.11** | **0.00** | **19,875.09** |

## SMMC Bone Density/Mammo (1283201)

| Property | Customer | Lease | Status | Tranf# | Code | Charge Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-126595 | late | 3/4/2024 | 03/2024 | 297.25 | 0.00 | 0.00 | 0.00 | 297.25 | 0.00 | 297.25 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-127271 | late | 3/10/2024 | 03/2024 | 247.45 | 0.00 | 0.00 | 0.00 | 247.45 | 0.00 | 247.45 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-127772 | base | 4/1/2024 | 04/2024 | 1,875.41 | 0.00 | 0.00 | 0.00 | 1,875.41 | 0.00 | 1,875.41 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-127773 | camest | 4/1/2024 | 04/2024 | 2,084.45 | 0.00 | 0.00 | 0.00 | 2,084.45 | 0.00 | 2,084.45 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-127774 | capex | 4/1/2024 | 04/2024 | 106.00 | 0.00 | 0.00 | 0.00 | 106.00 | 0.00 | 106.00 |

Page 2 of 4
Exhibit A

# Aging Detail

DB Caption: live 07/16/2021   Status: Current, Past, Future   Age As Of: 07/31/2024   Post To: 07/2024

7/29/2024 11:59 AM

| Property | Customer | Lease | Status | Trans# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-129699 | late | 4/15/2024 | 04/2024 | 208.74 | 0.00 | 0.00 | 0.00 | 208.74 | 0.00 | 208.74 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-130078 | base | 5/1/2024 | 05/2024 | 1,875.41 | 0.00 | 0.00 | 0.00 | 1,875.41 | 0.00 | 1,875.41 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-130079 | camest | 5/1/2024 | 05/2024 | 2,084.45 | 0.00 | 0.00 | 0.00 | 2,084.45 | 0.00 | 2,084.45 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-130080 | capex | 5/1/2024 | 05/2024 | 106.00 | 0.00 | 0.00 | 0.00 | 106.00 | 0.00 | 106.00 |
| b283 | c283 | SMMC Bone Density/Mammo | Current | C-131964 | late | 5/10/2024 | 05/2024 | 251.49 | 0.00 | 0.00 | 251.49 | 0.00 | 0.00 | 251.49 |
| | | **SMMC Bone Density/Mammo** | | | | | | **9,136.65** | **0.00** | **0.00** | **251.49** | **8,885.16** | **0.00** | **9,136.65** |
| | | **SMMC ENT (t283305)** | | | | | | | | | | | | |
| b283 | c283 | SMMC ENT | Current | C-126596 | late | 3/4/2024 | 03/2024 | 270.46 | 0.00 | 0.00 | 0.00 | 270.46 | 0.00 | 270.46 |
| b283 | c283 | SMMC ENT | Current | C-127272 | late | 3/10/2024 | 03/2024 | 227.75 | 0.00 | 0.00 | 0.00 | 227.75 | 0.00 | 227.75 |
| b283 | c283 | SMMC ENT | Current | C-127787 | base | 4/1/2024 | 04/2024 | 1,706.40 | 0.00 | 0.00 | 0.00 | 1,706.40 | 0.00 | 1,706.40 |
| b283 | c283 | SMMC ENT | Current | C-127788 | camest | 4/1/2024 | 04/2024 | 1,896.61 | 0.00 | 0.00 | 0.00 | 1,896.61 | 0.00 | 1,896.61 |
| b283 | c283 | SMMC ENT | Current | C-127789 | capex | 4/1/2024 | 04/2024 | 97.00 | 0.00 | 0.00 | 0.00 | 97.00 | 0.00 | 97.00 |
| b283 | c283 | SMMC ENT | Current | C-129700 | late | 4/15/2024 | 04/2024 | 189.98 | 0.00 | 0.00 | 0.00 | 189.98 | 0.00 | 189.98 |
| b283 | c283 | SMMC ENT | Current | C-130093 | base | 5/1/2024 | 05/2024 | 1,706.40 | 0.00 | 0.00 | 0.00 | 1,706.40 | 0.00 | 1,706.40 |
| b283 | c283 | SMMC ENT | Current | C-130094 | camest | 5/1/2024 | 05/2024 | 1,896.61 | 0.00 | 0.00 | 0.00 | 1,896.61 | 0.00 | 1,896.61 |
| b283 | c283 | SMMC ENT | Current | C-130095 | capex | 5/1/2024 | 05/2024 | 97.00 | 0.00 | 0.00 | 0.00 | 97.00 | 0.00 | 97.00 |
| b283 | c283 | SMMC ENT | Current | C-131965 | late | 5/10/2024 | 05/2024 | 228.88 | 0.00 | 0.00 | 228.88 | 0.00 | 0.00 | 228.88 |
| | | **SMMC ENT** | | | | | | **8,317.09** | **0.00** | **0.00** | **228.88** | **8,088.21** | **0.00** | **8,317.09** |
| | | **SMMC OB/Gyn (t283204)** | | | | | | | | | | | | |
| b283 | c283 | SMMC OB/Gyn | Current | C-126597 | late | 3/4/2024 | 03/2024 | 685.40 | 0.00 | 0.00 | 0.00 | 685.40 | 0.00 | 685.40 |
| b283 | c283 | SMMC OB/Gyn | Current | C-127273 | late | 3/10/2024 | 03/2024 | 570.68 | 0.00 | 0.00 | 0.00 | 570.68 | 0.00 | 570.68 |
| b283 | c283 | SMMC OB/Gyn | Current | C-127775 | base | 4/1/2024 | 04/2024 | 4,324.34 | 0.00 | 0.00 | 0.00 | 4,324.34 | 0.00 | 4,324.34 |
| b283 | c283 | SMMC OB/Gyn | Current | C-127776 | camest | 4/1/2024 | 04/2024 | 4,806.36 | 0.00 | 0.00 | 0.00 | 4,806.36 | 0.00 | 4,806.36 |
| b283 | c283 | SMMC OB/Gyn | Current | C-127777 | capex | 4/1/2024 | 04/2024 | 246.00 | 0.00 | 0.00 | 0.00 | 246.00 | 0.00 | 246.00 |
| b283 | c283 | SMMC OB/Gyn | Current | C-129701 | late | 4/15/2024 | 04/2024 | 481.40 | 0.00 | 0.00 | 0.00 | 481.40 | 0.00 | 481.40 |
| b283 | c283 | SMMC OB/Gyn | Current | C-130081 | base | 5/1/2024 | 05/2024 | 4,324.34 | 0.00 | 0.00 | 0.00 | 4,324.34 | 0.00 | 4,324.34 |
| b283 | c283 | SMMC OB/Gyn | Current | C-130082 | camest | 5/1/2024 | 05/2024 | 4,806.36 | 0.00 | 0.00 | 0.00 | 4,806.36 | 0.00 | 4,806.36 |
| b283 | c283 | SMMC OB/Gyn | Current | C-130083 | capex | 5/1/2024 | 05/2024 | 246.00 | 0.00 | 0.00 | 0.00 | 246.00 | 0.00 | 246.00 |
| b283 | c283 | SMMC OB/Gyn | Current | C-131966 | late | 5/10/2024 | 05/2024 | 579.98 | 0.00 | 0.00 | 579.98 | 0.00 | 0.00 | 579.98 |
| | | **SMMC OB/Gyn** | | | | | | **21,070.86** | **0.00** | **0.00** | **579.98** | **20,490.88** | **0.00** | **21,070.86** |
| | | **SMMC Ortho (t283101)** | | | | | | | | | | | | |
| b283 | c283 | SMMC Ortho | Current | C-126598 | late | 3/4/2024 | 03/2024 | 355.14 | 0.00 | 0.00 | 0.00 | 355.14 | 0.00 | 355.14 |
| b283 | c283 | SMMC Ortho | Current | C-127274 | late | 3/10/2024 | 03/2024 | 289.16 | 0.00 | 0.00 | 0.00 | 289.16 | 0.00 | 289.16 |
| b283 | c283 | SMMC Ortho | Current | C-127757 | base | 4/1/2024 | 04/2024 | 2,080.23 | 0.00 | 0.00 | 0.00 | 2,080.23 | 0.00 | 2,080.23 |
| b283 | c283 | SMMC Ortho | Current | C-127758 | camest | 4/1/2024 | 04/2024 | 2,490.44 | 0.00 | 0.00 | 0.00 | 2,490.44 | 0.00 | 2,490.44 |

# Aging Detail

DB Caption: live 07/16/2021   Status: Current, Past, Future   Age As Of: 07/31/2024   Post To: 07/2024

7/29/2024 11:59 AM

Case 24-90213   Document 1730   Filed in TXSB on 07/29/24   Page 12 of 12

Property: b283

| Property | Customer | Lease | Status | Trans# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| b283 | c283 | SMMC Ortho | Current | C-127759 | capex | 4/1/2024 | 04/2024 | 127.00 | 0.00 | 0.00 | 0.00 | 127.00 | 0.00 | 127.00 |
| b283 | c283 | SMMC Ortho | Current | C-129702 | late | 4/15/2024 | 04/2024 | 241.33 | 0.00 | 0.00 | 0.00 | 241.33 | 0.00 | 241.33 |
| b283 | c283 | SMMC Ortho | Current | C-130063 | base | 5/1/2024 | 05/2024 | 2,080.23 | 0.00 | 0.00 | 0.00 | 2,080.23 | 0.00 | 2,080.23 |
| b283 | c283 | SMMC Ortho | Current | C-130064 | camest | 5/1/2024 | 05/2024 | 2,490.44 | 0.00 | 0.00 | 0.00 | 2,490.44 | 0.00 | 2,490.44 |
| b283 | c283 | SMMC Ortho | Current | C-130065 | capex | 5/1/2024 | 05/2024 | 127.00 | 0.00 | 0.00 | 0.00 | 127.00 | 0.00 | 127.00 |
| b283 | c283 | SMMC Ortho | Current | C-131967 | late | 5/10/2024 | 05/2024 | 290.72 | 0.00 | 0.00 | 290.72 | 0.00 | 0.00 | 290.72 |
| | | **SMMC Ortho** | | | | | | **10,571.69** | **0.00** | **0.00** | **290.72** | **10,280.97** | **0.00** | **10,571.69** |
| | | | | | | | | | | | | | | |
| | | **SMMC Wound Care (c283106)** | | | | | | | | | | | | |
| b283 | c283 | SMMC Wound Care | Current | C-126599 | late | 3/4/2024 | 03/2024 | 1,094.63 | 0.00 | 0.00 | 0.00 | 1,094.63 | 0.00 | 1,094.63 |
| b283 | c283 | SMMC Wound Care | Current | C-132275 | late | 3/10/2024 | 03/2024 | 911.37 | 0.00 | 0.00 | 0.00 | 911.37 | 0.00 | 911.37 |
| b283 | c283 | SMMC Wound Care | Current | C-127763 | base | 4/1/2024 | 04/2024 | 6,906.29 | 0.00 | 0.00 | 0.00 | 6,906.29 | 0.00 | 6,906.29 |
| b283 | c283 | SMMC Wound Care | Current | C-127764 | camest | 4/1/2024 | 04/2024 | 7,676.12 | 0.00 | 0.00 | 0.00 | 7,676.12 | 0.00 | 7,676.12 |
| b283 | c283 | SMMC Wound Care | Current | C-127765 | capex | 4/1/2024 | 04/2024 | 392.00 | 0.00 | 0.00 | 0.00 | 392.00 | 0.00 | 392.00 |
| b283 | c283 | SMMC Wound Care | Current | C-129703 | late | 4/15/2024 | 04/2024 | 768.78 | 0.00 | 0.00 | 0.00 | 768.78 | 0.00 | 768.78 |
| b283 | c283 | SMMC Wound Care | Current | C-130069 | base | 5/1/2024 | 05/2024 | 6,906.29 | 0.00 | 0.00 | 0.00 | 6,906.29 | 0.00 | 6,906.29 |
| b283 | c283 | SMMC Wound Care | Current | C-130070 | camest | 5/1/2024 | 05/2024 | 7,676.12 | 0.00 | 0.00 | 0.00 | 7,676.12 | 0.00 | 7,676.12 |
| b283 | c283 | SMMC Wound Care | Current | C-130071 | capex | 5/1/2024 | 05/2024 | 392.00 | 0.00 | 0.00 | 0.00 | 392.00 | 0.00 | 392.00 |
| b283 | c283 | SMMC Wound Care | Current | C-131968 | late | 5/10/2024 | 05/2024 | 926.21 | 0.00 | 0.00 | 926.21 | 0.00 | 0.00 | 926.21 |
| | | **SMMC Wound Care** | | | | | | **33,649.81** | **0.00** | **0.00** | **926.21** | **32,723.60** | **0.00** | **33,649.81** |
| | | | | | | | | | | | | | | |
| | | **Steward Health Care (c283cs)** | | | | | | | | | | | | |
| b283 | c283 | Steward Health Care | Current | C-126600 | late | 3/4/2024 | 03/2024 | 736.24 | 0.00 | 0.00 | 0.00 | 736.24 | 0.00 | 736.24 |
| b283 | c283 | Steward Health Care | Current | C-127276 | late | 3/10/2024 | 03/2024 | 351.89 | 0.00 | 0.00 | 0.00 | 351.89 | 0.00 | 351.89 |
| b283 | c283 | Steward Health Care | Current | C-127791 | capex | 4/1/2024 | 04/2024 | 264.00 | 0.00 | 0.00 | 0.00 | 264.00 | 0.00 | 264.00 |
| b283 | c283 | Steward Health Care | Current | C-129704 | late | 4/15/2024 | 04/2024 | 282.23 | 0.00 | 0.00 | 0.00 | 282.23 | 0.00 | 282.23 |
| b283 | c283 | Steward Health Care | Current | C-130096 | C&S | 5/1/2024 | 05/2024 | 5,162.89 | 0.00 | 0.00 | 0.00 | 5,162.89 | 0.00 | 5,162.89 |
| b283 | c283 | Steward Health Care | Current | C-130097 | capex | 5/1/2024 | 05/2024 | 264.00 | 0.00 | 0.00 | 0.00 | 264.00 | 0.00 | 264.00 |
| b283 | c283 | Steward Health Care | Current | C-131969 | late | 5/10/2024 | 05/2024 | 339.32 | 0.00 | 0.00 | 339.32 | 0.00 | 0.00 | 339.32 |
| b283 | c283 | Steward Health Care | Current | C-132279 | C&S | 6/1/2024 | 06/2024 | 0.89 | 0.00 | 0.89 | 0.00 | 0.00 | 0.00 | 0.89 |
| b283 | c283 | Steward Health Care | Current | C-134353 | C&S | 7/1/2024 | 07/2024 | 5,162.89 | 5,162.89 | 0.00 | 0.00 | 0.00 | 0.00 | 5,162.89 |
| | | **Steward Health Care** | | | | | | **12,564.35** | **5,162.89** | **0.89** | **339.32** | **7,061.25** | **0.00** | **12,564.35** |
| | | | | | | | | | | | | | | |
| | | **b283** | | | | | | **171,322.89** | **5,162.89** | **0.89** | **4,772.00** | **161,387.11** | **0.00** | **171,322.89** |
| | | **Grand Total** | | | | | | **171,322.89** | **5,162.89** | **0.89** | **4,772.00** | **161,387.11** | **0.00** | **171,322.89** |

UserId : sheward@cornerstonecompaniesinc.com Date : 7/23/2024 Time : 11:08 AM

# EXHIBIT B

ARTICLES OF MERGER

```
FILED
In the Office of the
Secretary of State of Texas
DEC 3 0 1994

Corporations Section
```

To the Secretary of State of the State of Texas.

Pursuant to the provisions of Article 5 01 and 5 04 of the Texas Business Corporation Act, the undersigned corporations adopt the following articles of merger for the purpose of effecting a merger under the Texas Business Corporation Act.

### ARTICLE ONE

A Plan of merger adopted in accordance with the provisions of article 5 04 of the Texas Business Corporation act providing for the combination of Scenic Mountain Medical Center, Inc and Big Spring Hospital Corporation and resulting in Big Spring Hospital Corporation being the surviving corporation.

### ARTICLE TWO

The name of each of the undersigned corporations and the type of corporation and the laws under which such corporation was organized are:

| Name of Corporation | Type | State |
|---|---|---|
| Scenic Mountain Medical Clinic, Inc. | for profit | Texas |
| Big Spring Hospital Corporation | for profit | Texas |

### ARTICLE THREE

The following plan of merger was approved by unanimous written consent of the directors and sole shareholder of Big Spring Hospital Corporation and adopted on December 29, 1994, and by unanimous written consent of the directors and sole shareholder of Scenic Mountain Medical Center, Inc and adopted on December 29, 1994

Scenic Mountain Medical Center, Inc , an Texas corporation, shall merge into Big Spring Hospital Corporation, an Texas corporation, without any consideration payable to the shareholder of Scenic Mountain Medical Center, Inc. The stock of Scenic Mountain Medical Center, Inc. shall be cancelled and the stock of Big Spring Hospital Corporation shall remain outstanding as the shares of the surviving corporation.

200931 1 ABARACH
020304-008 12/28/94

## ARTICLE FOUR

As to each of the undersigned domestic corporations, the approval of whose shareholders is required, the number of outstanding shares of each class or series of stock of such corporation entitled to vote, with other shares or as a class, on the Plan of Merger are as follows

| Name of Corporation | Number of Shares Outstanding | Designation of Class or Series | Number of Shares Entitled to Vote as Class or Series |
|---|---|---|---|
| Scenic Mountain Medical Clinic, Inc. | for profit | common stock | 1,000 |
| Big Spring Hospital Corporation | for profit | common stock | 1,000 |

## ARTICLE FOUR

The merger will become effective on a delayed date and time of December 31, 1994 at _11.59 PM_ , or upon filing of these Articles with the Secretary of State for the State of Texas, whichever occurs later, in accordance with the provisions of article 10 03 of the Texas Business Corporation Act

IN WITNESS WHEREOF, the undersigned corporations have caused these articles of merger to be executed in its name by its Senior Vice President and Assistant Secretary, as of the 29th day of December, 1994

BIG SPRING HOSPITAL CORPORATION

By _____
   Tyree G Wilburn
   Senior Vice President

SCENIC MOUNTAIN MEDICAL CENTER, INC.

By: _____
   Tyree G. Wilburn
   Senior Vice President

## PLAN OF MERGER

This Plan of Merger is prepared pursuant to the provisions of Article 5.04 of Texas Business Corporation Act

1.    The name of the merging corporations are Scenic Mountain Medical Center, Inc. and Big Spring Hospital Corporation.  Both corporations are organized under the laws of the State of Texas

2    The name of the surviving corporation is Big Spring Hospital Corporation

3.    Each corporation is for profit

4    The terms and conditions of the proposed merger are.

Scenic Mountain Medical Center, Inc., an Texas corporation, shall merge into Big Spring Hospital Corporation, an Texas corporation, without any consideration payable to the shareholder of Scenic Mountain Medical Center, Inc

5    The manner and basis of converting the shares of each corporation into shares, obligations or other securities of the surviving or any other corporation or into cash or other property, in whole or in part, is as follows

The stock of Scenic Mountain Medical Center, Inc  shall be cancelled and the stock of Big Spring Hospital Corporation shall remain outstanding as the shares of the surviving corporation

Dated    December 29, 1994

SCENIC MOUNTAIN MEDICAL
CENTER, INC.

By _____

Capacity:_____

BIG SPRING HOSPITAL CORPORATION

By _____

Capacity:_____



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

## JOHN SHARP · COMPTROLLER · AUSTIN, TEXAS 78774

KB/2H17

CERTIFICATION OF ACCOUNT STATUS

THE STATE OF TEXAS

COUNTY OF TRAVIS

I, John Sharp, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the current records of this office

SCENIC MOUNTAIN MEDICAL CENTER, INC.

is out of business, that all required reports for taxes administered by the Comptroller have been filed and that the taxes due on those reports have been paid. This certificate may be used for the purpose of dissolution, merger or withdrawal.

This certificate is valid through December 31, 1994.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the
City of Austin, this
30th  day of  December  , 19 94 A.D.

JOHN SHARP
Comptroller of Public Accounts

Form 05-305 (Rev.8-91/6)                    Charter/C.O A number  003289287-0