IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| IN RE | § | |
| | § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM | § | |
| LLC, *et. al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | | |
| | | RE: Docket No. 2835 |

**NOTICE OF HEARING ON
MASSACHUSETTS NURSES ASSOCIATION'S EMERGENCY
MOTION FOR ORDER ENFORCING SALE ORDER CONCERNING
PURCHASERS LG NEWCORP'S AND LAWRENCE GENERAL HOSPITAL'S
UNILATERAL ATTEMPT TO MODIFY COLLECTIVE BARGAINING
AGREEMENTS AT HOLY FAMILY METHUEN AND HAVERHILL
HOSPITALS IN VIOLATION OF THE SALE ORDER AND APPLICABLE LAW**

**PLEASE TAKE NOTICE** that a hearing relating to the *Massachusetts Nurses Association's Emergency Motion for Order Enforcing Sale Order Concerning Purchasers LG Newcorp's and Lawrence General Hospital's Unilateral Attempt to Modify Collective Bargaining Agreements at Holy Family Methuen and Haverhill Hospitals in Violation of the Sale Order and Applicable Law* [Dkt. No. 2835] filed by the Massachusetts Nurses Association ("MNA") will be held on **Monday, October 21, 2024 at 1:00 p.m. (Prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 401, 4th floor, Houston, Texas 77002 (the "Bankruptcy Court").

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access

the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by the GoToMeeting Video Link or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.

Dated: October 11, 2024

Respectfully Submitted,

/s/ Sam J. Alberts
By: Sam J. Alberts (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Phone: (202) 408-7004
Facsimile: (202) 496-7756
sam.alberts@dentons.com

Casey Doherty
Texas Bar No. 24078431
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Facsimile: (713) 658-4689
casey.doherty@dentons.com

Jacob S. Margolies (*pro hac vice* pending)
4520 Main Street
Suite 1100
Kansas City, MO 64111
Phone:  816-460-2400
Facsimile:  816-531-7545
jacob.margolies@dentons.com

*Attorneys for Massachusetts Nurses Association*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on all parties listed on the Court's ECF transmission list through the e-file system for the Southern District on this the 11th day of October 2024. I also mailed and emailed a copy of this notice upon filing to labor counsel for Lawrence at Peter Moser, Hirsh Roberts Weinstein LLP, One Liberty Square, 12th Floor, Boston, MA 02109, pmoser@hrwlawyers.com and to bankruptcy counsel for Lawrence, Douglas Rosner, Goulston & Storrs, One Post Office Square, Boston, MA 02139, drosner@goulstonstorrs.com.

                                              */s Sam J. Alberts*
                                              Sam J. Alberts