IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Re: Docket Nos. 1874 |

**JOINT NOTICE OF ADJOURNMENT OF HEARING
ON MOTION OF WESTERN RESERVE HEALTH EDUCATION, INC.
TO COMPEL DEBTOR TO ASSUME OR REJECT EXECUTORY CONTRACT**

**PLEASE TAKE NOTICE** that, on August 7, 2024, Western Reserve Health Education, Inc. (the "**Movant**") filed the *Motion of Western Reserve Health Education, Inc. to Compel Debtor to Assume or Reject Executory Contract* (Docket No. 1874) (the "**Motion to Compel**") in the above-captioned chapter 11 cases. The hearing to consider the relief requested in the Motion to Compel was initially scheduled for August 30, 2024 at 10:00 a.m. (Central Time) and was later adjourned to September 17, 2024 at 11:00 a.m. (Central Time) (Docket No. 2218).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion to Compel has been further adjourned to a **date to be determined** and the deadline for the Debtors to respond to the Motion to Compel has been extended to **November 15, 2024 at 11:59 p.m. (Central Time)**.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

Dated: October 14, 2024
       Houston, Texas

| | |
|---|---|
| /s/ Clifford W. Carlson | /s/ Daniel E. Hitchcock |
| **WEIL, GOTSHAL & MANGES LLP** | **WYATT, TARRANT & COMBS, LLP** |
| Gabriel A. Morgan (24125891) | Daniel E. Hitchcock (88927) |
| Clifford W. Carlson (24090024) | 250 West Main Street, Suite 1600 |
| Stephanie N. Morrison (24126930) | Lexington, Kentucky 40507-1746 |
| 700 Louisiana Street, Suite 3700 | Telephone: (859) 233-2012 |
| Houston, Texas 77002 | Facsimile: (859) 259-0649 |
| Telephone: (713) 546-5000 | Email:   dhitchcock@wyattfirm.com |
| Facsimile: (713) 224-9511 | |
| Email:   Gabriel.Morgan@weil.com | |
|              Clifford.Carlson@weil.com | *Attorneys for Movant* |
|              Stephanie.Morrison@weil.com | |

-and-

Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ray.Schrock@weil.com
           Candace.Arthur@weil.com

-and-

David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Email: DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on October 14, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                              */s/ Clifford W. Carlson*
                                                                               Clifford W. Carlson