IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM | § | |
| LLC, *et. al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | | |
| | | RE: Docket No. 2835 |

AMENDED NOTICE OF HEARING ON
MASSACHUSETTS NURSES ASSOCIATION'S EMERGENCY
MOTION FOR ORDER ENFORCING SALE ORDER CONCERNING
PURCHASERS LG NEWCORP'S AND LAWRENCE GENERAL HOSPITAL'S
UNILATERAL ATTEMPT TO MODIFY COLLECTIVE BARGAINING
AGREEMENTS AT HOLY FAMILY METHUEN AND HAVERHILL
HOSPITALS IN VIOLATION OF THE SALE ORDER AND APPLICABLE LAW

**PLEASE TAKE NOTICE** that a hearing relating to the *Massachusetts Nurses Association's Emergency Motion for Order Enforcing Sale Order Concerning Purchasers LG Newcorp's and Lawrence General Hospital's Unilateral Attempt to Modify Collective Bargaining Agreements at Holy Family Methuen and Haverhill Hospitals in Violation of the Sale Order and Applicable Law* [Dkt. No. 2835] filed by the Massachusetts Nurses Association ("MNA") will be held on **Wednesday, October 23, 2024 at 11:00 a.m. (Prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 401, 4th floor, Houston, Texas 77002 (the "Bankruptcy Court"). This notice amends the previous setting for the Hearing. *See* Docket No. 2892.

You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by the GoToMeeting Video Link or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website.

Dated: October 16, 2024

Respectfully Submitted,

/s/ Sam J. Alberts
By: Sam J. Alberts (admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
Phone: (202) 408-7004
Facsimile: (202) 496-7756
sam.alberts@dentons.com

Casey Doherty
Texas Bar No. 24078431
1300 Post Oak Blvd.
Suite 650
Houston, TX 77056
Phone: (713) 658-4600
Facsimile: (713) 658-4689
casey.doherty@dentons.com

Jacob S. Margolies (*pro hac vice* pending)
4520 Main Street
Suite 1100
Kansas City, MO 64111
Phone: 816-460-2400
Facsimile: 816-531-7545
jacob.margolies@dentons.com

*Attorneys for Massachusetts Nurses Association*

US_ACTIVE\128113478\V-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. I also emailed a copy of the foregoing upon labor counsel for Lawrence at, pmoser@hrwlawyers.com and to bankruptcy counsel at drosner@goulstonstorrs.com.

Additionally, the foregoing was served upon the parties listed on **Exhibit A** attached hereto by first class mail.

*/s Sam J. Alberts*
Sam J. Alberts

# **EXHIBIT A**

Change Healthcare LLC
Attn.: Chris Zaetta, General Counsel
2771 Momentum Place
Chicago, Illinois 60689-5327

Philips North America LLC
Attn.: Mark Collins, Director of Corporate Accounts
22100 Bothell-Everett Highway, MS 522
Bothell, Washington 98021

Medline Industries, LP
Attn.: Jeff Fair, VP of National Accounts
1 Medline Place
Mundelein, Illinois 60060

AYA Healthcare, Inc.
Attn.: Laura MacNeel
General Counsel
5930 Cornerstone Court West
Suite 300
San Diego, California 92121

Cerner Corporation
Attn.: Robert Boston
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966

Center for Medicare and Medicaid Services
Attn.: T. Whitmore - Overpayment Recovery
Unit P.O. Box 7040
Indianapolis, Indiana 46207-7040

Cross Country Healthcare, Inc.
Attn.: Susan E. Ball, General Counsel
6551 Park of Commerce Boulevard
Boca Raton, Florida 33487

Prolink Healthcare, LLC
Attn.: Tony Munafo, President & CEO
4050 E. Cotton Center Boulevard
Building 3, Suite 37
Phoenix, Arizona 85040

Internal Revenue Service
Attn.: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, Pennsylvania 19101

Centura Health Corporation
Attn.: Tom Donohoe, SVP & General Counsel
2800 Rockcreek Parkway
Kansas City, Missouri 64117

Medtronic, Inc.
Attn.: Ivan Fong, EVP &
General Counsel
8200 Coral Sea Street NE MVC 22
Mounds View Minnesota 55112

Sodexo, Inc.
Attn.: Daniel T. Bueschel, CEO, Healthcare
P.O. Box 360170
Pittsburgh, Pennsylvania 15262-0001

Becton, Dickinson and Company
Attn.: Chris Bresnahan, Sr. Portfolio Manager
1 Becton Drive
Franklin Lakes, New Jersey 07417-1880

Florida Agency for
   Healthcare Administration
Attn.: Andrew T. Sheeran, General Counsel
 2727 Mahan Drive
Tallahassee, Florida 32308

Crothall Healthcare, Inc.
Attn.: Michael Villani
1500 Liberty Ridge Drive
Wayne, Pennsylvania 19087

Zimmer Biomet, Inc.
Attn.: Chad Phipps
345 East Main Street
Warsaw, Indiana 46580

| | |
|---|---|
| Express Scripts, Inc.<br>Attn.: Adam Kautzner, President<br>21653 Network Place<br>Chicago, Illinois 60673-1216 | Synergi Partners, Inc.<br>Attn.: Tanisha Johnson, Manager of Financial Services<br>151 W. Evans Street<br>Florence, South Carolina 29501 |
| HNI Healthcare, Inc.<br>Attn.: Michael Gonzales, CEO & Founder<br>7500 Rialto Boulevard<br>Building 1, Suite 140<br>Austin, Texas 78735 | Stryker Corp.<br>Attn.: Josh Clark, Director of Strategic Sales<br>1941 Stryker Way<br>Portage, Michigan 49002 |
| CloudMed, LLC<br>Attn.: Kyle Hicok<br>1100 Peachtree Street, Suite 1900<br>Atlanta, Georgia 30309 | Abbott Healthcare, Inc.<br>Attn.: Craig Ogg<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064 |
| General Electric Company<br>Attn.: Frank R. Jimenez<br>9900 W. Innovation Drive<br>Wauwatosa, Wisconsin 53226 | PricewaterhouseCoopers Advisory Services LLC<br>Attn.: David Tyburski<br>4040 W. Boy Scout Boulevard<br>Tampa, Florida 33607 |
| Health Catalyst, Inc.<br>Attn.: Jason Alger, CAO<br>10897 S. River Front Parkway, Suite 300<br>South Jordan, Utah 84095 | Advantage Healthcare Staffing Services LLC<br>Attn.: Pat Treacy, General Counsel<br>191 Rosa Parks Street, 10th Floor<br>Cincinnati, Ohio 45202 |
| Sound Physicians Anesthesiology of Texas, PLLC<br>Attn.: Steven McCarty, General Counsel<br>1498 Pacific Avenue, Suite 500<br>Tacoma, Washington 98402 | Finthrive, Inc.<br>Attn.: Jen Do<br>7950 Legacy Drive, Suite 900<br>Plano, Texas 75024 |
| Boston Scientific Corporation<br>Attn.: Vance R. Brown, General Counsel<br>300 Boston Scientific Way<br>Marlborough, Massachusetts 01752-1234 | ProMedical, LLC<br>Attn.: Doug Lucente, CEO<br>1 Militia Drive<br>Lexington, Massachusetts 02421 |
| | Hirsh Roberts Weinstein LLP<br>Attn: Peter Moser<br>One Liberty Square, 12th Floor<br>Boston, MA 02109 |
| | Goulston & Storrs<br>Attn: Douglas Rosner<br>One Post Office Square<br>Boston, MA 02139 |