IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**AGENDA OF MATTER SET FOR HYBRID**
**HEARING ON OCTOBER 25, 2024 AT 2:00 P.M. (CENTRAL TIME)**

> **A HEARING WILL BE CONDUCTED ON THIS MATTER ON OCTOBER 25, 2024 AT 2:00 P.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**
>
> **AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matter Set for Hearing on **October 25, 2024 at 2:00 p.m. (Central Time)** before the Honorable Christopher M. Lopez.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

I.  **Sale Hearing (St. Joseph Medical Center, Medical Center of Southeast Texas, and South Florida Hospitals)**

    1.  **Emergency Motion of Debtors Requesting Entry of Interim and Final Orders (I) Approving (A) Global Settlement with Medical Properties Trust and (B) Interim Management Procedures, and (II) Granting Related Relief (Docket No. 2418)**

        <u>Status</u>:  This matter is going forward.

        <u>Responses</u>:

          A.  Global Healthcare Exchange, LLC's Limited Objection to Debtors' Sale of First Round Hospitals and Proposed Adequate Assurance with Respect to Executory Contracts, and Reservation of Rights (Docket No. 1704)

          B.  Limited Objection and Reservation of Rights of Catholic Health Initiatives, Colorado, Commonspirit Health, and Centura Health Corporation to (A) Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief and (B) Notices of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale (Docket No. 1754)

          C.  CME Corp's Limited Objection and Reservation of Rights to Emergency Motion of Debtors Sell the SJ Hospital in Houston, Texas (Docket No. 1794)

          D.  Limited Objection and Reservation of Rights of Dext Capital, LLC to Emergency Motion of Debtors Sale of Massachusetts, Arizona, Ohio, Pennsylvania, Arkansas, Louisiana, Texas, and Florida Hospitals (Docket No. 1914)

          E.  The United States' Objection and Reservation of Rights Regarding Debtors' Proposed Sales of Additional 'First Round Hospitals' and Stewardship Health Assets (Docket No. 1946)

          F.  Limited Objection of Atlantic Specialty Insurance Company to Debtors' Sale of Assets – All Rounds (Docket No. 1966)

          G.  Limited Objection of the Chubb Companies to Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner

|     |     |
| --- | --- |
|     | of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief (Docket No. 1997) |
| H.  | FILO Secured Parties' Objection and Reservation of Rights with Respect to Hospital Sales (Docket No. 2043) |
| I.  | Joint Objection of the Texas Regulatory Agencies to the Debtors' Sale of Second Round Hospitals (Docket No. 2066) |
| J.  | Limited Objection and Reservation of Rights Relating to the Sales and Closures of Certain Facilities (Docket No. 2235) |
| K.  | Joint Objection and Reservation of Rights of Bowie Central Appraisal District, Ector County Appraisal District, Howard County Tax Office, and Jefferson County, Texas to the Debtors' Motion for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief as Same Pertains to the Proposed Sales of Wadley Regional Medical Center (Texarkana, Texas), Odessa Regional Medical Center (Odessa, Texas), Scenic Mountain Medical Center (Big Spring, Texas), and the Medical Center of Southeast Texas (Beaumont/Port Arthur, Texas) (Docket No. 2363) |
| L.  | Renewed Limited Objection and Reservation of Rights Relating to the Sales of Certain Facilities (Docket No. 2366) |
| M.  | Second Renewed Limited Objection and Reservation of Rights Relating to the Sales of Certain Facilities (Docket No. 2551) |
| N.  | Limited Objection of Dext Capital, LLC to Emergency Motion of Debtors Requesting Entry of Interim and Final Orders (I) Approving (A) Global Settlement With Medical Properties Trust and (B) Interim Management Procedures, and (II) Granting Related Relief and Reservation of Rights (Docket No. 2543) |
| O.  | Reservation of Rights by Intuitive Surgical, Inc. With Respect to Entry of a Final Order on Emergency Motion of Debtors Requesting Entry of Interim and Final Orders (I) Approving (A) Global Settlement With Medical Properties Trust and (B) Interim |

|     |     |
| --- | --- |
|     | Management Procedures, and (II) Granting Related Relief (Docket No. 2592) |
| P. | Third Renewed Limited Objection and Reservation of Rights Relating to the Sales of Certain Facilities (Docket No. 2639) |
| Q. | Creditor Broward County's Limited Objection to Sale of Estate Assets Free and Clear of Property Tax Liens (Docket No. 2795) |
| R. | CME Corp's Objection to Emergency Motion of Debtors for the Sale of the St. Joseph Medical Center and Reservation of Rights (Docket No. 2814) |
| S. | Limited Objection and Reservation of Rights of Regional Professional Building, L.P. to Notice of Designation of Healthcare Systems of America as Designated Operator for Medical Center of Southeast Texas (Docket No. 2815) |
| T. | Limited Objection and Reservation of Rights of CareFusion Solutions, LLC to Debtors' Transfer of Possession of CareFusion Systems to Purchase Healthcare Systems of America Without Payment, Assumption/Rejection or Otherwise Addressing the Controlling Contracts, and Request for Related Relief (Docket No. 2834) |

Adjourned Responses (Cure and Adequate Assurance Objections)

- A. See **Annex A**

Related Documents:

- A. Declaration of James Moloney in Support of Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Global Bidding Procedures for Sales of Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief (Docket No. 425)

- B. Order (I) Approving (A) Global Bidding Procedures for Sales of the Debtors' Assets, (B) Form and Manner of Notice of Sales, Auctions, and Sale Hearings, and (C) Assumption and Assignment Procedures and Form and Manner of Notice of Assumption and Assignment; (II) Authorizing Designation of Stalking Horse Bidders; (III) Scheduling Auctions and Sale Hearings; and (IV) Granting Related Relief (Docket No. 626)

C. Notice of Sale, Global Bidding Procedures, Auction, and Sale Hearing (Docket No. 689)

D. Declaration of John R. Castellano in Support of Emergency Motion of Debtors Requesting Entry of Interim and Final Orders (I) Approving (A) Global Settlement with Medical Properties Trust and (B) Interim Management Procedures, and (II) Granting Related Relief (Docket No. 2419)

E. Final Order Approving (I) Global Settlement With Medical Properties Trust, Prepetition ABL/FILO Secured Parties, FILO Secured Parties, and Creditors' Committee, (II) Interim Management Procedures, and (III) Granting Related Relief (Docket No. 2610)

F. Notice of Designation of Healthcare Systems of America as Designated Operator for St. Joseph Medical Center, Medical Center of Southeast Texas, and South Florida Hospitals (Docket No. 2786)

G. Notice of Hearing on Sale of St. Joseph Medical Center, Medical Center of Southeast Texas, and South Florida Hospitals to Healthcare Systems of America (Docket No. 3016)

H. Debtors' Witness and Exhibit List for Hearing on October 25, 2024 (Docket No. 3017)

I. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on October 25, 2024 (Docket No. 3018)

J. CME Corp.'s Witness and Exhibit List for Hearing on October 25, 2024 at 2:00 p.m. (Central Time) (Docket No. 3019)

Dated:  October 24, 2024
       Houston, Texas

          /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
         Clifford.Carlson@weil.com
         Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Ray.Schrock@weil.com
         Candace.Arthur@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email:   DavidJ.Cohen@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on October 24, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                            */s/ Clifford W. Carlson*
                                                                                            Clifford W. Carlson

**Annex A**

| Party | Docket No. | Pleading | Type of Objection | Status |
|---|---|---|---|---|
| Morrison and Compass-Crothall | 897 | Objection | Cure | **Adjourned** |
| Cintas Corporation No. 2 | 898<br>1689<br>2812 | Objection | Cure | **Adjourned** |
| HealthTronics Stone Solutions, LLC | 900<br>2811 | Objection | Cure | **Adjourned** |
| Cigna Health and Life Insurance Company | 904<br>1579<br>1703<br>1724<br>2798 | Objection | Cure | **Adjourned** |
| TTG Imaging Solutions | 911 | Objection | Cure | **Adjourned** |
| Finthrive | 913 | Objection | Cure | **Adjourned** |
| Singleton Associates, PA | 915 | Objection | Cure | **Adjourned** |
| Waystar, Inc. | 931 | Objection | Cure | **Adjourned** |
| Surgical Information Systems LLC / Source Medical Solutions | 939<br>1080 | Reservation of Rights | Cure | **Adjourned** |
| SightLine Oncology Services, LLC | 940 | Objection | Cure | **Adjourned** |
| GMR Hermitage Garden Way, LLC | 953 | Objection | Cure | **Adjourned** |
| 427 W. 20th LLC | 956 | Objection | Cure | **Adjourned** |
| Blue Cross Blue Shield of MA | 964 | Objection | Cure | **Adjourned** |
| Healthcare Realty Trust Incorporated | 965<br>1821 | Objection | Cure | **Adjourned** |
| S.K. Rao, M.D., P.A. | 966 | Objection | Cure | **Adjourned** |
| Delta Locum Tenens | 996 | Objection | Cure | **Adjourned** |
| Salesforce | 1053 | Reservation of Rights | Cure | **Adjourned** |
| Comcast | 1086<br>1748 | Objection | Cure | **Adjourned** |
| Elevance Health | 1108 | Objection | Cure | **Adjourned** |
| Cornerstone SPE, LLC | 1143 | Objection | Cure | **Adjourned** |
| North Stapley, LLC | 1145 | Objection | Cure | **Adjourned** |
| Philips Medical Capital | 1152 | Reservation of Rights | Cure | **Adjourned** |
| Sodexo | 1177<br>1701 | Objection | Cure | **Adjourned** |

| Party | Docket No. | Pleading | Type of Objection | Status |
|---|---|---|---|---|
| United Healthcare | 1577 1766 2899 | Objection | Cure | **Adjourned** |
| Mercy Care; Aetna Inc. | 1604 2072 | Objection | Cure | **Adjourned** |
| Edwards Lifesciences LLC | 1611 | Objection | Cure | **Adjourned** |
| Stonebriar Commercial Finance LLC | 1647 | Objection | Cure | **Adjourned** |
| DaVita Entities | 1688 2340 2751 | Objection | Cure | **Adjourned** |
| Post Road Equipment Finance SPV, LLC | 1693 2275 2651 | Objection | Cure | **Adjourned** |
| Regional Professional Building, L.P. | 1735 | Objection | Cure | **Adjourned** |
| Texas Health and Human Services Office of Inspector General (OIG) | 1738 1739 | Objection | Cure | **Adjourned** |
| Siemens Medical Solutions USA, Inc. | 1741 | Objection | Cure | **Adjourned** |
| Dext Capital, LLC | 1788 | Objection | Cure | **Adjourned** |
| Port Arthur Emergency Physicians, PLLC | 1800 | Objection | Cure | **Adjourned** |
| GMR Hialeah, LLC | 1801 | Objection | Cure | **Adjourned** |
| OBHG LLC | 1817 | Objection | Cure | **Adjourned** |
| CHG Companies, Inc. | 1842 | Objection | Cure | **Adjourned** |
| Pharmacy OneSource | 2069 | Objection | Cure | **Adjourned** |
| Morrison Management Specialists Inc. and Compass Group USA | 2355 | Objection | Cure | **Adjourned** |
| AW Riverbend, LLC | 2368 | Objection | Cure | **Adjourned** |
| AW Wuesthoff Medical Arts, LLC | 2369 | Objection | Cure | **Adjourned** |
| Team Health Holdings, Inc. | 2385 | Reservation of Rights | Cure | **Adjourned** |
| Humana Entities | 2820 | Objection | Cure | **Adjourned** |