UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90213 |
|---|---|---|---|
| Debtor | | In Re:  STEWARD HEALTH CARE SYSTEM, LLC, et al. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James S. Samuelson<br>Sacks Tierney, PA<br>4250 N. Drinkwater Blvd., 4th Floor<br>Scottsdale, AZ  85251<br>(480) 425-2654<br>james.samuelson@sackstierney.com<br>Arizona Bar No. 017471 |
|---|---|

| Name of party applicant seeks to appear for: | Phoenix 555N Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/24/2024 | Signed: /s/ James S. Samuelson |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____       _____

                                              United States Bankruptcy Judge