**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*[1] | ) ) ) | Case No.: 24-90213 (CML) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**REGIONAL PROFESSIONAL BUILDING, L.P.'S
WITNESS AND EXHIBIT LIST**

COMES NOW Regional Professional Building, L.P. ("RPB")[2], and files this *Witness and Exhibit List* for the hearing scheduled for October 25, 2024, at 2:00 p.m. (Central Time) before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk, Houston, Texas 77002:

**WITNESSES**

1. Dr. Srinivasa Rao, principal of Regional Professional Building, LP
2. Karen Hoffpauir
3. Any witness listed or called by any other party.
4. Any witness needed to authenticate a document.
5. Any witnesses needed for rebuttal and/or impeachment.

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | | | | | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2] RPB's address is 2501 Jimmy Johnson Blvd., Suite 500, Port Arthur, TX 77640, Attn: Dr. Srinivasa Rao.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Master Lease Agreement with Amendments | | | | |
| 2 | Proof of Claim 14 filed by Regional Professional Building, L.P. in Case No. 24-90335 | | | | |
| 3 | Invoice dated 9/27/24 for October Rent | | | | |
| 4 | *Objection and Reservation of Rights of Regional Professional Building, L.P. to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale* [Docket No. 1735] | | | | |
| 5 | Picture of Port Arthur Hospital and Regional Professional Building | | | | |
| | Any exhibits listed by any other party | | | | |
| | Any exhibits which may be needed for rebuttal or impeachment | | | | |
| | Any exhibits designated or offered by any other party | | | | |
| | Any demonstrative used for argument or to highlight exhibits set forth above | | | | |

RPB reserves the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment.  RPB also reserves the right to rely upon and use as evidence:  (i) exhibits included in the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript or other document filed with the Court in the above-captioned cases.

Dated: October 25, 2024                    Respectfully submitted,

*/s/ Lynda L. Lankford*
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Ft. Worth, TX  76102

Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

***Counsel for Regional Professional Building, L.P.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on October 25, 2024.

*/s/ Lynda L. Lankford*
Lynda L. Lankford

L:\BFORSHEY\Regional Professional Bldg #6475 (CrR)\Pleadings\W&E List for Emergency Sale Hearing 10.24.24.docx