Electronic Appearance Sheet

James Donohue, Ausley McMullen
Client(s): State of Florida Agency for Health Care Administration

Patricia Redmond, Stearns Weaver Miller
Client(s): Gabriela Gonzalez, Elizabeth Washington, Marta Martin, Bruno Nascimiento

Matthew Silverman, Arizona Attorney General's Office
Client(s): State of Arizona

Edan Lisovicz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Ryan Reinert, Shutts & Bowen LLP
Client(s): PeakCM, LLC

Jim Donohue, Ausley McMullen
Client(s): State of Florida Agency for Health Care Administration

Shannon Morris, Ausley McMullen
Client(s): State of Florida Agency for Health Care Administration

Patrick Hughes, Haynes and Boone, LLP
Client(s): Claflin Service Co. d/b/a CME Corp.

Re'Necia Sherald, Haynes and Boone, LLP
Client(s): Claflin Service Co. d/b/a CME Corp.

Matthew Silverman, Arizona Attorney General's Office
Client(s): State of Arizona

Patricia Redmond, Stearns Weaver
Client(s): Bruno Nascimiento, Gabriela Gonzalez, Elizabeth Washington, Marta Martin,

Lynda Lankford, Forshey Prostok LLP
Client(s): Regional Professional Building, LP

Clifford Carlson, Weil, Gotshal & Manges
Client(s): Steward Health Care System LLC, et al

Candace Arthur, Weil, Gotshal & Manges LLP
Client(s): Steward Health Care System LLC, et al

David Cohen, Weil, Gotshal & Manges LLP
Client(s): Steward Health Care System LLC, et al

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Steward Health Care System LLC, et al

Electronic Appearance Sheet

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Steward Health Care System LLC, et al

John Castellano, Pro Se, None, Pro Se
Client(s): Steward Health Care System LLC, et al

James Moloney, Pro Se, None, Pro Se
Client(s): Cain Brothers

Jeffrey Wisler, Connolly Gallagher LLP
Client(s): Stonebriar Commercial Finance LLC and Cigna Health and Life Insurance Company

Casey Roy, Ross, Smith & Binford, PC
Client(s): Patient Care Ombudsman Susan N. Goodman

Thomas Patterson, KTBS Law LLP
Client(s): MPT entities

John Cornwell, Munsch Hardt Kopf & Harr, P.C.
Client(s): Global Healthcare Exchange

Stephanie Morrison, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Nir Maoz, KTBS Law LLP
Client(s): Medical Properties Trust, Inc. and certain affiliates

Clifford Carlson, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Loren Findlay, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

John Castellano, Pro Se, None, Pro Se
Client(s): CRO, Steward Health Care System LLC

James Moloney, Cain Brothers
Client(s): Steward Health Care System LLC

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Candace Arhur, Weil, Gotshal & Manges LLP
Client(s): Debtors Counsel

Jorge Garcia, Saul Ewing LLP
Client(s): Amerihealth Caritas Florida, Inc.

Electronic Appearance Sheet

Jeff Carruth, WKPZ
Client(s): 427 W. 20th LLC

Imaan Patel, Haynes Boone
Client(s): Edwards Lifesciences LLC

Jonathan Howell, Howell & Willingham, PLLC
Client(s): Interconn Resources, LLC