IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

### JOINDER OF MEADVILLE MEDICAL CENTER TO COMMONWEALTH OF PENNSYLVANIA'S EMERGENCY REQUEST: (A) FOR STATUS CONFERENCE AND (B) MOTION FOR CONTINUANCE OF NOTICE DEADLINE REGARDING SHARON REGIONAL MEDICAL CENTER

Meadville Medical Center ("**MMC**") hereby joins in the *Commonwealth of Pennsylvania's Emergency Request: (A) For Status Conference and (B) Motion For Continuance of Notice Deadline Regarding Sharon Regional Medical Center* [Docket. No. 3337] (the "**Motion**"), as filed with the Court on December 1, 2024.

MMC reserves all rights with respect to the Motion including without limitation the right to be heard with respect to the relief sought in the Motion.

MEADVILLE MEDICAL CENTER

By:  */s/ Jorge Garcia*
Jorge Garcia
Texas Bar No. 24135017
**SAUL EWING, LLP**
701 Brickell Ave., 17th Floor
Miami, FL 33131
305-428-4525
jorge.garcia@saul.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

53447348.1

      and

Charles Kelly
Allison Burdette
Sophia Sulzer
**SAUL EWING, LLP**
One PG Place, Suite 3010
Pittsburgh, PA 15222
412-209-2500
charles.kelly@saul.com
allison.burdette@saul.com
sophia.sulzer@saul.com

      and

Adam H. Isenberg
**SAUL EWING, LLP**
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA  19102
215-972-7777
adam.isenberg@saul.com

*Counsel to Meadville Medical Center*

53447348.1