# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

## AGENDA OF MATTERS SET FOR HYBRID HEARING
## ON DECEMBER 4, 2024 AT 9:00 A.M. (CENTRAL TIME)

> A HEARING WILL BE CONDUCTED ON THESE MATTERS ON DECEMBER 4, 2024 AT 9:00 A.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002.  YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.
>
> AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY.  YOU MAY ACCESS THE FACILITY AT 832-917-1510.  ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER.  JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM.  CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE.  THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS.  TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE.  SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

this Agenda of Matters Set for Hearing on **December 4, 2024 at 9:00 a.m. (Central Time)** before the Honorable Christopher M. Lopez.

I. **CONTESTED MATTER**

    1. **Commonwealth of Pennsylvania's Emergency Request: (A) for Status Conference and (B) Motion for Continuance of Notice Deadline Regarding Sharon Regional Medical Center (Docket No. 3337)**

        Status: This matter is going forward.

        Related Documents:

        A. Declaration of John R. Castellano in Support of Emergency Motion of Debtors for Entry of an Order (I) Approving (A) Funding from the Commonwealth of Massachusetts for the Planned Transition and Sale of Massachusetts Hospitals, (B) the Closure of Carney Hospital and Nashoba Valley Medical Center, and (C) Procedures Related to Facility Closures; and (II) Granting Related Relief (Docket No. 1713)

        B. Order (I) Approving (A) The Closure of Carney Hospital and Nashoba Valley Medical Center on a Final Basis, and (B) Procedures Related to Facility Closures on an Interim Basis; and (II) Granting Related Relief (Docket No. 1850)

        C. Order (I) Approving Procedures Related to Facility Closures on a Final Basis and (II) Granting Related Relief (Docket No. 2146)

        D. Stipulation Regarding Funding by the Commonwealth of Pennsylvania for the Potential Transition and Sale of Sharon Regional Medical Center (Docket No. 2422)

        E. Stipulation and Agreed Order Granting the Commonwealth of Pennsylvania and Christian H. Buhl Legacy Trust Limited Relief from the Automatic Stay to Commence Proceeding Related to Sharon Hospital Real Property (Docket No. 3263)

        F. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (Docket No. 3338)

        G. Joinder of Meadville Medical Center to Commonwealth of Pennsylvania's Emergency Request: (A) for Status Conference and (B) Motion for Continuance of Notice Deadline Regarding Sharon Regional Medical Center (Docket No. 3348)

H. Notice of Hearing on Commonwealth of Pennsylvania's Emergency Request: (A) for Status Conference and (B) Motion for Continuance of Notice Deadline Regarding Sharon Regional Medical Center (Docket No. 3349)

I. Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (Docket No. 3363)

J. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Hearing on December 4, 2024 (Docket No. 3370)

K. The Commonwealth of Pennsylvania's Witness and Exhibit List for Hearing on December 4, 2024 (Docket No. 3371)

L. Debtors' Witness and Exhibit List for Hearing on December 4, 2024 (Docket No. 3372)

Dated: December 3, 2024
   Houston, Texas

 /s/  Clifford W. Carlson
**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email: Gabriel.Morgan@weil.com
    Clifford.Carlson@weil.com
    Stephanie.Morrison@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Jeffrey D. Saferstein (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Jeffrey.Saferstein@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email: DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**LATHAM & WATKINS LLP**
Ray C. Schrock (*pro hac vice* pending)
Candace M. Arthur (*pro hac vice* pending)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Ray.Schrock@lw.com
    Candace.Arthur@lw.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 3, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      _/s/ Clifford W. Carlson_
                                                      Clifford W. Carlson