**<u>Exhibit A</u>**

**Schrock Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**



| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM | § | Case No. 24-90213 (CML) |
| LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**DECLARATION OF RAY C. SCHROCK AND
DISCLOSURE STATEMENT OF LATHAM & WATKINS LLP**

I, Ray C. Schrock, declare as follows:

1.       I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in, and a member in good standing of the state bars of New York and Illinois, and there are no disciplinary proceedings pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2.       I submit this Declaration in connection with the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Co-Counsel for the Debtors Effective as of December 2, 2024* (the "**Application**"),[2] by which the above-captioned debtors and debtors-in-possession (together, the "**Debtors**") seek authority to employ and retain L&W as co-counsel effective as of December 2, 2024.

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward (the "**Case Website**").  The location of the Debtors' corporate headquarters and service address for purposes of these chapter 11 cases is:  1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

## L&W'S QUALIFICATIONS

4.      As discussed in the Application, I, along with my partner Candace M. Arthur, served as key restructuring professionals representing the Debtors since January 2024 while we were partners at Weil, Gotshal & Manges LLP ("**Weil**").  Ms. Arthur and I are now practicing at L&W, and the Debtors desire our continued legal services.  Through our prior representation of the Debtors, we have developed extensive institutional knowledge and familiarity with the Debtors' business, debt structure, and many other issues that are relevant to the Chapter 11 Cases, particularly in connection with the chapter 11 plan related negotiations that are already underway. Importantly, we were at the forefront of the extensive and significant stakeholder negotiations and resolutions that took place during the first seven months of the Chapter 11 Cases that will undoubtedly play a pivotal role in continued chapter 11 plan related discussions.  Additionally, my extensive discussions among the Debtors, Weil and other relevant stakeholders, including advisors to the FILO DIP Lenders and the Creditors' Committee, to address the remaining complex issues involved in the Chapter 11 Cases, underscore that it is critical that these cases are not derailed and that recoveries are maximized for the benefit of the Debtors' estates and creditors.  L&W will closely coordinate with Weil to represent the Debtors and avoid any duplication of efforts.  By

3

doing so, the Debtors and I are confident that this solution will best serve the estates and be the most efficient outcome for all parties.

5.      L&W's retention is in furtherance of continued efforts to maximize value for stakeholders with minimal disruption.  Moreover, engaging L&W as co-counsel to Weil provides the Debtors with the added value of L&W's well-qualified professionals and resources.  As described more fully in the Application, L&W has recognized expertise and extensive experience and knowledge practicing before bankruptcy courts in large and complex chapter 11 cases.  Accordingly, for the reasons set forth herein and in the Application, I believe L&W is both well-qualified and uniquely able to represent the Debtors in the Chapter 11 Cases, and such representation is critical to the Debtors' ability to progress the Chapter 11 Cases for the benefit of their estates and stakeholders.

## L&W'S COMPENSATION

6.      L&W intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any procedures and orders of the Court.

7.      L&W operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.  As of the date hereof, L&W's current hourly rates for matters related to the Chapter 11 Cases range as follows:

4

| Billing Category | Range |
|---|---|
| Partners | $1,680 to $2,650 |
| Counsel | $1,595 to $2,070 |
| Associates | $835 to $1,635 |
| Professional Staff | $255 to $980 |
| Paralegals | $355 to $755 |

8.      L&W's hourly rates are designed to compensate L&W fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the first L&W fee application following such adjustments).[3]

9.      As agreed by the Debtors and L&W, and consistent with L&W's policy with respect to its other clients, L&W will continue to charge the Debtors for all services provided and charges and disbursements incurred in the rendition of services.  It is L&W's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also L&W's policy to charge its clients only the amount actually incurred by L&W in connection with such items.  These charges and disbursements include (without limitation) costs for photocopying, electronic data management services, including scanning and document imaging, travel, travel-related expenses, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings.  L&W professionals also may charge their overtime meals and overtime transportation to the Debtors, and L&W will also charge for overtime secretarial charges that arise out of business necessity.

---

[3]    L&W's billing rates are usually revised annually, on or around January 1 of each year, as is customary with L&W's policies.  Accordingly, L&W's billing rates recently increased on January 1, 2025.

US-DOCS\156233955.13

10.     No promises have been received by L&W, or any partner, counsel, or associate thereof, as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules.  Except for sharing arrangements among L&W, its affiliated law practice entities, and their respective members, in accordance with sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2016(b), L&W has not entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in the Chapter 11 Cases for (a) the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith; (b) payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code; or (c) payment of compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

## STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES

11.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of *Appendix B – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013, issued by the Executive Office of the United States Trustee (the "**U.S. Trustee Guidelines**"):

> a.     **Question**: Did L&W agree to any variations from, or alternatives to, L&W's standard billing arrangements for this engagement?
>
> **Answer**:  No.  L&W and the Debtors have not agreed to any variations from, or alternatives to, L&W's standard billing arrangements for this engagement.  The rate structure provided by L&W is appropriate and comparable to (a) the rates that L&W charges for non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

6

b.   **Question**:  Do any of the L&W professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No.

c.   **Question**:  If L&W has represented the Debtors in the 12 months prepetition, disclose L&W's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If L&W's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:  L&W did not represent the Debtors prepetition.  L&W's current hourly rates for services rendered on behalf of the Debtors are set forth above.  These rates have been used since January 1, 2025.  During the prior calendar year, L&W used the following rates for services rendered on behalf of the Debtors:  $1,495 to $2,550 for partners; $1,430 to $1,860 for counsel; $760 to $1,505 for associates; $230 to $1,130 for professional staff; and $325 to $710 for paralegals.

d.   **Question**:  Have the Debtors approved L&W's budget and staffing plan and, if so, for what budget period?

**Answer**:  Yes, in connection with the Application, L&W prepared a budget and staffing plan for the period from December 2, 2024 through January 31, 2025 that was approved by the Debtors.

### **L&W'S DISINTERESTEDNESS**

12.   L&W has received a retainer from the Debtors in the amount of $200,000 for services to be performed and expenses to be incurred.  L&W intends to hold the retainer on account of services rendered and expenses incurred from and after December 2, 2024.  L&W has not otherwise received any compensation from the Debtors prior to the date of this Application.

### **L&W'S DISINTERESTEDNESS**

13.   In preparing this Declaration, L&W used a set of procedures to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**").  Pursuant to the Firm Disclosure Procedures, I performed, or caused to

7

be performed, the following actions to identify the parties relevant to this Declaration and to ascertain L&W's connection to such parties:

      a.    L&W obtained from the Debtors a list of names of entities that are or may be parties in interest in the Chapter 11 Cases (the "**Potential Parties in Interest**"), as set forth on <u>Appendix 1</u> hereto.[4]  The information listed on <u>Appendix 1</u> may have changed without my knowledge and may change during the pendency of the Chapter 11 Cases.  L&W will update this Declaration, as described below, when L&W becomes aware of new material information.[5]

      b.    L&W maintains a master client database as part of its conflict clearance and billing records.  The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "**Client Database**").  The Client Database includes the names of all current and former clients, the names of the parties who are or were related or adverse to such current and former clients, and the names of the L&W personnel who are or were responsible for current or former matters for such clients.  L&W policy is that no new matter may be accepted or opened within L&W without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party.  Accordingly, the database is updated for every new matter undertaken by L&W.  The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

      c.    L&W compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the three years prior to December 2, 2024, and compiled a list of any matches generated by the comparison (the "**Client Match List**").  The Client Match List is set forth on <u>Appendix 2</u> hereto.[6]

---

[4]   The entities included on the list of Potential Parties in Interest (and the categories contained therein) were provided by the Debtors to L&W for purposes of a conflict check only and should not be relied upon by any party as a list of creditors or for any other purpose.

[5]   For competitive sensitivity reasons, the Potential Parties in Interest does not disclose potential sale transaction counterparties.  The Debtors will make the names of these parties available to the U.S. Trustee on a confidential basis upon request.

[6]   As referenced in <u>Appendix 2</u>, the term "**Current Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past 12 months and L&W has at least one open matter.  The term "**Former Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years.  L&W does not disclose connections if time was recorded more than three years before December 2, 2024.

US-DOCS\156233955.13

d.   Using information in the Client Database concerning entities on the Client Match List and making general and, if applicable, specific inquiries of L&W personnel, L&W verified that it does not represent and has not represented any entity on the Client Match List in connection with the Debtors or the Chapter 11 Cases, except as otherwise disclosed in this Declaration.

e.   In addition, a general inquiry was sent by email to all L&W attorneys to determine whether any such individuals or any members of their households (i) own or owned any debt or equity securities of the Debtors; (ii) hold or held any claim against or interest adverse to the Debtors; (iii) represent or represented a client in a matter adverse to the Debtors; (iv) are or were officers, directors, or employees of the Debtors; (v) are related to or have any connections to Bankruptcy Judges in the Southern District of Texas; or (vi) are related to or have any connections to anyone working in the Office of the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**").[7]

14.   L&W compiled responses to the foregoing inquiries for the purpose of preparing this Declaration.  Responses to the inquiry described in subparagraph (e) above indicate that, as of December 2, 2024, and except as described below, no L&W attorneys or members of their household:[8] (a) own or owned any debt or equity securities of the Debtors; (b) hold or held any claim against or interest adverse to the Debtors; (c) represent or represented a client in a matter adverse to the Debtors; (d) are or were officers, directors, or employees of the Debtors; (e) are related to or have any connections to Bankruptcy Judges in the Southern District of Texas; or (f) are related to or have any connections to anyone working in the Office of the U.S. Trustee.

---

[7]   This inquiry clarified that while "connections" are not defined in the Bankruptcy Code or Bankruptcy Rules, the term should be viewed broadly and may include a wide range of relationships, including, but not limited to, romantic, intimate, sexual, or familial relationships, as well as business and professional relationships (e.g., clerkships, internships, other past or current employment or volunteer work, or business investments).  Further, the inquiry requested that attorneys indicate any facts or circumstances that may give rise to an appearance of impropriety.

[8]   Certain L&W attorneys or members of the households of L&W attorneys may unknowingly hold interests in the Debtors in blind, discretionary accounts, exchange traded funds, or mutual funds.  I am also informed that an associate in L&W's Litigation and Trial department is the child of a former physician of Davis Hospital & Medical Center Limited Partnership who has filed certain proofs of claim in the Chapter 11 Cases related to his prior employment.  Although I do not believe that this relationship precludes L&W from being a disinterested party under the Bankruptcy Code, I make this disclosure out of an abundance of caution.

US-DOCS\156233955.13

15.     Of the entities listed on <u>Appendix 2</u>, the only entity that represented more than 1.0% of L&W's total client billings for the twelve-month period ending December 2, 2024 (on a consolidated basis)[9] is JPMorgan Chase Bank, N.A ("**JPMorgan**").  JPMorgan, however, did not represent more than 2.0% of L&W's total client billings for such twelve-month period.

16.     L&W will not represent the Debtors in an adversary proceeding commenced against any client of L&W unless L&W has an applicable waiver on file or first receives a waiver from such entity allowing L&W to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an adversary proceeding against that entity, the Debtors will employ Weil or retain separate conflicts counsel to represent them in that particular matter.  In addition, except as otherwise described herein, L&W will not represent any client on any matter adverse to the Debtors or their estates while retained as the Debtors' co-counsel in the Chapter 11 Cases.

17.     L&W will periodically review its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any relevant facts or relationships are discovered or arise, L&W will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).  In that regard, L&W intends to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client has already been disclosed in this Declaration in one capacity (*e.g.*, a bank), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, a bondholder), then L&W does not intend to disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

---

[9]     According to L&W's records as of December 23, 2024.

US-DOCS\156233955.13

18.     Except as set forth herein, and based upon the information available to me, neither I, nor L&W, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.  Based on the inquiries made in connection with preparing this Declaration and to the best of my knowledge, I believe that: (a) L&W is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code; and (b) L&W has no connection to the Debtors, their creditors, or their related parties except as may be disclosed in this Declaration (as supplemented from time-to-time).  The proposed engagement of L&W is not prohibited by or improper under Bankruptcy Rule 5002(a).

## SPECIFIC DISCLOSURES

19.     As set forth below and in Appendix 2, L&W represents or has represented certain of the Debtors' creditors, equity security holders, professionals, or other Potential Parties in Interest in matters unrelated to the Debtors and the Chapter 11 Cases.  Except as specifically set forth below, none of the representations described herein is adverse to the interests of the Debtors or their estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, L&W is not disqualified from acting as the Debtors' co-counsel merely because it represents or has represented the Debtors' creditors, equity security holders, professionals, or other Potential Parties in Interest in matters unrelated to the Debtors or the Chapter 11 Cases.  I do not believe that L&W's current and prior representations described herein preclude L&W from being a disinterested party under the Bankruptcy Code.

### Representations Adverse to the Debtors

20.     L&W represents HaystackID LLC ("**HaystackID**"), an Ordinary Course Professional to the Debtors, in connection with HaystackID's provision of services to certain Debtor entities in matters wholly unrelated to the Chapter 11 Cases.  L&W immediately disclosed

11

its representation of HaystackID to the Debtors.  Additionally, (a) the Debtors and HaystackID have agreed in writing to waive any actual or potential conflict of interest that could arise in connection with L&W's simultaneous representation of HaystackID and the Debtors; and (b) L&W has established an internal ethical wall between the attorneys and staff working on the Chapter 11 Cases and the attorneys and staff working on HaystackID's matters with respect to the Debtors to ensure that the matters remain separate.  In the event that the Debtors and HaystackID become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

21.    L&W represents Armin Ernst ("**Dr. Ernst**"), the Chief Executive Officer of Steward Health Care Malta, in connection with certain investigations occurring outside of the Chapter 11 Cases.  L&W's representation in these matters is wholly unrelated to the Chapter 11 Cases.  L&W immediately disclosed its representation of Dr. Ernst to the Debtors.  Additionally, (a) the Debtors agreed in writing to waive any actual or potential conflict of interest that could arise in connection with L&W's simultaneous representation of Dr. Ernst and the Debtors; (b) the Debtors are employing Weil to handle the aforementioned matters for the Debtors with respect to Dr. Ernst; and (c) L&W has established an internal ethical wall between the attorneys and staff working on the Chapter 11 Cases and the attorneys and staff working on Dr. Ernst's matters with respect to the Debtors to ensure that the matters remain separate.  Further, I understand that Dr. Ernst is in the process of engaging separate counsel to represent him in the above-mentioned investigations for reasons wholly unrelated to Ms. Arthur and I joining L&W.  In the event that the Debtors and Dr. Ernst become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

22.     L&W previously represented an affiliate of Apollo Global Management ("**Apollo**"), ACREFI CS U, LLC, in connection with these Chapter 11 Cases.  Specifically, L&W represented Apollo in its capacity as secured lender to Medical Properties Trust for multiple properties that were previously leased by the Debtors under a certain master lease agreement ("**Master Lease 2**").  Apollo's relationship to the Debtors' landlord and certain assets of the Debtors sold during the Chapter 11 Cases required Apollo's involvement in the Chapter 11 Cases. Before L&W commenced representation of the Debtors on December 2, 2024, the Debtors rejected Master Lease 2 and no longer held interests in properties involving Apollo.  Further, proceeds from the sales of the underlying non-Debtor real estate were disbursed to Apollo.  L&W continues to represent Apollo and its affiliates in a number of matters wholly unrelated to these Chapter 11 Cases, and I do not expect Apollo to have any further significant involvement in these Chapter 11 Cases.  I do not believe that L&W's past or current representation of Apollo results in L&W holding or representing any interest adverse to the Debtors' estates or otherwise precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and Apollo become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

23.     L&W previously represented Health Catalyst Inc. ("**Health Catalyst**"), a contract counterparty of the Debtors, in connection with these Chapter 11 Cases.  Specifically, L&W provided general advice to Health Catalyst regarding the Chapter 11 Cases and its contracts with the Debtors (the "**Health Catalyst Contracts**").  Before the Retention Date, the Debtors assumed and assigned their interests in the Health Catalyst Contracts to Brady Health Buyer, LLC in connection with its purchase of certain Stewardship Health assets that was approved by this Court on August 22, 2024 (Docket No. 2135).  L&W continues to represent Health Catalyst and its

affiliates in a number of matters wholly unrelated to these Chapter 11 Cases.  I do not believe that L&W's past or current representation of Health Catalyst precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and Health Catalyst become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

24.     L&W previously provided limited general advice to Treace Medical Concepts, Inc. ("**Treace Medical**"), a vendor to certain Debtors, in connection with these Chapter 11 Cases. Before L&W commenced representation of the Debtors, Treace Medical engaged separate counsel to represent it in connection with the Chapter 11 Cases.  L&W continues to represent Treace Medical and its affiliates in a number of matters wholly unrelated to these Chapter 11 Cases.  I do not believe that L&W's past or current representation of Treace Medical precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and Treace Medical become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

25.     Other than the matters described above, L&W has not represented any party in connection with any matter adverse to the Debtors or related to the Chapter 11 Cases, and L&W will not represent any party in any such other matter while retained as the Debtors' co- counsel.[10] I do not believe that L&W's past or current representations preclude L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any of L&W's

---

[10]   Ms. Arthur and I joined L&W on the Retention Date.  Before December 2, 2024, Weil advised SHC and its wholly owned subsidiaries, including Tailored Risk Assurance Company, Ltd. and TRACO International Group S. De R.L. (together, "**TRACO**"), on matters related to the Chapter 11 Cases.  Under applicable ethics rules, TRACO has the status of a former client of Weil as of August 13, 2024, and TRACO has retained its own counsel, Steptoe LLP (*see, e.g.*, Docket Nos. 2567 and 2765).  L&W is not engaged to and shall not represent TRACO in these Chapter 11 Cases.  Although I do not believe that this past representation precludes L&W from being a disinterested party under the Bankruptcy Code, out of an abundance of caution, L&W has also requested applicable waivers and consent from TRACO for its retention by the Debtors in matters adverse to TRACO.

clients become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

**Relationships with Joint Venture Counterparties and Significant Equity Holders**

26.     As disclosed in Appendix 2, L&W currently represents or formerly represented certain of the Debtors' joint venture counterparties, significant holders of the Debtors' equity, and/or their affiliates.  Specifically, L&W currently represents, or in the past has represented Christus Health Southeast Texas, Louisiana Healthcare Group, LLC, Louisiana Hospice & Palliative Care, LLC, Physicians Health Choice, LLC, St. Francis Medical Center, Inc., Steward Healthcare Investors LLC, and/or certain of their affiliates (collectively, the "**Joint Venture Counterparties and Equity Holders**") in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.

27.     L&W has not represented the Joint Venture Counterparties and Equity Holders in connection with any matter related to the Debtors or the Chapter 11 Cases, and L&W will not represent the Joint Venture Counterparties and Equity Holders in any such matter while retained as the Debtors' co-counsel.  I do not believe that L&W's past or current representation of the Joint Venture Counterparties and Equity Holders precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any Joint Venture Counterparties and Equity Holders become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

**Relationships with Lenders, Agents, and Other Secured Parties**

28.     As disclosed in Appendix 2, L&W currently represents or formerly represented certain of the Debtors' lenders, agents, other secured parties, and/or their affiliates.  Specifically, L&W currently represents or in the past has represented Brigade Capital Management, Oaktree

Capital Management, Owl Creek Asset Management, MidOcean Partners, Sound Point Capital Management, and/or certain of their affiliates (collectively, the "**Lenders and Secured Parties**") in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.

29.     L&W has not represented the Lenders and Secured Parties in connection with any matter related to the Debtors or the Chapter 11 Cases, and L&W will not represent the Lenders and Secured Parties in any such matter while retained as the Debtors' co-counsel.  I do not believe that L&W's past or current representation of the Lenders and Secured Parties precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any of the Lenders and Secured Parties become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

#### Relationships with Debtors' Banks

30.     As disclosed in <u>Appendix 2</u>, L&W currently represents or formerly represented certain of the Debtors' and/or their affiliates' cash management banks and/or such banks' affiliates. Specifically, L&W currently represents or in the past has represented Bank of America, N.A., Citibank Global Markets Inc., First Republic, JPMorgan Chase Bank, N.A., U.S. Bancorp, Wells Fargo Bank, N.A., and/or certain of their affiliates (collectively, the "**Banks**") in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.

31.     L&W has not represented the Banks in connection with any matter related to the Debtors or the Chapter 11 Cases, and L&W will not represent the Banks in any such matter while retained as the Debtors' co-counsel.  I do not believe that L&W's past or current representation of the Banks precludes L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any of the Banks become directly adverse to one another in an adversary

US-DOCS\156233955.13

proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

## Connections to Officers and Directors

32.     L&W currently represents or formerly represented certain affiliates, subsidiaries, and/or entities associated with the Debtors' current and recent former officers and directors. I do not believe that L&W's past or current representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes L&W from meeting the disinterestedness standard under the Bankruptcy Code.[11]

## Relationships with Insurance Providers

33.     As disclosed in Appendix 2, L&W currently represents or formerly represented certain of the Debtors' insurance providers, and/or their affiliates in a number of different matters unrelated to the Debtors or the Chapter 11 Cases. I do not believe that L&W's past or current representations described in this paragraph preclude L&W from being a disinterested party under the Bankruptcy Code. In the event that the Debtors and any such insurance provider become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

## Relationships with Taxing and Regulatory Authorities

34.     As disclosed in Appendix 2, L&W currently represents or formerly represented certain taxing authorities, regulatory authorities, and/or certain of their affiliates. I do not believe that L&W's past or current representations described in this paragraph preclude L&W from being a disinterested party under the Bankruptcy Code. In the event that the Debtors and any such taxing

---

[11]  I am informed that an associate in L&W's Corporate department is the child of a member of the Board of SHC Holdings and such Board member holds equity interests in SHC. Although I do not believe that this relationship precludes L&W from being a disinterested party under the Bankruptcy Code, I make this disclosure out of an abundance of caution.

17

authorities or regulatory authorities become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

### Relationships with Parties to Pending Litigation

35.     As disclosed in <u>Appendix 2</u>, L&W currently represents or formerly represented certain counterparties to pending litigation with the Debtors, and/or affiliates of such counterparties, in a number of different matters unrelated to the Debtors or the Chapter 11 Cases. I do not believe that L&W's past or current representations described in this paragraph preclude L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any such counterparty to pending litigation with the Debtors become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

### Relationships with Significant Creditors

36.     As disclosed in <u>Appendix 2</u>, L&W currently represents or formerly represented certain of the Debtors' significant prepetition creditors in a number of different matters unrelated to the Debtors or the Chapter 11 Cases.  I do not believe that L&W's past or current representations described in this paragraph preclude L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any such significant creditors become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

### Relationships to Other Parties in Interest

37.     Certain of the parties in interest in the Chapter 11 Cases may be, or previously may have been, members of ad hoc or official creditors' committees represented by L&W in matters

unrelated to the Chapter 11 Cases.  In such instances, L&W represented only the committee or group, and did not represent the creditors in their individual capacities, and no attorney client relationship exists or existed between L&W and such parties in interest unless specifically noted. L&W does not and will not represent any of these parties in connection with the Chapter 11 Cases.

38.    L&W may have represented, and may currently represent, entities that hold or may in the future hold certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties.  Because distressed debt is actively traded in commercial markets, L&W may be unaware of the actual holder of such debt at any given moment.  L&W also represents numerous entities in unrelated matters that may buy and/or sell distressed debt, claims, or equity interests of chapter 11 debtors.  Moreover, from time to time, L&W is engaged by various entities that buy and/or sell distressed debt to analyze the capital structure of a distressed company based on a review of publicly available information.  L&W does not undertake such reviews after it has been engaged to represent any such company, including the Debtors, and does not view any public debt review as an adverse representation to the Debtors.  Similarly, as a large, international firm, L&W may represent creditors and/or investors of or parties interested in investing in one or more parties in interest in these cases.  L&W does not believe these relationships represent interests adverse to the estate.

39.    Certain of the Debtors and their non-debtor affiliates or other entities associated with the Debtors may be creditors of entities that L&W currently represents or has represented in bankruptcy proceedings or post-effective date claims processes.  Similarly, certain parties in interest in the Chapter 11 Cases may be current or former L&W restructuring clients.  L&W will not represent the Debtors, the Debtors' non-debtor affiliates, or other entities associated with the Debtors in any matter related to other L&W clients' bankruptcy proceedings.  Nor will L&W

represent any of its other restructuring clients against the Debtors in any of its other clients' restructuring matters.  L&W's other chapter 11 representations are unrelated to the Chapter 11 Cases and the Debtors.  I do not believe these representations preclude L&W from meeting the disinterestedness standard under the Bankruptcy Code.

40.    L&W has represented, and may currently represent, entities that have submitted to the Debtors or their advisors indications of interest or bids, or otherwise participated in the Debtors' pre- and postpetition marketing and sale processes.  Because of the confidential nature of such participation, the applicable entities are not identified on Appendix 2.  L&W does not, however, represent any such entities in any matters related to the Debtors, their affiliates, these Chapter 11 Cases, or a sale of any of the Debtors' assets.  Nor do the fees generated from L&W's representation of any such entities exceed 1.0% of L&W's total client billings for the twelve-month period ending December 2, 2024.  Upon request of the Court or the U.S. Trustee, L&W will provide to such parties the names of such entities and disclose the nature of L&W's connection therewith, in the same manner and form as the identifications and disclosures contained in Appendix 2, on a confidential basis.

41.    Additionally, as disclosed in Appendix 2, L&W currently represents or formerly represented certain other parties related to the Debtors' business or industry, in a number of different matters unrelated to the Debtors or the Chapter 11 Cases.  I do not believe that L&W's past or current representations described in this paragraph preclude L&W from being a disinterested party under the Bankruptcy Code.  In the event that the Debtors and any such other parties become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

**Relationships with Other Professionals**

42.     From time to time, L&W has referred work to other professionals to be retained in the Chapter 11 Cases, and certain such professionals have referred work to L&W.  Also, as part of its practice, L&W appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now or may in the future represent claimants and other parties in interest in these cases.  L&W has not represented, and will not represent, any such parties in relation to the Debtors or their Chapter 11 Cases.  L&W does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

43.     As disclosed in Appendix 2, L&W currently represents or formerly represented certain of the Debtors' other professionals and professionals for lenders, trustees, agents, and other secured parties in a number of different matters unrelated to the Debtors and the Chapter 11 Cases (except as may otherwise be disclosed herein).  I do not believe that L&W's past or current representations of these other retained professionals in matters unrelated to the Debtors or the Chapter 11 Cases precludes L&W from being a disinterested party under the Bankruptcy Code. In the event that the Debtors and any of the applicable professionals become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Weil or other conflicts counsel to handle the matter as necessary.

**L&W Attorney Connections with the Office of the
United States Trustee for Region 7 and Judges for the United States
Bankruptcy Court for the Southern District of Texas (and Key Staff Members)**

44.     Candace M. Arthur, Alexander Welch, and I joined L&W from Weil on December 2, 2024.  Effective August 14, 2019, United States Bankruptcy Judge Christopher M. Lopez was appointed to the United States Bankruptcy Court for the Southern District of Texas.  Prior to such appointment, Judge Lopez was employed by and held a counsel position at Weil.  Additionally,

21

effective July 16, 2024, United States Bankruptcy Judge Alfredo R. Perez was appointed to the United States Bankruptcy Court for the Southern District of Texas.  Prior to such appointment, until his retirement from Weil on December 31, 2023, Judge Perez was employed by and a member of the partnership at Weil.

45.     Certain L&W attorneys (including the foregoing individuals) and/or personnel (or members of their immediate families):  (a) previously worked at other law firms, including, without limitation, Weil, in government services or for other employers; (b) have participated and may participate in legal activities; (c) had and have affiliations through law school, conferences, bar, employment, or other organizations; and/or (d) may have social interactions or friendships, in each case, involving (x) Judges and/or key staff members of the United States Bankruptcy Court for the Southern District of Texas or (y) attorneys or key staff members of the Office of the United States Trustee for Region 7.  As part of its standard hiring practices, from time to time, L&W conducts interviews and may make offers of employment to staff members of the United States Bankruptcy Court for the Southern District of Texas, including law clerks.

46.     I do not believe that the foregoing connections preclude L&W from meeting the disinterestedness standard under the Bankruptcy Code.

**L&W Attorney Investments**

47.     From time to time, L&W partners, counsel, associates, and employees, or members of the households of the foregoing, personally invest in mutual funds, exchange traded funds, retirement funds, private equity funds, venture capital funds, hedge funds, fund of funds, and other types of investment funds (the "**Investment Funds**"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in the Chapter 11 Cases, often without L&W's

22

knowledge.  Each such person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Funds are generally operated as a blind pool, meaning that when such persons make an investment in an Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell and have no control over such purchases or sales.

48.     From time to time one or more L&W partners voluntarily choose to form an entity (a "**Passive-Intermediary Entity**") to invest in one or more Investment Funds or, in certain instances, directly in private companies.  Such Passive-Intermediary Entity is comprised only of persons who were L&W partners or retired partners at the time of the Passive-Intermediary Entity's formation (although some may later become former L&W partners), and participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of L&W's partners choose to participate.  L&W itself does not invest in the Passive-Intermediary Entity.  The Passive-Intermediary Entity generally owns substantially less than one percent of any underlying Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales.  The Passive-Intermediary Entities commonly receive periodic statements and communications from the underlying Investment Funds.  The L&W partners participating in the Passive Intermediary may or may not know the identity of the Investment Fund's underlying investments or the identity of the securities purchased, sold, or held by the Investment Fund.

49.    Certain of the Passive-Intermediary Entities may make a direct investment into a private company.  It is my understanding that no Passive-Intermediary Entity has made any direct investment into the Debtors or otherwise purchased any debt or equity security of the Debtors. In addition, as discussed above, the Firm Disclosure Procedures involve sending a general inquiry to all L&W attorneys to determine whether any such individuals or any members of their households own or owned any debt or equity securities of the Debtors or hold or held any claim against or interest adverse to the Debtors, among other things.  Thus far, no response to this general inquiry has disclosed the ownership of any debt or equity securities of the Debtors or the holding of any claim against or interest adverse to the Debtors.

50.    From time to time, L&W partners, counsel, associates, and employees personally directly acquire a debt or equity security of a company, which may be (or become) one of the Debtors, their creditors, or other parties in interest in the Chapter 11 Cases.  L&W has a long-standing policy prohibiting attorneys and employees from using material non-public information that may come to their attention in the course of their work, so that all L&W attorneys and employees are barred from trading in securities with respect to which they possess material non-public information.

## OTHER INVESTIGATION AND DISCLOSURE MATTERS

51.    L&W's investigation and research of the Potential Parties in Interest has thus far failed to eliminate the possibility that Potential Parties in Interest other than those listed on Appendix 2 hereto may be current or former clients of L&W because: (a) the names of the Potential Parties in Interest are similar to, but not identical to, current or former L&W clients; or (b) the names of the Potential Parties in Interest are common names that appeared on our conflict search results, but do not appear to be the same individuals or entities that are parties in interest herein.

52.     Although L&W has undertaken, and continues to undertake, extensive efforts to identify connections with the Debtors and other Potential Parties in Interest, it is possible that connections with some Potential Parties in Interest have not yet been identified.  Should L&W, through its continuing efforts, learn of any new connections of the nature discussed herein, L&W will so advise the Court in a timely manner as soon as reasonably practicable.

53.     L&W will not, while employed by the Debtors, represent any other entity having an adverse interest to the Debtors with respect to matters upon which the Debtors seek to retain L&W during the pendency of the Chapter 11 Cases.

54.     Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude L&W's representation of the Debtors in the Chapter 11 Cases.

55.     The foregoing constitutes the statement of L&W pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2025
New York, New York

                                        */s/ Ray C. Schrock*
                                        Ray C. Schrock

US-DOCS\156233955.13

## Appendix 1

### Potential Parties in Interest[17]

**Debtors**

Arizona Diagnostic & Surgical Center, Inc.
Beaumont Hospital Holdings, Inc.
Biltmore Surgery Center Holdings, Inc.
Biltmore Surgery Center, Inc.
Blackstone Medical Center, Inc.
Blackstone Rehabilitation Hospital, Inc.
Boston Orthopedic Center, LLC
Boston Sports Medicine and Research Institute, LLC
Brevard SHC Holdings LLC
Brim Healthcare of Colorado, LLC
Brim Healthcare of Texas, LLC
Brim Holding Company, Inc.
Brim Physicians Group of Colorado, LLC
Choice Care Clinic I, Inc.
Choice Care Clinic II, Inc.
Choice Care Clinic III, Inc.
Choice Care Clinic of Louisiana, Inc.
Choice Care Clinic of Utah, Inc.
Converse Medical Center LLC
Davis Hospital & Medical Center, LP
Davis Hospital Holdings, Inc.
Davis Surgical Center Holdings, Inc.
De Zavala Medical Center LLC
Downtown Houston Physician Hospital Organization
Glenwood Specialty Imaging, LLC
HC Essential Co.
Health Choice Florida, Inc.
Health Choice Louisiana, Inc.
Health Choice Managed Care Solutions LLC
Health Choice Northern Arizona LLC
Health Choice Preferred Accountable Care LLC
Health Choice Preferred Louisiana ACO LLC
Health Choice Preferred Louisiana Physician Association LLC
Health Choice Preferred Texas ACO - Alamo Region LLC
Health Choice Preferred Texas ACO - Gulf Coast Region LLC
Health Choice Preferred Texas Physician Association - Alamo Region LLC
Health Choice Preferred Texas Physician Association - Gulf Coast Region LLC
Health Choice Utah Accountable Care LLC
HealthUtah Holdco LLC
Heritage Technologies, LLC
IASIS Capital Corporation
IASIS Finance II LLC
IASIS Finance III LLC
IASIS Finance Texas Holdings, LLC
IASIS Finance, Inc.
IASIS Glenwood Regional Medical Center, LP
IASIS Healthcare Corporation
IASIS Healthcare Holdings, Inc.
IASIS Healthcare LLC
IASIS Management Company
IASIS Transco, Inc.
Indigent Care Services of Northeast Louisiana, Inc.
Jordan Valley Hospital Holdings, Inc.
Jordan Valley Medical Center, LP
Legacy Trails Medical Center LLC
Mesa General Hospital, LP
Morton Hospital, A Steward Family Hospital, Inc.
Mountain Point Holdings, LLC
Mountain Vista Medical Center, LP
MT Transition LP
Nashoba Valley Medical Center, A Steward Family Hospital, Inc.

---

[17] This list (and the categories contained herein) are for purposes of a conflicts check and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

2

New England Sinai Hospital, A Steward Family Hospital, Inc.
Odessa Fertility Lab, Inc.
Odessa Regional Hospital, LP
OnSite Care, Inc.
OnSite Care MSO, LLC
Permian Basin Clinical Services, Inc.
Permian Premier Health Services, Inc.
Physician Group of Arizona, Inc.
Physician Group of Arkansas, Inc.
Physician Group of Florida, Inc.
Physician Group of Louisiana, Inc.
Physician Group of Utah, Inc.
Podiatric Physicians Management of Arizona, Inc.
PP Transition LP
PP Transition, Inc.
Quincy Medical Center, a Steward Family Hospital, Inc.
Riverwoods ASC Holdco LLC
Salt Lake Regional Medical Center, LP
Salt Lake Regional Physicians, Inc.
Seaboard Development LLC
Seaboard Development Port Arthur LLC
SHC Youngstown Ohio Laboratory Services Company LLC
SHC Youngstown Ohio Outpatient Services LLC
SHC Youngstown Ohio PSC LLC
SJ Medical Center, LLC
Southridge Plaza Holdings, Inc.
Southwest General Hospital, LP
St. Luke's Behavioral Hospital, LP
St. Luke's Medical Center, LP
Steward Accountable Care Organization, Inc.
Steward Anesthesiology Physicians of Florida, Inc.
Steward Anesthesiology Physicians of Massachusetts, Inc
Steward Anesthesiology Physicians of Pennsylvania, Inc.
Steward ASC Holdings LLC
Steward Carney Hospital, Inc.
Steward CGH, Inc.
Steward Easton Hospital, Inc.

Steward Emergency Physicians of Arizona, Inc.
Steward Emergency Physicians of Florida, Inc.
Steward Emergency Physicians of Pennsylvania, Inc.
Steward Emergency Physicians Ohio, Inc.
Steward Emergency Physicians, Inc.
Steward Employer Solutions LLC
Steward Fall River Management Care Services LLC
Steward Florida ALF LLC
Steward Florida ASC LLC
Steward Florida Holdings LLC
Steward FMC, Inc.
Steward Good Samaritan Medical Center, Inc.
Steward Good Samaritan Occupational Health Services, Inc.
Steward Good Samaritan Radiation Oncology Center, Inc.
Steward Health Care Holdings LLC
Steward Health Care Network ACO Texas, Inc.
Steward Health Care Network, Inc.
Steward Health Care OZ Fund, Inc.
Steward Health Care System LLC
Steward Health Choice, Inc.
Steward Health Care International LLC
Steward Healthcare Management Services LLC
Steward Hospital Holdings Subsidiary One, Inc.
Steward HH, Inc.
Steward Hillside Rehabilitation Hospital, Inc.
Steward Holy Family Hospital, Inc.
Steward Hospital Holdings LLC
Steward Imaging & Radiology Holdings LLC
Steward Medicaid Care Network, Inc.
Steward Medical Group Express Care, Inc.
Steward Medical Group, Inc.
Steward Medical Group Pennsylvania Endoscopy LLC
Steward Medical Holdings LLC

3

Steward Medical Ventures, Inc.
Steward Melbourne Hospital, Inc.
Steward New England Initiatives, Inc.
Steward Norwood Hospital, Inc.
Steward NSMC, Inc.
Steward Ohio Holdings LLC
Steward Operations Holdings LLC
Steward Pathology Physicians of
Massachusetts, Inc.
Steward Pennsylvania Holdings LLC
Steward PET Imaging, LLC
Steward PGH, Inc.
Steward Physician Contracting, Inc
Steward Radiology Physicians of Arizona,
Inc.
Steward Radiology Physicians of Florida,
Inc
Steward Radiology Physicians of
Massachusetts, Inc.
Steward Radiology Physicians of
Pennsylvania, Inc.
Steward Rockledge Hospital, Inc.
Steward SA FSED Holdings, Inc.
Steward Sebastian River Medical Center,
Inc.
Steward Sharon Regional Health System,
Inc.
Steward Special Projects LLC
Steward St. Anne's Hospital Corporation
Steward St. Elizabeth's Medical Center of
Boston, Inc.
Steward St. Elizabeth's Realty Corp.
Steward Texas Hospital Holdings LLC
Steward Trumbull Memorial Hospital, Inc.
Steward TSC Investments LLC
Steward Valley Regional Ventures, Inc.
Steward West Ventures, Co.
Stewardship Health Medical Group, Inc.
Stewardship Health, Inc.
Stewardship Services Inc.
The Medical Center of Southeast Texas, LP
TNC Transition LP
TRACO Investment Management LLC
Utah Transcription Services, Inc.

**All Other Names Debtors Used**
Acceleration
Acute Rehabilitation Hospital at St. Luke's
Medical Center
Advanced Sinus Surgery at Tempe St.
Luke's Hospital
Advanced Sports & Orthopedic Medicine
Advanced Surgical Associates
Advanced Urgent and Primary Care
Airpark Primary Care
Amputation Prevention Program
Andover Surgery Center
Anthony Ware Orthopedics
Arizona Associates for Women's Health
Arizona Institute of Footcare Physicians
Arizona Regional Credentialing Center
ASOM
Associates in Orthopedic Surgery
Augusta Ranch Primary Care
AZ Center for Bone and Joint Disorders
AZ Center for Hand & Wrist Disorders
Bangerter Health Center
Bangor Family Practice
Barefoot Bay Internal Medicine
Barlite Cardiology Clinic
Baytree Medical Associates
Bella Vista Clinical
Bethlehem Area Pediatric Associates
Blue Valley Family Practice
Breast Imaging Centers of America
Brevard Cardiology Group
Brevard Pulmonary Specialists
Brevard Vascular Associates
Brighton Obstetrics & Gynecology
CANADA Reg. TMA878029
Cancer Treatment at Davis Hospital &
Medical Cent
Cardiology Associates of Brevard
Cardiothoracic Surgeons of Easton
Carney Hospital - Dorchester
Center for Advanced Abdominal Surgery
Center for Infectious Disease
Center for Orthopedic and Rehabilitation
Excellence
Center for Orthopedic Innovation at St.
Luke's Medical Center

4

Center for Precision Joint Replacement at Salt Lake Regional
Center for Sinus Care Innovation at Tempe St. Luke's Hospital
Center for Women's Oncology
Center for Wound Care & Hyperbaric Medicine
Coastal Cardiovascular Associates
Coastal Gynecology
Coastal Joint and Sports Medicine Associates
Coastal Neurosurgery & Spine
Coastal Orthopedist
Comfort Care for Kids
Complete Care Urgent Care
CompleteCare
Comprehensive Neurology of Utah
Comprehensive Orthopedic and Spine Center
Comprehensive Physical Therapy
Coral Gables Hospital North Campus
Coral Reef Gastroenterology
David P. SIMS, M.D.
Davis Comprehensive Health
Davis General Surgery
Davis Hospital - Weber Campus
Davis Hospital & Medical Center
Davis Hospital Cancer Center
Davis Hospital EKG Group
Davis Hospital Primatologists
Davis Internal Medicine
Davis Medical Group
Davis Mental Health Services
Davis Multi-Specialty Clinic
Davis Neurology Associates
Davis Orthopedics and Sports Medicine
Davis Surgical Center at Davis Hospital
Davis Urgent Care
Desert Grove Family Medical
Diagnostic Service (RADS) at Steward Palmetto General
Doctors Hospital of Texarkana
Doctors Regional Medical Center of Texarkana
Dr. Tafur Generations Program
East Pulmonary Family Care

East Stroudsburg Family Medicine
East Valley Brain and Spine Specialists
East Valley Rheumatology & Osteoporosis at Hedley Orthopedic Institute
East Valley Surgical Specialists
East Valley Women's Medical Group
East Valley Women's Midwifery Group
Easton Area Family Medicine Associates
Easton Area Obstetrics & Gynecology Associates
Easton Area Oncology Associates
Easton Community Care Center
Easton Dermatology and Aesthetics Center
Easton Endocrinology Associates
Easton Gastroenterology Associates
Easton Hospital
Easton Hospital Imaging
Easton Internal Medical Associates
Easton Internal Medicine and Geriatrics
Easton Medical Associates
Easton Medical Group
Easton Primary Care
Easton Pulmonary Medicine Associates
Easton Surgical Associates
Elm Road Rehabilitation Services, A Service of Hillside Rehabilitation Hospital
Emerg A Care
Endocrinology Associates of Arizona
Endocrinology Center of the East Valley
Endocrinology of Utah
Endurance Orthopedics and Sports Medicine
Endurance Orthopedics and Sports Medicine in Association with Salt Lake Regional Medical Center
Endurance Regenerative Medicine
ENT Clinics of Utah
Family Doctor's Office Walk-In Center and Urgent Care
Family Medicine Specialists
Fetal Diagnostic Center
First Care Family Physicians
Florence Hospital, a Campus of Mountain Vista Medical Center
Florida Medical Center
Florida Medical Center, A Campus of North Shore

5

Four Peaks Plastic Surgery
Four States Medical Center
Four States Regional Medical Center
George M. Joseph, M.D. & Associates
GI Associates of Brevard
Glenwood Behavioral Health
Glenwood Brain and Spine
Glenwood Cardiovascular & Thoracic Surgery
Glenwood Ear, Nose & Throat
Glenwood Family Medicine
Glenwood Foot & Ankle
Glenwood Gastroenterology
Glenwood General Surgery
Glenwood Heart & Vascular
Glenwood Internal Medicine
Glenwood Internal Medicine & Pediatrics
Glenwood Internal Medicine and Pediatrics
Glenwood Medical Group
Glenwood Medical Group at North Monroe
Glenwood Medical Group at Sterlington
Glenwood Medicine Clinic
Glenwood Neurology & Sleep Medicine
Glenwood Pediatric Care
Glenwood Psychiatry
Glenwood Pulmonary & Internal Medicine
Glenwood Pulmonary Specialists
Glenwood Regional Medical Center
Glenwood Stat Care
Glenwood Surgery Associates
Glenwood Surgery Center, a Campus of Glenwood Regional Medical Center
Glenwood Urgent Care
Glenwood Urology
Golden Apple Medicine
Golden Apple Skin Laser & Veins
Good Samaritan Medical Center
Good Samaritan Medical Center (Brockton)
Good Samaritan Medical Center, a Steward Family Hospital Center for Wound Care and Hyperbaric Medicine
Good Samaritan Medical Center, a Steward Family Hospital Women's Imaging and Surgery Center

Good Samaritan Medical Center, a Steward Family Hospital Women's Imaging and Surgery Center (North East)
Good Samaritan Medical Center, East Bridgewater MRI
Good Samaritan Medical Center, East Bridgewater MRI (East Bridgewater)
Grossman Burn Center at St. Luke's Medical Center
Guillermo Sanabria, M.D.
Health Choice Florida (USPTO Serial No. 86420821)
Health Choice Generations
Health Choice Kentucky (USPTO Serial No. 86420829)
Health Choice Louisiana (USPTO Serial No. 85466074)
Health Choice Managed Care Solutions (USPTO Serial No. 86210992)
Health Choice Texas (USPTO Serial No. 86823577)
Health Choice Utah (USPTO Serial No. 85456540)
Health Express (with Morton Hospital)
Heart Center at Southwest General Hospital
Heart Rhythm Associates
Heartburn Care Center at Salt Lake Regional
Hedley Orthopedic Institute
Hernia Center of Utah
Herriman Medical Clinic
Hillcrest OB/GYN Associates
HMMQP (USPTO Serial No. 85150330)
Holy Family Hospital
Holy Family Hospital at Merrimack Valley, a Steward Family Hospital
Holy Family Women's Health Center
HOSPITAL MEDICAL MANAGEMENT AND QUALITY PROGRAM (USPTO Serial No. 85149990)
Hyperbaric & Wound Center at Davis Hospital and Medical Center
Hyperbaric & Wound Center at Jordan Valley Medical Center
Hyperbaric & Wound Center at Salt Lake Regional Medical Center
Hyperbaric Medical Center

6

Hyperbaric Medicine and Wound Treatment
Center of Utah
IASIS CENTER FOR THE
ADVANCEMENT OF RESEARCH AND
EDUCATION (USPTO Serial No.
85081660)
IASIS Glenwood Regional Medical Center
(LA State Registration No. 59-4696)
IASIS Healthcare (USPTO Serial No.
75563765)
IASIS Healthcare (USPTO Serial No.
75594150)
IASIS Healthcare Multi Specialty Clinic
IASIS Integrated Care Solutions (USPTO
Serial No. 86206397)
IASIS Multi Specialty Clinic
I-CARE (USPTO Serial No. 85081665)
I-CARE IASIS Center for the Advancement
of Research and Education (USPTO Serial
No. 85111071)
Ignite Merger Sub, Inc.
Indian River Walk In Care
Integrative Spine Institute at St. Luke's
Medical Center
Intergroup Physician Management
Multispecialty Partners
Internal Medicine Associates of Brevard
Internal Medicine Associates of South
Brevard
Internal Medicine of Salt Lake
Internal Medicine Specialist
John W. Knappman, M.D.
Joint Journey
Jordan Parkway Medical Group
Jordan Valley Cancer Center
Jordan Valley Children's Hospital
Jordan Valley Children's Unit
Jordan Valley Diagnostic Sleep Center
Jordan Valley Gastroenterology
Jordan Valley General Surgery
Jordan Valley Hospitalists
Jordan Valley Internal Medicine
Jordan Valley Medical Center
Jordan Valley Medical Center - West Valley
Campus
Jordan Valley Neurology Associates

Jordan Valley Senior Clinic
Jordan Valley Surgical Specialists
Joseph Medical Group of Forks Township
Just Kids Pediatric and Adolescent Clinic
Kirk E. Maes, M.D.
Lakeside Comprehensive Health
Legacy Point Family Medicine, affiliated
with Davis Hospital & Medical Center
Legacy Point Women's Center
Lehi Hospital
Lehi Medical Center
Lifestyle Medical Solutions at Tempe St.
Luke's
Lone Star Diabetes and Endocrinology
Maryvale Cardiology at Palo Verde
Maryvale Cardiology at Sunrise
Medical Weight Loss Center at Jordan
Valley
Medical Weight Loss Center at Pioneer
Valley
Melbourne Regional Medical Center
MHS Executive Services LLC
Mid-Jefferson Hospital
Mid-Jefferson Hospital: Jefferson Co
Mid-Jefferson Urgent Care Clinic
Monroe County Women's Health Center
Monroe Pulmonary and Internal Medicine
Associates
Morton Hospital
Motion Academy
Mountain Point Foot & Ankle
Mountain Point Medical Center
Mountain Point Medical Center, a Campus
of Jordan Valley Medical Center
Mountain Point Wound Care Center
Mountain Pointe Medical Center
Mountain Vista Family Care at Augusta
Ranch
Mountain Vista Family Care at Queen Creek
Mountain Vista Interventional Radiology
Mountain Vista Medical Center
Mountain Vista Neurology and Sleep
Disorders Center
Mountain Vista Neurology Center
Mountain Vista Orthopedic Specialists
Mountain Vista Pain Specialists

7

Mountain Vista Plastics, Reconstructive and Hand Surgery
Mountain Vista Surgical Specialists
Mountain Vista Women's Care
Mountain Vista Women's Care at Queen Creek
Mountain Vista Women's Wellness Center at Apache Junction
Mountain Vista Women's Wellness Center at Queen Creek
MVMC Merger Sub, LLC
Nashoba Valley Medical Center
Neurology Associates of Brevard
Neurology Associates of Melbourne
Neurology Associates of Rockledge
Neurology Associates, in association with Jordan Valley Medical Center
Neuroscience & Rehabilitation Specialists
Neurosciences Center at Southwest General Hospital
New England Sinai Hospital
New England Sinai Hospital Adult Day Health Center
New England Sinai Hospital Transitional Care Unit
Next Generation Health Services
Norcap Lodge
Norcap Lodge (Foxborough)
North End Internal Medicine
North Point Medical Center
North Pointe Medical Clinic
Northampton General Surgery at Nazareth Road
Northampton Internal Medicine at Spring Garden
Northwest Outpatient Clinic
Norwood Hospital
Odessa IVF
Odessa Regional Medical Center
Odessa Regional Medical Center South Campus
Odessa Regional Hospital
ORMC Compete Care
ORMC Courtesy Health Screening
Orthopedic Associates of Brevard
Orthoviera

Osler Geriatrics
Outlook House
Oval Sports Medicine
Oval Sports Medicine in Association with Jordan Valley Medical Center
Park Place Medical Center
Park Place Medical Center: Jefferson Co Partners in Women's Health
Paulos Toronto Orthopedics & Sports Medicine
Peak Sports Medicine and Rehabilitation
Pediatric After Hours Clinic at Odessa Regional Medical Center
Permian Basin Kidney Center
Permian Premier Women's Health Services
Phoenix Heart Center
Physical Medicine and Rehabilitation at Jordan Valley Medical Center
Physician Group of Arizona Primary Care
Physician Group of Arizona Radiology
Physician Group of Arizona Surgical Specialists
Pikes Peak Family Medicine
Pikes Peak Regional Hospital
Pikes Peak Regional Hospital and Surgery Center
Pikes Peak Regional Hospital Medical Care
Pikes Peak Regional Medical Center
Pikes Peak Specialty Services
Pioneer Valley Hospital, A Campus of Jordan Valley Medical Center
Pioneer Valley Hospitalist
Point of the Mountain Hospital
Point of the Mountain Medical Center
Port Arthur Medical Clinic-Orange
Portland Medical Group
Premier Family Associates of Orange
Premier Surgical Associates of Southeast Texas
Primary Care of Utah
Priority Group Internal Medicine
Hospital Medical Management and Quality Program (USPTO Serial No. 85149990)
RADS-Imaging Center
Regional Perinatal Center

8

Rehab Center at Steward Palmetto General Hospital

Rhythms of Life

Riverside Pulmonary and Internal Medicine

Riverside Vascular & Interventional Radiology

Rockledge Regional Medical Center

Rocky Mountain Women's Health Center Salt Lake Regional Campus

Rocky Mountain Women's Health Center West Valley Campus

Rocky Mountain Women's Health Center, Inc.

Saint Anne's Hospital

Saint Anne's Hospital Ambulatory Care Center

Saint Anne's Hospital Diagnostic Imaging Center

Saint Anne's Hospital Diagnostic Imaging Services

Saint Anne's Hospital Pain Management Center

Saint Anne's Hospital Rehabilitation Services

Saint Anne's Hospital Southern New England Surgery Center

Salt Lake Regional Arthritis Center

Salt Lake Regional Cardiovascular Center

Salt Lake Regional Commons

Salt Lake Regional Comprehensive Orthopedics & Sports Medicine

Salt Lake Regional Geropsych

Salt Lake Regional Hospitalist

Salt Lake Regional Medical Associates

Salt Lake Regional Medical Center

Salt Lake Regional Regenerative and Sports Medicine

Salt Lake Senior Clinic

Sandy Ridge Family Medicine

Saint Anne's Hospital Regional Cancer Care Center

Scenic Mountain Medical Center, a Steward Family Hospital

Scenic Mountain Medical Group

Scheduling Solutions

Scottsdale Multi-Specialty Clinic

Sebastian Family Walk In Care

Sebastian River Medical Center

Sebastian River Medical Center Sleep Disorders Center

Sebastian River Medical Group

Sebastian River Medical Group - Physical Therapy

Sebastian River Medical Group Coastal Neurology

Senior Emergent Care at Mountain Vista

SeniorAdvantage at Glenwood Regional Medical Center

SeniorAdvantage at Mountain Vista Medical Center

SeniorAdvantage at Pioneer Valley Hospital

SeniorAdvantage at St. Luke's Medical Center

Sharon Regional Health System

Sharon Regional Health System Transitional Care Unit

Sharon Regional Lab Cancer

Sharon Regional Lab Mercer

Sharon Regional Lab Services

Sharon Regional Lab Wound

Sharon Regional Medial Group Breast Care

Sharon Regional Medial Group Pulmonology

Sharon Regional Medical Center

Sharon Regional Medical Center - Behavioral Health Services

Sharon Regional Medical Center - Kite strings / Pathfinders

Sharon Regional Medical Center - Pathfinders / Passages

Sharon Regional Medical Center - Pathfinders Passages

Sharon Regional Medical Center Transitional Care Unit

Sharon Regional Medical Group Bariatrics

Sharon Regional Medical Group Cardiology Specialists

Sharon Regional Medical Group Cardiothoracic Surgery

Sharon Regional Medical Group Family Medicine

Sharon Regional Medical Group Gastroenterology
Sharon Regional Medical Group Internal Medicine
Sharon Regional Medical Group Orthopedics and Sports Medicine
Sharon Regional Medical Group Surgical Specialists
Sharon Regional Medical Group Urology
Sharon Regional Medical Group Vascular Specialists
Sharon Regional Medical Group Women's Care
SJMC Physician Services, Inc. - Steward Medical Group of Texas/SJMC
SL2 Program, Saving Limbs, Saving Lives
Solitude Ski Clinic
Sonoran Pain Management
South Bangerter Health Center, affiliated with Jordan Valley Medical Center
South San Antonio Surgical Associates
South Valley Primary Care
South Valley Urology
South West Texas Maternal Fetal Medicine Center
Southeast Texas Physician Group
Southeast Texas Physicians
Southeast Texas Physicians Group
Southwest Center for Wound Care
Southwest General Hospital
Southwest MED Clinic
Southwest Medical Center
Southwest Medical Center of San Antonio
Southwest Medical Clinic
Southwest Physicians Group
Southwest Regional Medical Center
Specialty Surgery of Utah
Sports Med Utah Physical Therapy
Sports Medicine Center of Utah
SPORTSMEDUTAH
SPORTSMEDUTAH (UT State Reg. No. 791644-0190)
St. Elizabeth's Medical Center of Boston
St. Joseph Cancer Center
St. Joseph Medical Center

St. Joseph Medical Center (USPTO Reg. No. 3645076)
St. Joseph Medical Center Houston's First (USPTO Reg. No. 36489742)
St. Joseph Medical Center in The Heights
St. Luke's Behavioral Health Center
St. Luke's Behavioral Health, on the Campus of St. Luke's Medical Center
St. Luke's Medical Center
St. Luke's Medical Center Sports Medicine
St. Luke's Medical Center, A Steward Family Hospital
St. Luke's Psychiatric Specialists
Start Right - Teen Pregnancy Program
Steward Bariatric & General Surgery
Steward Behavioral Health - West Valley
Steward Behavioral Health Services & Rehab Center of Sharon Regional
Steward Breast Care Center of Sharon Regional
Steward Cancer Care Center of Sharon Regional
Steward Cardiology Associates
Steward Cardiothoracic Specialists
Steward Cardiothoracic Surgical Associates
Steward Center for Inflammatory Bowel Disease Gastroenterology Specialists
Steward Center for Women's Oncology
Steward Coastal Gynecology Specialists
Steward Coral Gables Hospital
Steward Coral Gables Hospital Emergency Center
Steward Davis FP Medical Group
Steward Davis Hyperbarics & Wound Care
Steward Davis Neurology
Steward Davis Psych Hospitalists
Steward Davis Surgical Associates
Steward Diabetes Center of Sharon Regional
Steward Diagnostic & Imaging Center, Hermitage
Steward Diagnostic & Specialty Center, Hubbard
Steward Ear Nose and Throat Specialists
Steward Emergency Center, an Extension of Mountain Vista Medical Center
Steward Endocrinology of Utah

10

Steward Family Medicine and OB, Belmont
Steward Family Medicine Center, Mercer
Steward Family Medicine Murray
Steward Family Medicine Woods Cross
Steward Family Medicine, Hubbard
Steward Family Medicine, Merritt Island
Steward Family Medicine, Middlefield
Steward Family Medicine, Sharon
Steward Family Medicine, Viera
Steward Florida Medical Center - A Campus
of North Shore
Steward Gastroenterology Associates
Steward General and Vascular Surgery
Steward Health and Vascular of Sharon
Regional
Steward Health Care Network
Steward Health System at Port St. John
Steward Heart & Vascular Center
Steward Heart and Vascular Surgery
Steward Heart Rhythm Associates
Steward Hialeah Hospital
Steward Holy Family Hospital Haverhill
Steward Hyperbaric and Wound Center -
Salt Lake
Steward Hyperbaric and Wound Center -
West Jordan
Steward Infectious Disease Associates
Steward Internal Medical, Barefoot Bay
Steward Internal Medicine
Steward Internal Medicine Associates - Salt
Lake
Steward Internal Medicine Associates-West
Jordan
Steward Internal Medicine, Mountain Point
Steward Internal Medicine, Sarno Rd
Steward Internal Medicine, Sebastian
Steward Internal Medicine, Viera
Steward Juvo Benefit Services
Steward Medical Center at Merritt Island
Steward Medical Group of Arizona
Steward Medical Group of Arizona / Desert
Grove
Steward Medical Group of Arizona/Podiatry
Steward Medical Group of Arkansas
Steward Medical Group of Louisiana
Steward Medical Group of Texas

Steward Medical Group of Utah
Steward Medical Group Primary Care
Steward Medical Group Women's Health
Associates
Steward Medical Network
Steward Medical Specialists
Steward Mesa Hospital
Steward Mountain Point Foot & Ankle -
Eagle Mountain
Steward Mountain Point Foot and Ankle -
Lehi
Steward Mountain Point Hospitalists
Steward Mountain Point Neuroscience and
Rehabilitation Specialists
Steward Mountain Point Wound Care
Steward Neuroscience and Rehabilitation
Specialists - West Jordan
Steward Neurosurgery Specialists - Salt
Lake
Steward North Shore Medical Center
Steward Northside Medical Center, Inc.
Steward OnSite Care, Inc.
Steward Orthopedic & Sports Medicine
Center - Vero Beach
Steward Orthopedic and Sports Medicine
Center
Steward Orthopedic and Sports Medicine
Center, Sebastian
Steward Orthopedic and Sports Medicine
Center, Viera
Steward Orthopedic and Sports Medicine,
PSJ
Steward Orthopedic Center Mountain Point
Steward Outpatient Rehab Center of Sharon
Regional
Steward Pain Management Center
Steward Pain Management Center of
Suntree
Steward Palmetto General Hospital
Steward Plastic & Reconstructive Surgery
Steward Primary Care - West Point
Steward Primary Care Multispecialty
Murray
Steward Primary Care Murray
Steward Primary Care Woods Cross
Steward Primary Care, Austintown

11

Steward Primary Care, Brookfield
Steward Primary Care, Cocoa
Steward Primary Care, Cortland
Steward Primary Care, Hermitage
Steward Primary Care, Northside
Steward Primary Care, Sebastian
Steward Primary Care, Vero Beach
Steward Pulmonary Associates
Steward Pulmonary, Critical Care and Sleep Medicine Associates
Steward Pulmonology Associates
Steward Rehabilitation Services
Steward Rheumatology Associates
Steward Sleep Medicine Center of Sharon Regional
Steward SLR Solitude Ski
Steward South Valley Primary Care
Steward Southwest Family Practice
Steward Specialty Care
Steward Sports Medicine of Sharon Regional
Steward Surgical & Weight Loss Specialists
Steward Surgical Associates, Liberty
Steward Surgical Oncology Specialists
Steward Surgical Specialists
Steward Surgical Specialists - Jordan Valley Cancer Center
Steward Surgical Specialists - Salt Lake
Steward Thoracic Surgery
Steward Urgent and Family Care Lehi
Steward Urgent and Primary Care
Steward Urology Associates
Steward Vascular Specialists
Steward Western Hills Medical Clinic
Steward Women's Center
Steward Women's Health Associates
Steward WorkMED
Steward Wound Care and Hyperbaric Center at Rockledge
Steward Wound Care Center of Sharon Regional
Stewart Cardiology Associates
Stewart Family Medicine
Sullivan Trail Family Care
Sunrise Medical Group
Surgical Associates of Brevard

Surgical Weight Loss at Mountain Vista
Surgical Weight Loss Center at Jordan Valley
Surgical Weight Loss Center at Odessa Regional Hospital
Surgical Weight Loss Center at Odessa Regional Medical Center
Surgical Weight Loss Center of Louisiana
Surgical Weight Loss Center of Utah
Surgical Weight Loss Solutions at St. Joseph Medical Center
Surgical Weight Loss Solutions at Tempe St. Luke's
Taylorsville Urgent Care Center
Tempe Plastics, Reconstructive and Hand Surgery
Tempe St. Luke's Hospital, A Campus of St. Luke's Medical Center
Tempe Surgical Specialists
Texarkana Medical Center
Texarkana Regional Healthcare Network, Inc.
Texarkana Regional Medical Center
Texas Vista Medical Center
Thanksgiving Point Medical Center
The Arizona Institute of Hand and Wrist Disorders
The Bayou Grille at MCSETX
The Center for Men's Health at Mountain Point Medical Center
The Disc Replacement Center at Jordan Valley Medical Center
The Hyperbaric and Wound Care Center at Davis Hospital
The Just for Women Diagnostic Center
The Medical Center of Central Utah
The Medical Center of Lehi
The Medical Center of Southeast Texas
The Medical Center of Southeast Texas Beaumont Campus
The Medical Center of Southeast Texas Victory Campus
The Medical Center of Texarkana
The Orthopedic Center at Jordan Valley
The Pain & Spine Center at Mountain Point Medical Center

12

The Pain Center at Tempe St. Luke's
Hospital
The Port Arthur Day Surgery Center, an
Outpatient Department of The Medical
Center of Southeast Texas
The Urological Surgery Health Center
The Utah Center for Minimally Invasive and
Bariatric Surgery
Thoracic Surgery of Indian River
Tooele Women's Care
Trademark Reg. No 4183816
Trademark Reg. No 4321430
Trademark Reg. No 4321431
Transitions Outpatient Behavioral Health
(USPTO Serial No. 85580271)
Traverse Mountain Medical Center
TRIPLEVIEW (USPTO Serial No.
85103370)
TRIPLEVIEW (USPTO Reg. No. 4032605)
Trumbull Regional Medical Center
Twin Rivers Surgical
Urological Surgery Center of Arizona
Urology Associates of Brevard
Urology Specialists of Brevard
Urology Specialists of Utah
Urology Surgery Center of Arizona
Utah Bone Health Center
Utah Mental Healthcare
Utah Nephrology & Internal Medicine
Utah's Health System
Utah's Healthcare System
Valley Vein Center
Vero Family Medicine
Viera Internal Medicine
Wadley Regional Medical Center
Wadley Regional Medical Center at Hope
Wadley Regional Medical Center: Bowie Co
Wadley Rural Health Clinic at Hope
Walk-in Care at Park Plaza
Wasatch Brain & Spine Surgery
Wasatch Concussion Specialists
Wasatch Peak Physical Therapy at Davis
Hospital
Wasatch Peak Physical Therapy at Syracuse
Weight Loss Center at Tempe St. Luke's

Weight Loss Solutions Center at Southwest
General Hospital
West Loop Family Practice
West Point Medical Group
West Valley Family Medicine
West Valley Medical Clinic
Western Hills Medical Clinic
Westminster Physical Therapy
Wilson Area Internal Medicine
Women's Care Center Clinic
Women's Care Center Clinic at Tempe St.
Luke's
Women's Imaging at Davis Hospital
Women's Primary Care & OB/GYN
Woodland Park Family Medicine
Woodland Park Surgical Associates
Wuesthoff Home Medical Equipment
Wuesthoff OB/GYN
Wuesthoff Physician Network
Wuesthoff Physicians - Internal Medicine
Wuesthoff Physicians Family Medicine

**Non-Debtor Affiliates**
Altus ACE, LLC
Apice Health LLC
Breast Imaging Centers of Florida, LLC
First Physicians PLLC
FPOG, LLC
Health Choice Integrated Care, LLC
Health Choice Preferred Arizona ACO LLC
Health Choice Preferred Arizona Physician
Association LLC
Health Choice Preferred Utah ACO LLC
Jefferson County Clinical Services, Inc.
LHCG V, L.L.C.
Management Health Services LLC
Massachusetts Express Care, PLLC
Miller Street Medical Center, LLC
Neuroskeletal Imaging LLC
NLV Healthcare Development, LP
Northeast Louisiana Cancer Institute, L.L.C.
Northeast Louisiana Physician Hospital
Organization, Inc.
Orchard Surgical Center, LLC
Patient's Choice Hospice & Palliative Care
Center of Louisiana, LLC

13

Sharon Regional Diagnostic & Imaging
Center Neshannock LLC
Steward Benefit Services LLC
Steward-Compass Ventures, LLC
Texarkana Surgery Center, LP
TRACO International S. DE R.L.
Utah Health Plan Management LLC

**Joint Venture Counterparties**
54 Miller Street Quincy, LLC
Baptist Hospital of Southeast Texas
Brett Baker
Burt Faibisoff, M.D.
Central Florida Imaging Services, Inc.
Christus Health Southeast Texas d/b/a
Christus Hospital
Collom & Carney Clinic Association
Compass Quincy Realty, LLC
Don Shelton
Emran, Parveen & Sons Breast Cancer, LLC
Health Choice Preferred Utah Physician
Association LLC
Health Express PLLC
James Van Riper
Kerry Zang
Louisiana Healthcare Group, LLC
Louisiana Hospice & Palliative Care, LLC
Medical Imaging Group Investments of
Pennsylvania, LLC
Mike Shelton
Phoenix Heart Center
Physicians Health Choice, LLC
Radiology Associates of Norwood, Inc.
Richard J. Dinsdale
St. Francis Medical Center, Inc.
The Meadows Hospital, LLC

**5% Equity Holders**
MPT Sycamore Opco LLC
Steward Health Care Investors LLC

**Former and Current Directors and
Officers**
Aaron Gicca
Abdul-Rahman Jaraki
Adam Leisy

Adeel Zafar
Adelino Vicente
Akash Patel
Alain Innocent, MD
Alan Carr
Alan Kurland
Aldo Martinez - Fleitas
Alejandro Contreras
Alex Gonzalez
Alexander Barrera
Alexander Bucelo
Alexis Abril
Alicia Blazejewski
Allison Heartquist
Alphonse Pecoraro
Amanda Stamps
Amy Awaida, MD
Amy Guay
Andrew G. Sulit, MD
Andrew Herman
Angela M. Palumbo
Ann M. Ormond
Ann Trucchi Condon
Anne Acreman, MD
Anthony K. Stankiewicz, Esq.
Anthony Saracino
Ariol Labrada
Armando Llanes
Barbara Stubee
Barry Bell
Benjamin Jones
Bishop William E. Dickerson, II
Blake Hansen
Brandon Lee
Brandon Mikolich, MD
Brenda Nichols, MD
Brent Billingsley
Brent Cope
Brett Stecker, DO
Carlos Arencibia
Carlos de Solo
Carlos M. Hernandez
Carole Marie Mello
Catalina Montes
Charles E. D'Auria, DO
Cheryl Sparks

14

Chikwendu Nwosu
Chriss Bell
Christie Larson
Christopher Dunleavy
Christopher Enoch
Christopher Ferreira
Christopher Haughey
Christopher King
Christopher Labban, DO
Cindy Russo
Cliff Jones
Conor Yunits
Cori Hayes
Craig Jesioloswiki
Dale Yates-Berg
Damon Robert Brown
Daniel Abraham
Daniel Brown
Daniel Knell
Daniel Meyers
Dante Capers
Darrell Duty
David Colarusso
David Cole
David D'Amore MD
David Dimuro
David Mond
David Strayer
David Vinson
Debbye ValVerde
Deepan Mathur
Dewey Bryant
Don Duplan, MD
Dr. Gordon Sean Healey
E. Luis Prieto, MD
Eddy Broadway
Edgardo Trejo, MD
Eduardo Martinez
Edward Dauer
Elizabeth Myer
Emery Salom
Emma Dial
Emmanuel Louis
Eneida Roldan
Eric Diaz-Padron
Erika Thornton

Essam Ansari
Farris Blount, MD
Fernando E. Bayron-Velez
Frank M. Tomase, MD
Frank Pomposelli, MD
Frederica Williams
Gary Byrd
Gelien Perez
George Roman
George Usevich
Gerard Lorusso
Gilbert Beauperthuy
Giselle Cheminand
Glen B. Shaw Ni, MD
Gloria McDonald
Glorina Jugo, Sr.
Gregory O'Donnell
Gus Campbell
Hakan Charles-Harris, MD
Harold Cordner
Harry Beck
Heidi Taylor
Herbert Holtz
Howard Slemons, DO
Imad Bahhady, MD
Irene Rodriguez
Isis Pacheco Velasco
J. Keith Motley
J.B. Naidu, MD
Jack Williams, Jr.
James A Adams
James E. Feeney
James F. Shina, MD
James Goates, DDS
James J. Karam
James P. Epstein
James P. Hoye, MD
James P. Kenney
James P. Sabra
James Terwilliger
Jamie Gonzalez
Janice Kershaw
Jason Heavens
Jason R. Miller, DO
Javier Perez
Jeff Morales

15

Jeffrey Koontz
Jennifer Purvis
Jeremy M Tinnerello
Jerry Katz, MD
Jesus Tundidor
Jim Walter
Joan Jacobs
Jody Reid
John Bertini, MD
John Boehner
John Comeaux
John Donlan
John Flanagan, Esq.
John Guarnieri
John M. Crowe, MD
John Maxwell, MD
John Myers
John Pombier
John T. Woods
Jonathan Turton
Jorge Ravelo
Jose L. Molliner
Jose Pinero
Jose Villalobos
Joseph August
Joseph Carrozza, MD
Joseph Chavez
Joseph Ciccolo Jr.
Joseph Finley, Jr.
Joseph Wasselle, MD
Joseph Weinstein, MD
Josh Snow
Joshua Putter
Juan Fernandez
Julie Crowley
Julie Miller
Julio Fernandez - Bombino
Justine DeFronzo
Kallister Green-Byrd
Kalyan Kuna MD
Kapil Kwatra, MD
Karen Champagne
Karen Winner Sed
Katherine Nall
Kenneth Abell
Kenneth Mui

Kevin Kelly
Kevin Lynch, MD
Kevin Marino Cabrera
Krista McFadden
Lance Grahn, PhD
Lauren Carr
Lazaro Cadavieco
Leon Etter, MD
Lilia Wilson
Lily S. Hsu
Lindsay Goodman, MD
Lori Adcock, MD
Lori Stafford
Lorraine Perryman
Louis Isaacson
Luis Allende Ruiz
Luis Diaz
Luis Diaz-Rangel
Luis Rey-Martinez
Manuel Feijoo
Manuel Penalver
Marc Mashaw
Marcos de la Rosa
Maria Bonanno, Esq.
Maria Celli
Maria Cristina Jimenez
Marisela Marrero
Mark A. Ventura, MD
Mark Boersma, MD
Mark Dean Mathes
Mark Mandell, MD
Mark Pearlmutter, MD
Mark Radecki
Mark Rich
Mark Scheyer
Martin Fogel, MD
Mary Ann Reid
Mary Beth Taylor
Mary Louise Mancini
Mary Odem
Mary Waldron
Matthew Crago, DO
Matthew Gruber
Matthew Hesketh
Matthew Pinard
Melissa Fetterhoff

16

Melody Elkin
Melvin Mills
Michael Bell
Michael Bushell
Michael G. Callum, MD
Michael Kleplin
Michael Lopez
Michael Paolucci
Michael Shanahan
Michael Slyk, PhD
Michael Weiss
Michele Roberts
Miguel Abad
Miguel Montiel
Nabil Aziz
Nakhle Tarazi, MD
Natalie Milian Orbis
Nathalie Hibble
Natalie Milian Orbis
Nazila Adib
Ned Gold
Ned Sciortino, DO
Nicolaos Madias, MD
Octavio J. Diaz, MD, MPH
Orestes Rosabal
Oscar Mendez
Oscar Minoso y de Cal
Oscar Nunez
Patrick Domkowski, MD
Patrick Lombardo
Patrick Wills
Paul James, MD
Paul Joshua Spiegel, MD
Paul P. Harasimowicz, MD
Paul Smith
Peter Catalano, MD
Phil Sheridan
R. Christian LaFrance
Ragnier Stein
Ralph De La Torre MD
Ralph Zagha, MD
Raphael Abreu
Raul Mederos
Raveen Arora
Rebeca Sosa
Rebecca Reiser, MD

Rene Van De Voorde
Ricardo Henriques
Richard Bane
Richard Dinsdale, MD
Richard Hart Harrington
Richard L. Brown
Richard McArdle, MD
Richard Vaughn
Rick Guillot
Robert A. Armano
Robert Boo
Robert Guyon
Robert Pontbriand
Robert Rogalski
Rod Wilt
Roger Hall
Roger Mitty, MD
Ronald Bierman
Ronald C. Burkhalter, GECU
Ruben King-Shaw
Salvatore Perla
Sanjay Sheth
Sanjay Shetty, MD
Scott Barclay
Scott Flowers
Sean Murphy
Sharath Pill
Shaun Ferguson
Sheetal Nijhawan
Shelby Ainsworth
Shelley Smith
Shelly D. Strayhorn
Shreekant Vasudhev
Sondra Eoff
Sr. Vimala Vadakumpadan
Stacey L. Brown
Stacey Leonard
Staci Albritton
Stan McLaren
Stanley Dupuy
Stefanie Schroeder
Stephany Godfrey, DO
Stephen D. Cramer
Stephen Leo Hall, DO
Stephine Kramer
Steve Harmon

17

Steve McMahan, MD CMO
Steve Ryland
Steven Stillwell
Stormy Bradley
Sudhir Alampur, MD
Susan M. Baker
Susan Pisegna
Susan Veasey
Syed Anwar, MD
Tarik Hawatmeh
Terrence Gomes
Terry Richey
Theresa Tolle
Thomas A. Farrington
Thomas Bowden
Thomas D Gilbert
Thomas Dunning
Thomas E. Hoerner, MD
Thomas P. Eddy
Thomas Williams
Tiffany Lozanne
Tim Spencer
Timothy J. Schiavoni, Esq.
Tom Neal
Tom Simmons
Tony Burt
Tony Gomez
Trizia Ginarella Eavenson
Vanessa Tierney
Vartan Yeghiazarians, MD
Verna Rutherford
Victor Lopez De Mendoza
Vikash Pryadashi
Vincente A Lago
Vishal K. Tiwari
Vivian Casals - Munoz
Waqar Cheema, MD
Wesley Davis
Will J. Moreland
William H. Edwards, MD
William Transier
Winny Ou, MD
Winston Watkins
Yioset De La Cruz
Yolanda Aguilar
Yvonne Wilson, MD

Zulmira Allcock

**Bankruptcy Judges and Staff**
Ana Castro
Christopher M. Lopez
Darlene Hansen
Eduardo V. Rodriquez
Jeannie Chavez
Jeffrey P. Norman
Mario Rios
Marvin Isgur
Nathan Ochsner
Rosario Saldana
Sierra Thomas-Anderson
Tracey Conrad
Tyler Laws
Zilde Martinez

**Debtors' Professionals**
AlixPartners, LLP
BDO USA LLP
Cain Brothers
Deloitte & Touche LLP
Kroll Restructuring Administration, LLC
Lazard Frères & Co. LLC
Leerink Partners LLC
Locke Lord LLP
McDermott Will & Emery LLP
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Sidley Austin LLP
Todd & Weld LLP
Weil, Gotshal & Manges LLP

**Non-Debtor Professionals**
Alvarez & Marsal
B. Riley Financial
Bank of America Securities
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Berkley Research Group
Chapman and Cutler LLP
Ernst and Young LLP
FTI Consulting
Houlihan Lokey
Jefferies LLC

18

KTBS Law LLP
Milbank LLP
Mitz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
Otterbourg P.C.
Paul Hastings, LLP
Wachtell, Lipton, Rosen & Katz

**Banks**
ACE American Insurance Company
Alliance Bank of Arizona
Bank of America, N.A
Bank of the Ozarks, Inc.
Citibank Global Markets Inc.
Copley Place Associates, LLC
First Republic
Guaranty Trust Bank
Hartford Fire Insurance Company
JPMorgan Chase Bank, N.A.
MCPF - Needham, LLC
Origin Bancorp, Inc.
U.S. Bancorp
UnitedHealth Care Insurance Company
US Department of Education
Wells Fargo Bank, N.A.

**Lenders and Agents**
Abbott Abbvie Multiple Employer Pension
Plan Trust
Abbott Laboratories Annuity Retirement
Trust
Big River Group Fund SPC LLC
Brigade Agency Services LLC
Brigade Badger Fund, LLC
Brigade Capital Management, LP
Brigade Credit Fund II LTD
Brigade Diversified Credit CIT
Brigade High Yield Fund LTD
Brigade Leveraged Capital Structures Fund
LTD
Brigade Loan Fund LTD
Brigade Opportunistic Credit LBG Fund
LTD
Brigade-SierraBravo Fund LTD
Centers of Medicare and Medicaid Services

Chamberlain Commercial Funding
(Cayman) L.P.
City of Phoenix Employees' Retirement
Plan
FedEx Corporation Employees' Pension
Trust
Future Directions Credit Opportunities Fund
JP Morgan Chase Retirement Plan Brigade
Bank Loan
Los Angeles County Employees Retirement
Association
MidOcean Credit Fund Management, LP
MidOcean Multi Asset Credit Fund GP,
LLC
MidOcean Multi Asset Credit Fund, LP
MidOcean Tactical Credit Fund III LP
MPT Development Services, Inc.
MPT of Layton - Steward, LLC
MPT of West Jordan - Steward, LLC
MPT Operating Partnership, LLC
MPT of San Antonio - Steward, LLC
MPT Sycamore OPCO, LLC
MPT TRS Lender-Steward, LLC
Oaktree Fund GP I, L.P.
Oaktree Fund GP, LLC
One Investment Management US LLC
Opps XI Private Loan Holdings, LLC
Owl Creek Asset Management, LP
Owl Creek Investments I, LLC
SC Credit Opportunities Mandate, LLC
Siemens Financial Services, Inc
Sound Point Agency LLC
Tactical Credit Fund III GP, LP
Ultramar Credit Holdings Ltd.
WhiteHawk Capital LLC
WhiteHawk Capital Partners, LP
WhiteHawk Finance LLC

**Competitors**
Banner Health
BayCare
Beth Israel Lahey Health
Bon Secours Mercy Health
Boston Children's Hospital
Boston Medical
CHRISTUS Health

19

Collaborative Care Holdings, LLC
CommonSpirit
Community Care Cooperative
FMOL Health System
Gerald Champion Regional Medical Center
HonorHealth
LifePoint Health
Mass General Brigham
Mayo Clinic
Ochsner Health
South Arkansas Regional Hospital
South Shore Health
Southcoast Health System
Specialists Hospital Shreveport
Sturdy Memorial Health
Titus Regional Medical Center
Tufts Medicine
UMass Memorial
University Hospitals
UPMC Health System
Valleywise Health
Willis Knighton Health System

**Insurance**
Ace American Insurance Company
AFCO Credit Corporation
AFCO Premium Credit LLC
Allianz Risk US Insurance Company
Allied World Assurance Company, Ltd.
Allied World Surplus Lines Insurance
Company
ANV Global Services Inc.
Argo Re LTD
Aspen Specialty Insurance Co
AXA XL Professional Insurance
Axis Insurance Co
BANK OZK
Berkley Insurance Company
Berkshire Hathaway International Insurance
Limited
Bridgeway Insurance Company
CAC Specialty
Capitol Specialty Ins Corp
Chubb Bermuda Insurance LTD
CITIBANK, N.A.
Columbia Casualty Company

Copley Place Associates, LLC
Crum & Forster Specialty Insurance
Endurance American Insurance Company
Endurance American Specialty Insurance
Company
Evanston Insurance Company
Everest Indemnity Insurance Co
Fireman's Fund Indemnity Corporation
Global Aerospace, Inc.
Hartford Casualty Insurance Company
Hartford Fire Insurance Co
Hartford Fire Insurance Company
Hartford Steam Boiler Inspection Company
Homesite Insurance Company of Florida
Houston Casualty Company
IPFS Corporation
Ironshoe Indemnity Inc.
Ironshore Specialty Ins Co
Ironshore Specialty Insurance
Kinsale Insurance Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Surplus Insurance Corporation
Lloyds of London
Lloyd's Syndicates
Magna Carta Insurance, Ltd.
Markel American Insurance Company
Marsh USA
Marsh USA LLC
MCPF- Needham LLC
National Fire & Marine Ins Co
National Union Fire Insurance Company of
Pittsburgh, PA
Old Republic Insurance Co
Optisure Risk Partners, LLC
Property And Casualty Ins Co Of Hartford
Richards Robinson Sheppard Insurance
Risk Strategies Company
RSC Insurance Brokerage, Inc.
RSUI Indemnity Company
RT Specialty - Chicago
Samsung Fire & Marine Insurance Co., Ltd.
(US Branch)
Scottsdale Insurance Company
Scottsdale Insurance Company (Nationwide)
Sedgwick - MCL Global

US-DOCS\156233955.13

Sequoia Reinsurance Services, LLC
SiriusPoint Bermuda Insurance Company
Skillings Shaw & Associates
Sompo America Insurance Company
Starr Surplus Lines Insurance Company
Starstone Specialty Insurance Co
Swiss Re Corporation Solution Capacity
Insurance Corp
TDC Specialty Insurance Company
The Medical Protective Company
TRACO International Group S. DE R.L.
Transverse Specialty Insurance Company
U.S. Department Of Education
United Health Care Insurance Company
United Specialty Insurance Co
Vantage Risk Ltd.
Velocity Specialty Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance
Company (Chubb)
Westfield Specialty Insurance Company
XL Bermuda (Direct Procurement)
XL Insurance America Inc.
XL Specialty Insurance Company
Zurich American Insurance Company

**Surety Bond**
Agency for Health Care Administration
Atlantic Specialty Insurance Company
AYA Health Care
Centers for Medicare & Medicaid Services
Florida AHCA
Florida Agency for Health Care
Administration
Florida Power & Light Co
Louisiana Patients Compensation Fund
Oversight
MA Dept of Industrial Accidents
MA Highway Dept District 4
MassDOT Highway Division
MassHealth EOHHS
Residents of Steward Sharon Regional
Health System, Inc.
Richardson Office LLC
STRS Ohio TX Real Estate Investments,
Inc.

The City of Miami, Florida
NGM Insurance Company
Travelers Casualty & Surety Company of
America
Merchants Bond Company

**Landlords**
106 State Highway, LLC
12 Grands, LLC
1295 Shore, LTD
14-22 Keewaydin Drive, LLC
2000 Crawford Property, LLC
203 Turnpike Street Realty, LLC
333 Brazilian Ave, LLC
3WP MOB, LLC
427 W 20th Street, LLC
440 Swansea Stolley, LLC
4420 SW 74th Ave, LLC
555N Holdings, LLC
63 Pleasant Street, LLC
756 Memorial Parkway, LLC
820 Medical Building, LLC
945 Parkside, LTD
A & D Crossroads, Inc.
ALPha Temps, Ltd.
Altus Lumberton Realty, LP
Amany Aziz Wassef and Nabil W. Aziz as
Co- Trustees of the Amany Aziz Wassef
February 18, 2004 Trust
Andrews County Hospital District
ARHC NDODSTX01, LLC
ARHC OCWMNLA01, LLC
ARY, LLC
Asana Partners Fund II REIT 21, LLC
Associates in Medical Imaging, LLC
AW Riverbend, LLC & RMC Riverbend,
LLC
AW Wuesthoff Medical Arts, LLC
A-Z Storage
B&E Realty, LLC
B&JCM Doral Development, LLC
Bay City Cardiology Associates, PA
BD Land Co., LP
Bernard Chapman, MD
Bird and 87th Avenue Village, LLC
Bluescape Altera FMC, LLC

21

BMC Properties, L.L.C.
Brighton Landing Condominium
Brighton Lodger No. 2199 of the
Benevolent and Protective Order of Elks of
the United States of America
Brighton Marine Health Center, Inc.
Broadstone MED Florida, LLC
Brockton Neighborhood Health Center
Broward Business Center, LLC
C&D Rentals, Inc.
Caldera I Bobcat, LLC
Cardinal Properties of Sterlington, LLC
Chatham Investment Trust of Newton
Chestnut Equity Partners I, LLC
Chestnut Equity Partners II, LLC
Christopher A Bell, DO
City of Sharon
CMR Real Estate of Youngstown, LLC
Coggeshall-New Bedford LLC
Community Medical Partners Real Estate,
LLC
Complete Care Holding, LLC
Copley Place Associates, LLC
Cornerstone SPE, LLC
CuraHealth Property, LLC
CVS EGL Wickham Melbourne FL, LLC
Dartmouth Specialty Building 2013, LLC
David L. D'Amore
DCMD Holdings, Inc.
DCMD Holdings, LLC
Development Services of America, Inc.
Donald A. DeChellis, DDS
Dr. Badolato, PA
Echo-TPI Haverhill, LLC
Ector County Hospital District d/b/a
Medical Center Health System
Evergreen-Hunt & Merrill Ranch, LLC
Farhat Khawaja
FEDEQ NL004, LLC
Florida Health Care Plan, Inc.
Foot Maniacs, LLC
ForChun Properties, LLC
Ford Ward
Fountain Towers, LLC
Foxtrot Master Tenant, LLC
G&E HC REIT II Hope MOB, LLC

Gander Properties, LTD
GB Investment Ventures, LLC
GC JAL Investments, LLC & GC MJL
Investments, LLC
Gibbflin, LLC
Glenstone Capital, LLC
GMR Beaumont, LLC
GMR Heritage Garden Way, LLC
Grove Medical Associates, P.C.
Gulf Coast Partners GP, LLC
Harrington Square, LLC
Harrison Medical Supplies, LLC
Hawthorn Kidney Center - Wareham, LLC
HCD Properties, LLC
HCII-150 York Street, LLC
HCP MOB Houston TX, LLC
HCP Southwest MOB, LLC
HCPI/UTAH II, LLC
Healthcare Realty Services, Inc.
How-Aud LLC
HTA - Carney MOB, LLC
HTA - Good Sam MOB, LLC
HTA - Holy Family MOB, LLC
HTA - Morton MOB, LLC
HTA - Nashoba MOB 1, LLC
HTA - Nashoba MOB 2, LLC
HTA - Norwood MOB, LLC
HTA – Pearl Street Medical Center, LLC
HTA - St. Annes MOB 2, LLC
HTA - St. Elizabeth's MOB 1, LLC
HTA - St. Elizabeth's MOB 2, LLC
HTA-AW Florida Medical Center East, LLC
HTA-AW Palmetto, LLC
Hudson Holding Company
Hunters Square, LLC
J2K2 LLC
James and Cathy Spoto Charitable
Remainder Unitrust
JBL Flamingo Pines, LLC
John H. Walker
John Lee, DO
John W. Knappman, Jr., M.D.
Gregory A. Kirk, M.D.
JSR Gilbert, LLC
Jupiter 30 Realty, LLC
Kevin Lynch, D.O.

22

Kirk Maes, M.D.
KL Nominee Trust
Landis Apartments, LLC
LEECO Energy & Investments, Inc.
Little San Juan Ranch, LLC
Martin County Hospital District
MCFP – Needham, LLC
McNab Associates, LLC
Medwell Properties, LLC
MEG General, Inc.
Midade LLC
Mill River Professional Center, LLC
Millers River Development, LLC
Milliken Associates Limited Partnership
MMay Properties, LP
MPT of Ayer-Steward, LLC
MPT of Big Spring- Steward, LLC
MPT of Brighton-Steward, LLC
MPT of Brockton-Steward, LLC
MPT of Coral Gables- Steward, LLC
MPT of Coral Terrace- Steward LLC
MPT of Dorchester-Steward, LLC
MPT of Fall River - Steward, LLC
MPT of Florence, LLC
MPT of Haverhill-Steward, LLC
MPT of Hialeah Palmetto-Steward, LLC
MPT of Hialeah-Steward, LLC
MPT of Hillside-Steward, LLC
MPT of Hope-Steward, LLC
MPT of Houston-Steward, LLC
MPT of Lauderdale Lakes-Steward, LLC
MPT of Maricopa RE- Steward, LLC
MPT of Melbourne- Steward, LLC
MPT of Mesa Superstition- Steward, LLC
MPT of Mesa, LLC
MPT of Methuen-Steward, LLC
MPT of Miami-Steward, LLC
MPT of Norwood-Steward, LLC
MPT of Odessa-Steward, LLC
MPT of Ogden RE-Steward, LLC
MPT of Phoenix Behavioral-Steward, LLC
MPT of Phoenix-Steward, LLC
MPT of Port Arthur RE- Steward, LLC
MPT of Port-Arthur, LLC
MPT of Rockledge- Steward, LLC
MPT of San Antonio RE-Steward, LLC

MPT of Sebastian-Steward, LLC
MPT of Sharon-Steward, LLC
MPT of Taunton-Steward, LLC
MPT of Tempe-Steward, LLC
MPT of Texarkana–Steward, LLC
MPT of Warren-Steward, LLC
MPT of West Monroe, LLC
MPT of Youngstown- Steward, LLC
Mussarrat Khawaja
Mahmooda Khawaja
Neurology Center of New England, PC
New Bedford OB/GYN Realty LLC
North Dartmouth 2005 LLC
North Dartmouth Oncology 2008 LLC
North Dartmouth Oncology Realty 2008, LLC
North Stapley, LLC
Norwood Park Realty, LLC
Odessa MOB Owners Limited Partnership
Odessa Ventures, LLC
OZ Healthcare, PLLC
Paramount MOB, LLC
Pedro Ballester, MD
Perin Thavaseelan, MD
Phoenix Holdings of Trumbull County, LLC
PI WRMC, LLC
Pine Island Associates, LLC
Prima Care, PC
R&Z Investments, LLC
RAMA Shopping Center, Inc.
Regional Professional Building, L.P.
RFC MFC 788 Boston Road, LLC
Richardson Office, LLC
RMR OPFCP, LP
Robert Horry Sports & Medicine, LLC
RockyKnoll Estates, Inc.
Roppa Holdings, LLC
Rose Realty Trust
S&S ALF, LLC
Santan Health Services, LLC
Sawmill Ridge Properties, Inc.
SBB Partners, LLP
SCG Dover Centre, LLC
Sebastian North Point, LLC
SETMA West End Medical Plaza Properties, LTD

23

SETMA Westend Medical Properties, LTD
Sigmund & Caroline Capachin
SL Med Center IMRT, LLC
SL West Houston IMRT, LLC
Sobia Khawaja; Sabeen Khawaja; Farhan Khawaja
Southeast Texas Medical Associates, LP
Southern State Properties, LLC
Southwest General Medical Building (TX) SPE, LLC
Southwestern Development Company
SPT Ivey Tempe MOB, LLC
Spyglass Hill Property, LLC
Star Properties of Monroe, L.L.C.
Stonebridge Commons, LLC
STRS Ohio TX Real Estate Investments, Inc,
Sunshine Global Medical Group, LLC
Sykes Creek Limited Partnership
Taunton Medical PC
Texas Healthcare Holdings II, LLC
The Practice-OB/GYN, PC
The SNESC Real Estate Group, LLC
Thor 825 Washington, LLC
Town & Country Offices, LLC
Vasantha Agusala
VREC II – Hialeah, LLC
VT & Ranjani Reddy
VT Reddy and Rajani Reddy
VTR Papago Medical Park, LLC
Waltham Realty Trust
Ward Endowment & Partners at Hanson MOB, LLC
Ward Memorial Hospital
Washington 850 LLC
WashMass, LLC
Wellesley Sports Group, LLC
Welltower OM Group, LLC
Wesley Palmer, DO
West Liberty, LLC
West Point Medical Real Estate Group, LLC
William H. Edwards, MD PC
WRMC MOB Texarkana, LLC

**Lessees**
1880 Van Buren Phoenix, LLC

21st Century Oncology, LLC
Accent Care of Massachusetts, Inc.
Adam Cerel, M.D.
Advanced Urology Associates of Florida, PL
Advocate Pain Management
AEG Massachusetts, LLC
Air Evac EMS, Inc.
Air Methods Corporation
Allergy & Asthma Associates of South Florida, P.A., d/b/a Florida Center for Allergy and Asthma Care
Allergy and Asthma Care, P.C.
Allston-Brighton Community Development Corporation
American Legion Post 248
Amnerys R Garcia, MD PA
Anajaiah Kodityal, M.D.
Angel's Auto Glass
Ankur Patel, M.D.
Aryianna Donuts, Inc.
Audiology Network Services, Inc.
AW Wuesthoff Medical Arts, LLC
Ayer Valley PropCo LLC
B.S.A., LLC, d/b/a Tepas Healthcare
Bay State Physical Therapy of Randolph, P.C.
Bio-Medical Applications of Florida, Inc., d/b/a BMA of Hialeah
Bio-Medical Applications of Louisiana, LLC
Bluescape Altera FMC, LLC
Boston Food Allergy Center LLC
Boston IVF, Inc.
Boston University Eye Associates, Inc.
Breezeway of PalMed LLC
Brighton Family Dental Group
Cardio MDM, LLC
Care Access Research, LLC
Casa Saltillo Wine
Cellco Partnership d/b/a Verizon Wireless
Centurion LLC D/B/A Centurion of Florida
Charles S. Chen, M.D., P.C.
Christa L. Maxant, Inc.
City of Houston, Texas
City of Phoenix Police Department

US-DOCS\156233955.13

Community Care Pharmacy, Inc.
CREF RES, LLC
Dana-Farber Cancer Institute, Inc.
Dermatology Consultants, P.A.
Dr. Robert Marx
DRX UC New Bedford P.C.
East Valley Wellness Center, LLC
Elite IVF & Fertility Solutions, LLC
Enjoy Dental, LLC
ESP Medical, LLC
Exclusive Dental Care Group, Inc.
Fadi Naddour, MD
Fall River Family Practice Center
Partnership, LLP
FC Research LLC
Fratelli's Bakery, Inc.
Fresenius Medical Care Carney, LLC
Gastroenterology Clinic, APMC
GENCON Service, Inc.
GenHoldCo LLC
Gerald Friedman, O.D.
Gilberto Concepcion, M.D., P.A.
GMR Hialeah, LLC
Golden Triangle Interventional Pain
Associates, LLC
Gonzalez, Abreu & Fernandez, M.D., P.A.
Greater Boston MRI, L.P.
Greenlight Construction, LLC
Gregory Scot Johnston, M.D. dba Arizona
Industrial Medicine
GUILLERMO KOHN RUIZ MD, LLC
successor-in-interest to Miami Global
OB/GYN, LLC
Gustavo A. Cadavid, M.D.
Hanjani, P.C.
Hawthorn Kidney Center, LLC
HCP MOP Houston TX, LLC
Healthcare Billings Solutions, Inc.
HealthPeak, LLC
Heart, Lung, and Vascular Clinic, LLC
HF Donuts, LLC
Hospice of St. Francis, Inc.
Houston Fertility Institute, PLLC
HTA - Palmetto II, LLC
HTA-AW Florida Medical Center Central,
LLC,

HTA-AW Florida Medical Center East, LLC
HTA-AW Florida Medical Center North,
LLC
HTA-AW North Shore, LLC
HTA-AW Palmetto, LLC
J. Rako, M.D., P.C.
James McGlowan, M.D.
Jaraki Medical Care, P.A.
Jaylor Holdings I, LLC
Jean Charles, M.D.
Kavett Dialysis, LLC c/o DaVita Inc.
Khalid Malik, M.D., P.A.
Khavar J Dar, MD
Lady Bugs and Lollipops, LLC
LAMAJAK, Inc. d/b/a Lori's Gifts
Lanova PLLC
Larkin Community Hospital Palm Springs
Campus, LLC
Lauren J. Mickey, M.D.
Leon Medical Centers, LLC
Lori's Gifts, Inc.
Lyndall Saadat, M.D.
M & J Palmetto, LLC
Madhavi P LLC
Mahmoud Khalil, MD APMC
Manish Tandon MD Associates, PC (f/k/a
Manish Tandon M.D., P.C.)
Manisha Desai, M.D.
Mark Amster, M.D.
Mark Spears, MD
Marplate Corporation
Mass Retina Eye Specialists, Inc.
Massachusetts Express Care, PLLC
Maxor National Pharmacy Services, LLC
Medical Associates of Northeast Louisiana,
Inc.
Medical Specialists of Texarkana, PLLC
Medicine for Business and Industry, LLC
Merimack Valley Urgent Care, LLC
Merrimack Valley PET, P.C., d/b/a New
England PET Imaging System
Mery's Fashion, Inc.
Miami-Dade County
Michael Elman, M.D.
Mirtha Hernandez and Solange Hernandez
New Cingular Wireless PCS, LLC

New England Cardiology, L.L.C.
New England Consultants in
Gastroenterology and Hepatology, P.C.
New England Ear, Nose & Throat/Facial
Plastic Surgery, P.C.
New England Nephrology Home Care
Associates d/b/a Commonwealth
Nephrology Associates
New Hope Research, LLC
Nexstar Media, Inc
Northern Ohio Medical Specialist, LLC
Ohio North East Health Systems, Inc.
Olivio Manzon
Omnipoint Communications, Inc.
Otto L. Secada, M.D., P.A.
PALM DENTAL CENTER, P.A.
Pathology Services of Texarkana, LLC
Paul L. Gunderson, M.D., P.C.
Paul P. Harasimowicz, III, M.D.
Pedro G. Alvarez, D.O., P.A.
Perfect Health, Inc.
Peter Sarkos, M.D.
PHI Air Medical, LLC
Philip Carling, M.D.
Phoenix 555N Holdings, LLC
Physician Reliance, LLC
Physicians Management Group of Dade,
Inc.
Physicians' Organization at Children's
Hospital, Inc.
Power Financial Credit Union
Pratt Ophthalmology Associates, Inc.
Pratt Ophthalmology Associates, Inc. aka
New England Eye Center
PrimaCare, P.C. Inc.
Quest Diagnostics Clinical Laboratories,
Inc,
Quest Diagnostics Massachusetts, LLC
Quest Diagnostics of Pennsylvania, Inc.
Quest Diagnostics Venture, LLC
Ramachandra Kolluru, M.D.
Regional Cardiac Arrhythmia, Inc.
Renal Medical Care, P.C.
Resil Medical Associates, PC
Rhode Island Foot Care, Inc.
Ricardo J. Garcia Alemany, MD, LLC

Richard Fischer Ph. D
Ridgeline Barlite MOB, LP
Robert O'Neill, M.D., P.A.
Roberto Bracamonte, MD, PC
Rodolfo A. Perez, M.D.
Roman Catholic Archbishop of Boston
Saatiah Jaffry, M.D. LLC
Samer Roy, MD
San Wan, M.D., P.C.
SBB Partners, LLLP
Scott Horwitz, D.P.M.
Sebastian ID Care, LLC
Second Q, LLC
Select Specialty Hospital -Boardman, INC
Sharkninja Operating LLC
South Coast Orthopedic Technologies, Inc.
South Florida Obstetrics & Gynecology,
LLC
Southeastern Massachusetts Emergency
Medical Services Council, Inc.
Southern Endocrinology, LLC
Southwest Ambulance of Casa Grande, Inc.
Specialists for Women of Texarkana, PLLC
(aka The Women's Specialists)
Spok, Inc
SPT Ivey Tempe MOB LLC
SSS Education, Inc., d/b/a Jersey College
Stephanie Cunningham, D.O.
Stephen O. Kovacs, M.D., P.C.
Stride Healthcare Management, LLC
Subhash Nagalla, M.D.
Susan Woods MD Dermatology, Inc.
Tentacions Gourmet, Inc.
Teresa Portilla d/b/a Teresa's Jewelry
The City of West Monroe, Louisiana
The Delta Pathology Group, LLC
The Dominican Sisters of Charity of the
Presentation of the Blessed Virgin, Inc.
The Friends of St. Anne's, Inc.
The Lamar Companies
The Secret Garden and Coffee Shop at
ORMC
The Women's Auxiliary at Trumbell
Memorial Hospital, Inc.
T-Mobile Central, LLC
T-Mobile Northeast LLC

T-Mobile South, LLC
Trinity Family Medicine, LLC
Trudy H. Sanson, M.D.
Trumbull- Mahoning Medical Group, Inc
Trustees of Tufts College
UG2, LLC
Unified Women's Healthcare, LP
Urohialeah, LLC
Urological Consultants of Florida, P.A.
VCA Animal Hospitals, Inc.
Vinh Nguyen, M.D.
Wajid Consulting, Inc.
West Dade Pediatrics, P.L.
West Texas Centers for Mental Health and
Mental Retardation d/b/a West Texas
Centers
West Texas OB/GYN, PA
WIH Faculty Physicians, Inc.
Yoo Foot and Ankle Podiatry, LLC

**<u>Taxing Authorities</u>**
Apache County Treasurer
Arizona Department of Revenue
Bexar County Tax Assessor-Collector (TX)
Bowie County Tax Assessor-Collector (TX)
Brevard County Property Appraiser (FL)
Bristol County (MA)
Broward County Property Appraiser (FL)
Broward County Tax Assessor-Collector
Carole Jean Jordan, Indian River Co Tax
Assessor-Collector
City of Attleboro City Assessor-Collectors
Office
City of Big Spring (TX)
City of Brighton (MA)
City of Brockton (MA)
City of Cocoa (FL)
City of Colorado Springs / Sales Tax Office
(CO)
City Of Coral Gables (FL)
City of Coral Gables, The Finance
Department, Local Business Tax Division
City of Dorchester (MA)
City of Fall River (MA)
City Of Fort Lauderdale (FL)

City of Haverhill Tax Assessor-Collector
(MA)
City of Hialeah (FL)
City of Hialeah, Business Tax Division (FL)
City of Lauderdale Lakes (FL)
City of Lauderdale Lakes, Business Tax
Department
City of Lawrence Tax Assessor-Collector
RE/PP/WS (MA)
City of Littleton Sales Tax Division (CO)
City Of Melbourne (FL)
City of Memphis City Treasurer Office (TN)
City of Methuen RE/ PP (MA)
City Of Miami (FL)
City of Miami, Business Tax Division
City of New Bedford (MA)
City of Newton (MA)
City of Palm Bay
City of Quincy (MA)
City Of Rockledge (FL)
City of Sebastian (FL)
City Of Sunrise (FL)
City of Taunton (MA)
City of Texarkana (TX)
City of Waltham (MA)
City of Watertown Tax Assessor-Collector
(MA)
City Of West Jordan (UT)
City of Youngstown (OH)
Clark County Treasurer (NV)
Clear Creek ISD Tax Office (TX)
Colorado Department of Revenue
Commonwealth of MA, City of Boston,
Office of the Collector Treasurer
Commonwealth of Massachusetts
Coolspring Twp Tax Assessor-Collector
(PA)
County of Berks (PA)
Dallas County Tax Assessor-Collector (TX)
Davis County Treasurer (UT)
Ector County Appraisal District (TX)
El Paso County (TX)
Essex County (NJ)
Florida Department of Revenue
Fort Bend County MUD #161 (TX)

Fort Bend County Tax Assessor-Collector (TX)
Galveston County Tax Office (TX)
Hardin County Tax Assessor-Collector (TX)
Harris County Tax Assessor-Collector (TX)
Hempstead County Tax Assessor-Collector (AR)
Hermitage Treasurer (PA)
Hillsborough County Tax Assessor-Collector (FL)
Hope Tourist Promotion Fund, City Clerk (AZ)
Houston Downtown Management District (TX)
Howard County Tax Office (MD)
Hubbard City Income Tax (OH)
Indian River Co Tax Assessor-Collector (FL)
Indian River County Property Appraiser (FL)
Internal Revenue Service
Jefferson County Tax Assessor-Collector (CO)
Lisa Cullen CFC, Brevard County Tax Assessor-Collector (FL)
Louisiana Department of Revenue
Mahoning County Treasurer (OH)
Maricopa County Treasurer (AZ)
Massachusetts Department of Revenue
Mercer County Tax Claim Bureau (NJ)
Mesa County
Miami-Dade County Tax Appraiser (FL)
Miami-Dade County Tax Assessor-Collector (FL)
Miami-Dade Office of Tax Assessor-Collector (FL)
Middlesex County (NJ)
Midland Central Appraisal District (TX)
Miller County Tax Assessor-Collector (MO)
Multnomah County Tax Assessor-Collector (OR)
New Jersey Division of Taxation
Norfolk County (MA)
Ohio Department of Taxation
Ohio Department of Taxation Compliance Business Tax Division

Orange County Tax Office Assessor-Collector
Oregon Department of Revenue
Ouachita Parish Tax Assessor-Collector (LA)
Ouachita Parish/City of Monroe Taxation and Revenue Division (LA)
Pennsylvania Department of Revenue
Pinal County Treasurer (AZ)
Plymouth County (MA)
Richardson ISD Tax Office (TX)
Salt Lake County Treasurer, PP Division (UT)
Salt Lake County Treasurer, RE (UT)
Sharon Tax Assessor-Collector (MA)
Shelby County Trustee (TN)
Smith County Trustee (TX)
State of Alabama Department of Revenue
State of Arkansas Department of Finance and Administration
State of California Franchise Tax Board
State of New Hampshire Department of Revenue Administration
State of NJ Department of the Treasury Division of Taxation
State of Tennessee Department of Revenue
State Treasurer of Arizona
Suffolk County (MA)
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
The City of Boston Tax Collector-Treasurer (MA)
Town of Andover Tax Assessor-Collector (MA)
Town of Arlington Treasurer Tax Collector (TX)
Town of Ayer MA Tax Assessor-Collector
Town of Braintree (MA)
Town of Bolton Tax Assessor-Collector (MA)
Town of Dartmouth Town Assessor-Collector (MA)
Town of Dedham Treasurer-Collector (MA)
Town of East Bridgewater Tax Assessor-Collector (MA)

28

Town of Easton Collector Treasurer Office (MA)
Town of Foxborough (MA)
Town of Groton Tax Assessor-Collector (MA)
Town of Lunenburg Tax Assessor-Collector (MA)
Town of Middleborough (MA)
Town of Needham Treasurer-Collector (MA)
Town of Norfolk Treasurer Collector (MA)
Town of North Andover Tax Assessor-Collector (MA)
Town of North Attleborough Tax Assessor-Collector (MA)
Town of Norwood, MA Treasurer-Collector
Town of Randolph Tax Assessor-Collector (MA)
Town of Raynham (MA)
Town of Stoughton RE/PP Tax Assessor-Collector (MA)
Town of Swansea Tax Assessor-Collector (MA)
Town of Walpole Tax Assessor-Collector (MA)
Town of Wareham Town Tax Assessor-Collector (MA)
Town of Wellesley Tax Assessor-Collector (MA)
Town of Westwood Tax Assessor-Collector (MA)
Town of Whitman Treasurer-Collector (MA)
Town of Wrentham Tax Assessor-Collector (MA)
Townsend Tax Assessor-Collector (MA)
Trumbull County Treasurer (OH)
Utah County Treasurer
Utah County Treasurer PP
Utah State Tax Commission
Utah State Tax Commission Taxpayer Services Division
Warren City Income Tax (OH)
Weber County (UT)
West Valley City (UT)
Williamson County Trustee (TX)

**Regulatory Agencies (Federal / State / Local)**
Arizona Corporation Commission
Arizona Department of Environmental Quality
Arizona Department Of Health Services
Arizona Department of Insurance
Arizona Department of Public Safety
Arizona Department Of Transportation
Arizona Labor Department, Industrial Commission of Arizona
Arizona Medicaid AHCCCS
Arizona Medical Board
Arizona Regulatory Board of Physician Assistants
Arizona State Board of Nursing
Arizona State Government Workers Compensation
Arkansas Department of Commerce
Arkansas Department of Environmental Quality
Arkansas Department Of Health
Arkansas Department of Health, Health Facility Services
Arkansas Department of Human Services
Arkansas Department of Labor and Licensing
Arkansas Department of Public Safety
Arkansas Department of Transportation
Arkansas Insurance Department
Arkansas Medicaid
Arkansas Medical Board
Arkansas Secretary of State, Business & Commercial Services
Arkansas State Board of Nursing
Arkansas State Board of Pharmacy
Arkansas Treasurer of State
Arkansas Workers' Compensation Commission
Board of Registration in Pharmacy Massachusetts
Central Pension Fund of the International Union of Operating Engineers and Participating Employers
City Of Beaumont (TX)

29

City Of Boston - Treasury Department (MA)
City of Boston, City Clerk, Business Certificates
City Of Fall River
City of Fall River, Licensing Board
City of Florence, Community Development Department
City of Haverhill, License Commission
City of Hope
City Of Houston (TX)
City Of Mesa (AZ)
City of Mesa, Licensing Office
City of Methuen, Licensing Board
City Of Phoenix (AZ)
City of Phoenix, License Service
City Of Port Arthur (TX)
City of Port Arthur, Business Enterprise Program
City Of San Antonio (TX)
City Of Taunton Building Department (MA)
City of Taunton, License Commission
City Of Tempe (AZ)
City of Tempe, Tax and License
City of Warren, Economic Development Department, City Business Services
City Of West Monroe (LA)
City of West Monroe, Business Licenses
Clinical Laboratory Improvement Amendments (CLIA) Laboratory Program
Colorado Department Of Public Health & Environment
Commonwealth Of Massachusetts Department Of Public Health
County of Indian River Office
Delaware Division Of Public Health
Department Of Environmental Protection
Department Of Health And Human Services
Department Of Health Office Of Radiation (FL)
Department of Massachusetts Veterans Affairs
Det Norske Veritas (DNV)
Ector County Health Department
Environmental Protection Agency
FDA Mammography Quality Standards Act (MQSA) Program

Federal Trade Commission
Florida Board of Nursing
Florida Board of Pharmacy
Florida Department of Health, Division of Medical Quality Assurance (MDs)
Florida Department of Commerce
Florida Department of Financial
Florida Department of Health Care Administration
Florida Department of Labor
Florida Department of Public Safety
Florida Department of State, Division of Corporation
Florida Department of Workers' Compensation
Florida Dept of Agriculture & Consumer Services
Florida Medicaid
Florida Office of Insurance Regulation
Food and Drug Administration
Houston Permitting Center
ICCBBA
Indian River County Health Department (FL)
Layton City (UT)
Louisiana Board Of Pharmacy
Louisiana Department of Commerce
Louisiana Department of Environmental Quality
Louisiana Department of Health
Louisiana Department of Insurance
Louisiana Department of Public Safety
Louisiana Department of Transportation and Development
Louisiana Medicaid
Louisiana Secretary of State, Business Services
Louisiana State Board of Medical Examiners
Louisiana State Board of Nursing
Louisiana State Treasury Department
Louisiana Workforce Commission
Louisiana State Bureau of Workers' Compensation
Maricopa County Air Quality
Maricopa County Environmental Services

US-DOCS\156233955.13

Massachusetts Board of Registration in Medicine
Massachusetts Board of Registration in Nursing
Massachusetts Board of Registration of Physician Assistants
Massachusetts Center for Health Information and Analysis
Massachusetts Department of Commerce
Massachusetts Department of Health, Division of Health Care Facility Licensure and Certification
Massachusetts Department of Pubic Safety
Massachusetts Department of Public Health
Massachusetts Department of Public Health Radiation Control Program Schrafft Center
Massachusetts Department of the Health Policy Commission
Massachusetts Department of Transportation
Massachusetts Environmental Protection Department
Massachusetts MassHealth
Massachusetts Office of Labor and Workforce Development
Massachusetts Office of the Treasurer & Receiver General
Massachusetts Secretary of State, Corporations Division
Massachusetts Workers' Compensation
Murray City Business Licensing
National Association of Attorneys General
Nevada Division Of Public And Behavioral Health
New England Sinai Hospital Pension Plan
New Jersey Department Of Health
Ogden City
Ohio Board of Nursing
Ohio Bureau of Worker's Compensation
Ohio Department Of Commerce
Ohio Department Of Health
Ohio Department of Insurance
Ohio Department of Public Safety
Ohio Environmental Protection Agency
Ohio Medicaid
Ohio Office of Workforce Development
Ohio Secretary of State, Business Services

Ohio State Department of Transportation
Ouachita Parish Police Jury
Pennsylvania Department of Commerce
Pennsylvania Department Of Environmental Protection
Pennsylvania Department Of Health
Pennsylvania Department of Health of the Commonwealth
Pennsylvania Department of Health, Quality Assurance
Pennsylvania Department Of Labor & Industry
Pennsylvania Department of Public Safety
Pennsylvania Department of State, Bureau of Corporations and Charitable Organizations
Pennsylvania Department of Transportation
Pennsylvania Insurance Department
Pennsylvania Medicaid
Pennsylvania State Board of Medicine
Pennsylvania State Board of Nursing
Pennsylvania Treasury
Pinal County Government
Rhode Island Department Of Health
Salt Lake City Corporation
Sandy City (UT)
Secretary of State - Arizona
Secretary of State - Arkansas
Secretary of State - Delaware
Secretary of State - Florida
Secretary of State - Louisiana
Secretary of State - Massachusetts
Secretary of State - Nevada
Secretary of State - New Hampshire
Secretary of State - New Jersey
Secretary of State - Ohio
Secretary of State - Pennsylvania
Secretary of State - Rhode Island
Secretary of State - Tennessee
Secretary of State - Texas
Secretary of State - Utah
State Board of Pharmacy - Arizona
State Board of Pharmacy - Pennsylvania
State Medical Board of Ohio
State of Florida Department of Environmental Protection

31

State of Florida Department of
Transportation
State Of Louisiana
State of Ohio Board of Pharmacy
State of Ohio Department of Commerce
Division of Industrial Compliance
State of Utah
Tennessee Department Of Health
Texas Board of Nurse Examiners
Texas Commission on Environmental
Quality
Texas Department of Commerce
Texas Department of Insurance
Texas Department Of Licensing and
Regulation
Texas Department Of Public Health
Texas Department of Public Safety
Texas Department of State Health Services
Texas Department of Transportation's
District Office
Texas Health & Human Services
Texas Health and Human Services
Commission, Health Facility Licensing Unit
Texas Health Facility Compliance Regional
Office
Texas Health Facility Licensing
Texas HHSC Medicaid
Texas Medical Board
Texas Physician Assistant Board
Texas Secretary of State, Business Services
Texas State Board Of Pharmacy
Texas Workforce Commission
The Joint Commission on Accreditation
Town of Ayer
Town of Canton
Town of Dartmouth
Town Of Florence (AZ)
Town of Foxboro
Town Of Gilbert (AZ)
Town of Groton
Town of Middleborough
Town of Norwood, Town Clerk, Business
Certificates
Town of Raynham
Town of Salem
Town of Stoughton, Town Clerk, Licensing

Town of Stoughton
Town of Walpole
Town of Westwood
Town of Whitman
Treasurer State of Florida
Treasurer State of Ohio
U.S. Centers for Medicare and Medicaid
Services
U.S. Department of Justice
U.S. Department of Labor Occupational
Safety and Health Administration (OSHA)
US Drug Enforcement Agency
Utah Department Of Environment
Utah Department Of Health
Utah Department Of Public Safety
Utah Labor Commission

**Attorney Generals**
Attorney General - Arizona (Kris Mayes)
Attorney General - Arkansas (Tim Griffin)
Attorney General - Delaware (Kathy
Jennings)
Attorney General - Florida (Ashley Moody)
Attorney General - Louisiana (Jeff Landry)
Attorney General - Massachusetts (Maura
Healey)
Attorney General - Nevada (Aaron D. Ford)
Attorney General - New Hampshire (John
Formella)
Attorney General - New Jersey (Matthew
Platkin)
Attorney General - Ohio (Dave Yost)
Attorney General - Pennsylvania (Michelle
Henry)
Attorney General - Rhode Island (Peter
Neronha)
Attorney General - Tennessee (Jonathan
Skrmetti)
Attorney General - Texas (Ken Paxton)
Attorney General - Utah (Sean Rayes)

**U.S. Trustee's Office**
Alethea Caluza
Alicia Barcomb
Alina Samko-Yu
Andrew Jimenez

32

Aubrey Thomas
Christopher R. Travis
Christy Simmons
Gary Wright
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Samantha Chilton
Vianey Garza
Yasmine Rivera

**Ombudsman**
**SAK Management Services, LLC d/b/a**
**SAK Healthcare**
Suzanne Koenig, as Patient Care
Ombudsman for hospitals and facilities in
Massachusetts, Ohio, Pennsylvania and
Miami-Dade Florida Locations (Coral
Gables, Hialeah, and Miami)
Greenberg Traurig, LLP (Suzanne Koenig)
Susan N. Goodman, Patient Care
Ombudsman ("PCO") for hospitals and
healthcare facilities in Arizona, Arkansas,
Central/North Florida locations (Lauderdale
Lakes, Sebastian River, Rockledge, and
Melbourne), Louisiana, and Texas
Pivot Health Law, LLC (Susan N.
Goodman)
Ross, Smith & Binford, PC (Susan
Goodman)

**Utility Providers**
20 Mccormick Solar Socap, LLC
32 Mccormick Solar Socap, LLC
353 Smith Solar Socap, LLC
8X8 Inc
Albany Road - LLC
Allbridge

Aqua Ohio Inc
Aqua Pennsylvania
Arizona Public Service Co
Armstrong
AT&T
AT&T Capital Services, Inc.
AT&T Long Distance
AT&T Mobility
AT&T Pro Cabs
AT&T Teleconference Services
Atmos Energy
Avidex
Belwave
Boston Water and Sewer Comm
B-P Trucking Inc
Bright House Networks
Brightspeed
Broward County Water
Bullseye Telecom Inc
Centerpoint Energy
Centurylink
Charter Communications
Charter Communications Northeast
Charter Communications Texas
Cirro Energy
City Of Attleboro (MA)
City Of Beaumont (TX)
City Of Big Spring - Finance (TX)
City Of Big Spring Water Department (TX)
City Of Bridge City (TX)
City Of Brockton (MA)
City Of Cocoa (FL)
City Of Fall River (MA)
City Of Haverhill Water (MA)
City Of Hermitage (PA)
City Of Hialeah FL-Department Of Water
City Of Houston (TX)
City Of Hubbard (OH)
City Of Melbourne (FL)
City Of Mesa (AZ)
City Of Methuen W&S (MA)
City Of Midland (TX)
City Of Monroe (LA)
City Of Nederland (TX)
City Of North Miami (FL)
City Of Odessa (TX)

33

City Of Pembroke Pines (FL)
City Of Phoenix (AZ)
City Of Port Arthur (TX)
City Of Sunrise (FL)
City Of Tempe (AZ)
City Of Warren (OH)
City Of West Monroe (LA)
Cokinos Energy Corporation
Comcast
Comcast – Bethel Park
Comcast - Chelmsford
Comcast - Houston
Comcast - Miami
Comcast Business
Comcast Florida
Comcast of Louisiana
Constellation Electric
Constellation Gas
Coolspring Township
Cox Communications AZ
CPS Energy
Crown Castle Fiber LLC
Dedham Westwood Water District
Delta Telecom
Direct Energy Business Pa
DirecTV
Dish Network
Dish Network LLC
Dominion Energy Ohio
E L Harvey & Sons Inc
E.O.M.S Recycling Inc
Eastern Natural Gas Company
Edison TWP Sewer Department
Elizabethtown Gas
Engie Resources LLC
Entergy Louisiana, LLC
Entergy Texas
Epcor Water
Eversource
Eversource NSTAR
Florida City Gas
FPL
FPL Energy Services
Fusion Cloud Services
Grande Communications
Granite Telecommunications

Greater Ouachita Water Company
Groton Electric Light
Groton Water Department
Hope Community TV Inc
Hope Water & Light Plant
Indian River County Utilities
Interconn Resources LLC
Involta
JCP&L (Formerly GPU)
Level 3 Communications LLC
Liberty Utilities
Liberty Utilities NH
Lumen
Mahoning County Sanitary
MCI Comm Service
Met-Ed
Metropolitan Telecommunications
Miami-Dade Water and Sewer Dept
Middle Tennessee Electric
Middleborough Gas & Elec
National Fuel
National Grid
Neshannock Township Sewer
Norwood Light
NRG (Formerly Direct Energy)
NRG Business Solutions Ne
Ohio Edison Co
Optimum
Penn Power Company
Pennsylvania American Water Co
Perch Community Solar, LLC
Raynham Center Water Dist.
RCN
Reliant Energy (TX)
Republic Services
Rhode Island Energy
Rocky Mountain Power
San Antonio Water Systems
Sharon Sanitary Authority
Shell Energy Solutions
Southwest Gas Corporation
Southwestern Electric Power
Sparklight
Sprint
SRP
Stericycle Inc.

34

Stream Energy
Suddenlink
Summit Utilities Arkansas Inc
Symmetry Energy Solutions
Tampa Electric Company
Taunton Municipal Lighting
Taunton Water Department
Texarkana Water Utilities
Texas Gas Service
Tierpoint, LLC
Touchtone Communications
Town of Ayer
Town of Dartmouth
Town of Foxborough Water Sewer
Town of Gilbert
Town of Norwood
Town of Stoughton
Town of Westwood MA
Town of Whitman
Tri-County-Pa
Trumbull County Water & Sewer
Twin Eagle Resource MGMT LLC
TXU Energy
UGI Energy Services Inc.
UGI Utilities Inc
United Hauling, INC
Unitil-Fitchburg
Unitil-NH
Utopia Fiber
Velocity Network
Verizon
Verizon Wireless
Verizon Wireless TX
Waste Management
Waste Pro Polk County
Win Waste Innovations
Windstream
Windstream Paetec
WM Compactor Solutions, Inc.
Youngstown Water Department (OH)
Zayo Group, LLC
Zayo Group, LLC Chicago

**Significant Vendors**
3M Co.
Abbott

Abiomed Inc.
Access Telecare LLC
Advantage Healthcare Staffing
AFCO Credit Corporation
Alphatec Spine Inc.
American Red Cross
Amerigroup Corp.
Ameritas Life Insurance Corporation
Amn Healthcare Inc.
Arthrex Inc.
Athena Parent Inc.
Beckman Coulter Inc.
Biomet Inc.
BlueCross BlueShield
Boston Scientific Corp.
Cape Cod Health Network
Cardinal Health Inc.
Carefusion Inc.
Cepheid Inc.
Change Healthcare Solutions LLC
Cisco Inc.
Collom & Carney Clinic
Compass Medical PC
Covidien LP
Cross Country Staffing
Crothall Healthcare Inc.
CVS Caremark
Defense Finance And Accounting Service
Diversified Clinical Services, LLC
Edwards Lifesciences US Inc.
Encore Medical Inc.
Ergonomic Group Inc.
Express Scripts, Inc.
Florida Agency For Health Care
General Electric Co.
Genholdco LLC
Gjerset & Lorenz LLP
Global Jet Capital Collections
Globus Medical North
Great Cities Oakland LLLC
Greater Anesthesia Solutions
Harris County Hospital District
Hawthorn Medical Associates LLC
HCPI Utah II LLC
Healogics Wound Care & Hyperbaric
Services, LLC

35

Healogics, LLC
Health Catalyst Inc.
Henry Schein
Hewlett Packard
HHS Environmental Services LLC
HNI Medical Services
Hoar Construction
Hologic Inc.
Howmedica Osteonics Corp.
Intuitive Surgical Inc.
IPFS Corporation
J & J Health Care Systems Inc
Johnson Controls Inc.
Locke Lord Bissell & Liddell LLP
McDermott Will & Emery LLP
Medical Information Technology, Inc.
Medical Solutions LLC
Medtronics
Miami-Dade County
Microsoft Corp.
Miller Weisbrod LLP
Morrison Healthcare
Mozart Holding LP
Nthrive Inc.
Ochsner Clinic Foundation
Ograndy Peyton International Corp.
Olympus America Inc.
Oneblood Inc.
Palamercan Security Inc.
Philips Electronics
Presidio Holdings Inc.
Prima Care PC
Primetime Healthcare Compliance Services LLC
Prolink Healthcare LLP
PwC Holdings No 21 LLC
Quest Diagnostics
Quinn Emanuel Urquhart & Sullivan LLP
Revint Solutions LLC
Rice McVaney Communications LLC
Roche Diagnostics Corp.
Sagewell Healthcare Benefits
Sidley Austin LLP
Siemens Healthcare Diagnostics Inc.
Smith & Nephew Inc.
Sodexo Inc.

SolomonEdwardsGroup LLC
Sound Physicians Anesthesiology of Texas PLLC
Southeast Texas Medical Associates LLP
Staples Inc.
State of Arizona
STRS Ohio TX Real Estate Investments Inc.
Stryker Corp.
Suffolk Construction Co Inc
Synergi Partners Inc.
Sysco, Inc.
Tata Consultancy Services LTD
Team Anesthesia LLC
Tegria Rcm Group - US Inc.
Terumo Medical Corp.
The Robins & Morton Group
The Texas Health And Human Service Commission
Travis County Clinical Services Inc.
Treace Medical Concepts, Inc.
United States Department Of The Treasury
Unum Life Insurance Company of America
Wasatch Peak Physical Therapy
Wright Medical Technology Inc.

**Significant Customers**
Aetna Inc.
Arkansas Department of Health Services
BlueCross BlueShield
CarePlus Health Plans Inc.
Centene Corporation
Center of Medicare and Medicaid Services
Cigna Health and Life Insurance Co.
Florida Agency for Health Care Administration
Humana Inc.
Leon Health, Inc.
Louisiana Dept. of Health and Hospitals
Mass Health
Molina Healthcare, Inc.
Optum, Inc.
Oscar Health, Inc.
PA Dep. of Human Services
Preferred Care Partners
Simply Healthcare Plans, Inc.
State of Arizona

36

Texas Department of Community Health
Treasurer of the State of Ohio
UnitedHealthcare Insurance Company
Wellmed Medical Management

**Litigation Parties**
1917 Heights Hospital
3D Medical Staffing, LLC
756 Parkway LLC
AccessRN, Inc.
ACE Care Healthcare Services, Inc.
Advanced Clinical Experts, PLLC
Advantage Healthcare Staffing
Agiliti Health, Inc.
Alicia Ruiz
All Star Recruiting Locums LLC
Alonzo Wines
Alphagraphics, Inc.
Applied Medical Distribution Corporation
Arizona Public Service Company
Ascent Law, LLC
ASD Specialty Healthcare, LLC
Ashwini Kumar, MD
Associated Cardiovascular & Thoracic
Surgeons, LLP
Attorney General of the Commonwealth of
Massachusetts, Executive Office of Health
Autographics of Layton Utah
AYA Healthcare, Inc
Benjamin Joseph Baker
Big Spring Stone Center, LLC
Boston Gas Company
Bowie Central Appraisal District
Brenda Hobyani
Brenda Palmer
Brighton Marine, Inc.
Canopy Partners
Catholic Health Initiatives Colorado
("CHIC"),
Cerberus Capital Management, L.P.
Cerner Corporation
Charles River Associates
Charles Wessel
Chinyere Russell
CHSPSC LLC
CommonSpiritHealth ("CSH")

Community Coffee Company, L.L.C.
Community Health Systems, Inc.
Compass Medical P.C.
Computrition, Inc.
Conifer Revenue Cycle Solutions
Connected Health Care, LLC
Constellation NewEnergy – Gas Division,
LLC
Constellation NewEnergy, Inc.
CS Medical, LLC
CT Compass Middleboro, LLC
D. Baker Law Group, P.C.
Dallas County
Datex Ohmeda, Inc.
David J. Nathan
Demetrius Sanders
Denise Grogg
Denise Ellis
Dept. Of Workforce Development
Dr. Dolores Sears-Ewald
Duane Sutherland, individually, and on
behalf of the heirs of Kathleen Sutherland,
decedent, and as representative of the Estate
of Kathleen Sutherland
ECD Systems LLC
EnableComp
EnduraCare Acute Care Services LLC
Entergy Louisiana, LLC
Entergy Texas, Inc.
Enterprise Software Systems LLC
Environmental Health and Engineering Inc.
Eric Wojcik
ERISA Recovery Group LLC
Ernesto Perez Cordero
Essex Gas Company
Estate of Benjamin Tropeano
Estate of Lawanna Monette Spruill a/k/a
Lawanna Monette Spruill McKnight
Eversource Gas of Massachusetts
Evoque Group LLC d.b.a. CBI Group
Favorite Healthcare Staffing LLC
First Choice Healthcare Solutions Inc.
First Financial Holdings, LLC
Fisk Electric Company, Inc.
Fitzpatrick Lentz & Bubba, P.C.
Florida Power & Light Company

37

Flower Orthopedics
FX Shoulder USA, Inc.
Gardiner Service Company LLC
GE Healthcare IITS USA Corp.
GE Healthcare, Inc.
GE Medical Systems Information
Technologies, Inc.
GE Medical Systems, Ultrasound & Primary
Care Diagnostics, LLC
GE Precision Healthcare LLC
Global Medical REIT Inc.
Global Medical REIT L.P.
GMR Beaumont, LLC
GMR Hermitage Garden Way, LLC
GMR Hialeah LLC,
GMR Melbourne, LLC
Gowan/Garrett, Inc.
Guillermo Lopez
Gwendolyn Wines
H.R. Employer Solutions Group LLC
Happy Kids Pediatrics, PC
Harper Limbach LLC
Healthtronics Mobile Solutions, L.L.C.
Hemostasis LLC
Hewlett Packard Financial Services Co.
HNI MSO, Inc.
HNI Physician Services of Texas, Inc.
Hoblit Darling Ralls Hernandez and Hudlow
LLP
Houston ISD
Human Services of the Commonwealth of
Massachusetts
Hunt's Pest Control Inc.
Ice Miller LLP
Industrial & Commercial Mechanical, LLC
InPro Corporation
Integrated Commercialization Solutions,
LLC d.b.a Paragard Direct
Integrity Healthcare Locums LLC
Integrity Implants, Inc.
Intellimed International Corporation
Isaak Smith
James MacIntyre
Jamie Barber et. al.
Jefferson Electric Co., Inc.
Jensen Hughes, Inc.

Joanne Grace
John Donlan
Joni A. Rausch
Joseph Nocie
KCD General Contractors Inc.
Kelley Holliday
Kent Vaughn
Kevin Washington
Konstantyn Szwajkun
Ladunni Odejinmi
Lestos Company
Liberty Mutual Personal Insurance Co.
Lifepoint Rehabilitation of Texas, LLC f/k/a
Kindred Rehab Group of Texas
Limbach Company LLC
Lisa Malick and Jason Malick
Local 2026 of the American Federation of
State, County and Municipal Employees,
Local 2288 of the American Federation of
State, County and Municipal Employees,
Local 2804 of the American Federation of
State, County and Municipal Employees,
Lodge Properties, LLC
Lofton Medical Services, L.L.C.
Lynn Hlatky
Marvel Medical Staffing LLC
Mass General Brigham, Inc. and its affiliates
Massachusetts Electric Company
Matthew A. Silverman of the Arizona
Attorney General's Office
Matthew's Hope Foundation
MD Abstract
Medical Receivable Services, LLC
Medi-Physics Inc. dba GE Healthcare
Medix Staffing Solutions, Inc.
Megan Aune
Meland Budwick, PA
Melissa R. Moore
Mercy Ajibola
Metropolitan Edison Company
MIP V Hopkins, LLC
MMCI Acquisition LLC d/b/a Mortech
Molo Lamken LLP
Monique Watkins
Mori, Bean and Brooks, Inc.
Musculoskeletal Transplant Foundation

US-DOCS\156233955.13

Narragansett Electric Company
Neal A. Harvey
Nextmed Plains States, LLC
North Brevard County Hospital District
d/b/a Parish Medical Center
NovaCare, Inc.
NStar East Electric Company
NStar Gas Company
Nurses & Local 813 IBT Retirement Plan
OEC Medical Systems, Inc.
Ohio Council 8 of the American Federation
of State, County and Municipal Employees
and its constituent Locals 2026, 2288 and
2804
Ohio Council 8 of the American Federation
of State, County and Municipal Employees,
Ohio Edison Company
Ohio Nurses Association
Olivia Lana, MD
Olympus America Inc.
Omni Healthcare, Inc.
Osteoremedies LLC
Paul Hepner, survivor of Lynn Hepner,
deceased
PeakCM LLC
Pennsylvania Power Company
Penumbra, Inc.
Pinnacle
Plymouth Rock Assurance
Point23Health, Inc.
Post Road Equipment Finance SPV, LLC
Power Staff Healthcare LLC
Prime First Health, LLC
Primetime Healthcare Compliance Services
LLC
Print Synergy Solutions, LLC
Prolink Healthcare LLC
Prorenata Labs, LLC
Rachel Casseday, D.O.
RAD Partners
Red Label Services LLC
Rentokil North America, Inc.
Rice McVaney Communications, LLC
Robert Tercier
Ronald W. Fulk
ROP Consultants of Florida, P.A.

Ross Holliday
Sagility Provider Solutions
Salt River Project
Savannah B. Gross
Savista, LLC
Sedgwick Claims Management Services,
Inc.
SEIU District 1199 WV/KY/OH
Service Employees International Union
District 1199 WV/KY/OH,
Shawnee Y. Ingoldsby
Sheryl Dennis
Sidney Brown
Siemens Medical Solutions USA, Inc. and
Signet Electronic Systems LLC
Simon Property Group, Inc.
Singleton Associates, PA
Southwestern Electric Power Company d/b/a
American Electric Power
SpineSmith Holdings
SSS Education, Inc. d/b/a Jersey College
StaffingEngine, LLC
State Collection Service Inc.
State of Arizona
Stephen M. Zappala, MD
Sterile Processing Services of America
Superior Mobile Health Services, LLC
Support Medical Systems Inc.
Surgical Information Systems, LLC
Susan Goodman, Patient Care Ombudsman
Covering Arizona, Arkansas, Central/North
Florida Locations, Louisiana, and Texas
Tatiana Renfro
Tenet Healthcare Corporation
Terence Grogg
Tesco Inc.
TGW SuperiorCare MTS LLC and Superior
Shuttle LLC
Thania Carmela Mercedes Mendoza Aguilar
The County of Hardin
The County of Hardin, Texas
The East Ohio Gas Company d/b/a Enbridge
Gas Ohio
The Lev at Winchester, LLC
The SNESC Real Estate Group, LLC

39

Thomas Management LLC, an Idaho
company dba Thomas Cuisine Management
LLC
TIGMER Community-Based Family
Medicine Residency Program
UMass Memorial Medical Group, Inc.
Union Office Interiors
United States of America
University of Incarnate Word
UOSH and Clint Hugie
USOC BioMedical LLC
Valerie Rosas
Vanessa Sky
Varian Medical Systems, Inc.
Vericel Corp
Vibrant Imaging LLC
Vilex LLC
Virtual Radiologic Corporation
Westways Staffing Services, Inc.
William J. Rausch, II
World Class Parking Systems, LLC
XTANT MEDICAL, INC.
Zurich American Insurance Company
Zyhek Management LLC

**Notice of Appearance**
1199SEIU Labor Management Initiatives,
Inc.
1199SEIU United Healthcare Workers East,
1917 Heights Hospital, LLC
1880 Van Buren Phoenix, LLC
3M Healthcare Management LLC, a wholly-
owned subsidiary of Solventum Corporation
Access TeleCare PLLC
Akerman LLP
Amethyst Guillen
Annette Finster
Anthony Calcagino and I.C. a minor child
Apheresis Care Group, Inc.
Arch Insurance Company
Arch Insurance Solutions, Inc.
ARHC ORODSTX001 LLC
ARHC ORODSTX001, LLC, as successor-
in-interest to Odessa MOB Owners Limited
Partnership;
Ashley D. Hunter

Associates in Medical Imaging, LLC
AT&T Services, Inc.
Atlantic Specialty Insurance Company
Ayala and Jose Argote
Baker, Donelson, Bearman, Caldwell &
Berkowitz
Ballard Spahr LLP
Bank OZK
Bayer Healthcare Pharmaceuticals, Inc.
Bayer Healthcare, LLC
Becton, Dickinson & Company, and its
subsidiary CareFusion Solutions, LLC
Bexar County
Bio-Meical Applications of Louisiana, LLC
Boston Scientific Corporation
Brady Health Buyer, LLC
Brighton Elks No. 2199
Broward Business Center, LLC,
Broward County, a political subdivision of
the State of Florida
C K Pine Island Corp
Capital Bank
Cardinal Health 108, LLC
Cardinal Health 110, LLC
Cardinal Health 200, LLC
Cardinal Health 414, LLC
CareMax
Carrington, Coleman, Sloman &
Blumenthal, L.L.P
Catholic Health Initiatives Colorado
Centinel Spine, LLC
Centura Health Corporation
Change Healthcare LLC
CHG Companies, Inc.
CHG-Meridian USA Corp
Christian H. Buhl Legacy Trust
Cintas Corporation No. 2
City of Haverhill, Massachusetts
City of Methuen
Cleo Ream and Mark Ream and Isaiah
ToliverCohen, Weiss and Simon LLP
College Health Enterprises
CommonSpiritHealth
Commonwealth of Pennsylvania
Crothall Healthcare, Inc.
Damion Guillen

40

DaVita, DaVita Inc.
DDK Realty Trust dba Waltham Medical
Center Realty Trust and Waltham Realty
Trust
Delta Locum Tenens, LLC
Dext Capital, LLC
Diagnostic Imaging Solutions, LLC
Digirad Imaging Solutions, LLC
Diversicare Afton Oaks, LLC d/b/a Afton
Oaks Nursing and Rehabilitation Center
Diversified Clinical Services, LLC
Dr. Alan Hackford
Dr. Gustavo A Cadavid
Dr. Phoebe Olhava
Eastside Enterprises Inc.
Ector CAD
Edward Guillen
Edwards Lifesciences LLC
Enovis Corporation, DJO, LLC
Eric Guillen
Erik Beyer, M.D.
Felicity Knipping
First Financial holdings
Ford Motor Credit Company, LLC
Ford Motor Credit Company, LLC, c/o AIS
Portfolio Services, LLC
FORT BEND COUNTY
Fox Rothschild LLP
Fresenius Medical Care Carney, LLC
Fresenius Medical Care Holdings, Inc., d/b/a
Fresenius Medical Care North America and
its affiliates
Fresenius USA Marketing, Inc.
GA HC REIT HOPE MOB LLC
Gencon, Inc.
GenesisCare USA of Florida, LLC, f/k/a
21st Century Oncology, LLC
Gibbflin, LLC
Global Medical REIT Inc.
Global Medical REIT L.P.
Globus Medical North America, LLC
GMR Beaumont, LLC
GMR Hermitage Garden Way, LLC
GMR Hialeah LLC
GMR Melbourne, LLC
Gray Reed

Greenberg Traurig, LLP (Suzanne Koenig)
Harris County
Harris County Department of Education
Harris County Flood Control District
Harris County Hospital District
Harris County Port of Houston Authority
Healthcare Realty Trust Incorporated
Healogics, LLC
Healogics Wound Care & Hyperbaric
Services, LLC
HonorHealth
HTA – AW Florida Medical Center Central,
LLC,
HTA – AW Florida Medical Center East,
LLC,
HTA – AW Florida Medical Center North,
LLC,
HTA – AW North Shore, LLC,
HTA – AW Palmetto, LLC,
HTA – AW Palmetto II, LLC,
HTA – Carney MOB, LLC,
HTA – Good Sam MOB, LLC,
HTA – Holy Family MOB, LLC,
HTA – Morton MOB, LLC,
HTA – Nashoba MOB 1, LLC,
HTA – Nashoba MOB 2. LLC,
HTA – Norwood MOB, LLC
HTA – Pearl Street Medical Center, LLC,
HTA – St. Annes MOB 2, LLC,
HTA – St. Elizabeths MOB 1, LLC,
HTA – St. Elizabeths MOB 2, LLC,
Humana Government Business, Inc. a
Humana Health Plan, Inc.,
Humana Insurance Company,
Incarnate World, Texas Institute for
Graduate Medical Education & Research
Intelligent Medical Objects, Inc.
Interconn Resources, LLC
Intuitive Surgical, Inc.
Jack Albert Roybal, individually and as
personal representative of the Estate of
Nathan Roybal
Japhia Exantus, as Personal Representative
of the Estate of Benita Felimond, deceased
and
Jason Augustine

JEFFERSON COUNTY
Jessica Osorio, Angel Chirino and S.G., a
minor child, Fay Weir, as Personal
Representative of the Estate of Norris Weir,
Deceased
Joimax, Inc.
Juanita Roybal, individually and as personal
representative of the Estate of Nathan
Roybal
Kaitlyn Rose Thompson
Kinderhook Capital Fund 8, L.P.
Kinderhook Capital Fund 8-B, L.P
Kinderhook Capital Fund VI, L.P.
Kinderhook Capital Fund VI-B, L.P.
Kirk E. Maes, M.D. a
KP Maes Properties
KTBS Law LLP, Wachtell, Lipton, Rosen &
Katz
Laboratory Corporation of America
Law Offices of Richard L. Blumenthal
Liliah Young for the Estate of Michael
Young, deceased
Linda Gordon, as Personal Representative of
the Estate of Gerald Gordon
Linebarger Goggan Blair & Sampson, LLP
Lisa Wade, Personal Representative of Keith
M. Wade
Lone Star Communications, Inc.
M, Inc. and its affiliates
Manoucheka Mereus and Jude Augustin
Manuel Guillen
Marta Estela De La Cuesta, as Personal
Representative of the Estate of Roberto De
La Cuesta, deceased
Massachusetts Nurses Association
McCreary, Veselka, Bragg & Allen, P.C.
Medical Properties Trust, Inc. & MPT TRS
Steward-Lender, LLC
Medical Properties Trust, Inc.
Medshape, Inc.
Medwell Properties, LLC
Midland Odessa Acutes
Morrison Management Specialists, Inc,
MP2 Energy Texas, LLC d/b/a Shell Energy
Solutions

National Nurses Organizing Committee-
Florida
NextMed Plains States, LLC
No Boarders MRI, LLC
North Stapley LLC
Novastep, Inc.
NuVasive Clinical Services Monitoring,
Inc.,
NuVasive, LLC,
NxStage Medical, Inc.
Olanma Anozie
OnCore, LLC
Orlando Health Medical Group, Inc.
Orlando Health, Inc.
Otterbourg, P.C.
Paradox Inc.
PARTSSOURCE, Inc.
Patricia Minter, d/b/a Minter Services
Paul Hastings LLP
Pension Benefit Guaranty Corporation
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
Peter and Teri Pitchess
Philips North America LLC
Phoenix 555N Holdings
Pillsbury Winthrop Shaw Pittman LLP
Pinnacle Consulting, LLC
Pivot Health Law, LLC (Susan N.
Goodman)
Point32Health, Inc.
Porter Hedges LLP
Post Road Equipment Finance SPV, LLC
Proskauer
RAD Partners
Ramon Ortiz
Renal Treatment Centers-Southeast, LP
RevSpring, Inc.
Richard Guillen
ROI Healthcare Solutions, LLC
RS&A, LLC
RVM Texas Renal Care Acutes
RVM Texas Renal Care LLC
Salesforce, Inc.
Sally Guillen
Samuel Guillen
SCG Dover Centre, LLC

42

SCP Health
Sebastian River Acutes
Selma M. Daniels
Shannon Health System
SHANNON REAL ESTATE SERVICES
Shanter Fletcher
Shemeca Samuel
Siemens Healthcare Diagnostics, Inc.
Siemens Medical Solutions USA, Inc.
Simplex Grinnell MM (subsidiary of
Johnson Controls, Inc.)
Southern New England Surgery Center,
LLC
SPT Ivey Tempe MOB LLC
State of Florida Agency for Health Care
Administration
Stericycle, Inc.
STRS Ohio TX Real Estate Investments,
Inc.
Stryker Corporation
SURGI-CARE, Inc.
Susan N. Goodman, Patient Care
Ombudsman ("PCO") for hospitals and
healthcare facilities in Arizona, Arkansas,
Central/North Florida locations (Lauderdale
Lakes, Sebastian River, Rockledge, and
Melbourne), Louisiana, and Texas
Suzanne Koenig, as Patient Care
Ombudsman for hospitals and facilities in
Massachusetts, Ohio, Pennsylvania and
Miami-Dade Florida Locations (Coral
Gables, Hialeah, and Miami)
Taylor and Charlotte Dial, Minor Dial
Taylor Dial
Team Health Holdings, Inc.
Tegria RCM Group-US, Inc. (dba Acclara
Solutions)
Tenet Healthcare Corporation
Teriann Bourassa
Texas Children's Health Plan, Inc.
Texas Commission on Environmental
Quality, by and through the Office of the
Attorney General of Texas
Texas Comptroller of Public Accounts,
Revenue Accounting Division

Texas Health and Human Services
Commission
Texas Health and Human Services
Commission, by and through the Office of
the Attorney General of Texas
Texas Healthcare Linen
Texas Medical Board, by and through the
Office of the Attorney General of Texas,
Texas Midland Central Appraisal District
the 1199SEIU League Training and
Upgrading Fund
The Estate of Marc Dean Krsek, by and
through Nina Lorraine Krsek, Personal
Representative
The Nurses & Local 813 IBT Retirement
Plan
The Ohio Nurses Association The Romans
Group, LLC
Theresa Falbo, as Personal Representative of
the Estate of Robert Falbo, deceased
Thomas E. Daniels
TN Dept of Revenue
Total Renal Care, Inc.
Town & Country Offices LLC
Town of Salem, New Hampshire
Town of Stoughton, Massachusetts
Trilliant Surgical, LLC
TTG Isotopes, LLC
U.S. Bank National Association d/b/a U.S.
Bank Equipment Finance
UG2, LLC
United States of America, Internal Revenue
Service (IRS")
UnitedHealthcare Insurance Company
University Orthopedic, Inc.
Vada Brown
VIKING ENTERPRISES D/B/A CITY
AMBULANCE
Vinson & Elkins LLP
Vital Records Control, LLC
VTR Papago Medical Park, LLC, as
successor-in-interest to Litchvan
Investments, LLC
Wells Fargo Vendor Financial Services,
LLC
Welltower OM Group LLC

43

Wesco Insurance Company
Westbrook Service Corporation
Winstead PC
USOC BioMedical LLC
Valerie Rosas
Vanessa Sky
Varian Medical Systems, Inc.
Vericel Corp
Vibrant Imaging LLC
Vilex LLC
Virtual Radiologic Corporation
Westways Staffing Services, Inc.
William J. Rausch, II
World Class Parking Systems, LLC
Wuesthoff Acutes
XTANT MEDICAL, INC.
Zurich American Insurance Company
Zyhek Management LLC


**Ordinary Course Professionals**
Abrams & Bayliss LLP
Adelanto Healthcare Ventures
American Arbitration Association
Audere International Ltd.
Billing, Cochran, Lyles, Mauro & Ramsey, P.A.
Bowditch & Dewey, LLP
Breazeale, Sachse & Wilson, L.L.P.
Bruce & Kelley PC
Capplis, Connors & Carroll, PC
Cole, Scott & Kissane, P.A.
Connor & Hilliard, P.C.
Cooley LLP
Cooper & Scully PC
CRA International Inc.
Crowe LLP
CS Disco Inc.
Davidoff Consulting Inc.
DeForest Koscelnik & Berardinelli
DMILLER Consulting LLC
Draffin Tucker LLP
Dunn and Dunn
Embark Consulting LLC
Epiq eDiscovery Solutions Inc.
Evans, Rowe & Holbrook

Falk Waas Hernandez Solomon Mendlestein & Davis
Ficksman & Conley, LLP
Foster & Eldrige, LLP
Fox Rothschild LLP
Francis & Totusek, L.L.P.
Gjersett & Lorenz LLP
GLE Consulting Inc.
Gray Robinson
Gust Rosenfeld
Hachey Urbanoski LLC
Hamel Marcin Dunn Reardon & Shea, PC
Hanna, Campbell & Powell, LLP
HaystackID LLC
Hoblit Darling Ralls Hernandez & Hudlow, LLP
Husch Blackwell LLP
Interlochen Group, LLC
Jackson Lewis P.C.
JAMS Inc.
Johnson O'Conner
Kelly Hart
Kercsmar Feltus & Colluns PLLC
Kipp and Christian, P.C.
KPMG LLP
Kyler, Kohler, Ostermiller & Sorensen, LLP
La Cava & Jacobson, P.A.
Lash & Goldberg LLP
Law Offices of Thomas Reed
Luccia & Evans
Mandiant, Inc.
Marshall Dennehey Warner Coleman & Goggin
Martin Magnuson/McCarthy, Kenney & Reidy
Mayer Brown
McCarthy, Bouley, Barry & Morgan PC.
McCormick Law Firm
Miliman Inc.
Morrison Mahoney LLP
Murphy & Riley, P.C.
Murtha Cullina, LLP
Neal & Harwell, PLC
Northwind Strategies LLC
Oliver Wyman Actuarial Consulting LLC
Popp Hutchinson

44

Preti Flaherty
Principals Property Tax Advisors LLC
Public Policy Partners LLC
Ray Quinney & Nebeker P.C.
Resnick & Louis, P.C.
Richards Brandt Miller Nelson
Richards Layton & Finger
Riemer & Braunstein LLP
Ryan LLC
Schell Cooley LLP
Scully & Lagos
Serpe Andrews PLLC
Sims Funk, PLC
SKDKnickerbocker, LLC
Snell & Wilmer LLP
Stevenson Barrett LLP
Snow, Christensen & Martineau
SolomonEdwards Group
Strong & Hanni PC
Tabico Consulting LLC
Tegria Services Group, Inc.
The Checkett Law Firm PLLC
The Factor Inc.
The Suffolk Group, LLC
Thompson Bowie and Hatch LLC
Twohig Kaplan
UNP Advertising, Inc.
Wicker Smith
Willis Towers Watson LLC
Wilson Elser Moskowitz Edelman & Dicker
LLP

**<u>Top 50 Unsecured Creditors</u>**
3M Company
Abbott Laboratories
Advantage Technical Resourcing, Inc.
Arthrex, Inc.
AYA Healthcare Inc.
Becton, Dickinson, and Company
Boston Scientific Corp.
Cardinal Health, Inc.
Center for Medicare and Medicaid Services
Centura Health
Cerner Corporation
Change Healthcare
Cloudmed

Cross Country Staffing Inc.
Crothall Healthcare
Defense Finance and Accounting Service
DJO / Encore Medical, LP
Express Scripts, Inc.
Finthrive Inc.
Florida Agency For Health Care
Administration
General Electric
Health Catalyst Inc.
HNI Healthcare
Internal Revenue Services
Intuitive Surgical Inc.
Kronos
Labcorp Of America
Medical Information Technology, Inc.
McKesson (Medical Specialties)
Medline Industries, LP
Medtronic USA, Inc.
Microsoft Corporation
Morrison Management Specialists, Inc.
Optum, Inc.
PeakCM LLC
Philips Healthcare
PricewaterhouseCoopers Advisory Services
LLC
Primetime Healthcare Compliance
Prolink Healthcare LLC
Promedical LLC
Quinn Emanuel Urquhart & Sullivan LLP
RLDatix North America Inc.
Sidley Austin LLP
Sodexo Inc.
Sound Physicians Anesthesiology
Stryker Corporation
Synergi Partners Inc.
Sysco Corp.
Tegria RCM Group – US Inc.
Zimmer Biomet Holdings, Inc.

**<u>Unions</u>**
1199 Service Employees International
Union United Healthcare Workers East
American Federation of State, County and
Municipal Employees
Area TradesCouncil

Florida Nurses Association
International Brotherhood of Electrical
Workers, Local 103, AFL-CIO
International Union of Operating Engineers,
Local 877
Massachusetts Nurses Association
National Nurses Organizing Committee -
Florida
National Nurses United
North Atlantic States Regional Council of
Carpenters, Local 51
Ohio Council 8 United Nurses of America
Local 2026
Ohio Nurses Association
Painters District Council #35
Plumbers Union Local 12
Teamsters Local Union No. 25
The Health Care and Social Service Union
Unite Association of Journeymen and
Apprentices of the Plumbing and Pipefitting
Industry of the United States and Canada
United Federation of Special Police and
Security Officers

**Pensions**
Central Pension Fund of the International
Union of Operating Engineers and
Participating Employers
Massachusetts Nurses Association
The Angell Pension Group, Inc.

**Payroll Processors / Benefit Providers**
Alliant Insurance Services (LifeBalance)
Ameritas Life Insurance Corp.
Arizona LiveScan LLC
Automatic Data Processing, Inc.
Avasure LLC
Benefit Technology Resources LLC
BlueCross BlueShield of MA
Chubb & Son Inc.
Cigna Health and Life Insurance Co.
Digital Trusted Identity Services
Express Scripts Holding Company
Fidelity Investments
Fingerprint Technologies
Health Equity, Inc.

Immediate Solutions, Inc. (ImmediatePay)
Kronos Inc.
Legal Access Plans, LLC (LegalEASE)
National Financial Partners Corporation
NortonLifeLock Inc.
PreCheck, Inc.
Principal Financial Group
Rogers & Gray insurance Agency Inc.
Sterling Check Corp.
Steward Employee Pharmacy
Transitions Retiree Benefit Group
Unum Life Insurance Company of America

**Staffing Agencies**
Accounting Principals
ADO Professional Solutions
Advantage Staffing Services LLC
Crothall Healthcare, Inc.
Equum Medical
Hospital Housekeeping Systems LLC
Indeed
Morrison Management Specialists
O'Grady - Peyton International (USA), Inc.
Parker & Lynch
Resources Connection Inc
Sodexo, Inc.
Solomon Edwards Group
The Labor Relations Connection
Trillium Technical
Vaco LLC
Z5 Inventory

**Independent Contractors**
Ardiocesan Pastoral Center
Basilian Salvatorian Fathers
Communities Together
Dominican Sisters of the Presentation of the
Blessed Virgin
Fr. Patrick Magee
Herbert Holtz
Interlochen Group LLC
J. Eduardo Marques
Julie Smith
Karrmichael Holding Company LP
Rabbi Richard Messing
Sisters of St Dorothy

46

**Contract Counterparties**

1 Priority Environmental Services LLC
1917 Heights Hospital LLC
318 Construction LLC
36th Street Capital Partners, LLC
A&L Lawn
ACREFI CS U, LLC
After Hours Medical, LLC
Alcon Laboratories, Inc.
Alcon Vision, LLC
Alpha Industrial Construction LLC
Alpha Restoration
American Door Products, Inc.
Americorp Financial, LLC
AmerisourceBergen Drug Corporation
ASD Specialty Healthcare, LLC
ASSN Company
B. Braun Medical Inc.
Banc of America Leasing & Capital, LLC
BankFinancial, National Association
Becdel Controls, Inc.
Beckman Coulter Inc.
Beneficial Equipment Finance Corporation
BGL Plumbing
Blue Street Capital
Briggs Engineering & Testing
Bureau of Workers Compensation
Capital Flooring
CapitalSource Bank
Cardinal Health 109, Inc.
Cardinal Health 110 LLC
Century Fire Inc
CGH Hospital, Ltd.
Chamberlain Commercial Funding
(Cayman) L.P.
CHG-Meridian USA Corp.
ChillCo Inc
CHS/Community Health Systems, Inc.
Cisco Systems Capital Corporation
CIT Finance LLC
City Electric Supply Co.
Civica, Inc.
Claflin Service Company DBA CME Corp
Cloud 9 Service Group LLC
Commercial Access Services

Community First Bank
Continental Office Furniture Corp
Corporation Service Company, as
Representative
Cotton Architecture And Design LLC
Creekridge Capital
Crestmark Equipment Finance, A Division
Of Metabank
CT Corporation System
Dantes Construction Services Inc
DASH Door
David's Commerical Flooring Inc
De Lage Landen Financial Services, Inc.
Del Valle Painting, Inc
Dell Financial Services L.L.C.
Dell Financial Services, L.P.
DEXT Capital LLC
Dpr Construction A General Partnership
Drywall Elements
Dynamic Mechanical
Encina Equipment Finance SPV, LLC
ESI Environmental Systems HVAC
EverBank Commercial Finance, Inc.
Excel Aircraft, LLC
Executive Security Integrators & Fire
Protection In
Favorite Healthcare Staffing LLC
Firetrol Protection Systems Inc
First Choice Healthcare Solutions, Inc.
First Financial Corporate Leasing, LLC
Fisk Electric Company, Inc
Flex Financial, A Division Of Stryker Sales,
LLC
Franklin Savings Bank
Galindo & Boyd Houston, LLC
Gardner Mechanical
Gaston Electrical Co., LLC
GE HFS, LLC
General Electric Capital Corporation
GMR Beaumont LLC
Gowan Inc
Greenteam Plumbing LLC
HealthTrust
Heber J. Ramos
Hewlett-Packard Financial Services
Company

Highland Capital Corporation
Hitachi Capital America Corp.
Hollywood Restoration Inc
Hometrust Bank
Huntington Technology Finance, INC.
Hunton Services HVAC
HVAC Associates
Imagenet Consulting, LLC
Integral Construction
Integrated Commercialization Solutions,
LLC
Integrated Door
Interior Specialist
Interstate Mechanical Corporation (Imcor)
Intuitive Surgical, Inc.
IPA One
Johnson & Johnson Finance Corporation
Johnson Control Fire Protection LP
JPMorgan Chase Bank, N.A.
Kcd General Contractors Inc
Konica Minolta Premier Finance
Lawton Reprographic Center Inc
Leasing Associates Of Barrington, Inc.
Lehman Pipe And Plumbing Supply
Liberty Mutual Personal Insurance Co
Lone Star State Bank of West Texas
Lonestar Electric/Trio Electric
Marek Brothers Systems
Matthew's Hope Foundation
Mckesson Corporation And Its Affiliates
Mechancal Concepts
Mechanical Services of Texas
Mechanical Systems Controls Inc
Med One Capital Funding, LLC
Medical Review Service, Inc.
Medworks Painting & Finishing LLC
Merry X-Ray Corp.
Mike Mazurek & Son
Miller Electric
MMCI Acquisition LLC
Moses Engineering
MPT Of Ayer-Steward, LLC
MPT Of Brighton-Steward, LLC
MPT Of Brockton-Steward, LLC
MPT Of Converse FCER, LLC
MPT Of Dezavala FCER, LLC

MPT Of Dorchester-Steward, LLC
MPT Of Easton-Steward, LLC
MPT Of Fall River-Steward Lender, LLC
MPT Of Fall River-Steward, LLC
MPT Of Florence, LLC
MPT Of Helotes FCER, LLC
MPT Of Hillside-Steward, LLC
MPT Of Houston Re-Steward, LLC
MPT Of Houston-Steward, LLC
MPT Of Katy 1463 FCER, LLC
MPT Of Layton-Steward, LLC
MPT Of Melbourne-Steward, LLC
MPT Of Methuen-Steward, LLC
MPT Of Missouri City - Dulles FCER, LLC
MPT Of Nacogdoches FCER, LLC
MPT Of Norwood-Steward, LLC
MPT Of Potranco FCER, LLC
MPT Of Rockledge-Steward, LLC
MPT Of Sebastian-Steward, LLC
MPT Of Sharon-Steward, LLC
MPT Of Taunton-Steward, LLC
MPT Of Victory Lakes FCER, LLC
MPT Of Warren-Steward, LLC
MPT Of West Jordan-Steward, LLC
MPT Of Youngstown-Steward, LLC
MPT Sycamore Opco, LLC
MPT TRS Lender-Steward, LLC
Mulberry Air, LLC
NFS Leasing, Inc.
Northcoast Fire
Nunez Lawn
Ohio Department of Job and Family
Services
Olympus America Inc.
Omni Filtration
Onair
Origin Bank
Ortho-Clinical Diagnostics, Inc.
Outpost Capital Funding LLC
Pacific Western Bank
Peak Property and Casualty Insurance
Corporation
PeakCM LLC
Penumbra Inc.
People's Capital and Leasing Corp.
Peoples United Bank

Philips Medical Capital, LLC
Popular Equipment Finance, LLC
Presidential Bank, FSB
Primary Bank
Prime Alliance Bank
Prime Five Painting & Construction
Primetime Healthcare Compliance Services LLC
Pro Health Medical Staffing LLC dba Prohealth Staffing
Prodigy Health LLC
Rainforest Plumbing & Air
Randall Mechanical
Randall Reid Fillmore
Regulatory & Economic Resources-Lien Unit
Republic Bank
Roche Diagnostics Corporation
Salem Five Cents Savings Bank
ScriptPro USA Inc.
SealPro Asphalt Sealcoating Co
Security Bank Of Kansas City
Servicemaster
Servpro
Siemens Financial Services, Inc.
Siemens Healthcare Diagnostics Inc.
Signal AHF Medical Receivables Holdco LLC
Signet Electronic Systems, Inc.
Smith Curry Steel Fabricators
SmithGroup
Southern State Properties LLC
SpecialityCare Miss Services, LLC
State Farm Mutual Automobile Insurance Company
State of Florida, Department of Revenue
State of Ohio Bureau of Workers' Compensation
Steris Corporation
Stryker Finance
Stryker Sales Corporation
Susquehanna Commercial Finance, Inc.
Sysmex America, Inc.
Tegna Media
Terrcaon
Terumo Cardiovascular Systems

TFG Leasing Fund III, LLC
The Huntington National Bank
The Lev at Town Park LLC
The Lev at Winchester LLC
Thyssenkrupp Elevator Corp
Tri City Electric
Tribeca Air, LLC
Triple Treats Inc.
U.S. Bank Equipment Finance
U.S. Bank Equipment Finance, a Division of
U.S. Bank National Association
U.S. Bank, N.A.
Urban Partnership Bank
Vitatech Electromagnetics LLC
Weather Tech Roofing & Waterproofing
Weatherproofing Technologies Tremco
Wheeler Medical LLC
Zimmer US, Inc.
Zyhek Management, LLC

**Verified Statement Parties**
1199SEIU United Healthcare Workers East
Access Telecare, LLC
Access Telecare, PLLC
Advanced Sterilization Products
Aldo Heriberto Martinez Fleites, M.D.
Allied NP Primary
Alvis Jesus Linares, APRN, and
American Zurich Insurance Company
Annette Finster (Harris Personal Injury Lawyers, Inc.)
Anthony Calcagino and I.C., a minor child
Brandon Young
Brian Flaherty
Bruno Nascimiento (Dolan Dobrinsky Rosenblum Bluestein)
Cain & Skarnulis PLLC
Carl Sullivan and Claudia Sullivan
Cerner Corporation
Cross Country Healthcare, Inc.
Dana Maxim
Dell Financial Services L.L.C.
Denise Grogg
Diaz Medical PLLC
Donna Sutton (Morgan & Morgan, PA)
Dr. Erik Beyer, M.D.

49

Dr. Jaime Sanchez, M.D.
Dr. Jose Marquez, M.D.
Dr. Marquand Patton, M.D.
Dr. Miguel Diaz, M.D.
Dr. Patton
Dr. Ricardo Machado, M.D.
Dr. Vianka Perez, M.D.
Edmond Dauphinais
Eduardo Colunga, APRN
Eileen Moniz
Estate of Christiane Wilson, Deceased
Estate of Gonzalo Alvarez Barreiro
Estate of Nathan Roybal,
Estate of Richard Keough
Estate of Robert Falbo
Evelyn Espinoz (Bounds Law Group)
Evelyn Espinoza
Felicity Knipping;
Francis Landry
Fusco Gallagher & Porcaro LLP
Gabriela Gonzalez (Dolan Dobrinsky
Rosenblum Bluestein)
Gladys Martinez and Roberto Martinez
(Weinstein & Cohen, P.A.)
Herman Hash (Bounds Law Group)
Hibelis Patton, APRN
J.D.C. (Creditor Initials)
Jack Albert Roybal, individually and as
personal representative of the Estate of
Nathan Roybal  (Kramer Law Group)
Jason Radecke, M.D.
Juanita Roybal, individually and as personal
representative of the Estate of Nathan
Roybal (Kramer Law Group)
Kaitlyn Rose Thompson (Harris Personal
Injury Lawyers, Inc.)
Landauer Medical Physics
Landauer, Inc.
Lisa Malick and Jason Malick, individually
and as personal representatives of the estate
of Lillian Malick (Dornick, Cunningham,
Yaffa)
Manoucheka Mereus and Jude Augustin, her
Husband (Rubenstein Law)
Manual Elias
Marcel L. Daquay

Marie Keough as Putative Personal
Representative of the Estate of Richard
Keough, Deceased (Paul Knopf Bigger)
Marie-Carmelle Liburd, M.D
Marta Estela De La Cuesta, as Personal
Representative of the Estate of Roberto De
La Cuesta, deceased
Marta Marin, as PR of Angel Padron
(Panter, Panter & Sampedro, P.A.)
Matthew Littles, Jr.
Medline Industries LP
Medwell Properties, LLC - Landlord Steve
Ledwell – Member
Meland Budwick PA Supplemental
Melissa R. Moore, individually and as
surviving parent and Personal
Representative of the Estates of Zayon and
Zaynia Moore Fuller, Deceased (Bonner
Law)
Melody Dowling
Nicole Boyd
No Boarders MRI, LLC - Landlord Steve
Ledwell – Member
Nova Medical Services, LLC.
Ohio Council 8 of the American Federation
of State, County and Municipal Employees
and its Locals 2026
Ohio Council 8 of the American Federation
of State, County and Municipal Employees
and its Locals 2288
Ohio Council 8 of the American Federation
of State, County and Municipal Employees
and its Locals 2804
Olivia Kearn
Patricia G. Minter, Individually and d/b/a
Minter Services Independent Contractor
Patton Medical DO, PLLC
Paul Mullens
Pension Benefit Guaranty Corporation
Philips North America LLC
Principals Property Tax Advisors LLC
ProLink Healthcare LLC
R1 RCM, Inc.
Ramon Ortiz
Regional Professional Building, L.P.
Rice McVaney Communications

50

Roberto Martinez
Rossman, Baumberger, Reboso & Spier P.A
Sandor Andres Romero Basso, M.D.
Schuler, Weissler, Zoeller, Overbeck &
Baxter
Selma M. Daniels
Service Employees International Union
District 1199 WV/KY/OH
Shanter Fletcher
Silas Washington  (Panter, Panter &
Sampedro, P.A.)
Sodexo, Inc.
Streusand, Landon, Ozburn & Lemmon, Llp
Terrence Grogg
Thania Carmela Mercedes Mendoza
Aguilar, as surviving Spouse and soon to be
appointed Personal Representative of the
Estate of Gonzalo Alvares Barreiro
(Russomanno & Borrello, P.A.)
The Estate of Marc Dean Krsek, by and
through Nina Lorraine Krsek, Personal
Representative (Morgan & Morgan, P.A.)
Theresa Falbo
Theresa Falbo, as Personal Representative of
the Estate of Robert Falbo, deceased
(Rossman, Baumberger, Reboso & Spier
P.A.)
Thomas E. Daniels
Tiffany Marie Cote
Timothy Murdock
UKG, Inc a/k/a Kronos Incorporated, a
UKG Company
Unicardio Medical Center Corp.
Victoria Washington (Panter, Panter &
Sampedro, P.A.)
Viking Enterprises d/b/a City Ambulance
Yadira Pagano, APRN

Z.C., A Minor Child c/o Madison Fasulo

51

**Appendix 2**

**Client Match List**

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| 3M Company | Top 50 Unsecured Creditors | Current Client |
| Abbott | Significant Vendors | Current Client |
| Abbott – Abbvie Multiple Employer Pension Plan Trust | Lenders and Agents | Current Client |
| Abbott Laboratories Annuity Retirement Trust | Lenders and Agents | Current Client |
| Access Telecare LLC | Significant Vendors | Current Client |
| Access TeleCare PLLC | Notice of Appearance | Current Client |
| ACE American Insurance Company | Insurance | Current Client |
| ACREFI CS U, LLC | Contract Counterparties | Current Client |
| Advanced Sterilization Products | Verified Statement Parties | Former Client |
| Advantage Healthcare Staffing | Significant Vendors | Current Client |
| AFCO Credit Corporation | Insurance | Current Client |
| Alcon Laboratories, Inc. | Contract Counterparties | Current Client |
| Alcon Laboratories, Inc. | Contract Counterparties | Current Client |
| Alcon Vision, LLC | Contract Counterparties | Current Client |
| AlixPartners, LLP | Debtors' Professionals | Current Client |
| Alliant Insurance Services (LifeBalance) | Payroll Processors / Benefit Providers | Current Client |
| Allianz Risk US Insurance Company | Insurance | Current Client |
| Alphatec Spine Inc. | Significant Vendors | Current Client |
| Alvarez & Marsal | Non-Debtor Professionals | Current Client |
| AMERICAN ARBITRATION ASSOCIATION | Ordinary Course Professionals | Former Client |
| American Federation of State, County and Municipal Employees | Unions | Former Client |
| American Red Cross | Significant Vendors | Current Client |
| American Zurich Insurance Company | Verified Statement Parties | Current Client |

---

[1] The term "**Current Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past 12 months and L&W has at least one open matter.  The term "**Former Client**" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years.  L&W does not disclose connections if time was recorded more than three years before December 2, 2024.

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Ameritas Life Insurance Corporation | Significant Vendors | Former Client |
| Arch Insurance Company | Notice of Appearance | Former Client |
| Arizona Public Service Company | Litigation Parties | Former Client |
| Arthrex, Inc. | Significant Vendors | Former Client |
| Asana Partners Fund II REIT 21, LLC | Landlords | Former Client |
| Aspen Specialty Insurance Company | Insurance | Current Client |
| AT&T | Utility Providers | Current Client |
| AT&T Services, Inc. | Notice of Appearance | Current Client |
| Athena Parent Inc. | Significant Vendors | Current Client |
| Avasure, LLC | Payroll Processors / Benefit Providers | Current Client |
| AXA XL Professional Insurance | Insurance | Current Client |
| Axis Insurance Co | Insurance | Current Client |
| A-Z Storage | Landlords | Current Client |
| B Riley Financial | Non-Debtor Professionals | Current Client |
| B. Braun Medical Inc. | Contract Counterparties | Former Client |
| Banc of America Leasing & Capital LLC | Contract Counterparties | Current Client |
| Bank of America Securities | Non-Debtor Professionals | Current Client |
| Bank of America, N.A. | Banks | Current Client |
| BayCare | Competitors | Former Client |
| Bayer HealthCare LLC | Notice of Appearance | Current Client |
| Beaumont Hospital Holdings, Inc. | Debtors | Current Client |
| Beckman Coulter, Inc. | Significant Vendors | Current Client |
| Becton, Dickinson & Company, and its subsidiary CareFusion Solutions, LLC | Notice of Appearance | Former Client |
| Berkeley Research Group | Non-Debtor Professionals | Former Client |
| Berkshire Hathaway International Insurance Limited | Insurance | Current Client |
| Beth Israel Lahey Health | Competitors | Former Client |
| Biomet, Inc. | Significant Vendors | Former Client |
| BlueCross BlueShield | Significant Vendors | Current Client |
| Bon Secours Mercy Health | Competitors | Current Client |
| Boston Scientific Corp. | Top 50 Unsecured Creditors | Current Client |
| Brigade Capital Management, LP | Lenders and Agents | Current Client |
| BRIGHT HOUSE NETWORKS | Utility Providers | Current Client |

US-DOCS\156233955.13

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Brightspeed | Utility Providers | Current Client |
| Cardinal Health 109, Inc | Contract Counterparties | Former Client |
| Carefusion Inc. | Significant Vendors | Former Client |
| Catholic Health Initiatives Colorado ("CHIC") | Litigation Parties | Current Client |
| Cellco Partnership D/B/A Verizon Wireless | Lessees | Current Client |
| Centene Corporation | Significant Customers | Former Client |
| Center for Orthopedic Innovation at St. Luke's Medical Center | All Other Names Debtors Used | Current Client |
| Centerpoint Energy | Utility Providers | Current Client |
| Central Florida Imaging Services, Inc. | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| Centurylink | Utility Providers | Current Client |
| Cerberus Capital Management, L.P. | Litigation Parties | Current Client |
| Cerner Corporation | Top 50 Unsecured Creditors | Current Client |
| Change Healthcare | Top 50 Unsecured Creditors | Current Client |
| Charles River Associates | Litigation Parties | Former Client |
| Charter Communications | Utility Providers | Current Client |
| CHG Companies, Inc. | Notice of Appearance | Current Client |
| CHRISTUS Health | Competitors | Current Client |
| Christus Health Southeast Texas d/b/a Christus Hospital | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| Cigna Health and Life Insurance Co. | Significant Customers | Current Client |
| Citibank Global Markets Inc. | Banks | Current Client |
| CITIBANK, N.A. | Insurance | Current Client |
| City of Hope | Regulatory Agencies | Current Client |
| Cloudmed | Top 50 Unsecured Creditors | Current Client |
| Collaborative Care Holdings LLC | Competitors | Current Client |
| COMCAST | Utility Providers | Current Client |
| CommonSpirit | Competitors | Former Client |
| CommonSpiritHealth | Notice of Appearance | Former Client |
| Commonwealth of Massachusetts | Taxing Authorities | Current Client |
| Commonwealth Of Massachusetts Department Of Public Health | Regulatory Agencies | Current Client |
| Community Care Cooperative | Competitors | Former Client |

3

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Community Health Systems, Inc | Litigation Parties | Current Client |
| Cox Communications AZ | Utility Providers | Current Client |
| CRA International Inc. | Ordinary Course Professionals | Current Client |
| Cross Country Healthcare, Inc. | Verified Statement Parties | Former Client |
| Cross Country Staffing Inc | Top 50 Unsecured Creditors | Former Client |
| Crowe LLP | Ordinary Course Professionals | Current Client |
| Crown Castle Fiber LLC | Utility Providers | Current Client |
| Crum & Forster Specialty Insurance Company | Insurance | Current Client |
| CSC Holdings (SA) (Proprietary) Limited | Utility Providers | Current Client |
| CVS Caremark | Significant Vendors | Current Client |
| Dallas County | Litigation Parties | Current Client |
| Datex-Ohmeda, Inc. | Litigation Parties | Current Client |
| David Cole | Former and Current Directors and Officers | Current Client |
| DaVita, DaVita Inc. | Notice of Appearance | Former Client |
| Dell Financial Services L.L.C. | Contract Counterparties | Current Client |
| Deloitte & Touche LLP | Debtors' Professionals | Current Client |
| Delta Locum Tenens, LLC | Notice of Appearance | Current Client |
| DEUTSCHE TELEKOM AG | Lessees | Former Client |
| Dext Capital, LLC | Notice of Appearance | Current Client |
| DirecTV | Utility Providers | Current Client |
| Diversified Clinical Services, LLC | Significant Vendors | Current Client |
| DJO / Encore Medical, LP | Top 50 Unsecured Creditors | Current Client |
| E L Harvey & Sons Inc | Utility Providers | Current Client |
| Ector County Health Department | Regulatory Agencies | Current Client |
| Edwards Lifesciences US Inc. | Significant Vendors | Current Client |
| EnableComp | Litigation Parties | Former Client |
| Engie Resources LLC | Utility Providers | Current Client |
| Enovis Corporation, DJO, LLC | Notice of Appearance | Current Client |
| Environmental Protection Agency | Regulatory Agencies | Former Client |
| Ernst and Young LLP | Non-Debtor Professionals | Current Client |
| Evanston Insurance Company | Insurance | Current Client |
| Eversource Gas of Massachusetts | Litigation Parties | Former Client |
| Express Scripts Holding Company | Payroll Processors / Benefit Providers | Current Client |

4

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Fidelity Investments | Payroll Processors / Benefit Providers | Former Client |
| First Republic | Banks | Current Client |
| FirstEnergy Corp. | Utility Providers | Current Client |
| Flower Orthopedics | Litigation Parties | Current Client |
| Food and Drug Administration | Regulatory Agencies | Current Client |
| Ford Motor Credit Company LLC (d/b/a Ford Credit) | Notice of Appearance | Current Client |
| Fresenius Medical Care Carney, LLC | Lessees | Current Client |
| FTI Consulting | Non-Debtor Professionals | Current Client |
| GE Healthcare, Inc. | Litigation Parties | Current Client |
| GE HFS LLC | Contract Counterparties | Current Client |
| General Electric | Top 50 Unsecured Creditors | Current Client |
| General Electric Capital Corporation | Contract Counterparties | Former Client |
| Global Jet Capital Collections | Significant Vendors | Former Client |
| Good Samaritan Medical Center | All Other Names Debtors Used | Current Client |
| Harrington Square, LLC | Landlords | Current Client |
| Harris County Tax Assessor-Collector (TX) | Taxing Authorities | Current Client |
| Hartford Casualty Insurance Company | Insurance | Former Client |
| Hartford Fire Insurance Company | Insurance | Current Client |
| HaystackID LLC | Ordinary Course Professionals | Current Client |
| HCPI UTAH II LLC | Significant Vendors | Current Client |
| Health Catalyst Inc. | Top 50 Unsecured Creditors | Current Client |
| Health Choice Texas (USPTO Serial No. 86823577) | All Other Names Debtors Used | Current Client |
| Healthcare Realty Services Incorporated | Landlords | Current Client |
| Healthcare Realty Trust Incorporated | Notice of Appearance | Current Client |
| HealthPeak, LLC | Lessees | Current Client |
| Henry Schein | Significant Vendors | Current Client |
| Hewlett-Packard Financial Services Company | Contract Counterparties | Current Client |
| Highland Capital Corporation | Contract Counterparties | Current Client |
| Houlihan Lokey | Non-Debtor Professionals | Former Client |

5

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Houston Casualty Company | Insurance | Current Client |
| Hudson Holding Company | Landlords | Current Client |
| Humana Government Business, Inc. | Notice of Appearance | Current Client |
| Humana Inc. | Significant Customers | Current Client |
| Indeed | Staffing Agencies | Former Client |
| Intelligent Medical Objects, Inc | Notice of Appearance | Current Client |
| Intuitive Surgical, Inc. | Top 50 Unsecured Creditors | Current Client |
| IPFS Corporation | Insurance | Current Client |
| Ironshore Indemnity Inc. | Insurance | Current Client |
| JCP&L (Formerly GPU) | Utility Providers | Current Client |
| Jefferies LLC | Non-Debtor Professionals | Current Client |
| Jersey Central Power & Light | Utility Providers | Former Client |
| Johnson & Johnson Finance Corporation | Contract Counterparties | Current Client |
| Johnson & Johnson Health Care Systems Inc. | Significant Vendors | Current Client |
| Jose Villalobos | Former and Current Directors and Officers | Current Client |
| JP Morgan Chase Retirement Plan Brigade Bank Loan | Lenders and Agents | Current Client |
| JPMORGAN CHASE BANK N.A. | Banks | Current Client |
| Kinsale Insurance Company | Insurance | Former Client |
| Konica Minolta Premier Finance | Contract Counterparties | Former Client |
| KPMG LLP | Ordinary Course Professionals | Current Client |
| Kroll Restructuring Administration LLC | Debtors' Professionals | Current Client |
| Kronos | Top 50 Unsecured Creditors | Current Client |
| Lazard Frères & Co. LLC | Debtors' Professionals | Former Client |
| Leerink Partners LLC | Debtors' Professionals | Current Client |
| Level 3 Communications, Inc. | Utility Providers | Former Client |
| LHCG V L.L.C. | Non-Debtor Affiliates | Current Client |
| LifePoint Health | Competitors | Current Client |
| Lifepoint Rehabilitation of Texas, LLC f/k/a Kindred Rehab Group of Texas | Litigation Parties | Current Client |
| Lifespan Corporation | All Other Names Debtors Used | Current Client |

6

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| LLOYD'S SYNDICATES | Insurance | Current Client |
| Local 2026 of the American Federation of State, County and Municipal Employees, | Litigation Parties | Current Client |
| Los Angeles County Employees Retirement Association (LACERA) | Lenders and Agents | Current Client |
| Louisiana Healthcare Group, LLC | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| Louisiana Hospice & Palliative Care, LLC | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| Lumen | Utility Providers | Current Client |
| Management Health Services LLC | Non-Debtor Affiliates | Current Client |
| Mass General Brigham, Inc. and its affiliates | Litigation Parties | Current Client |
| Massachusetts Department of Revenue | Taxing Authorities | Current Client |
| Maxor National Pharmacy Services, LLC | Lessees | Current Client |
| Mayo Clinic | Competitors | Current Client |
| MCI Comm Service | Utility Providers | Current Client |
| Mckesson Corporation And Its Affiliates | Contract Counterparties | Current Client |
| MCPF – NEEDHAM, LLC | Insurance | Current Client |
| Medical Solutions, LLC | Significant Vendors | Current Client |
| Medi-Physics Inc. dba GE Healthcare | Litigation Parties | Current Client |
| Medline Industries, LP | Top 50 Unsecured Creditors | Current Client |
| Metropolitan Edison Company | Litigation Parties | Current Client |
| MHS Executive Services LLC | All Other Names Debtors Used | Former Client |
| Microsoft Corporation | Top 50 Unsecured Creditors | Current Client |
| MidOcean Multi Asset Credit Fund, LP | Lenders and Agents | Current Client |
| MOLINA HEALTHCARE, INC. | Significant Customers | Current Client |
| Mozart Holdings LP | Significant Vendors | Current Client |
| MP2 Energy Texas, LLC d/b/a Shell Energy Solutions | Notice of Appearance | Current Client |
| National Financial Partners Corporation | Payroll Processors / Benefit Providers | Current Client |

7

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| National Grid | Utility Providers | Former Client |
| Nexstar Media, Inc. | Lessees | Current Client |
| NortonLifeLock Inc. | Payroll Processors / Benefit Providers | Current Client |
| NRG Energy Inc (Consolidated) | Utility Providers | Current Client |
| NSTAR Gas Company | Litigation Parties | Current Client |
| Oaktree Fund GP, LLC | Lenders and Agents | Current Client |
| Ochsner Clinic Foundation | Significant Vendors | Current Client |
| Ochsner Health | Competitors | Former Client |
| Odessa Ventures, LLC | Landlords | Current Client |
| OEC Medical Systems, Inc. | Litigation Parties | Current Client |
| Ohio Edison Company | Litigation Parties | Current Client |
| Olympus America Inc | Litigation Parties | Current Client |
| One Investment Management US LLC | Lenders and Agents | Current Client |
| Opps XI Private Loan Holdings, LLC | Lenders and Agents | Former Client |
| Optimum | Utility Providers | Current Client |
| Optum Inc. | Top 50 Unsecured Creditors | Current Client |
| ORMC Compete Care | All Other Names Debtors Used | Former Client |
| Ortho-Clinical Diagnostics Inc. | Contract Counterparties | Current Client |
| Oscar Health, Inc. | Significant Customers | Current Client |
| Owl Creek Asset Management, LP | Lenders and Agents | Former Client |
| Pennsylvania Power Company | Litigation Parties | Former Client |
| PHI Air Medical, LLC | Lessees | Former Client |
| Philips Electronics | Significant Vendors | Current Client |
| Philips Medical Capital, LLC | Contract Counterparties | Former Client |
| Philips North America LLC | Notice of Appearance | Former Client |
| Physicians Health Choice, LLC | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| Pinnacle | Litigation Parties | Current Client |
| Pivot Health Law, LLC (Susan N. Goodman) | Ombudsman | Current Client |
| Post Road Equipment Finance SPV, LLC | Litigation Parties | Former Client |
| PreCheck, Inc. | Payroll Processors / Benefit Providers | Current Client |
| Preferred Care Partners | Significant Customers | Current Client |

8

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Presidio Holdings Inc. | Significant Vendors | Current Client |
| PricewaterhouseCoopers Advisory Services LLC | Top 50 Unsecured Creditors | Current Client |
| PriceWaterhouseCoopers LLP | Debtors' Professionals | Current Client |
| Principal Financial Group | Payroll Processors / Benefit Providers | Current Client |
| Prolink Healthcare LLC | Top 50 Unsecured Creditors | Current Client |
| PwC Holdings No 21 LLC | Significant Vendors | Current Client |
| Quinn Emanuel Urquhart & Sullivan LLP | Debtors' Professionals | Current Client |
| R1 RCM, Inc. | Verified Statement Parties | Current Client |
| Rentokil North America, Inc. | Litigation Parties | Current Client |
| Republic Services Inc | Utility Providers | Current Client |
| Revint Solutions, LLC | Significant Vendors | Former Client |
| RevSpring, Inc. | Notice of Appearance | Current Client |
| Rhode Island Energy | Utility Providers | Current Client |
| RLDatix North America Inc. | Top 50 Unsecured Creditors | Current Client |
| Roche Diagnostics Corporation | Contract Counterparties | Current Client |
| Rocky Mountain Power | Utility Providers | Current Client |
| RSC Insurance Brokerage, Inc | Insurance | Current Client |
| Salem Five Cents Savings Bank | Contract Counterparties | Current Client |
| Salt River Project | Litigation Parties | Current Client |
| Samsung Fire & Marine Insurance Co., Ltd. (US Branch) | Insurance | Former Client |
| Scott Barclay | Former and Current Directors and Officers | Current Client |
| SCP Health | Notice of Appearance | Current Client |
| Sedgwick - MCL Global | Insurance | Current Client |
| Sedgwick Claims Management Services Inc | Litigation Parties | Current Client |
| Sequoia Reinsurance Services, LLC | Insurance | Current Client |
| Siemens Financial Services Inc. | Lenders and Agents | Current Client |
| Siemens Healthcare Diagnostics, Inc. | Contract Counterparties | Current Client |
| Siemens Medical Solutions USA Inc. | Litigation Parties | Current Client |
| Simon Property Group, Inc. | Litigation Parties | Current Client |
| SiriusPoint Bermuda Insurance Company | Insurance | Current Client |

9

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| SJ Medical Center, LLC | Debtors | Current Client |
| Smith & Nephew Inc | Significant Vendors | Current Client |
| SmithGroup | Contract Counterparties | Former Client |
| Sound Physicians Anesthesiology | Top 50 Unsecured Creditors | Current Client |
| Sound Point Agency LLC | Lenders and Agents | Current Client |
| South Shore Health | Competitors | Current Client |
| Southwestern Electric Power Company | Utility Providers | Current Client |
| Spok, Inc | Lessees | Current Client |
| Sprint | Utility Providers | Current Client |
| SRP | Utility Providers | Current Client |
| St. Francis Medical Center, Inc. | Joint Venture Counterparties / 5% Equity Holders | Current Client |
| St. Luke's Behavioral Hospital, LP | Debtors | Current Client |
| Starstone Specialty Insurance Co | Insurance | Current Client |
| Starwood Property Trust, Inc. | Lessees | Former Client |
| State Farm Mutual Automobile Insurance Company | Contract Counterparties | Current Client |
| Stericycle, Inc. | Notice of Appearance | Current Client |
| Steris Corporation | Contract Counterparties | Former Client |
| Sterling Check Corp. | Payroll Processors / Benefit Providers | Current Client |
| Steward Good Samaritan Medical Center, Inc. | Debtors | Current Client |
| Steward Health Care International LLC | Debtors | Former Client |
| Steward Health Care Investors LLC | Joint Venture Counterparties / 5% Equity Holders | Former Client |
| Steward Health Care System LLC | Debtors | Current Client |
| Stryker Corporation | Top 50 Unsecured Creditors | Current Client |
| Suddenlink | Utility Providers | Current Client |
| Sunrise Medical Group | All Other Names Debtors Used | Current Client |
| SURGI-CARE, Inc. | Notice of Appearance | Current Client |
| Susquehanna Commercial Finance, Inc. | Contract Counterparties | Current Client |
| SW Dext Holdings | Contract Counterparties | Current Client |
| Swiss Re Corporation Solution Capacity Insurance Corp | Insurance | Current Client |

10

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Symmetry Energy Solutions, LLC | Utility Providers | Current Client |
| Tata Consultancy Services Ltd | Significant Vendors | Current Client |
| TEGNA Media | Contract Counterparties | Current Client |
| Tenet Healthcare Corporation | Litigation Parties | Current Client |
| The East Ohio Gas Company d/b/a Enbridge Gas Ohio | Litigation Parties | Current Client |
| The Huntington National Bank | Contract Counterparties | Current Client |
| The Medical Protective Company | Insurance | Current Client |
| T-Mobile Central LLC | Lessees | Current Client |
| Town & Country Offices, LLC | Notice of Appearance | Former Client |
| Town of Braintree (MA) | Taxing Authorities | Current Client |
| Treace Medical Concepts, Inc. | Vendor | Current Client |
| Trillium Technical | Staffing Agencies | Current Client |
| Trustees of Tufts College | Lessees | Former Client |
| TXU ENERGY | Utility Providers | Current Client |
| U.S. Bancorp | Banks | Current Client |
| U.S. Bank, N.A. | Contract Counterparties | Former Client |
| UKG, Inc a/k/a Kronos Incorporated, a UKG Company | Verified Statement Parties | Former Client |
| Unified Women's Healthcare, LP | Lessees | Current Client |
| United Health Care Insurance Company | Insurance | Current Client |
| University Hospitals | Competitors | Current Client |
| Unum Life Insurance Company of America | Payroll Processors / Benefit Providers | Current Client |
| USOC Biomedical, LLC | Litigation Parties | Former Client |
| Vantage Risk Ltd. | Insurance | Current Client |
| Varian Medical Systems, Inc. | Litigation Parties | Current Client |
| Varian Medical Systems, Inc. | Notice of Appearance | Current Client |
| Wellmed Medical Management | Significant Customers | Current Client |
| Wells Fargo Bank, N.A. | Banks | Current Client |
| Wells Fargo Vendor Financial Services, LLC | Notice of Appearance | Current Client |
| Wesco Insurance Company | Insurance | Current Client |
| Westbrook Service Corporation | Notice of Appearance | Current Client |
| Willis Towers Watson LLC | Ordinary Course Professionals | Former Client |
| XL Specialty Insurance Company | Insurance | Current Client |
| XTANT MEDICAL, INC. | Notice of Appearance | Current Client |

US-DOCS\156233955.13

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Zimmer Biomet Holdings, Inc. | Top 50 Unsecured Creditors | Former Client |