IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 24-90213 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | Chapter 11 |
| Debtors. | |

### NOTICE OF PATIENT CARE OMBUDSMAN'S FOURTH REPORT

**PLEASE TAKE NOTICE** that Suzanne Koenig, the patient care ombudsman (the "Ombudsman") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy cases [Docket No. 311], will be filing a written Ombudsman Report (the "Report") before 11:59 p.m. (prevailing Central Time) on or about **January 21, 2024** in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

If you would like a copy of the Report or require additional information, please contact:

Carla Greenberg
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Ste. 6700
Houston, TX 77002
Phone: 713.374.3620
Fax: 312.899.0465
greenbergc@gtlaw.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

ACTIVE 706058571v1

Date: January 8, 2025
Houston, Texas

By: */s/ Kristen M. Jacobsen*
Kristen M. Jacobsen
Karl D. Burrer
Greenberg Traurig, LLP
1000 Louisiana Street, Ste. 6700
Houston, TX 77002
Telephone: 713.374.3500
Facsimile: 713.374.3505
Email: burrerk@gtlaw.com

and

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
Emails: petermann@gtlaw.com

*Attorneys for Suzanne Koenig,
the Patient Care Ombudsman*

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

By: */s/ Kristen M. Jacobsen*
Kristen M. Jacobsen