IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | ) ) ) ) | Case No. 24-90213 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FEBRUARY 14, 2025 HEARING ON
CERTAIN SECOND INTERIM FEE APPLICATIONS**

**PLEASE TAKE NOTICE THAT:**

1.  On December 16 and 17, 2024, the following second interim fee applications (collectively, the "Second Interim Fee Applications") were filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 783] (the "Interim Compensation Order"):

- *Second Interim Fee Application of Greenberg Traurig, LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to Suzanne Koenig, the Patient Care Ombudsman, for the Interim Period from August 1, 2024 through and including October 31, 2024* [Docket No. 3465];

- *Second Interim Fee Application of SAK Management Services, LLC d/b/a Sak Healthcare for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Medical Operations Advisor to Suzanne Koenig, the Patient Care Ombudsman, for the Interim Fee Period from August 1, 2024 through and including October 31, 2024* [Docket No. 3466];

- *Second Interim Fee Application of Lazard Frères and Co. LLC for Allowance of Compensation and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors in Possession for the Period from August 1, 2024 to and including October 31, 2024* [Docket No. 3467];

- *Second Interim Fee Application of PwC US Business Advisory LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Business and Accounting Advisory Services Provider to the Debtors for the Period from August 1, 2024 through October 31, 2024* [Docket No. 3468];

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for purposes of these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

- *Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2024 through and including October 31, 2024* [Docket No. 3469];

- *Second Interim Fee Application of Jefferies LLC as Investment Banker for the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2024 through October 31, 2024* [Docket No. 3470];

- *Second Interim Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2024 through October 31, 2024* [Docket No. 3471];

- *Second Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Interim Fee Period from August 1, 2024 through and including October 31, 2024* [Docket No. 3482];

- *Second Interim Application of Ross, Smith & Binford, PC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Patient Care Ombudsman Susan N. Goodman for the Period from August 1, 2024 through October 31, 2024* [Docket No. 3496]; and

- *Second Interim Fee Application of BDO USA, P.C., Tax Accountant for Debtors, for the Period from August 1, 2024 through and including October 31, 2024* [Docket No. 3504].

2. On January 3, 2025, NorthStar Anesthesia, P.A. ("NorthStar") filed the *Limited Omnibus Objection of NorthStar Anesthesia, P.A. to Motions for Payment of Professional Administrative Expense Claims* [Docket No. 3607] with respect to, among other things, the foregoing Second Interim Fee Applications.

3. In accordance with the Interim Compensation Order, a hearing will be held on the foregoing Second Interim Fee Applications before the Honorable Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas (the "Court") on **February 14, 2025 at 9:00 a.m. (Central Time)** (the "Hearing").

4. The Hearing will be conducted in Courtroom 401, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 590153. Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Dated:  January 22, 2025

Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ *Sarah Link Schultz*

Sarah Link Schultz (State Bar No. 24033047;
S.D. Tex. 30555)
2300 N. Field Street, Suite 1800
Dallas, TX 75201-2481
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343
Email:  sschultz@akingump.com

-and-

Ira S. Dizengoff (admitted *pro hac vice*)
Brad M. Kahn (admitted *pro hac vice*)
Avi E. Luft (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  idizengoff@akingump.com
Email:  bkahn@akingump.com
Email:  aluft@akingump.com

*Counsel to the Official Committee of Unsecured Creditors of Steward Health Care System LLC,* et al.

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 22, 2025, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

/s/ *Sarah Link Schultz*
Sarah Link Schultz