UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90213 |
|---|---|---|---|
| | Debtor | In Re: STEWARD HEALTH CARE SYSTEM LLC, et al., | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mary V. Gilmore<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>(872) 302-6477<br>Illinois 6342126 |
|---|---|

| Name of party applicant seeks to appear for: | Insight Foundation of Hillside & Insight Foundation of Trumbull |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   3/7/2025 | Signed:   */s/ Mary V. Gilmore* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

United States Bankruptcy Judge