IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**AGENDA OF MATTERS SET FOR HYBRID HEARING
ON MAY 1, 2025 AT 1:00 P.M. (CENTRAL TIME)**

> A HEARING WILL BE CONDUCTED ON THESE MATTERS ON MAY 1, 2025 AT 1:00 P.M. (CENTRAL TIME) IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING IN-PERSON OR BY AN AUDIO AND VIDEO CONNECTION.
>
> AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE LOPEZ'S CONFERENCE ROOM NUMBER IS 590153. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE LOPEZ'S HOME PAGE. THE MEETING CODE IS "JUDGELOPEZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.
>
> HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE LOPEZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.

Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Hearing on **May 1, 2025 at 1:00 p.m. (Central Time)** before the Honorable Christopher M. Lopez.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

I.  **STATUS CONFERENCE ON EMERGENCY MATTERS**

1.  **Brighton Marine, Inc.'s Emergency Motion (I) to Compel Payment of Funds Held in Trust; (II) to Compel Compliance with the Transition Services Agreement; (III) to Permit Set Off; or Alternatively (IV) for Conversion to Chapter 7 of the Bankruptcy Code (Docket No. 4271)**

    Status:  This matter is going forward solely as a status conference.

    Responses Filed:

    A.  Debtors' Preliminary Objection to Brighton Marine, Inc.'s Emergency Motion (I) to Compel Payment of Funds Held in Trust; (II) to Compel Compliance with the Transition Services Agreement; (III) to Permit Set Off; or Alternatively (IV) for Conversion to Chapter 7 of the Bankruptcy Code (Docket No. 4387)

    B.  Brighton Marine, Inc.'s Reply in Support of Emergency Motion (I) to Compel Payment of Funds Held in Trust; (II) to Compel Compliance with the Transition Services Agreement; (III) to Permit Set Off; or Alternatively (IV) for Conversion to Chapter 7 of the Bankruptcy Code (Docket No. 4467)

    Related Documents:

    A.  Declaration of Royse B. Cloud (Docket No. 4272)

    B.  Notice of Hearing (Docket No. 4635)

2.  **Emergency Motion of Healthcare Systems of America to Enforce the Global Settlement Order and Compel the Debtors to Comply with Its Obligation Thereunder (Docket No. 4718)**

    Status:  This matter is going forward solely as a status conference.

    Responses Filed:  None.

    Related Documents:

    A.  Notice of Hearing on Emergency Motion of Healthcare Systems of America to Enforce the Global Settlement Order and Compel the Debtors to Comply with Its Obligation Thereunder (Docket No. 4733)

    B.  Healthcare Systems of America's Witness and Exhibit List for Emergency Hearing (Docket No. 4750)

    C.  Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology (Docket No. 4751)

II. **ADJOURNED MATTER**

   3. **Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4363)**

      Status: This matter has been adjourned to a date to be determined.

      Responses Filed: None.

      Related Documents:

        A. Notice of Hearing on Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4451)

        B. Supplement to Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4470)

        C. Amended Supplement to Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4471)

        D. Revised Notice of Hearing on Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4693)

        E. Notice of Adjournment of Hearing on Post Road Equipment Finance SPV, LLC Emergency Motion to Enforce the Hillside Rehabilitation Hospital and Trumbull Regional Medical Center Sale Order and Compel Insight to Comply with Its Obligations Thereunder (Docket No. 4759)

### III. WITHDRAWN MATTER

**4. Advantage Staffing Services, LLC's Supplemental Motion Compelling Immediate Payment of Stipulated Administrative Expense Claim by the Debtors or, in the Alternative, by the Designated Operators (Docket No. 4003)**

Status: This matter has been withdrawn (Docket No. 4742).

Responses Filed: None.

Related Documents:

- A. Final Order Approving (I) Global Settlement With Medical Properties Trust, Prepetition ABL/FILO Secured Parties, FILO Secured Parties, and Creditors' Committee, (II) Interim Management Procedures, and (III) Granting Related Relief (Docket No. 2610)

- B. Notice of Designation of HonorHealth as Designated Operator for, and Sale of, Mountain Vista Medical Center, Florence Hospital, and Tempe St. Luke's Hospital (Docket No. 2698)

- C. Notice of Designation of Insight Health as Designated Operator for Hillside Rehabilitation Hospital and Trumbull Regional Medical Center (Docket No. 2791)

- D. Advantage Staffing Services, LLC's Motion for Entry of an Order Allowing Administrative Expense Claim and Compelling Immediate Payment of Same (Docket No. 3173)

- E. Advantage Staffing Services, LLC's Limited Objection to Emergency Motion of Debtors For Entry of an Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claims Bar Date, and (V) Granting Related Relief (Docket No. 3174)

- F. Concord Medical Group PLLC and Concord Medical Group of Texas PLLC's Joinder to Advantage Staffing Services, LLC and Northstar Anesthesia, P.A.'S Limited Objections to the Emergency Motion of Debtors for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims, (II) Establishing Administrative Claim Procedures, (III) Approving the Form and Manager of Filing Proofs of Administrative Claims, (IV) Approving Notice of Administrative Claims Bar Date, and (V) Granting Related Relief (Docket No. 3199)

G. Approved Stipulation and Agreed Order Regarding Allowance of Administrative Expense Claim of Advantage Staffing Services, LLC (Docket No. 3981)

H. Notice of Hearing (Docket No. 4182)

I. Amended Declaration of Robert Jenkins in Support of Advantage Staffing Services, LLC's Supplemental Motion Compelling Immediate Payment of Stipulated Administrative Expense Claim by the Debtors, or, in the Alternative, by the Designated Operators (Docket No. 4245)

J. Notice of Filing of Revised Proposed Order Compelling Immediate Payment of Stipulated Administrative Expense Claim by the Designated Operators (Docket No. 4250)

K. Notice of Filing of Further Revised Proposed Order Compelling Immediate Payment of Stipulated Administrative Expense Claim by the Designated Operators (Docket No. 4396)

L. Second Amended Declaration of Robert Jenkins in Support of Advantage Staffing Services, LLC's Supplemental Motion Compelling Immediate Payment of Stipulated Administrative Expense Claim by the Debtors or, in the Alternative, by the Designated Operators (Docket No. 4397)

M. Amended Notice of Continued Hearing (Docket No. 4682)

N. Notice of Intent to Adduce Testimony from Remote Location by Video and Telephone Technology (Docket No. 4709)

O. Notice to Withdrawal (Docket No. 4742)

Dated: May 1, 2025
       Houston, Texas

/s/  Clifford W. Carlson

**WEIL, GOTSHAL & MANGES LLP**
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Clifford.Carlson@weil.com
          Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com
          Jason.George@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email:   DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**LATHAM & WATKINS LLP**
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   Ray.Schrock@lw.com
          Candace.Arthur@lw.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on May 1, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 /s/ Clifford W. Carlson
                                                 Clifford W. Carlson