IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § | Case No. 24-90213 (CML) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

### NOTICE OF FILING OF STIPULATION BETWEEN THE DEBTORS AND HSA ADJOURNING HEARING ON MEDICAID RECEIVABLES DISPUTE

**PLEASE TAKE NOTICE THAT**:

1. On May 6, 2024, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced the above-captioned voluntary cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.

2. On April 24, 2025, Healthcare Systems of America and its affiliates ("**HSA**") filed *the Emergency Motion of Healthcare Systems of America to Enforce the Global Settlement Order and Compel the Debtors to Comply with Its Obligation Thereunder* (Docket No. 4718) (the "**Motion**"), requesting an emergency hearing for later that day. On April 26, 2025, HSA filed the *Notice of Hearing on Emergency Motion of Healthcare Systems of America to Enforce the Global Settlement Order and Compel the Debtors to Comply with Its Obligation Thereunder* (Docket No. 4733), which set the hearing on the Motion for May 1, 2025 at 1:00 p.m. (Central Time) (the "**Hearing**").

3. At HSA's request, the Debtors have agreed to adjourn the Hearing, subject to entry of a stipulation and agreed order by and between HSA and the Debtors on the terms set forth in the version attached as **Exhibit A** hereto (the "**Proposed Stipulation and Agreed Order**").

4. The Proposed Stipulation and Agreed Order reflects the Debtors' proposed version, and the Debtors understand that it remains subject to ongoing review by HSA.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

Dated:  May 1, 2025
Houston, Texas

 /s/ Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
Stephanie N. Morrison (24126930)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
Email:   Gabriel.Morgan@weil.com
Clifford.Carlson@weil.com
Stephanie.Morrison@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:   (305) 374-7159
Email:   DavidJ.Cohen@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

LATHAM & WATKINS LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:   (212) 751-4864
Email:   Ray.Schrock@lw.com
Candace.Arthur@lw.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on May 1, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/ Clifford W. Carlson
                                                    Clifford W. Carlson