IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | § § § § | Case No. 24-90213 (CML) |
| | § | (Jointly Administered) |
| Debtors.[1] | § § | |

**JOINT NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF PORT ARTHUR EMERGENCY PHYSICIANS, PLLC AND ROCKLEDGE PHYSICIAN SERVICES, LLC (i) FOR RELIEF FROM AUTOMATIC STAY AND FOR SETOFF AND (ii) TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that, on May 21, 2025, Port Arthur Emergency Physicians, PLLC and Rockledge Physician Services, LLC (collectively, "Movants") filed their *Motion of Port Arthur Emergency Physicians, PLLC and Rockledge Physician Services, LLC (i) For Relief From Automatic Stay and For Setoff and (ii) to Compel Payment of Administrative Expense Claim* (Doc. No. 4936) (the "Motion") in the above-captioned chapter 11 cases. The hearing to consider the relief requested in the Motion was scheduled for June 24, 2025, at 10:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the relief requested in the Motion has been adjourned to **July 8, 2025, at 10:00 a.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' deadline to respond to the Motion has been extended to **July 1, 2025**.

Dated: June 19, 2025

[SIGNATURES ON FOLLOWING PAGE]

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

4931-0738-3119 v.2

| | |
|---|---|
| /s/ Clifford W. Carlson (w/express permission) | /s/ Adam Herring |
| **WEIL, GOTSHAL & MANGES LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| Gabriel A. Morgan (24125891) | Adam Herring (Georgia Bar No. 441119) (admitted *pro hac vice*) |
| Clifford W. Carlson (24090024) | Lee Hart (Georgia Bar No. 502311) (admitted *pro hac vice*) |
| Stephanie N. Morrison (24126930) | 201 17th Street NW, Suite 1700 |
| 700 Louisiana Street, Suite 3700 | Atlanta, GA 30363 |
| Houston, Texas 77002 | Phone: (404) 322-6143 |
| Telephone: (713) 546-5000 | Fax: (404) 322-6050 |
| Facsimile: (713) 224-9511 | Email: adam.herring@nelsonmullins.com |
| Email: Gabriel.Morgan@weil.com | lee.hart@nelsonmullins.com |
| Clifford.Carlson@weil.com | |
| Stephanie.Morrison@weil.com | *Attorneys for Movants* |

-and-

**WEIL, GOTSHAL & MANGES LLP**
Jeffrey D. Saferstein (admitted *pro hac vice*)
Jason H. George (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com
         Jason.George@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Email:   DavidJ.Cohen@weil.com

*Attorneys for Debtors and*
*Debtors in Possession*

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   Ray.Schrock@lw.com
         Candace.Arthur@lw.com

*Attorneys for Debtors*
 *and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service in these cases, including counsel for the Debtors.

> */s/ Adam Herring*
> ADAM HERRING (admitted *pro hac vice*)
> Georgia Bar No. 441119
> 201 17th Street NW, Suite 1700
> Atlanta, Georgia 30363
> Tel: (404) 322-6143
> Fax: (404) 322-6050
> adam.herring@nelsonmullins.com

4931-0738-3119 v.2