United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | Re: Docket Nos. 4912 and 4964 |

## ORDER DENYING MOTIONS TO CONVERT OR DISMISS CHAPTER 11 CASES

Upon the motions to convert or dismiss the chapter 11 cases of Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed by Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lyndon, Dr. Sridhar Ganda, and Dr. A. Ana Beesen (Docket No. 4912) and the United States Trustee for the Southern District of Texas (Docket No. 4964) (collectively, the "**Motions**");[2] and upon the joinders to the Motions filed by TRACO International Group S. De R.L. (Docket Nos. 5001 and 5003) and NorthStar Anesthesia, P.A. (Docket No. 4931) (collectively, the "**Joinders**"); and upon the objections to the Motions filed by the Debtors (Docket No. 5117) and the Official Committee of Unsecured Creditors (Docket No. 5120) (collectively, the "**Objections**"); and this Court having jurisdiction to consider the Motions and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motions and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

this Court having reviewed the Motions, the Joinders, and the Objections; and a hearing having been held by the Court on July 14 and 15, 2025 (the "**Hearing**") to consider, among other things, the relief requested in the Motions; and an oral ruling having been provided by the Court on July 16, 2025 (the "**Oral Ruling**"); and upon the record of the Hearing; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Motions are denied.

    2.    The findings and conclusions set forth herein and orally on the record of the Hearing and in the Oral Ruling constitute this Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure.  All findings of fact and conclusions of law announced by this Court at the Hearing and in the Oral Ruling in relation to the Motions are hereby incorporated into this Order and are essential, inextricable, and nonseverable components and terms of this Order.

    3.    This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 25, 2025

                                                     Christopher Lopez
                                                   United States Bankruptcy Judge