**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM** | § | **Case No. 24-90213 (CML)** |
| **LLC**, *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

**NOTICE OF (I) PLAN TRUST ESTABLISHMENT DATE,**
**(II) CREATION OF THE SHC PLAN ADMINISTRATOR TRUST,**
**AND (III) FILING OF FULLY EXECUTED PLAN TRUST AGREEMENT**

**PLEASE TAKE NOTICE** that on July 13, 2025, the Debtors filed the *Notice of Filing of Amended Plan Supplement in Connection with Joint Chapter 11 Plan of Steward Health Care System LLC and Its Affiliated Debtors* (Docket No. 5504), which included at Exhibit 8 the proposed form of Plan Trust Agreement.

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2025, the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors* (Docket No. 5774) (the "**Confirmation Order**") confirming the *Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors*, dated July 11, 2025 (Docket No. 5492) (as supplemented and amended, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order authorized (i) the creation and implementation of the Plan Trust in accordance with the terms of the Confirmation Order, the Plan, and the Plan Trust Agreement, and (ii) the appointment of the Plan Trustee in accordance with Section 6.3 of the Plan to accomplish the purposes of the Plan Trust, as set forth in and subject to the Plan Trust Agreement and the Plan.

**PLEASE TAKE FURTHER NOTICE** that a fully executed copy of the Plan Trust Agreement dated as of the date hereof, which formed and established the "SHC Plan Administrator Trust," is attached hereto as <u>Exhibit A</u>. Accordingly, August 27, 2025, is the Plan Trust Establishment Date.

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that, effective upon the Plan Trust Establishment Date, the Debtors have granted, released, assigned, conveyed, transferred and delivered, on behalf of the Plan Trust Beneficiaries, all of the Plan Trust Assets owned, held, possessed or controlled by the Debtors to the Plan Trustee as of the Plan Trust Establishment Date, in trust for the benefit of the Plan Trust Beneficiaries for the uses and purposes as specified in the Plan Trust Agreement and the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of this Plan Trust Agreement, and all documents filed in these chapter 11 cases, including the Confirmation Order, Plan, and Disclosure Statement, are available free of charge by visiting https://restructuring.ra.kroll.com/Steward.  You may also obtain copies of the pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  August 27, 2025
          Houston, Texas

                                    */s/  Demetra Liggins*
                                     Demetra Liggins
                                     State Bar No. 24026844
                                     Dairanetta S. Spain
                                     State Bar No. 24147319
                                     Texas Tower
                                     845 Texas Ave
                                     24th Floor
                                     Houston, TX  77002
                                     Telephone: (713) 571-9191
                                     Facsimile:  (713) 571-9652
                                     Email: dliggins@mcguirewoods.com
                                              dspain@mcguirewoods.com

                                     -and-

                                     Aaron G. McCollough
                                     Joseph A. Florczak
                                     Jory Berg
                                     77 West Wacker Drive
                                     Suite 4100
                                     Chicago, IL 60601-1818
                                     Telephone: (312) 849-8100
                                     Facsimile:  (312) 849-3690
                                     Email: amccollough@mcguirewoods.com
                                              jflorczak@mcguirewoods.com
                                              jberg@mcguirewoods.com

                                     *Attorneys for the SHC Plan Administrator Trust*

**<u>Certificate of Service</u>**

I hereby certify that on August 27, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


_/s/ Demetra Liggins_____
Demetra Liggins