IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Re: Docket No. 5381 |

### CERTIFICATE OF COUNSEL REGARDING DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (NO LIABILITY CLAIMS)

1. On July 7, 2025, Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Twenty-Third Omnibus Objection to Certain Proofs of Claim (No Liability Claims)* (Docket No. 5381) (the "**Twenty-Third Omnibus Objection**"),[2] with a proposed order granting the relief requested in the Twenty-Third Omnibus Objection (the "**Proposed Order**") attached thereto as Exhibit B, including the schedule of No Liability Claims annexed thereto as Schedule 1 (the "**Original Schedule 1**"). Objections or responses to the Twenty-Third Omnibus Objection were due on August 6, 2025 (the "**Response Deadline**").

2. On July 11, 2025, the Debtors filed the *Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors* (Docket No. 5492) (as amended and supplemented, the "**Plan**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Twenty-Third Omnibus Objection.

3. On July 25, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors* (Docket No. 5774) (the "**Confirmation Order**"). The Confirmation Order approved the Debtors' Disclosure Statement and confirmed the Plan pursuant to sections 1125 and 1129 of the Bankruptcy Code.

4. On August 27, 2025 (the "**Plan Trust Establishment Date**"), the SHC Plan Administrator Trust (the "**Plan Trust**") was established and filed the *Notice of (I) Plan Trust Establishment Date, (II) Creation of the SHC Plan Administrator Trust, and (II) Filing of Fully Executed Plan Trust Agreement* (Docket No. 5955).

5. Pursuant to the Confirmation Order and the Plan, on and after the Plan Trust Establishment Date, objections to Claims against the Debtors may be interposed and prosecuted solely by the Plan Trust. *See* Plan § 9.2. The Plan Trust has acceded to the Debtors' objections with respect to the Claims subject to the Twenty-Third Omnibus Objection.

6. Pursuant to paragraph 45 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned hereby certifies as follows:

7. Prior to the Response Deadline, the Plan Trust received an informal response from Dallas County regarding proof of claim number 166 (the "**Dallas County Claim**"). The Plan Trust agreed to note that the expungement of this claim under the Twenty-Third Omnibus Objection is due solely to an amended and superseded claim filed by Dallas County.

8. Prior to the Response Deadline, the Plan Trust received an informal response from counsel to a claimant regarding proof of claim number 13572 ("**Claim 13572**").

2

The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

9. Prior to the Response Deadline, the Plan Trust received an informal response from counsel to a claimant regarding proof of claim number 5654 ("**Claim 5654**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice, pending separate resolution.

10. Prior to the Response Deadline, the Plan Trust received an informal response from Midland Central Appraisal District ("**Midland CAD**") regarding proof of claim number 839 (the "**Midland CAD Claim**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

11. On August 4, 2025, Stryker Corporation, together with its subsidiary, Tornier, Inc. ("**Tornier**") filed the *Response of Stryker Corporation to Debtors' Twenty-Third Omnibus Objection to Certain Proofs of Claim* (Docket No. 5828) (the "**Tornier Response**"), as it relates to proof of claim number 5607 (the "**Tornier Claim**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

12. On August 6, 2025, the Ohio Bureau of Workers' Compensation ("**Ohio BWC**") filed the *Ohio Bureau of Workers' Compensation's Response to Debtors' Twenty-Third Omnibus Objections to Certain Claims* (Docket No. 5841) (the "**Ohio BWC Response**"), as it relates to proof of claim number 1859 (the "**Ohio BWC Claim**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

13. On August 7, 2025, Medacta USA, Inc. ("**Medacta**") filed the *Response to the Debtor's Twenty-First Omnibus Objection to Certain Proofs of Claims (No Liability Claims) with Respect to Proof of Claim 13919* (Docket No. 5849) (the "**Medacta Response**"), as it relates

3

to proof of claim number 13919 (the "**Medacta Claim**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

14. The Plan Trust received a response from Pinnacle Consulting LLC ("**Pinnacle**") regarding proof of claim number 11972 (the "**Pinnacle Claim**"). The Plan Trust agreed to remove this claim from the Twenty-Third Omnibus Objection without prejudice.

15. Attached hereto as **Exhibit A** is a revised proposed form of order with a revised Schedule 1 (the "**Revised Schedule 1**"), which removes the Debtors' objections to Claim 13572, Claim 5654, the Midland CAD Claim, the Tornier Claim, the Ohio BWC Claim, the Medacta Claim, and the Pinnacle Claim, and clarifies the treatment of the Dallas County Claim (the "**Revised Proposed Order**").  A redline identifying the non-substantive changes from the original Proposed Order to the Revised Proposed Order and comparing the Original Schedule 1 with the Revised Schedule 1 is attached hereto as **Exhibit B**.

16. In accordance with paragraph 45 of the *Procedures for Complex Cases in the Southern District of Texas*, all known objections or responses to the Twenty-Third Omnibus Objection have been resolved by the Revised Proposed Order. Accordingly, the Plan Trust respectfully requests that the Court enter the Revised Proposed Order at the Court's earliest convenience without further notice or a hearing.

Dated: December 12, 2025
Houston, Texas

| | |
|---|---|
| */s/ Demetra Liggins* | */s/ Liz Boydston* |
| **MCGUIREWOODS LLP** | **GUTNICKI LLP** |

Demetra Liggins
State Bar No. 24026844
Dairanetta S. Spain
State Bar No. 24147319
Texas Tower
845 Texas Ave
24th Floor
Houston, TX  77002
Telephone: (713) 571-9191
Facsimile:  (713) 571-9652
Email: dliggins@mcguirewoods.com
         dspain@mcguirewoods.com

and

Aaron G. McCollough (*pro hac vice*)
Joseph A. Florczak (*pro hac vice)*
Jory Berg (*pro hac vice*)
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile:  (312) 849-3690
Email: amccollough@mcguirewoods.com
         jflorczak@mcguirewoods.com
         jberg@mcguirewoods.com

*Attorneys for the SHC Plan Administrator Trust*

Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
8080 N. Central Expy., Suite 1700
Dallas, Texas 75206
Telephone: (469) 935-6699
Facsimile:  (469) 895-4413
Email: lboydston@gutnicki.com

and

Max Schlan (*pro hac vice*)
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Telephone: (646) 825-2330
Facsimile:  (646) 825-2330
mschlan@gutnicki.com

*Counsel to the SHC Plan Administrator Trust with respect to Johnson & Johnson Health Care Systems Inc. and Siemens Industry, Inc.*

## Certificate of Service

I hereby certify that on December 12, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Demetra Liggins*
Demetra Liggins