**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*,[1] | Case No. 24-90213 (CML) |
| Debtors. | (Jointly Administered) |

**RESPONSE OF ZIMMER US, INC. TO TWENTY-SEVENTH**
**OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (NO LIABILITY**
**CLAIMS, RECLASSIFIED AND REDUCED CLAIMS, AND REDUCED CLAIMS)**

1.      Zimmer US, Inc. ("Zimmer"), by and through its undersigned counsel, hereby (I) submit this response (this "Response") to the *SHC Plan Administrator Trust's Twenty-Seventh Omnibus Objection to Certain Proofs of Claim (No Liability Claims, Reclassified and Reduced Claims, and Reduced Claims)* [Docket No. 6219] (the "Claim Objection") and (II) seeks allowance of its administrative expense claims in the amounts set forth in **Exhibit A**, which reflect the unpaid postpetition amounts owed by the Debtors after obligations assumed by facility buyers are subtracted. In support of this Response, Zimmer respectfully represents as follows:

**RELEVANT BACKGROUND**

2.      On May 6, 2024 (the "Petition Date"), Steward Health Care System LLC and 166 of its affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of title 11 of the United States (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

3.      Zimmer and the Debtors have a long history as business partners, which continued post-petition. Following the Petition Date, Zimmer continued to provide goods and services to the Debtors, which allowed the Debtors to continue to provide critical services to patients at medical facilities across the country.

4.      On December 20, 2024, Zimmer properly and timely filed 17 Proofs of Administrative Expense Claim (the "Original Administrative Claims") to assert unpaid postpetition amounts owed by the Debtors. On August 14, 2025, Zimmer properly and timely filed 8 Proofs of Administrative Expense Claim (the "Secondary Administrative Claims") to assert postpetition amounts owed by the Debtors which arose on or after November 18, 2024. The amounts asserted by the Secondary Administrative Claims are independent of the amounts asserted by the Original Administrative Claims.

5.      On May 20, 2025, the Debtors filed the Claim Objection. The Claim Objection proposes "Modified Claim Amounts" for twelve of the Original Administrative Claims, each such Modified Claim Amount which is lower than the amount asserted in the relevant Original Administrative Claim.

6.      The Claim Objection asserts for each Original Administrative Claim that the objection is on account of the relevant amounts being owed in part by buyers of facilities and assets, and not the Debtors. Zimmer undertook a comprehensive review of its accounts receivable history to reconcile amounts assumed by facility and asset purchasers, the results of such review which show that there are certain discrepancies between the Modified Claim Amounts and the amounts owed by the Debtors as shown in Zimmer's books and records (the "Zimmer Claim Amounts"). The Zimmer Claim Amounts are shown in **Exhibit A.**

7.      There are 7 Original Administrative Claims (the "Contested Claims") for which the Modified Claim Amounts are lower than the unpaid amounts shown in Zimmer's books and records, as adjusted to remove obligations assumed by facility and asset buyers.

**RESPONSE**

8.      The Claim Objection asserts that the proposed reductions to the amounts of the Contested Claims were made due to portions of the claim amounts being owed by buyers of certain facilities who assumed liability for certain postpetition amounts and not the Debtors. Zimmer undertook a comprehensive analysis of amounts that were allegedly the responsibility of the various buyers, which showed that the proposed Modified Claim Amounts for 7 of the Contested Claims are lower than they should be, even after accounting for any assumption of liabilities by buyers.  Zimmer objects to any Modified Claim Amounts that are lower than reflected in Zimmer's records.  The discrepancies between the proposed Modified Claim Amounts and the Zimmer Claim Amounts are shown in the below table:

| Claim | Debtor | Filed Claim Amount | Zimmer Claim Amount | Modified Claim Amount (Per Claim Objection) |
|---|---|---|---|---|
| 13866 | Steward Melbourne Regional Medical Center, Inc | $ 59,142.46 | $ 43,806.98 | $ 40,622.09 |
| 13221 | Steward Holy Family Hospital, Inc. | $ 137,425.77 | $ 87,122.20 | $ 81,542.14 |
| 13229 | St. Luke's Medical Center, LP | $ 166,653.80 | $ 100,652.13 | $ 44,470.77 |
| 13301 | SJ Medical Center, LLC | $ 1,136.63 | $ 1,786.13 | $ 649.50 |
| 13309 | Mountain Vista Medical Center, LP | $ 1,024,189.52 | $ 316,878.72 | $ 239,934.45 |

DMS_US.374821078.3

| 13314 | Morton Hospital, A Steward Family Hospital, Inc. | $ 63,355.91 | $ 59,570.90 | $ 59,524.25 |
|-------|--------------------------------------------------|-------------|-------------|-------------|
| 13322 | Steward Trumbull Memorial Hospital, Inc. | $ 95,172.89 | $ 18,267.07 | $ 9,946.00 |

9.      The Zimmer Claim Amounts represent the unpaid postpetition amounts owed by the Debtors, adjusted for obligations assumed by the buyer entities.

## CONCLUSION

10.      WHEREFORE, Zimmer respectfully requests that the Court (1) allow the Zimmer Claim Amounts as set forward in **Exhibit A**, and (ii) grant such other relief as the Court deems just and proper.

11.      Zimmer hereby reserves the right to make such other and further responses and objections as may be appropriate. Zimmer reserves its rights to amend this Response to assert the amounts currently owed. Zimmer also reserves any and all rights to pursue amounts allegedly incurred by the buyer entities.

Dated:  December 23, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**
*/s/ Kristen L. Perry*
Kristen L. Perry
State Bar No. 24090015
2323 Ross Ave., Suite 1700
Dallas, TX 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
kristen.perry@faegredrinker.com

*Counsel for Zimmer US, Inc.*

DMS_US.374821078.3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 23, 2025, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above-referenced case.

*/s/ Kristen L. Perry*
Kristen L. Perry

DMS_US.374821078.3