IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90213 (CML) |
|  | § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket No. 3341, 6280 |

NOTICE OF HEARING ON EMERGENCY MOTION FILED BY
TRACO COMPELLING PAYMENTS AND OTHER REQUESTED RELIEF

**PLEASE TAKE NOTICE** that, on December 2, 2024, TRACO International Group S. De R.L. ("TRACO") filed the *Emergency Motion of TRACO International Group S. De R.L. (I) Compelling Payment by Debtors of Premiums Due Under Insurance Policies; (II) Compelling Payment of Prepetition Settlement and Defense Costs in Compliance with Previously Entered Orders; (III) Compelling Assumption or Rejection of Insurance Policies; (IV) Lifting Automatic Stay to Permit the Cancellation of Insurance Policies; (V) Compelling the Return of TRACO Funds Held by the Debtors; and (VI) Granting Related Relief* (Docket No. 3341) (the "Motion") in the Chapter 11 cases of Steward Health Care System LLC and its debtor affiliates (collectively, the "Debtors" and, together with TRACO, the "Parties"), lead case no. 24-90213 (CML).

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion was previously adjourned to March 18, 2026 by agreement of the Parties (Docket No. 6280).

**PLEASE TAKE FURTHER NOTICE** that, per agreement of the Parties, the hearing on the Motion is **adjourned to a date to be agreed on by the Parties** subject to the Court's

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

availability.

**PLEASE TAKE FURTHER NOTICE** that, per agreement of the Parties, the deadline for TRACO to reply is also **adjourned from March 4, 2026 to a date to be agreed on by the Parties**.

Respectfully submitted,

Dated: March 5, 2026            By:     /s/ Timothy Walsh
                                        Timothy Walsh (*admitted pro hac vice*)
                                        STEPTOE LLP
                                        1114 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone: (212) 957-3085
                                        Email: twwalsh@steptoe.com

                                        *Counsel for TRACO International Group S. De R.L.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2026, a copy of the foregoing document was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas.

          /s/ Timothy Walsh
        Timothy Walsh